IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C

(Filed: March 16, 2004)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

This Order draws on the Status Reports submitted by the parties on February 20 and 26, 2004, and the status conference conducted on March 16, 2004.

It is hereby ORDERED as follows:

1. Plaintiff's Amended Complaint, submitted to the Court on January 13, 2004, along with a Motion for Leave to File an Amended Complaint, is deemed FILED as of this date by operation of RCFC 15(a). Plaintiff's Motion for Leave is DENIED as MOOT.

2. Defendant's Motion for Partial Summary Judgment, filed on November 28, 2001, is DENIED without prejudice.

3. Plaintiff's Motion for Summary Judgment on Liability, filed on November 12, 2002, is DENIED without prejudice.

4. Defendant's Motion for Partial Summary Judgment Regarding the Rate of Spent Nuclear Fuel Acceptance, filed on December 10, 2002, is DENIED without prejudice.

5. Defendant's Cross-Motion for Summary Judgment, filed on January 6, 2003, is DENIED without prejudice.

6. All papers previously filed under seal in this case shall no longer be kept under

seal. All prior orders in this case to file documents under seal are LIFTED.

7. In defendant's Status Report and at the status conference, counsel for defendant indicated their intention to challenge this Court's jurisdiction to hear plaintiff's Amended Complaint. On or before April 30, 2004, defendant shall file any motion to dismiss the amended complaint on jurisdictional grounds. Briefing on such motion shall proceed in accordance with the Rules of this Court, and enlargements of time to file a response and reply to any such motion will not be granted absent a showing of compelling circumstances.

8. A hearing on defendant's motion to dismiss shall be held on June 16, 2004, commencing at 9:30 a.m., at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom in which the status conference will be held shall be posted in the lobby of the building.

9. Discovery in this matter shall proceed concurrently with the briefing and consideration of defendant's motion to dismiss.

10. The Court will defer consideration of whether to consolidate this case with *Entergy Nuclear Generation Co. v. United States*, No. 03-2626-C, pending resolution of jurisdictional issues.

s/ Charles F. Lettow
Charles F. Lettow
Judge