# TABLE OF CONTENTS

PAGE(S)


STATEMENT OF THE ISSUE . . . . . 1

STATEMENT OF FACTS . . . . . 2

SUMMARY OF ARGUMENT . . . . . 2

ARGUMENT . . . . . 4

I. THE STANDARDS FOR DISMISSAL AND SUMMARY JUDGMENT . . . . . 4

A. The Standard For Dismissal For Lack Of Jurisdiction . . . . . 4

B. The Standard For Summary Judgment . . . . . 6

II. BOSTON EDISON HAS NO BASIS UPON WHICH TO SEEK DAMAGES FOR BREACH OF CONTRACT BECAUSE IT SOLD ITS NUCLEAR PLANT AND ASSIGNED ITS CONTRACT TO ANOTHER ENTITY BEFORE ANY RIGHT TO ACCEPTANCE OF ITS SPENT NUCLEAR FUEL ACCRUED . . . . . 7

A. Boston Has The Burden To Establish Its Standing . . . . . 7

B. Boston Cannot Satisfy Its Burden Of Establishing That It, Rather Than The Company To Which It Sold Its Facility And Assigned Its Contract, Has Suffered An Injury-In-Fact . . . . . 9

1. The Delivery Commitment Schedules That Boston Submitted To DOE And That DOE Approved Constitute Binding Commitments That Provide A Contractual Basis For Determining Liability In This Case . . . . . 9

2. Because Boston Assigned Its Standard Contract And Sold Its Pilgrim Plant To Entergy Prior To January 30, 2000, The Date By Which DOE Was Obligated To Accept Boston's SNF Pursuant To Its 1999 Approved Delivery Commitment Schedule, Boston Lacks Standing To Maintain This Suit . . . . . 15

TABLE OF CONTENTS (cont'd)

PAGE(S)

C. Other Decisions Of This Court, Finding That The Delivery Commitment Schedule Provisions Of The Standard Contract Do Not Define The Parties' Delivery And Acceptance Obligations Under The Contract, Render The Contract's Schedule Terms Meaningless And Render The Contract Too Indefinite To Enforce . . . . . . . . . . . . . . . 19

III. BOSTON'S CLAIM FOR AN UNCOMPENSATED TAKING FAILS AS A MATTER OF LAW BECAUSE IT ARISES FROM AN ALLEGED BREACH OF CONTRACT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

A. The Nuclear Waste Policy Act Did Not Create Any Vested Property Rights For Nuclear Utilities, And A Utility's Right To Acceptance of Its SNF Was Based Upon Its Execution of The Standard Contract . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

B. To Establish A Viable Takings Claim, Boston Must Establish That It Is Not Merely Seeking A Contractual Remedy . . . . . . . . . . . . . . . . . . 29

C. Boston's Claim That, By Failing To Begin Removal Of Boston's SNF From Boston's Pilgrim Plant By The Contractual Deadline, The Government Has Taken Its Real Property, Is Nothing More Than A Breach Of Contract Claim, Which Cannot Be Recharacterized As A Taking . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

IV. BOSTON'S GOOD FAITH AND FAIR DEALING CLAIM FAILS AS A MATTER OF LAW BECAUSE IT IS BASED UPON A DELAY IN CONTRACTUAL PERFORMANCE AND BOSTON HAS NOT PRESENTED "WELL-NIGH IRREFRAGABLE PROOF" TO OVERCOME THE PRESUMPTION THAT THE GOVERNMENT ACTED IN GOOD FAITH . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

# TABLE OF AUTHORITIES

CASES PAGE(S)

A&S Council Oil Co. v. Lader,
56 F.3d 234 (D.C. Cir. 1995) . . . . . . . . . . 29

Allegre Villa v. United States,
60 Fed. Cl. 11 (2004) . . . . . . . . . . 32, 33

Am-Pro Protective Agency, Inc. v. United States,
281 F.3d 1234 (Fed. Cir. 2002) . . . . . . . . . . 34, 36

Anderson v. Liberty Lobby, Inc.,
477 U.S. 242 (1986) . . . . . . . . . . 6

Avia Group International, Inc. v. L.A. Gear California, Inc.,
853 F.2d 1557 (Fed. Cir. 1988) . . . . . . . . . . 6

Aviation Contractor Employees, Inc. v. United States,
945 F.2d 1568 (Fed. Cir. 1991) . . . . . . . . . . 26

Bachur v. Democratic National Party,
666 F. Supp. 763 (D. Md. 1987) . . . . . . . . . . 5

Bel Pre Health Care Center, Inc. v. United States,
24 Cl. Ct. 495 (1991), aff'd, 980 F.2d 745 (Fed. Cir. 1992) . . . . . . . . . . 24

Bender v. Williamsport Area School District,
475 U.S. 534 (1986) . . . . . . . . . . 8

Boston Edison Co. v. FERC,
233 F.3d 60 (1st Cir. 2000) . . . . . . . . . . 3, 4

Boston Edison Co.,
90 F.E.R.C. ¶ 61039 (Jan. 14, 2000) . . . . . . . . . . 3

Boston Edison Co.,
93 F.E.R.C. ¶ 63012 (Nov. 9, 2000) . . . . . . . . . . 3

Branch v. United States,
69 F.3d 1571 (Fed. Cir. 1995) . . . . . . . . . . 29

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Brunswick Corp. v. United States,
22 Cl. Ct. 278 (1991) . . . . . 5, 6

Buse Timber & Sales, Inc. v. United States,
45 Fed. Cl. 258 (1999) . . . . . 30

Caldwell & Santmyer, Inc. v. Glickman,
55 F.3d 1578 (Fed. Cir. 1995) . . . . . 36

Castle v. United States,
301 F.3d 1328 (Fed. Cir. 2002) . . . . . 30

Cedars-Sinai Medical Center v. Watkins,
11 F.3d 1573 (Fed. Cir. 1993), cert. denied, 114 S. Ct. 2738 (1994) . . . . . 5

Celotex Corp. v. Catrett,
477 U.S. 317 (1986) . . . . . 6

Cienega Gardens v. United States,
331 F.3d 1319 (Fed. Cir. 2003) . . . . . 32, 33

Cities Service Helix, Inc. v. United States,
211 Ct. Cl. 222, 543 F.2d 1306 (1976) . . . . . 18

City of Fairfax, Va. v. Washington Metropolitan Area Transit Authority,
582 F.2d 1321 (4th Cir. 1978), cert. denied, 440 U.S. 914 (1979) . . . . . 19

City of Tacoma, Department of Public Utilities v. United States,
31 F.3d 1130 (Fed. Cir. 1994) . . . . . 26

Commonwealth Edison Co. v. United States,
56 Fed. Cl. 652 (2003) . . . . . 19, 31, 32

Cosmo Construction Co. v. United States,
451 F.2d 602 (Ct. Cl. 1971) . . . . . 16

Coyle's Pest Control, Inc. v. Cuomo,
154 F.3d 1302 (Fed. Cir. 1998) . . . . . 25

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Data Transformation Corp. v. United States,
13 Cl. Ct. 165 (1987) . . . . . . . . . . 29

David Nassif Associates v. United States,
226 Ct. Cl. 372, 644 F.2d 4 (1981) . . . . . . . . . . 24, 25

David Nassif Associates v. United States,
214 Ct. Cl. 407, 557 F.2d 249 (1977) . . . . . . . . . . 23

Detroit Edison Company v. United States,
56 Fed. Cl. 299 (2003) . . . . . . . . . . 31

Exchange National Bank of Chicago v. Touche Ross & Co.,
544 F.2d 1126 (2d Cir. 1976) . . . . . . . . . . 6

Friends Of The Earth, Inc. v. Laidlaw Environmental Services,
528 U.S. 167 (2000) . . . . . . . . . . 8

Gadsden v. United States,
78 F. Supp. 126 (Ct. Cl. 1948) . . . . . . . . . . 35

Gould, Inc. v. United States,
935 F.2d 1271 (Fed. Cir. 1991) . . . . . . . . . . 21

Hanson Bancorp, Inc. v. United States,
53 Fed. Cl. 92 (2002) . . . . . . . . . . 18

Hasse v. Sessions,
835 F.2d 902 (D.C. Cir. 1987) . . . . . . . . . . 6

Indiana Michigan Power Co. v. United States,
57 Fed. Cl. 88 (2003) . . . . . . . . . . 21, 22

J.J. Henry Co. v. United States,
411 F.2d 1246 (Ct. Cl. 1969) . . . . . . . . . . 29

Kalvar Corp. v. United States,
543 F.2d 1298 (Ct. Cl. 1976) . . . . . . . . . . 35

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Land v. Dollar,
330 U.S. 731 (1947) . . . . . 5

Larson v. Domestic & Foreign Commerce Corp.,
337 U.S. 682 (1949) . . . . . 30

Librach v. United States,
147 Ct. Cl. 605 (1959) . . . . . 35

Lovink v. Guilford Mills, Inc.,
878 F.2d 584 (2d Cir. 1989) . . . . . 18

Lucente v. International Bus. Machines Corp.,
310 F.3d 243 (2d Cir. 2002) . . . . . 17

Lujan v. Defenders of Wildlife,
504 U.S. 555 (1992) . . . . . 8, 9

Marathon Oil Co. v. United States,
16 Cl. Ct. 332 (1989) . . . . . 29

Massengill v. Guardian Management Co.,
19 F.3d 196 (5th Cir. 1994) . . . . . 25

Mays v. Trump Indiana, Inc.,
255 F.3d 351 (7th Cir. 2001) . . . . . 24

Miccosukee Tribe of Indians v. Florida State Athletic Commission,
226 F.3d 1226 (11th Cir. 2000) . . . . . 8, 9

Mingus Constructors, Inc. v. United States,
812 F.2d 1387 (Fed. Cir. 1987) . . . . . 6

Modern Systems Technology Corp. v. United States,
979 F.2d 200 (Fed. Cir. 1992) . . . . . 23

Morrison v. Olson,
487 U.S. 654 (1988) . . . . . 8

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

National City Bank of Evansville v. United States,
143 Ct. Cl. 154, 163 F. Supp. 846 (1958) . . . . . . . . . . 18

Neeley v. Bankers Trust Co. of Texas,
757 F.2d 621 (5th Cir. 1985) . . . . . . . . . . 24

Oakland Steel Corp. v. United States,
33 Fed. Cl. 611 (1995) . . . . . . . . . . 5, 6

Owen Equipment & Erection Co. v. Kroger,
437 U.S. 365 (1978) . . . . . . . . . . 7

Price/CIRI Construction, J.V. v. United States,
27 Fed. Cl. 695 (1993) . . . . . . . . . . 6

Puritan Assocs. v. United States,
215 Ct. Cl. 976, 978 (1977) . . . . . . . . . . 16

Reynolds v. Army & Air Force Exchange Service,
846 F.2d 746 (Fed. Cir. 1988) . . . . . . . . . . 5

Reynolds v. United States,
141 Ct. Cl. 211, 158 F. Supp. 719 (1958) . . . . . . . . . . 17

Ridge Runner Forestry v. Veneman,
28 F.3d 1058 (Fed. Cir. 2002) . . . . . . . . . . 23

Rocovich v. United States,
933 F.2d 991 (Fed. Cir. 1991) . . . . . . . . . . 5

Sanders v. United States Postal Service,
801 F.2d 1328 (Fed. Cir. 1986) . . . . . . . . . . 36

Shann v. Dunk,
84 F.3d 73 (2d Cir. 1996) . . . . . . . . . . 24

Simon v. Eastern Kentucky Welfare Rights Organization,
426 U.S. 26, 28 (1976) . . . . . . . . . . 5

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Smith v. Tobacco By-Products & Chemical Corp.,
243 F.2d 188 (C.C.P.A. 1957) . . . . . . . . . . 18

Southern Nuclear Operating Co. v. United States,
No. 98-614C, slip op. (Fed. Cl. April 7, 2004) (unpublished opinion) . . . . . . . . . . 19, 31

Steel Co. v. Citizens for a Better Environment,
523 U.S. 83 (1998) . . . . . . . . . . 7

Struck Construction Co. v. United States,
96 Ct. Cl. 186, 222 (Ct. Cl. 1942) . . . . . . . . . . 35

Sun Oil Co. v. United States,
572 F.2d 786 (Ct. Cl. 1978) . . . . . . . . . . 29, 30, 32

Sweats Fashions, Inc. v. Pannill Knitting Company, Inc.,
833 F.2d 1560 (Fed. Cir. 1987) . . . . . . . . . . 6

The Pantry, Inc. v. Stop-N-Go Foods, Inc.,
796 F. Supp. 1164 (S.D. Ind. 1992) . . . . . . . . . . 15

Torncello v. United States,
681 F.2d 756 (Ct. Cl. 1982) . . . . . . . . . . 36

Transpace Carriers, Inc. v. United States,
27 Fed. Cl. 269 (1992) . . . . . . . . . . 29

Transamerica Equipment Leasing Corp. v. Union Bank,
426 F.2d 273 (9th Cir. 1970) . . . . . . . . . . 24

Valley Forge Christian College v. Americans United for Separation of Church & State,
454 U.S. 464 (1982) . . . . . . . . . . 5, 7

Warth v. Seldin,
422 U.S. 490 (1975) . . . . . . . . . . 6

White's Place, Inc. v. Glover,
222 F.3d 1327 (11th Cir. 2000) . . . . . . . . . . 8

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Whitmore v. Arkansas,
495 U.S. 149, 155 (1990) . . . . . 8

Winstar Corp. v. United States,
21 Cl. Ct. 112 (1990), aff'd, 64 F.3d 1531 (Fed. Cir. 1995) (en banc),
aff'd, 518 U.S. 839 (1996) . . . . . 16

Winstar Corp. v. United States,
518 U.S. 839 (1996) . . . . . 30

Wooden v. Board of Regents of the University System of Ga.,
247 F.3d 1262 (11th Cir. 2001) . . . . . 7

Yankee Atomic Electric Co. v. United States,
No. 98-126C, slip op. (Fed. Cl. June 26, 2004) . . . . . 19

STATUTES AND REGULATIONS

10 C.F.R. § 961.11 . . . . . passim

42 U.S.C. §§ 10101-10270 . . . . . 22, 27, 28

42 U.S.C. § 10222 . . . . . 28

U.S. Const., art. III, § 2 . . . . . 7

MISCELLANEOUS

5A C. Wright & A. Miller, Federal Practice and Procedure § 1350 (Supp. 1995) . . . . . 5

10 C. Wright, A. Miller, & M. Kane, Federal Practice & Procedure § 2713 (1983) . . . . . 6

13 C. Wright, A. Miller, & E. Cooper, Federal Practice and Procedure § 3531 (1984) . . . . . 5, 8

4 A. Corbin, Corbin on Contracts § 972 (1951) . . . . . 19

Restatement (Second) of Contracts § 253 cmt. b . . . . . 19

# INDEX TO APPENDIX


DOCUMENT PAGE

Portions of the Administrative Record of the DOE Standard Contract Rulemaking for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste . . . . . . . . . . . . . . . . . . 1

Edison Electric Institute Comments, March 7, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Statement of M.C. Cook, Vice President, Florida Power & Light Company, March 1, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

Northern States Power Comments, March 3, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

Cincinnati Gas & Electric Comments, March 4, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . 43

Consumers Power Company Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

Public Service Company of Colorado Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50

Cleveland Electric Illuminating Company Comments . . . . . . . . . . . . . . . . . . . . . . . . . 52

Gulf States Utilities Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

Wisconsin Public Service Corporation Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62

Yankee Atomic Electric Company Comments, March 4, 1983 . . . . . . . . . . . . . . . . . . . 64

Public Service Electric and Gas Company Comments . . . . . . . . . . . . . . . . . . . . . . . . . 66

Long Island Lighting Company Comments, March 3, 1983 . . . . . . . . . . . . . . . . . . . . . . 70

Northeast Utilities Comments, March 3, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72

Alabama Power Company Comments, March 4, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . 74

Kansas Gas and Electric Company Comments, March 1, 1983 . . . . . . . . . . . . . . . . . . . 78

Iowa Electric Light and Power Company Comments, March 3, 1983 . . . . . . . . . . . . . . . 81

Mississippi Power & Light Company Comments, March 4, 1983 . . . . . . . . . . . . . . . . . 84

Portland General Electric Company Comments, March 4, 1983 . . . . . . . . . . . . . . . . . . . 89

INDEX TO THE APPENDIX (cont'd)

DOCUMENT PAGE

Detroit Edison Comments, March 3, 1983 . . . . . 92

Florida Power & Light Company Comments, March 7, 1983 . . . . . 94

Duquesne Light Company Comments, March 4, 1983 . . . . . 96

Pacific Gas and Electric Company Comments, March 4, 1983 . . . . . 99

TVA Comments . . . . . 104

Houston Lighting and Power Company Comments . . . . . 106

Middle South Services, Inc. Comments, March 7, 1983 . . . . . 107

Vermont Yankee Nuclear Power Corp. Comments, March 7, 1983 . . . . . 110

Consolidated Edison Company of New York Comments, March 7, 1983 . . . . . 113

Dairyland Power Cooperative Comments, March 7, 1983 . . . . . 115

Georgia Power Comments, March 4, 1983 . . . . . 118

Letter from Secretary Hodel to Senator Johnston, September 7, 1984 . . . . . 122

Letter from J. Michael Farrell to Honorable Philip R. Sharp, April 1, 1987 . . . . . 126

Memo from Ronald A. Milner, December 20, 1991 . . . . . 141

Letter from M. Detmer to J.M. Buchheit, March 4, 1992 . . . . . 143

Letter from M. Detmer to Michael E. Thomas, March 4, 1992 . . . . . 153

Letter from M. Detmer to J.E. McKissick, March 4, 1992 . . . . . 163

Portions of Mission Plan for the Civilian Radioactive Waste Management Program, June 1985 . . . . . 188

Portions of OCRWM Mission Plan Amendment, June 1987 . . . . . 205

INDEX TO THE APPENDIX (cont'd)

DOCUMENT PAGE

Portions of Annual Capacity Report, June 1987 . . . . . 208

Portions of Annual Capacity Report, June 1988 . . . . . 211

Portions of Annual Capacity Report, December 1990 . . . . . 214

Portions of Annual Capacity Report, December 1991 . . . . . 219

Portions of 1992 Annual Capacity Report, Revision 1, May 1993 . . . . . 227

Portions of Acceptance Priority Ranking and Annual Capacity Report, March 1995 . . . . . 234

Final Joint Brief of Utility Petitioners/ Utility Intervenors, Indiana Michigan Power Co. v. United States Department of Energy, Nos. 95-1279, 95-1321, 95-1463 (D.C. Cir. Dec. 5, 1995) . . . . . 243

DCS Submissions, Approvals, And Correspondence Relating To Boston Edison Company . . 252

Letter from W.C. Rothert, Boston Edison Company, to Department of Energy, September 21, 1993 . . . . . 252

Letter from Beth Tomasoni to W.C. Rothert, Boston Edison Company, December 3, 1993 . . . . . 253

Letter from W.C. Rothert, Boston Edison Company, to Department of Energy, September 20, 1994 . . . . . 255

Letter from Beth Tomasoni to W.C. Rothert, Boston Edison Company, January 18, 1995 . . . . . 256

Letter from H. V. Oheim, Boston Edison Company, to Department of Energy, September 26, 1995 . . . . . 258

Letter from Beth Tomasoni to John R. Mitgay, Boston Edison Company, January 25, 1996 . . . . . 259

Letter from H. V. Oheim, Boston Edison Company, to Department of Energy, September 29, 1998 . . . . . 261

INDEX TO THE APPENDIX (cont'd)

Document Page

Letter from Beth Tomasoni to H. V. Oheim, Boston Edison Company, November 24, 1998 . . . . . 263

Boston Edison Company's Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste . . . . . 265

Purchase And Sale Agreement Between Entergy Nuclear Generation Company and Boston Edison Company, dated November 18, 1998 (filed under seal) . . . . . 264

Assignment of Boston Edison's Standard Contract to Entergy (filed under seal) . . . . . 265

Letter from James J. Judge, Boston Edison, to U.S. Department of Energy Office of Procurement Operations, dated July 13, 1999 . . . . . 268