interim storage facility does not constitute a repository, see 42 U.S.C. § 10101(18), DOE's argument that its obligation to "dispose" is limited by the Act's definition of "disposal" is inconsistent with its conclusion that it may "dispose" of SNF by storing it in an interim storage facility.

DOE's seizing upon the term "dispose" as referring to an operational repository is also inconsistent with DOE's earlier authoritative construction of the Act. In 1987, then DOE Secretary Herrington testified before Congress that DOE could satisfy its obligation to "dispose" of SNF beginning in 1998 by accepting SNF for storage in an MRS facility. Since it was conceded that an MRS was not a "repository," DOE's interpretation necessarily read Section 302(a)(5)(B)'s reference to "dispose" as not requiring emplacement of SNF in a repository, and thus as not being coterminous with the statutory definition of "disposal." Prehearing Answers at 2-3.[25] Moreover, DOE's narrow definition of "dispose" is contradicted not only by its current and earlier statements, but also by the terms of Section 302 itself. Section 302(d) authorizes DOE to make expenditures from the Nuclear Waste Fund for purposes of "radioactive waste disposal activities," which "disposal activities" include the "identification, development, licensing, construction, [and] operation . . . of any . . . monitored [] retrievable storage facility . . . ." 42 U.S.C. § 10222(d) (emphases added). Thus,

[25] The full text of Secretary Herrington's testimony in this regard is reprinted in the brief of the state petitioners in No. 95-1321.

Section 302 itself extends the definition of "disposal" to more than repository operations.

In any event, the most that can be said about DOE's preoccupation with the term "dispose" is that Congress anticipated that a facility would be operational, at the latest, by 1998, and that DOE could therefore begin to "dispose" of SNF by that date. We agree that Congress contemplated that a facility would be available by 1998. However, this does not mean that Congress conditioned DOE's obligation to begin acceptance of SNF on the availability of such a facility. With the exception of its reference to payment of fees, the language of Section 302(a)(5)(B) is not conditional in nature. To interpret the Act to allow DOE's 1998 obligation to be conditioned upon the existence of an operational facility not only does violence to the language of the Act, but also leads to absurd results. Under such an interpretation, DOE's failure to fulfill its general obligation to construct a facility by 1998 would excuse DOE from complying with its specific obligation to begin taking SNF by that date. This interpretation, which allows DOE to exclusively control the timing of the fulfillment of its own statutory duties, creates tremendous disincentives for DOE to satisfy its obligations in a timely manner, and rewards DOE for its own inefficiency. Nothing in the Act compels or allows such a result.

4. DOE also points to the complex scheme for the siting, licensing, and construction of a repository as proof that in 1982

September 21, 1993

U.S. Department of Energy
DOE Contracting Officer
Office of Placement and Administration
PR-322.1
1000 Independence Avenue, S.W.
Washington, DC 20585

Dear Sir/Madam:

Enclosed please find Boston Edison Company's Delivery Commitment Schedule for Pilgrim Nuclear Power Station for the year 1999.

Please call Mr. John H. Piascik at (617) 849-8905 if you have any questions.

Very truly yours,

W.C. Rothert
General Manager,
Technical

CC:
Chief, Logistics and Utility Interface Branch, US DOE
J.H. Piascik

**Department of Energy**
Washington, DC 20585

DEC 06 1993

Mr. W. C. Rothert
General Manager, Technical
Boston Edison Company
Pilgrim Nuclear Power Plant
Rocky Hill Road
Plymouth, MA 02360

Dear Mr. Rothert:

The Department of Energy (DOE) has reviewed and approved the Delivery Commitment Schedule (DCS) submitted by Boston Edison Company dated September 23, 1993, (DCS number 99-0601-4368-01) for spent nuclear fuel from Pilgrim 1. A copy of the approved DCS is enclosed for your records.

During our review of your DCS, DOE noted an apparent inconsistency between the information provided in Item 2.1 ("Type Cask Required") of the DCS and that previously provided to DOE by Boston Edison as part of the Facility Interface Capability Assessment (FICA) effort and on the Nuclear Fuel Data Form, RW-859. Specifically, the DCS indicates that Pilgrim 1 can accommodate a cask with a maximum loaded lifting weight of 60 tons. The FICA data indicate that your site capability is 100 tons, and RW-859 indicates that the crane was derated to 26 tons in 1985 as a result of your cask drop analysis. DOE would appreciate an explanation of this apparent inconsistency

If you have any questions concerning this action, please contact Doug Baptist of my staff on (202) 634-4427 or Nancy Slater of the Department's Office of Civilian Radioactive Waste Management on (202) 586-8320.

Beth Tomasoni
Contracting Officer
Office of Placement and
Administration

Enclosure

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 99-0601-4368-01

1.2 Contact Person:
(a) Name: J.H. Piascik
(b) Telephone (include Area Code): (617) 849-8905

1.3 Contract Number: DE-CR01-83NE44368

1.4 Reactor/Facility Information:
(a) Name: Pilgrim
(b) Address: Rocky Hill Road
(c) City, State & Zip Code: Plymouth, MA 02360

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 60
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ___ ; Barge ___
2.4 Proposed Delivery Date: 1999
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 12 28 73 to 1 29 76
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 3.88 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 20 PWR ___ Other ___

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 6/23/93

3.2 W. C. Rothert — Name (Please Type or Print)

3.3 General Manager - Technical — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] Technical Representative — Title: Chief, Logistics and Utility Interface Branch — Date: Oct. 20, 1993

4.2 [signature] Contracting Officer — Date: 12/3/93

0254

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**BOSTON EDISON**
Pilgrim Nuclear Power Station
600 Rocky Hill Road
Plymouth, Massachusetts 02360

September 20, 1994
M&CE 94-131

Incoming

U. S. Department of Energy
DOE Contracting Officer
Office of Placement and Administration
PR-322.1
1000 Independence Avenue, S. W.
Washington, DC 20585

Dear Sir/Madam:

Enclosed please find Boston Edison Company's Delivery Commitment Schedule for Pilgrim Nuclear Power Station for the year 2000.

Please note a change of address since our last submittal.

Please call John H. Piascik at (508) 830-7905 if you have any questions.

Very truly yours,

W. C. Rothert
General Manager Technical

JHP:jmp

Enclosure

cc: J. H. Piascik
Chief, Logistics & Utility Interface Branch, U.S. DOE

Department of Energy
Washington, DC 20585

JAN 18 1995

Mr. W. C. Rothert
General Manager Technical
Boston Edison
Pilgrim Nuclear Power Station
600 Rocky Hill Road
Plymouth, Massachusetts 02360

Dear Mr. Rothert:

The Department of Energy (DOE) has reviewed and approved the Delivery Commitment Schedule (DCS) submitted by Boston Edison Company dated September 23, 1994 (DCS number 00-0601-4368-01) for spent nuclear fuel from Pilgrim 1. A copy of the approved DCS is enclosed for your records.

During review of your DCS, DOE noted that there is an apparent inconsistency between the information provided in Item 2.1 ("Type Cask Required") of the DCS and that previously provided to DOE as part of the Facility Interface Capability Assessment (FICA) effort and on the Nuclear Fuel Data Form, RW-859. DOE asked for an explanation of this apparent inconsistency during last year's review and did not receive a response.

Specifically, the DCS indicates that Pilgrim 1 can accommodate a cask with a maximum loaded lifting weight of 60 tons. The FICA data indicates that Pilgrim 1 has a crane design capacity of 100 tons and the crane was derated to 26 tons in 1985 as a result of the cask drop analysis. Further RW-859 data indicates that Pilgrim 1 is reportedly limited to 26 tons due to "heavy load commit." No plans to study a cask weight increase were reported. DOE would appreciate an explanation of this apparent inconsistency.

If you have any questions, please contact Doug Baptist of my staff on (202) 634-4427 or Phil Smith, Office of Civilian Radioactive Waste Management, on (202) 586-5646.

Beth Tomasoni
Beth Tomasoni
Contracting Officer
Office of Placement and Administration

cc: J.H. Piascik



Printed with soy ink on recycled paper

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 00-0601-4368-01

1.2 Contact Person:
(a) Name: J. H. Piascik
(b) Telephone (include Area Code): (508) 830-7905

1.3 Contract Number: DE-CR01-83NE44368

1.4 Reactor/Facility Information:
(a) Name: Pilgrim
(b) Address: Rocky Hill Road
(c) City, State & Zip Code: Plymouth, MA 02360

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 60
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ___; Barge ___
2.4 Proposed Delivery Date: 2000
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 12 28 73 Mo / Day / Yr to 1 29 76 Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 25.42 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 132 PWR ___ Other ___

### 0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] Authorized Purchaser Signature — 9/23/94 Date

3.2 W. C. Rothert — Name (Please Type or Print)

3.3 General Manager Technical — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] Technical Representative — Team Leader Title — 12-2-94 Date

4.2 [signature] Contracting Officer — 1/11/95 Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**BOSTON EDISON**
Pilgrim Nuclear Power Station
Rocky Hill Road
Plymouth, Massachusetts 02360

September 26, 1995

U. S. Department of Energy
DOE Contracting Officer
Office of Placement and Administration
PR-322.1
1000 Independence Avenue, S. W.
Washington, DC 20585

Dear Sir/Madam:

Enclosed please find Boston Edison Company's Delivery Commitment Schedule (DCS) for Pilgrim Nuclear Power Station for the year 2001.

Please note that we have added a footnote to the DCS stating that the use of a transfer cask would permit Pilgrim to utilize a rail cask. If this occurred, the rail cask would then need to be transported off-site to a nearby rail spur.

Please call John H. Piascik at (508) 830-7905 if you have any questions.

Very truly yours,

H. V. Oheim
General Manager Technical

Enclosure

cc: 1) J. H. Piascik
✓2) Chief, Logistics & Utility Interface Branch, U.S. DOE

JHP:rec/M&CE95-060

**Department of Energy**
Washington, DC 20585

Mr. John R. Mitiguy
Contract Administrator
Boston Edison Company
800 Boylston Street
Boston, MA 02199

JAN 2 5 1996

Mr. Mitiguy:

The Department of Energy (DOE) has reviewed and approved Delivery Commitment Schedule (DCS) 01-0601-4368-01, dated September 26, 1995, submitted by Boston Edison Company for spent nuclear fuel from Pilgrim 1. A copy of the approved DCS is enclosed for your records. The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed pursuant to law.

Although the DCS has been approved, DOE noted an apparent inconsistency between the information provided in DCS Item 2.1 ("Type Cask Required") and that previously provided to DOE as part of the Facility Interface Capability Assessment (FICA) effort and on the Nuclear Fuel Data Form, RW-859. Specifically, the DCS indicates that Pilgrim 1 can accommodate a cask with a maximum loaded lifting weight of 60 tons, whereas the FICA data indicates that the site has a crane design capacity of 26 tons and the RW-859 data reports that the site is limited to 26 tons. DOE would appreciate an explanation of these apparent discrepancies.

Also, DOE noted that Item 1.2 lists the DCS number as 01-0601-4368. The DCS instructions require a two digit sequence number on the end of this number to uniquely identify multiple DCSs from a single Purchaser in a single year. Accordingly, the correct number should be 01-0601-4368-01. Boston Edison should correct its records to reflect the correct number.

If you have any questions, please contact Doug Baptist of my staff on (202) 634-4427 or Phil Smith, Office of Civilian Radioactive Waste Management, on (202) 586-5646.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc: J. H. Piascik



Printed with soy ink on recycled paper

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Boston Edison Company

1.2 DCS Identification Number: 01-0601-4368 - 01

1.3 Contact Person:
(a) Name: J. H. Piascik
(b) Telephone: ( 508 ) 830-7905

1.4 Contract Number: DE-CR01-83NE44368

1.5 Reactor/Facility Information:
(a) Name: Pilgrim
(b) Address: Rocky Hill Road
(c) City: Plymouth
(d) State: MA (e) Zip Code: 02360

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 60

* 2.2 Proposed Shipping Mode: Truck x ; Rail ____; Barge ____

2.3 Proposed Delivery Year: 2001 *

2.4 Range of Discharge Dates: (Earliest to Latest) 12/28/73 Mo/Day/Yr to 08/06/77 Mo/Day/Yr

2.5 Metric Tons Uranium: (Initial) 82.60

2.6 Number of Assemblies: BWR 428 PWR ____ Other ____

*The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed under the act.

* Transfer cask would permit rail cask usage.

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] Authorized Purchaser Signature — SEPTEMBER 26, 1995 Date

3.2 H. V. Oheim — Name (Please Type or Print)

3.3 General Manager Technical — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

4.2 [signature] Technical Representative — Title — 12/4/95 Date

[signature] Contracting Officer — 1/25/96 Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**BOSTON EDISON**
Pilgrim Nuclear Power Station
Rocky Hill Road
Plymouth, Massachusetts 02360

September 29, 1998

U.S. Department of Energy
DOE Contracting Officer
Office of Placement and Administration
PR-322.1
1000 Independence Avenue, S.W.
Washington, DC 20585

Dear Sir/Madam:

Enclosed please find Boston Edison Company's Delivery commitment Schedule (DCS) for Pilgrim Nuclear Power Station for the year 2004.

Please note that we have added a footnote to the DCS stating that the use of a transfer cask or a crane upgrade would permit Pilgrim to utilize a 125 - ton standard cask.

Please call John H. Piascik at (508) 830-7905 if you have any questions.

Very truly yours,

For
H.V. Oheim
General Manager Technical

Enclosure

cc: 1) J.H. Piascik
2) Chief, Logistics & utility Interface Branch, U.S. DOE

JHP:jg

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Boston Edison Company

1.2 DCS Identification Number: 01-0601-4368-01

1.3 Contact Person:
(a) Name: J.H. Piascik
(b) Telephone: (508 ) 830-7905

1.4 Contract Number: DE-CR01-83NE44368

1.5 Reactor/Facility Information:
(a) Name: Pilgrim
(b) Address: Rocky Hill Road
(c) City: Plymouth
(d) State: MA (e) Zip Code: 02360

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): ~~60~~ 125 (WITH UPGRADE) 60 (W/O UPGRADE) → USE ...
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge X (both possible)
2.3 Proposed Delivery Year: 2004
2.4 Range of Discharge Dates: 12/28/73 to 1 / 4 /80
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 11.41
2.6 Number of Assemblies: BWR 62 PWR ____ Other ____

*Transfer cask or a crane upgrade required for use of 125-ton standard cask

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] for HVO — Authorized Purchaser Signature — Date: 9/30/98

3.2 H.V. Oheim — Name (Please Type or Print)

3.3 General Manager Technical — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____________________
Technical Representative Title Date

____________________
Contracting Officer Date

0262

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**Department of Energy**
Washington, DC 20585

November 24, 1998

Mr. H. V. Oheim
General Manager Technical
Boston Edison
Pilgrim Nuclear Power Station
Rocky Hill Road
Plymouth, Massachusetts 02360

Dear Mr. Oheim:

The Department of Energy received your Delivery Commitment Schedule (DCS) for the Pilgrim Nuclear Power Station (contract number DE-CR01-83NE44368) for 2004, submitted pursuant to Article V. B., and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/ or High-Level Radioactive Waste (10 CFR 961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc: John H. Piascik



Printed with soy ink on recycled paper

Commonwealth Edison
72 West Adams Street, Chicago, Illinois
Address Reply to: Post Office Box 767
Chicago, Illinois 60690 - 0767

December 4, 1992

U.S. Department of Energy
DOE Contracting Officer
Office of Placement and Administration
PR-322.1
1000 Independence Avenue, S.W.
Washington, DC 20585

Subject: Delivery Commitment Schedule

Attached in accordance with Article V.B of the U.S. Department of Energy Contract Number DE-CR01-83NE44372, Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (the Contract), are the revised Delivery Commitment Schedule (DCS) Forms for the 1998 delivery of 21.1 MTU of spent nuclear fuel to DOE. Two DCS Forms were submitted because the 206 assemblies designated for delivery are currently stored in both the Dresden Unit 2 Pool and the Dresden Unit 3 Pool.

Please notify Edison of the approval of this schedule within 30 days.

If you have any questions on this submittal please call me at (312) 294-8370.

Jeanne M. Tortorelli
Fuel Buyer

JMT:dc

Attachments

cc: U.S. Department of Energy
Chief, Logistics and Utility Interface Branch
Office of Civilian Radioactive Waste Management
RW-432
1000 Independence Avenue, S.W.
Washington, DC 20585
R. J. Hanley

U. S. DEPARTMENT OF ENERGY CONTRACT NO. DE-CR01-83NE44368

CONTRACT FOR DISPOSAL OF SPENT NUCLEAR FUEL AND/OR HIGH-LEVEL

RADIOACTIVE WASTE.

THIS CONTRACT, entered into this 17th day of June 19 83, by and between the UNITED STATES OF AMERICA (hereinafter referred to as the "Government"), represented by the UNITED STATES DEPARTMENT OF ENERGY (hereafter referred to as "DOE") and BOSTON EDISON COMPANY, (hereinafter referred to as the "Purchaser"), a corporation organized and existing under the laws of the State of Massachusetts

WITNESSETH THAT:

WHEREAS, the DOE has the responsibility for the disposal of spent nuclear fuel and high-level radioactive waste of domestic origin from civilian nuclear power reactors in order to protect the public health and safety, and the environment; and

WHEREAS, the DOE has the responsibility, following commencement of operation of a repository, to take title to the spent nuclear fuel or high-level radioactive waste involved as expeditiously as practicable upon the request of the generator or owner of such waste or spent nuclear fuel; and

WHEREAS, all costs associated with the preparation, transportation, and the disposal of spent nuclear fuel and high-level radioactive waste from civilian nuclear power reactors shall be borne by the owners and generators of such fuel and waste; and

WHEREAS, the DOE is required to collect a full cost recovery fee from owners and generators delivering to the DOE such spent nuclear fuel and/or high level radioactive waste; and

WHEREAS, the DOE is authorized to enter into contracts for the permanent disposal of spent nuclear fuel and/or high-level radioactive waste of domestic origin in DOE facilities; and

WHEREAS, the Purchaser desires to obtain disposal services from DOE; and

WHEREAS, DOE is obligated and willing to provide such disposal services, under the terms and conditions hereinafter set forth; and

WHEREAS this contract is made and entered into under the authority of the DOE Organization Act (Pub. L. 95-91, 42 U.S.C. 7101 et seq.) and the Nuclear Waste Policy Act of 1982 (Pub. L. 97-425, 42 U.S.C. 10101 et seq.)

NOW, THEREFORE, the parties hereto do hereby agree as follows:

ARTICLE I - DEFINITIONS

As used throughout this contract, the following terms shall have the meanings set forth below:

1. The term "assigned three-month period" means the period that each Purchaser will be assigned by DOE, giving due consideration to the Purchaser's assignment preference, for purposes of reporting kilowatt hours generated by the Purchaser's nuclear power reactor and for establishing fees due and payable to DOE.
2. The term "cask" means a container for shipping spent nuclear fuel and/or high-level radioactive waste which meets all applicable regulatory requirements.

3. The term "civilian nuclear power reactor" means a civilian nuclear powerplant required to be licensed under Sections 103 or 104(b) of the Atomic Energy Act of 1954, as amended (42 U.S.C. 2133, 2134(b)).

4. The term "Commission" means the United States Nuclear Regulatory Commission.

5 The term "contract" means this agreement and any duly executed amendment or modification thereto.

6. The term "Contracting Officer" means the person executing this contract on behalf of the Government, and any other officer or civilian employee who is a properly designated Contracting Officer of the DOE; and the term includes, except as otherwise provided in this contract, the authorized representative of a Contracting Officer acting within the limits of his authority.

7. The term "delivery" means the transfer of custody, f.o.b. carrier, of spent nuclear fuel or high-level radioactive waste from Purchaser to DOE at the Purchaser's civilian nuclear power reactor or such other domestic site as may be designated by the Purchaser and approved by DOE.

8. The term "disposal" means the emplacement in a repository of high-level radioactive waste, spent nuclear fuel, or other highly radioactive waste with no foreseeable intent of recovery, whether or not such emplacement permits recovery of such waste.

9. The term "DOE" means the United States Department of Energy or any duly authorized representative thereof, including the Contracting Officer.

10. The term "DOE facility" means a facility operated by or on behalf of DOE for the purpose of disposing of spent nuclear fuel and/or high-level radioactive waste, or such other facility(ies) to which spent nuclear fuel and/or high-level radioactive waste may be shipped by DOE prior to its transportation to a disposal facility.

11. The term "full cost recovery," means the recoupment by DOE, through Purchaser fees and any interest earned, of all direct costs, indirect costs, and all allocable overhead, consistent with generally accepted accounting principles consistently applied, of providing disposal services and conducting activities authorized by the Nuclear Waste Policy Act of 1982 (Pub. L. 97-425). As used herein, the term "cost" includes the application of Nuclear Waste Fund monies for those uses expressly set forth in section 302(d) and (e) of the said Act and all other uses specified in the Act.

12. The term "high-level radioactive waste" (HLW) means -

(a) the highly radioactive material resulting from the reprocessing of spent nuclear fuel, including liquid waste produced directly in reprocessing and any solid material derived from such liquid waste that contains fission products in sufficient concentrations; and

(b) other highly radioactive material that the Commission, consistent with existing law, determines by rule requires permanent isolation.