# In the United States Court of Federal Claims

**99-447C**

**Filed: April 30, 2004**

**BOSTON EDISON COMPANY,**

**v.**

**THE UNITED STATES**

**Protected Portions of Dft's Appendix to**
**Dft's Motion to Dismiss or, in the Alternative, for**
**Summary Judgment Upon Counts I and II and for Summary Judgment**
**Upon Count III of Pltf's Amended Complaint [FILED UNDER SEAL]**

The above document has been filed with the Clerk's Office UNDER SEAL in hard copy and is not available electronically.