**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BOSTON EDISON COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 99-447C (J. Allegra)** |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RFCF"), Plaintiff, Boston Edison Company ("Boston Edison") respectfully requests that the Court grant an enlargement of thirty (30) days, to and including July 2, 2004, within which the Plaintiff may file its response to Defendant's Motion To Dismiss Or, In The Alternative For Summary Judgment Upon Counts I And II, And For Summary Judgment Upon Count III Of Plaintiff's Amended Complaint ("Motion"). Plaintiff's response is currently due on June 1, 2004. The Court has not previously granted Plaintiff an enlargement of time regarding this Motion. Counsel for the Government, Harold D. Lester, has represented that Defendant consents to the filing of this motion.

At the pre-hearing conference in this matter on March 16, 2004, the Government advised that it would be filing a Motion to Dismiss the Complaint. However, the motion filed by the Government also included an alternative request for summary judgment on Counts I and II, as well as a Motion for Summary Judgment on Count III.

In order to fully respond to the Motions for Summary Judgment, including the Government's Statement of Uncontroverted Facts, Plaintiff will need to review extensive documents and facts in the record.

Defendant's counsel is also counsel in four other spent nuclear fuel cases. The Government has recently filed a Motion to Stay All Proceedings Or, In the Alternative, For Coordinated Discovery Regarding Rate and Schedule Issues in one of those cases, and Motions to Dismiss in the three others cases. Because of the Government's unanticipated Motions for Summary Judgment in Boston Edison and the work associated with responding to the Government's motions in the other spent nuclear fuel cases being handled by Plaintiff's counsel, Plaintiff respectfully requests that the Court grant this request for a 30 day extension of time.

For the foregoing reasons, Plaintiff respectfully requests that the court grant this extension of time.

Date: May 26, 2004

Respectfully submitted,

s/ Richard J. Conway

Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

*Counsel of Record for*
*Boston Edison Company*

Of Counsel: David M. Nadler
Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

Neven Rabadjija, Esq.
Associate General Counsel
NSTAR Electric & Gas Corporation
800 Boylston Street, 36th Floor
Boston, MA 02199-0228

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BOSTON EDISON COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 99-447C (J. Allegra)** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

THIS MATTER having come before this Court on Plaintiff's Unopposed Motion for Enlargement of Time, and the Court having reviewed the submissions of counsel and the record, it is hereby

ORDERED, that the Plaintiff's Motion for Enlargement of Time is GRANTED.

ORDERED this ___ day of _______________, 2004.

______________________________
The Honorable Francis M. Allegra
U.S. Court of Federal Claims Judge

COPIES TO:

Richard J. Conway
David M. Nadler
Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
2101 L Street, N.W.
Washington, D.C. 20037
(202) 785-9700

Neven Rabadjija, Esq.
Associate General Counsel
NSTAR Electric & Gas Corporation
800 Boylston Street
36th Floor
Boston, MA 02199-0228

*Attorneys for Plaintiff*

Stefan Shaibani
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit, 8th Floor
Washington, DC 20530

*Attorney for Defendant*