IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C

(Filed: May 28, 2004)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the Court is plaintiff's Consent Motion for Enlargement of Time, filed on May 26, 2004. Plaintiff requests an enlargement of thirty days, to an including July 2, 2004, in which to respond to defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment Upon Counts I and II, and for Summary Judgment Upon Count III of Plaintiff's Amended Complaint, which defendant filed on April 30, 2004. Plaintiff's counsel states that the enlargement is needed to allow plaintiff to prepare a full response to the government's motion. Plaintiff's counsel also notes that defendant's counsel does not oppose such an enlargement.

Good cause having been established, plaintiff's Motion for Enlargement is GRANTED IN PART; in light of the July 4 holiday, the Court grants plaintiff an additional week to prepare its response. Accordingly, plaintiff shall submit its response to defendant's Motion on or before July 9, 2004, and thereafter defendant shall submit its reply in support of its Motion on or before August 6, 2004. The Court's Order of March 16, 2004, is amended to indicate that the hearing on defendant's Motion shall be re-scheduled to August 26, 2004.

Plaintiff is also instructed to ensure that the name of the appropriate judge is included on its future filings, in accordance with RCFC 5.3(g).

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge