DOE/RW-0128

# OCRWM Mission Plan Amendment

**With Comments on the Draft Amendment and Responses to the Comments**

June 1987

U.S. Department of Energy
Office of Civilian Radioactive Waste Management
Washington, DC 20585

at both sites as the DOE receives evidence that quality-assurance requirements are satisfied.

EXTENSION OF THE SCHEDULE FOR THE FIRST REPOSITORY

Beginning with the comments on the proposed DOE siting guidelines,[24] which were issued on February 7, 1983, shortly after the Act was signed by the President, and continuing through the comments on the 1984 draft Mission Plan[27] and the Project Decision Schedule,[28] many parties have insisted that, given the controversial nature of the program, the schedule specified by the Act was not realistic and not achievable.* They pointed out that the schedule was not reconcilable with the siting process mandated by the Act—to achieve one it was necessary to sacrifice the other—and suggested that the DOE ask the Congress for schedule relief.

The DOE attempted to meet both objectives and developed an aggressive schedule that would allow the first repository to start accepting waste in January 1998. This schedule, first reported in the 1984 draft of the Mission Plan[27] and later revised in the 1985 Mission Plan,[1] resulted from a careful evaluation of the feasible options for each phase of the program and was based on innovative approaches to the development of the repository, such as the integration into the construction of the repository of the exploratory shafts used for site characterization and the construction of the repository in two phases. At the same time, the DOE insisted that the schedule would not be allowed to prevail over the need for technical excellence and public participation.

As already mentioned, several important milestones have been achieved. However, the experience gained in achieving those milestones and advances in the technical planning of the program, coupled with a decrease in the budget for fiscal year 1987** and uncertainty about fiscal year 1988, have led the DOE to reassess and rebaseline the program for the first repository and to revise its schedule (see Table 1). The new schedule shows a 5-year extension of the date for waste acceptance at the first repository, from 1998 to 2003. (As explained later, the DOE could nonetheless start accepting waste in 1998 at an MRS facility.)

The schedule remains aggressive and success oriented. As explained more fully in Appendix B, most of the extension occurs in the near term, during the site-characterization and site-selection phases. The activities scheduled for these phases include the preparation and public review of the site characterization plans, the construction of the exploratory shafts, the underground

---

*Summaries of these comments and the DOE's responses can be found in Volume II of the 1985 Mission Plan.[1]

**In the budget appropriation for fiscal year 1987, the Congress provided $499 million of the $710 million requested by the DOE and withheld $79 million of the $499 million pending the certification of good-faith efforts in consultation and cooperation with States and affected Indian Tribes.

DOE/RW-0294P

*Office of Civilian Radioactive*
*Waste Management*

# Annual Capacity Report

*December 1990*

*U.S. Department of Energy*
*Office of Civilian Radioactive Waste Management*
*Washington, DC 20585*

## 2.0 WASTE ACCEPTANCE PROJECTIONS

The two waste acceptance schedule projections used in this ACR are representative of bounding cases for a WMS configuration authorized by the Nuclear Waste Policy Amendments Act of 1987 (Amendments Act),[4] which includes an MRS facility. The upper bounding case is representative of the receipt rate of a WMS that is not restricted by MRS storage capacity limits of 10,000 MTU before repository operations and a maximum of 15,000 MTU at any time as imposed by the Amendments Act. This case is also not restricted by the MRS site selection and construction schedule linkages with the repository as imposed by the Amendments Act. The lower bounding case represents a receipt rate that would be in compliance with the Amendments Act restrictions on storage limits at an MRS before a repository starts operation. However, this case assumes removal of the schedule linkages with the repository imposed by the Amendments Act. Article II of the Contract indicates that "The services to be provided by DOE under this Contract [acceptance of title, subsequent transportation, and disposal of SNF/HLW] shall begin, after the commencement of facility operations, not later than January 31, 1998...." DOE recognizes that, under current conditions, waste acceptance at a DOE facility can begin in 1998 only if the Federal Government is able to consummate a timely agreement with a host State or Indian Tribe for the siting of an MRS facility which has been approved by Congress.

On November 29, 1989, the Secretary submitted a Report to Congress on Reassessment of the Civilian Radioactive Waste Management Program[5] which reported the results of a comprehensive review of the schedule for the waste management system. This schedule, based on a realistic assessment of activity durations and past experience, shows a significant slip for the start of repository operations--from the year 2003 to approximately 2010. The current restrictions in the Amendments Act linking the repository and MRS make it impossible for DOE to accept waste at an MRS facility on a schedule that is independent from that of the repository. DOE has indicated its preference that the MRS be sited through the efforts of the Office of the Nuclear Waste Negotiator[5], which was established by the Amendments Act. The Negotiator is a representative of the Federal Government, appointed by the President, and is

NUCLEAR ENERGY

# Overview

**The Weekly Report to Members of the Nuclear Energy Institute** **February 9, 2004**

## DOE Unveils $24.3 Billion Budget; Yucca Funds Rise, Nuclear R&D Cut

The fiscal year 2005 budget request announced last week by the Department of Energy brought mixed news for the nuclear energy industry—record-high funding for the Yucca Mountain repository and a sharp decline in spending on nuclear research and development.

The department is seeking $907.5 million for its civilian nuclear waste management program. That amount includes $880 million for the Yucca Mountain repository project, as well as $27.5 million associated with new elements that will be added to the program for the first time next year. These include DOE fuel management responsibilities for universities and Idaho used fuel storage. (*See related article on page 3.*)

Nuclear research and development, however, faces reduced funding in 2005, with a cut of nearly $34 million.

Overall, DOE submitted a $24.3 billion budget request for fiscal year 2005, 4 percent above last year's $23.4 billion total. If approved by Congress in its current form, the department's budget will have increased about 27 percent since the Bush Administration took office.

Nuclear energy figured prominently in Energy Secretary Spencer Abraham's speech outlining next year's fiscal plan. "We've made tremendous progress in ensuring that nuclear power will remain part of our fuel mix," Abraham said. "Our scientists are pursuing an advanced fuel cycle to provide significant improvements in fuel performance, energy utilization and proliferation resistance for nuclear reactors. And we are working on an international basis to develop the next generation of nuclear technologies that will take us to the next level in terms of efficiency, reliability and security."

The budget request for the Office of Nuclear Energy, Science and Technology totals $409.6 million, a 1.2 percent increase from the current year. The office's spending plan encompasses funding for research and development, infrastructure and program direction.

### HYDROGEN, GEN IV FUNDING INCREASED

Several nuclear energy R&D programs were hit hard by funding cuts while others received substantial support. The total research request was down 26 percent, from $130 million this year to $96 million in 2005.

DOE is seeking a 41 percent increase in funding for the Nuclear Hydrogen Initiative, from $6.4 million to $9 million, and a 10 percent rise for the Generation IV Nuclear Energy Systems Initiative, to $30.5 million. The hydrogen initiative is part of an overarching DOE program to tap various technologies that combine hydrogen production with electricity generation.

The Nuclear Energy Plant Optimization (NEPO) program, focused on the performance of existing reactors, and Nuclear Energy Research Initiative (NERI), which centers on new reactor research, were eliminated. In its budget document, DOE said NERI activities would be integrated into mainline R&D programs to "achieve greater participation of the nation's universities."

Despite voicing continuing support for NEPO's objectives, DOE provided no funding. The move will allow DOE "to concentrate on more long-term research and development activities on new nuclear plant designs, rather than short-term activities on currently operating nuclear power plants," officials said. DOE has tried to drop NEPO since 2003, but Congress continued to fund the program, although at declining levels of support.

Funds for the Nuclear Energy Technologies effort were nearly halved,

### in this issue

DOE Unveils $24.3 Billion Budget ....1
Yucca Funding Set at Record $880 Million ....3
NRC Seeks $670 Million for 2005 ....4
DOE to Seek Yucca Funding Bill ....4
Industry Briefs Wall Street on High Performing Year ....4
NRC Pilot Project Examines PSA Standards ....7

*Overview* is also available to NEI members in PDF or HTML format on NEI's member Web site at *http://member.nei.org*. To access current or archived issues, enter your ID and password and go to the home page, click on "Industry Topics" and then on *"Nuclear Energy Overview."*

## FY 2005 NUCLEAR ENERGY FUNDING (in millions of dollars)

| | FY 2004 Administration Request | FY 2004 Appropriation | FY 2005 Administration Request |
|---|---|---|---|
| **Department of Energy** | | | |
| ▶ **Nuclear Energy, Science and Technology Programs** | 387.6 | 404.8 | 409.6 |
| Program Direction | 60.2 | 59.8 | 60.3 |
| Nuclear Energy Plant Optimization | 0 | 2.9 | 0 |
| Nuclear Energy Research Initiative | 12.0 | 6.6 | 0 |
| Nuclear Energy Technologies | 48.0 | 47.3* | 10.3 |
| Generation IV Nuclear Energy Systems Initiative | n/a | n/a | 30.5 |
| University Reactor Fuel Assistance/Support | 18.5 | 22.9 | 21.0 |
| Nuclear Hydrogen Initiative | 4.0 | 6.4 | 9.0 |
| Advanced Fuel Cycle Initiative | 63.0 | 66.7 | 46.3 |
| ▶ **Infrastructure** | | | |
| Radiological Facilities Management | 60.2 | 63.4 | 69.1 |
| Idaho Facilities Management | 65.6 | 75.4 | 108.0 |
| Idaho Sitewide Safeguards and Security | 56.7 | 56.3 | 58.1 |
| ▶ **Nuclear Waste Disposal** | 591.0 | 580.0 | 880.0 |
| Nuclear Waste Fund | 161.0 | 190.0 | 749.0 |
| Defense Funds | 430.0 | 390.0 | 131.0 |
| ▶ **Agencies** | | | |
| Nuclear Regulatory Commission | 626.1 | 626.1 | 670.3 |

* This figure includes funding for Nuclear Energy Technologies ($19.6 million) and the Generation IV Nuclear Energy Systems Initiative ($27.7 million). The funds will be separated in the 2005 fiscal year.

from $19.6 million this year to $10.3 million in 2005. The program provides for licensing demonstration and related analysis projects for the Nuclear Power 2010 program to support new nuclear reactors. Instead, DOE will concentrate on the early site permit and combined license application processes.

The Advanced Fuel Cycle Initiative, created to develop advanced technologies for an improved, more efficient and proliferation-resistant nuclear fuel cycle, also suffered cuts. Its budget request was sliced by nearly one-third, from $66.7 million in 2004 to $46.3 million next year.

Proposed funding for the University Reactor Fuel Assistance and Support program was reduced by 8 percent, to $21 million next year.

#### R&D REDUCTIONS CALLED 'SHORT-SIGHTED'

The cutbacks drew immediate fire from one longtime congressional supporter of nuclear energy R&D. Sen. Pete Domenici (R-N.M.), chairman of the Energy and Water Development Appropriations Subcommittee, labeled the reductions "short-sighted."

"America is poised to reinvest in nuclear energy as part of a larger strategy to move away from our overreliance on natural gas," Domenici said. "Nuclear energy is clean, reliable and affordable. We are planning the construction of new nuclear power plants and the implementation of improved waste strategies. Slashing nuclear R&D could undermine that larger effort."

The $235.3 million infrastructure budget request includes substantial funding increases for the Idaho National Engineering and Environmental Laboratory (INEEL) as the facility begins its transition to the Idaho National Lab.

The new lab, which will merge INEEL with Argonne National Laboratory-West, is an important priority for Abraham. "This new laboratory will serve as the nation's primary center for strategic nuclear energy research, development, demonstration and education," he said.

"It will lead the department's investigation of a new type of nuclear power plant that is proliferation-resistant and meltdown-proof—the next-generation nuclear power plant," Abraham noted. "It is our objective that the Idaho National Laboratory becomes the world's premier nuclear energy technology center within a decade."

The budget request was submitted to Congress Feb. 2. Budget and appropriations committees are expected to work on the spending plan during the next several months.

## Yucca Funding Request Set at $880 Million for 'Critical' Year

An $880 million funding request for Yucca Mountain will ensure a license application is filed with federal regulators this December and that work can proceed on the project's crucial transportation plan, Energy Department officials said while unveiling their 2005 spending plan last week.

The record-breaking amount will be divided into three areas: Yucca Mountain project, $558.9 million; transportation project, $186 million; and program management and direction, $135.1 million. Congress appropriated $580 million for Yucca Mountain in 2004.

In a Feb. 2 budget briefing, Margaret Chu, director of DOE's Office of Civilian Radioactive Waste Management, called 2005 "a critical year" for the project. She said that DOE will file a license application with the Nuclear Regulatory Commission this December, two months into the 2005 fiscal year, and will step up work on a transportation plan for the facility.

"A high-quality, complete application is paramount," Chu said. DOE is also prepared to "answer queries and requests for additional information during the NRC's technical review. We expect the review will be very thorough and very rigorous."

Besides the license application and transportation plan, Chu outlined a series of Yucca Mountain program objectives and activities for 2005, that include:

- providing timely and effective response to the NRC during technical review of the license application
- focusing on design and site infrastructure readiness for repository construction
- continuing the implementation of business process improvements


## Last Chance for 2004 TIP Award Entries

**Competition closes Feb. 12.**

**The TIP Award committee needs your entries now!**

Remember, all entries must be submitted via the Internet.

To enter: Go to NEI's member Web site at *http://member.nei.org* and click on "TIP Awards honor innovation." Follow the instructions to submit your entry. You will need a password, which you can obtain from your company's NEI administrative point of contact or by e-mailing NEI at *membership@nei.org*.

For more information, contact Elizabeth King at 202.739.8095 or *ejk@nei.org*.

## upcoming events

*For information on logistics for all NEI meetings, contact Arika Johnson at 202.739.8039 or* registrar@nei.org.

- **Nuclear Asset Management Community of Practice** will be held March 11-12 at the Sheraton Suites Galleria, Atlanta. For information, contact Vince Gilbert at 202.739.8138 or *jvg@nei.org*.
- **NEI/World Nuclear Association's World Nuclear Fuel Cycle 2004** will be held March 30-April 2 at the Crowne Plaza in Madrid. For information, contact Suzanne Phelps at 202.739.8119 or *srp@nei.org*.
- **North American-Young Generation in Nuclear's 2004 International Youth Nuclear Congress** will be held May 9-13 at the Courtyard Marriott, Toronto. For conference details, visit *www.iync.org* or contact *submit@iync.org* to submit a summary for presentation at the conference.
- **Nuclear Energy Assembly**, "Creating the Future: the Next 50 Years," will be held May 12-14 at the Ritz-Carlton Hotel, New Orleans. For information, contact Lisa Steward at 202.739.8006 or *lis@nei.org*.
- **Emergency Preparedness and Communication Forum** will be held June 21-22 at the Ritz-Carlton Cleveland in Cleveland, Ohio. For information, contact Alan Nelson at 202-739.8110 or *apn@nei.org*.
- **Emergency Preparedness Training Course** will be held June 23-25 at the Ritz Carlton Cleveland in Cleveland, Ohio. For information, contact Alan Nelson at 202.739.8110 or *apn@nei.org*.

*For more detailed program and registration information, visit the "NEI Conferences" area of NEI's member Web site at:* http://member.nei.org.

- expanding design activities for surface, subsurface and engineered barriers, including prototypes
- implementing an acquisition strategy to begin construction and operational phases of repository development.

Among the priorities Chu listed for the transportation project were the award of contracts for acquisition of transportation containers and rail infrastructure, issuance of a draft environmental impact statement for the Nevada rail alignment, and development of an acquisition strategy for a transportation fleet management facility.

Additionally, DOE will expand intergovernmental and institutional programs for stakeholder and tribal participation in transportation planning and develop program elements to optimize waste acceptance for commercial and DOE used nuclear fuel and high-level waste.

A departmental realignment will shift DOE fuel management responsibilities for universities and Idaho used nuclear fuel storage to the civilian waste management office in an effort to "consolidate spent nuclear fuel expertise," Chu said. Another $27.5 million has been set aside for that purpose.

Energy Secretary Spencer Abraham called the Yucca Mountain funding request "one of the most significant and long-standing commitments addressed in this budget."

"We made a decision in the beginning of 2002 that we'd move ahead with the Yucca Mountain project," Abraham said. "It was a decision that people said would never be made. A decision for which there would always be a political excuse for delay.

"There is still much work to be done—at the site, at the Nuclear Regulatory Commission and in various courtrooms," he said. "But I believe that at the end of the day, America will finally have a long-promised, safe repository for nuclear waste."

## NRC Seeks $670 Million For Fiscal Year 2005

The Nuclear Regulatory Commission has submitted a $670.3 million budget request to Congress for fiscal year 2005, an increase of $44 million over this year's spending.

The budget reflects $541.1 million from fees assessed to NRC licensees, a $4.5 million decrease from this year. The remaining $129.2 million would be provided by the Nuclear Waste Fund and U.S. Treasury.

The agency cited several reasons for the 7 percent budget increase, including $14 million for federal pay raises and benefit increases. Referencing increased interest in new reactor initiatives, the agency said that another $10 million is necessary to strengthen reactor programs, as well as reactor inspection and performance assessment activities. The NRC also seeks an additional $30 million for review of DOE's application to construct the Yucca Mountain repository and to study the performance of used fuel shipping containers.

Some of the increase is offset by a decrease of approximately $10 million for homeland security activities, which are now complete.

Funding levels for each of the NRC's strategic areas includes:

- nuclear reactor safety, $435.2 million
- nuclear materials safety, $100.3 million
- nuclear waste safety, $118.1 million
- international nuclear safety support, $9.2 million
- Office of the Inspector General, $7.5 million.

## DOE Will Pursue Legislation To Modify Yucca Funding Mechanism

The Department of Energy will pursue legislation to ensure that the federal Nuclear Waste Fund is "directly applied for [its] intended purpose without delay," according to DOE's 2005 budget request introduced last week.

**transitions**

## GOVERNMENT

***Jerry Paul,*** a member of the Florida House of Representatives, has been nominated by President Bush to serve as principal deputy administrator of the National Nuclear Security Administration. Paul is also a partner in the law firm of McKinley, Ittersagen, Gunderson and Berntsson. He previously worked as a nuclear engineer at Southern Nuclear Operating Co.'s Hatch Nuclear Plant in Baxley, Ga.

The legislation would reform an appropriations process that over the past nine years has seen more than $4 billion diverted from the fund – a dedicated trust fund financed by users of nuclear-generated electricity – for other general budget purposes.

"The nuclear waste management program has been consistently underfunded for many years. It is essential that sufficient funding be made available to permit DOE to meet its schedule," said John Kane, NEI's senior vice president of governmental affairs.

DOE's legislative proposal would protect a fund amount, based on fees collected from consumers, to pay for repository construction. The legislation will most likely be patterned after House bill H.R. 3429, introduced by Illinois Reps. John Shimkus (R) and Bobby Rush (D) last October (see *Nuclear Energy Overview*, Nov. 3, 2003).

The Shimkus-Rush legislation would allow estimated fees collected in the Nuclear Waste Fund in 2005 to offset program spending, resulting in no impact on Congressional spending caps. This is the same approach applied to industry fees for Nuclear Regulatory Commission activities.

Under the DOE proposal, the "offsetting collection" will range between $749 million and $767 million during the next five years. This is significantly higher than the $190 million appropriated from the fund in fiscal 2004.

Nuclear Waste Fund contributions will continue to be supplemented by federal defense funds, including a requested $131 million in fiscal 2005, to cover costs associated with DOE used fuel and nuclear materials disposition. Together, the two sources will provide $880 million in fiscal 2005. Monies requested from the defense funds and Nuclear Waste Fund are subject to the appropriations process.

Margaret Chu, director of DOE's Office of Civilian Radioactive Waste Management, listed the legislative proposal as one of the office's top 2005 objectives. "Many of us, including members of Congress, have been concerned about funding for the waste program," she said. "We have reached a point where legislation must be sought to make the Nuclear Waste Fund available for its intended purpose."

The fund's balance stood at $14.4 billion last September. Since 1983, ratepayers have paid $23.1 billion into the reserve. This balance will not be affected by the legislation and will remain available for long-term program costs.

The nuclear energy industry expressed support for the proposed appropriations remedy.

"The administration is taking important steps to help the government meet its statutory and contractual obligation to begin disposing of the used nuclear fuel being stored at commercial nuclear power plants," Kane said. "It is imperative that Congress provide the funding necessary in the years ahead for the Department of Energy to meet critical program milestones for the planned underground repository at Yucca Mountain."

DOE plans to submit a license application for the disposal facility to the Nuclear Regulatory Commission this December. DOE's goal is to have the repository, which would receive commercial used nuclear fuel and high-level radioactive waste from U.S. defense programs, in operation by 2010.

## Another High-Performing Year, Industry Tells Wall Street

The nation's nuclear power plants entered 2004 performing at the electricity industry's leading levels of efficiency and reliability, industry leaders said at NEI's annual briefing for financial analysts in New York on Feb. 6. The nuclear energy industry, they said, is continuing to invest in building new nuclear power plants later this decade.

"This industry is completely focused on securing its future—making the investments necessary today so that we'll be well-positioned to serve our customers, shareholders and bondholders in the years ahead," said Don Hintz, president of Entergy Corp. and NEI chairman.

NEI President and Chief Executive Officer Joe Colvin told analysts that preliminary data from 2003 shows that the nation's 103 nuclear reactors produced 762 billion kilowatt-hours (kWh) of electricity. Nuclear power generation in 2002 was a record-high 780 billion Kwh. The plants' average capacity factor—a measure of efficiency—is estimated between 89 percent and 90 percent in 2003, after a record-high 91.9 percent in 2002.

"We expect these small year-to-year ups and downs in total nuclear plant output," Colvin said. He emphasized that the dip in output resulted

**Nuclear Power: Clearly Competitive**



primarily from extended plant shutdowns for capital improvements and inspections. "To the extent that small declines in annual output are the result of major equipment replacement projects, we should be encouraged."

Although 2003 cost data is not yet available, the industry anticipates the average production cost (fuel costs plus operations and maintenance) will be about the same as the 1.7 cents/kWh average posted in 2002.

"A small increase in costs will not affect the competitive position of a nuclear power plant or its profitability. With even a modest increase in cost, nuclear plants remain safe, competitive and profitable," Colvin said.

The industry continues to increase capacity at nuclear power plants, Colvin said. "With more than 2,000 megawatts of power uprates authorized by the Nuclear Regulatory Commission over the past three years, and another 2,000 megawatts expected over the next several years, we continue to gain additional value from our existing assets."

Colvin told analysts that as the U.S. economy grows, demand for electricity will increase. "Our nation must meet the growing demand with a diversified portfolio of fuels and technologies, including nuclear energy," he said. Accordingly, the industry continues to progress toward new nuclear power plant orders.

Several years ago, the industry launched a program to help create a favorable business climate in which companies can order new nuclear plants. This comprehensive, multi-year program is designed to address licensing and regulatory issues and the development of new nuclear plant designs and financing, Colvin said.

Entergy's Hintz told analysts, "Probably the most difficult hurdle to building new plants is breaking the inertia—building the first new plants, and demonstrating that we can manage the licensing process and achieve our cost and schedule targets. Nuclear power is a solid business. And that's why we are investing time and money and management resources in building a foundation for the future and for this industry."

The comprehensive energy policy legislation pending in the U.S. Senate provides financial incentives for advanced reactors and continued investment in research and development for advanced nuclear technologies. The legislation also includes Price-Anderson Act reauthorization. "Passage of the energy bill this year is essential if the industry is to start down the road of expanding America's diverse energy infrastructure to ensure energy security and a cleaner environment for the future," Colvin said.

In reviewing challenges ahead, Colvin noted that the nuclear industry has long recognized that some metals and other materials in certain plant applications require dedicated management by plant operators to maintain high safety levels. The industry this year will dedicate $60 million to industrywide programs that proactively prioritize and resolve materials management issues.

Colvin told analysts that nuclear plant security continues to be a high priority for the industry, saying, "Our goal is to provide the highest level of protection possible for a commercial facility."

Nuclear power plants have enhanced security in several respects since Sept. 11, 2001, and will have invested about $1 billion by the end of this


# what is the future of nuclear

Register now on the "NEI Conferences" area of NEI's member Web site at *http://member.nei.org*, or contact Lisa Steward at 202.739.8006 or *lis@nei.org*.

NUCLEAR ENERGY ASSEMBLY

**Creating the Future: The Next 50 Years**

**May 12-14, 2004 ■ Ritz-Carlton Hotel ■ New Orleans**

Nuclear energy is poised for growth as we meet the multi-faceted challenges of economic expansion, environmental protection and the new frontiers of energy supply.

Join industry, public policy and business leaders to explore the possibilities of a vibrant future for nuclear.

Invited speakers include:

- Donald Evans, U.S. Secretary of Commerce
- Mary Landrieu, U.S. Senator (La.)
- Kathleen Babineaux Blanco, Governor of Louisiana
- Emily Nagle Green, CEO of Cambridge Energy Research Associates
- Susan Eisenhower, Chairman, Eisenhower Institute
- Nils Diaz, Chairman, Nuclear Regulatory Commission
- Cokie Roberts, ABC News Political Analyst

year in post-Sept. 11 security enhancements. These enhancements include: moving security perimeters farther from the plant installing new barriers and plant access authorization systems, increasing the size of security staffs and enhancing all aspects of training.

"We will continue to work with the NRC and the Department of Homeland Security to ensure nuclear power plants remain the best protected industrial facilities," Colvin said.

## NRC Pilot Project Examines Safety Assessment Standards

Five companies have volunteered for a pilot project to evaluate their reactors' probabilistic safety assessments (PSAs) against a recently released standard and Nuclear Regulatory Commission guidance. The project is intended to help define how the standard will be used to establish the technical adequacy of these assessments for regulatory applications.

The five pilot plants—San Onofre, Columbia, Surry, Limerick and South Texas—will evaluate their PSAs against a standard developed by the American Society of Mechanical Engineers (ASME), in addition to an NRC regulatory guide. Each plant will evaluate its PSA in the context of a different proposed regulatory application.

The pilot plants will use the results of industry peer reviews of their PSAs in the project. Before any formal PSA standards were available, the industry developed peer-review guidance and organized teams of experts to conduct the reviews. The process gave companies feedback on the methods used in preparing their PSAs.

The quality and completeness of plant PSAs have been a continuing focus of interest in connection with safety-focused regulation. The commission has emphasized the importance of moving toward use of PSA standards. In addition to the ASME standard—which addresses internal plant events at full power—the American Nuclear Society is developing standards to address risks related to seismic events, fires and operating conditions during periods of low power production and when the plant is shut down.

The industry first must address the ASME standard, said Tony Pietrangelo, NEI senior director for risk regulation. "It sets a high bar for PSA capability. It represents a compilation of best practices from PSAs developed since the late '80s."

The commission recently issued new direction to its staff that provides a four-part approach to addressing PSA quality and completeness. "The commission's direction to the staff recognizes that companies can make practical, safety-focused improvements in plant operation as the technology evolves," Pietrangelo said.

All U.S. reactors have performed a PSA to address internal plant events during power operation. Some plants also have addressed "external events," such as fires and earthquakes, in their PSAs, while others have addressed these events with alternative methods. The NRC believes that existing methods may be used to support regulatory applications in the near term but that over time, PSAs should address all events and modes of operation and should meet consensus standards, Pietrangelo said.

According to Pietrangelo, new incentives for plants to use better PSA models are the best way to achieve more detailed and thorough PSAs. A new NRC rule, expected by mid-2004, may present a significant incentive, he said.

The rule—10 CFR 50.69—will allow plant operators to rank equipment more precisely according to its safety significance. Plant budgets for procurement, maintenance and testing of low-risk components could be reduced under the rule, and operators could focus more attention and resources on equipment that has high safety significance. How much a company benefits from the rule will depend, in part, on the quality and completeness of its PSA.

## Tauzin to Leave House; Resigns as Energy, Commerce Chair

Rep. Billy Tauzin (R-La.) will step down as chairman of the House Energy and Commerce Committee, effective Feb. 16. He will also not stand for re-election to Congress in November. Tauzin's departure will cap nearly 24 years of government service.

In a Feb. 3 letter to Speaker Dennis Hastert (R-Ill.), Tauzin said, "Leaving will not be easy, but I believe that this year is the right time for me and my family. My recent time spent at Bethesda Naval Hospital has reminded me of how precious time and life are and how dear family and friends are."

He said his committee needed "to begin its transition to new leadership" and "should have the opportunity for new leadership to carry on its most important work."

Tauzin, a staunch supporter of the nuclear energy industry, also worked on comprehensive energy legislation as co-chairman of the energy conference with Sen. Pete Domenici (R-N.M.). He was instrumental in garnering overwhelming House approval of energy legislation twice in the past two years.

In 2001, Tauzin addressed industry leaders at NEI's Nuclear Energy Assembly. The most obvious reason nuclear energy needs to be part of the future U.S. energy mix, he pointed out, is that "it's good for the air. It fits the clean-air profile. Who would have thought that we'd be talking about new nuclear plants in this country?" (see *Nuclear Energy Overview*, May 28, 2001).

House Energy and Air Quality Subcommittee Chairman Joe Barton (R-Texas), another nuclear energy advocate, who wrote key provisions of the energy bill, is a leading contender to succeed Tauzin on the panel.

In a Feb. 4 statement, Barton said, "With [Tauzin's] announcement, I am now actively seeking to be his successor to the chairmanship, and am flattered to have his endorsement. I am in the process of speaking individually with each of the steering committee members, and hope for their support. I had positive meetings with both Speaker Hastert and Majority Leader [Tom] DeLay [R-Texas] last night and look forward to an expedient

steering committee meeting to allow a smooth transition for the pending Energy and Commerce Committee agenda."

The chairmanship of the Energy and Commerce committee is one of the most powerful positions at the Capitol because of its broad jurisdiction, which encompasses energy, telecommunications, health care and environmental policy.

Barton, a former oil industry engineer, has nearly 20 years experience in the House. The energy bill, which Barton would inherit, has been stalled in the Senate since November, mainly over bipartisan objections to its $31 billion cost and a provision to waive liability for methyl tertiary butyl ether—a natural gas-derived gasoline additive.

## NRC Seeks to Amend Licensing Fee Schedule to Recover $546 Million

The Nuclear Regulatory Commission is proposing to amend the licensing, inspection and annual fee schedule to recover about $545.6 million for fiscal year 2004, which runs through Sept. 30.

The NRC is required to recover about 92 percent of its congressionally appropriated budget in fiscal year 2004, minus the amounts appropriated from the Nuclear Waste Fund and other offsetting amounts. To meet this requirement, the agency will collect $400.4 million from reactor licensees and others through the agency's annual fees.

According to a 1999 fee rule, the NRC is authorized to re-establish—or rebaseline—its base annual fees at least every three years, and more frequently if there is a substantial change in the total NRC budget. The total amount to be recovered through fees is $19.3 million more than the amount estimated for recovery in fiscal year 2003.

The NRC rebaselined annual fees this year based on the changes in the total budget and the magnitude of the budget allocated to certain classes of licensees. Rebaselined annual fees would result in increased annual fees—compared to 2003 fees—for three classes of licensees: power reactors, rare earth mills and transportation. The rebaselining would result in decreased annual fees for three classes—used fuel storage/reactor decommissioning, non-power reactors, and fuel facilities.

For material users and uranium recovery, most categories of licensees would have decreased annual fees, while others would have increased annual fees.

The primary reason cited for the increase in total fees for 2004 is that the amount to be recovered includes $51.1 million for homeland security activities, compared to $35.4 million in 2003. Other reasons noted for the fee increase include the 2004 federal pay raise and increased resources for reactor license renewals and new reactor licensing.

Written comments on the proposed amendments to Parts 170 and 171 of the commission's regulations must be received by the NRC by March 3.

| Class/Category of Licensees | Proposed FY 2004 Annual Fee |
|---|---|
| Power Reactors (Including spent fuel storage/reactor decommissioning annual fee) | $3,342,000 |
| Rare Earth Mills | $187,900 |
| Transportation-Approvals (Users and Fabricators) | $91,400 |
| Spent Fuel Storage/Reactor Decommissioning | $207,000 |
| Non-Power Reactors | $62,600 |
| High-enriched Uranium Fuel Facility | $5,342,000 |
| Low-enriched Uranium Fuel Facility | $1,791,000 |
| Uranium Recovery (Conventional Mills) | $14,600 |
| Radiographers | $12,000 |
| Broad Scope Medical | $25,100 |
| Distribution of Radiopharmaceuticals | $4,500 |
| Gauge Users | $1,900 |

## Domenici Trims Gas Additive Provision To Move Energy Bill Forward

Senate Energy and Natural Resources Chairman Pete Domenici (R-N.M.) plans to strip a controversial gasoline additive legal liability provision from a trimmed down comprehensive energy bill and offer the legislation on the Senate floor later this month as an amendment to a larger bill.

The additive, methyl tertiary butyl ether (MTBE), is a natural gas-derived substance that increases the oxygen content of gasoline. The substance has seeped into groundwater in regions across the country.

The energy bill has been stalled in the Senate since November, mainly over bipartisan objections to its $31-billion cost, but also as a result of the MTBE provision that would prevent communities from filing lawsuits to force the additive's producers to pay for cleanup costs of MTBE-contaminated water supplies.

House Energy and Commerce Committee Chairman Billy Tauzin (R-La.) and House leaders were notified of Domenici's intentions. "They aren't particularly happy about it, but I believe stripping MTBE out is necessary to get this bill through the Senate," Domenici said.

Without revealing many details, Domenici plans to reduce the overall

cost of the bill before sending it to the floor this month. He is working with Senate Finance Committee Chairman Charles Grassley (R-Iowa) to write a less expensive version of the bill. Most of the cuts will come from tax incentives, Domenici said.

Domenici first announced his plans to offer a significantly less costly energy bill after the president's budget was released Feb. 2 (see related story page 1).

"The budget the president sent to the Hill . . . is a tough one, but it reflects economic realities. It is necessary, in light of current deficit numbers, to trim spending every way that we can," he said. "I plan to trim the cost of this bill, while keeping its core provisions intact."

Domenici remains committed to passing comprehensive energy legislation through the Senate, but was disappointed with certain aspects of the administration's budget.

"I am disappointed that the Office of Science took a 2 percent cut, especially in light of specific guidance from [the] Energy and Water Development Appropriations Subcommittee to do just the opposite," he said. "I also consider the decision to decimate nuclear energy [research and development] short-sighted."

## Yucca Mountain Brings Millions in Economic Benefits to Nevada, Study Finds

The Yucca Mountain repository would generate up to $228 million in total gross product to the state of Nevada in 2006, the peak construction year, and add as much as $125 million annually during operation, according to a report from the Center for Business and Economic Research at the University of Nevada, Las Vegas.

The Yucca Mountain project contributed $195.7 million and 3,650 jobs to Nevada's economy in 2000, and $188.6 million in 2001. This translates to roughly $131 million earned each year in the state as a result of the project, the report claims.

"If the Yucca Mountain project were discontinued, economic losses, relative to the current economy, would be substantial," Keith Schwer, director of the center, said in a recent article in the *Las Vegas Review-Journal*. Schwer added that, unlike gaming and tourism, which are important in the state and subject to recessionary cycles, Yucca Mountain is expected to be a "sustained source of economic activity independent of the vagaries of the financial markets."

The report estimates that new employment linked to the project during the construction phase could peak at nearly 4,500 new jobs, depending on which transportation route is chosen.

During the project's primary transportation and operations phase (2010-2035), 2,000 to 2,500 jobs would be added in Nevada. The highest concentration of jobs would be in relatively high-wage industries such as construction, professional services and engineering.

"As such, they can provide a steady stream of income to Nevada residents that are largely independent of national and international economic cycles," the report said.

## Colvin, Hintz, Tollison Win American Nuclear Society Award

The American Nuclear Society (ANS) has awarded three industry leaders its 2004 Future Vision Award. ANS presented the awards during the second annual ANS Utility Executive Conference held last week in Scottsdale, Ariz.

This year's recipients are:

- Joe Colvin, president and chief executive officer of NEI
- Donald Hintz, president of Entergy Corp.
- Fred Tollison, executive vice president of the Institute of Nuclear Power Operation (INPO).

ANS established the award last year to recognize individuals who have served as visionaries by demonstrating their dedication to the nuclear industry.

"A visionary is someone who is able to communicate their view of the future, and they support that view by developing the right plan, engaging the right people and ensuring their commitment to reach a common goal," ANS said.

The organization said that all three recipients have made significant contributions to the nuclear industry through their visions. Award winners were recognized for their roles in ensuring that nuclear power remains a safe, viable energy source and their continued efforts in educating the public on the advantages of nuclear energy.

Colvin has served as NEI's chief executive officer since 1996, after serving two years as its executive vice president and chief operating officer. Prior to joining NEI at its formation in 1994, he held numerous executive-level positions in the civilian nuclear energy industry, including serving as president and chief executive officer of the Nuclear Management and Resources Council. He also served for more 20 years in the U.S. Navy as a nuclear submarine officer.

"I remember hearing very early in my career that the best way to appear smart is to surround yourself with smart people," Colvin said. "I have taken that to heart over my career, and that's why I'm proud to accept this Future Vision Award on behalf of NEI and all of the talented, hard-working people of the nuclear industry who share a common vision."

Hintz has been Entergy's president since 1999, responsible for more than 30,000 megawatts of generating capacity, consisting of 73 gas and oil-fired plants, 10 nuclear plants and six coal-fired plants. During this period, he established Entergy's nuclear growth strategy, leading to the company's acquisition of five nuclear plants and making it the largest nuclear energy operator in the Northeast and the second largest in the nation.

Hintz also serves as chairman of NEI, a director of ANS, EPRI, the Southeastern Electric Exchange and Nuclear Electric Insurance Ltd.

Tollison joined INPO in August 1987 after a 17-year career with Carolina Power & Light Co. (CP&L). He served in a variety of management positions with CP&L, including plant manager of the Brunswick Steam Electric Plant

and manager of nuclear training. In an on-loan assignment from 1981-1983, Tollison served as director of INPO's Evaluation and Assistance Division. Tollison served as an officer aboard nuclear submarines in the U.S. Navy from 1964 to 1970 and retired as a captain in the Naval Reserve.

On receiving his award, Tollison said, "I want to express my appreciation for the INPO leaders from whom I have learned so much over the years—people like Dennis Wilkinson, Zack Pate, Jim Rhodes and Mike Evans. I also want to note the importance of our spouses. The nuclear industry is demanding, and having a supportive spouse has made all the difference for me.

"Going forward, our challenge as an industry is to make operating experience more memorable, unique, and 'sticky' for the new generation of workers, so they don't have to relive it themselves," Tollison said.

## Utilities File More than 60 Law Suits Over Government Used Fuel Default

The country's nuclear reactor owners, past and present, have filed more than 60 lawsuits against the federal government over the failure of the U.S. Department of Energy to meet its statutory deadline to accept the nation's used nuclear fuel, as of the sixth anniversary of the default on Jan. 31.

Some considered the sixth anniversary to represent a statutory deadline for filing suit, and a number of legal actions were filed in the weeks immediately preceding it, raising the total to 61 by Jan. 31.

Others, however, maintain that damage claims date not from the deadline for DOE to begin accepting used fuel, but from a subsequent date on which DOE would have scheduled removal of the used fuel from individual installations. Therefore, they say, the legal window for filing suit remains open.

Since the Jan. 31 deadline has passed, however, the pace of legal action over the used fuel issue has slowed. The next action is expected to take place in early March, when the U.S. Court of Federal Claims hears a suit originally brought by Indiana Michigan Power Co. in 1998.

## Bruce Power Considers Restarting Two Reactors

On the heels of restarting two reactors in the past few months, Canada's Bruce Power will study the feasibility of restarting two more of its Bruce A reactors.

The company is considering updating its four Bruce B reactors and the potential for building one or more new reactors at its existing site in Kincardine, Ont., about 150 miles northwest of Toronto, said Duncan Hawthorne, Bruce Power chief executive officer.

Hawthorne made the comments during his speech on the future of nuclear power in Canada as part of the North American Power Markets conference in Toronto.

"If this study concludes there is a sound business case to be made for expanding Ontario's reactor fleet, I can think of no better place to do it than at Bruce Power," Hawthorne said. The company has begun its study and expects to complete it by mid-year.

The feasibility study will involve a technical inspection of Bruce A 1 and A 2 reactors and an assessment of the costs involved in upgrading them to current standards. It will also address the costs of extending the operating lives of the Bruce B reactors. Without significant upgrades, the Bruce B plant will reach the end of its operational life over the next 15 years.

Bruce Power also will examine the potential for building one or more advanced Candu reactors that are being developed by Atomic Energy of Canada Ltd.

"When the Bruce site was first developed, there were plans for an additional generating station here," Hawthorne said. "We want to take a hard look at whether that option should be revisited. As we have seen in some Pacific Rim countries, CANDU reactors have been built on time and on budget in recent years. There is no reason we can't duplicate that here in Canada."

Bruce Power restarted the Bruce A 3 reactor in January and Bruce A 4 in October. The two reactors had been idled since 1998. Partially as a result of the Bruce A 4 restart, Bruce Power increased output in 2003 by 18 percent, compared to the previous year.

### OPG ALSO RESTARTS UNDER REVIEW

Ontario Power Generation (OPG) restarted its Pickering A 4 reactor in September 2003. A government panel led by John Manley, a former deputy prime minister of Canada, was formed in December to explore whether OPG should pursue a restart of its Pickering A 1-3 reactors.

The panel also is tasked with examining the corporate governance and senior management structure of OPG, which is owned by the provincial government. Recommendations from the panel are expected by mid-March.

Before last September, all four Pickering A reactors had been mothballed since 1997. OPG operates four other reactors (Pickering B 5-8) at its Pickering, Ont., site.

The possible OPG and Bruce Power restarts, as well as any new nuclear power plant built before 2008, may qualify for provincial tax incentives announced last year by the Ontario government. Both of the studies under way will review how the tax incentives would affect the viability of a restart.

A recently issued report commissioned by the government of Ontario recommended continued support of the research and development of new power generation technologies, including the advanced CANDU reactor (see *Nuclear Energy Overview*, Feb. 2). The report also explored a scenario in which new nuclear plants were built in Ontario to meet a projected shortfall in the province's electricity supply.

## Entergy's Keuter Wins Tech Transfer Award from EPRI

Dan Keuter, vice president, Entergy Nuclear business development, garnered honors from EPRI, the Palo Alto, Calif.-based research organization, for his work in helping members of Congress and their staffs understand nuclear energy's potential.

EPRI presented Keuter with its 2003 Technology Transfer Award during the organization's Annual Program Review Dinner in San Francisco Jan. 28. Four others, from other parts of the electric industry, were also honored.

"Dan Keuter has been a tireless advocate for all of us—Entergy and the industry at large—on the promising potential of nuclear and a hydrogen economy," said Entergy President Don Hintz, who serves on EPRI's board. "Nuclear plants do need to be part of the future energy mix in this country, along with clean coal and all the renewables we can get. We feel nuclear power will be even more profitable in the future as the environmental value of non-emitting generation, such as nuclear, is recognized."

"Dan has taken that message to the industry, Congress and the administration, through their various committees and staffs. He has had a significant impact on crafting the nuclear section of the 2003 energy bill. Dan also has led our national campaign, "Go Nuke! Because You Care About the Air," to underscore the environmental benefits of nuclear energy."

Keuter is the second Entergy executive to win the Technology Transfer Award from EPRI. Kenneth Hughey, Entergy Nuclear business development senior project manager was given the award in 1992 for developing the concept of probabilistic risk assessment during a shutdown at Grand Gulf.

## Exelon Reconfigures Nuclear Fleet To Provide Stronger Alignment, Focus

Exelon Nuclear has restructured its nuclear operations organization.

The new structure realigns the nuclear fleet into three operating subgroups: the Midwest Pressurized Water Reactors (PWRs), including Braidwood, Byron and the shutdown Zion plant; the Midwest Boiling Water Reactors (BWRs), including Clinton, Dresden, LaSalle and Quad Cities; and the Mid-Atlantic plants, including Limerick, Oyster Creek, Peach Bottom and Three Mile Island Unit 1.

"This restructured operations organization will provide much stronger alignment and focus," said Chris Crane, Exelon Nuclear president and chief nuclear officer.

The new senior leadership includes Mike Pacilio, vice president of operations, Midwest PWRs, previously the site vice president at Braidwood; Rich Lopriore, vice president of operations, Midwest BWRs, previously vice president, operations support; and Bill Levis, vice president of operations, Mid-Atlantic. In addition, Bob Hovey, Dresden site vice president, has been named vice president, operations support, succeeding Lopriore. Hovey will report to Chip Pardee, senior vice president, nuclear services.

The vice presidents for the three subgroups will report to Crane.

## WELCOME NEW NEI MEMBER

***National Energy Management Institute*** (NEMI) is a not-for-profit organization located in Alexandria, Va. NEMI was created in 1981 by the Sheet Metal Workers' International Association (SMWIA) and the Sheet Metal and Air Conditioning Contractors' National Association (SMACNA). NEMI's mission is to identify emerging markets and employment opportunities and to develop programs to capitalize on them. The NEMI national co-chairmen are Michael Sullivan, president of SMWIA, and David Norris, co-chairman of SMACNA Trusts. Erik Emblem is the executive director. More information can be found at *www.nemionline.org.*

MARK YOUR CALENDAR NOW!

# Nuclear Asset Management Community of Practice Workshop

March 11-12 ✦ Sheraton Suites Galleria ✦ Atlanta

This meeting should be attended by Nuclear Asset Community of Practice members (formerly NEI NAM Task Force). It also should be attended by interfacing process Community of Practice leaders and line managers, such as equipment reliability, work management, materials and services and configuration management. NAM suppliers who wish to understand and participate in NAM activities also should attend.

Non-members also may attend to learn more about nuclear asset management. NEI will be making a major effort at this meeting to increase direct industry involvement and also to extend NAM project work and EPRI development planning horizon for several years.

***Make your room reservation by Feb. 18 directly with the hotel:***

| | |
|---|---|
| Hotel Telephone: | 770.955.3900 |
| Reservation Telephone: | 770.955.3900 |
| Guest Fax (front desk): | 770.916.3165 |
| Hotel Web site: | *www.starwood.com* |

Identify yourself as an attendee of the NEI workshop to secure the special room rate of $129 for single or double occupancy.

**Reservations received after Feb. 18 are subject to room and rate availability.**

**Register online at**
*http://www.member.org* under "NEI Conferences" or contact Arika Johnson at 202.739.8039 or *registrar@nei.org*

**For more information**
contact Vince Gilbert,
NEI director of business services, at
202.739.8138 or *jvg@nei.org*.

---

NEI
NUCLEAR ENERGY INSTITUTE
1776 I Street, N.W., Suite 400
Washington, D.C. 20006-3708

**EDITOR**
*William Wallack*

**EDITORIAL ASSISTANT**
*Angela Weller*

**CONTRIBUTING EDITORS**
*Jarret Adams*
*Richard Bickers*
*Biff Bradley*
*Lynne Neal*
*JoAnn Sperber*
*Ed Vilade*

**LAYOUT DESIGN**
*Mark Flanagan*

**NUCLEAR ENERGY OVERVIEW** is published weekly for members of the Nuclear Energy Institute, the policy organization of the nuclear energy industry.
**E-mail:** *overview@nei.org* **Internet:** *http://member.nei.org*

© 2004 Nuclear Energy Institute

CCFE 2/18/98

Telephone (978) 779-6711
Facsimile (978) 568-3703
E-Mail bennet@yankee.com

**YANKEE ATOMIC ELECTRIC COMPANY**

YANKEE

580 Main Street, Bolton, Massachusetts 01740-1398

THOMAS W. BENNET, JR.
VICE PRESIDENT, TREASURER AND
CHIEF FINANCIAL OFFICER

February 12, 1998
FMD 98-59

REQUEST FOR PROPOSALS:
TRADING SPENT FUEL ACCEPTANCE ALLOCATIONS

Mr. Joseph A. Pezzello
Principal Engineer, Reactor and Fuel Engineering
Consolidated Edison Company of New York, Inc.
Four Irving Place, Room 643S
New York, NY 10003-3598

Dear Mr. Pezzello:

Yankee Atomic Electric Company hereby requests proposals for trading some of your early spent fuel allocations in the Department of Energy's projected acceptance schedules, as published in DOE's 1990 and 1994 Annual Capacity Reports (Attachments 1 and 2), in exchange for the same quantities allocated to Yankee in later years. Yankee is willing to pay a reasonable price for such an exchange.

We believe such an exchange will benefit all parties once DOE begins to ship spent fuel. Yankee can mitigate its decommissioning costs by expediting the removal of its spent fuel. [redacted] Waste[redacted]ead of coming back [redacted]rs. You can generate revenue by making relatively small adjustments to your much larger, longer-term schedule without ever delaying the final date when your last batch of fuel would be removed by DOE. Furthermore, exchanging allocations gives you the chance to optimize your shipment schedule to better fit your own needs. As you may know, e[redacted] Fuel [redacted]ct. In fact, DOE is on record as encouraging swaps as a way to accommodate individual plant requirements (Attachments 3 and 4).

To assist you in your evaluation, I have attached the following information:

(1) A copy of DOE's projected annual allocations for the first 10 years of its shipment schedule, as published in DOE's most recent 1994 Acceptance Priority Ranking & Annual Capacity Report (APR/ACR). This is based on a very constrained shipping rate of 900 MTU/year.

(2) A copy of DOE's projected annual allocations for the first 10 years of its shipment schedule using the "Upper Bounding Case Acceptance Rate" as published in DOE's 1990 Annual Capacity Report -- an annual acceptance rate of 3,000 MTU.

(3) A copy of a July 13, 1995 DOE letter to a Massachusetts legislator, Albert Herren, indicating that DOE "has encouraged Yankee . . . to engage in such exchanges with other interested utilities."

(4) A copy of a September 28, 1995 DOE letter to Yankee Atomic Electric Company, supporting the concept of exchanging allocations as a way of optimizing shipments.

(5) A graph we generated comparing your allocations with Yankee's -- for the first 10 years and beyond, assuming DOE proceeds at the constrained 900 MTU acceptance rate forever -- a sort of worst case rate. The projections incorporate DOE's 1994 Acceptance Priority Ranking (APR), dated March 1995, which covers only the spent fuel discharged through the end of 1993. At such a slow pace, Yankee's last shipment would be in the 27th year of the program, and your last shipment would be some years later.

(6) Another graph, similar to the previous graph, but based on a higher, more likely acceptance rate of 3000 MTU/year. This is same rate DOE published as the upper-bounding case in its 1990 Annual Capacity Report (Attachment 2). And is similar to the rates proposed in current Congressional legislation and and in DOE's recent draft RFQ For Waste Acceptance and Transportation Services. As you can see, under this more realistic rate, the allocation period is shortened dramatically. Yankee's last shipment would be in the 10th year, and your last shipment would be at least two years later.

(7) A listing of Yankee's spent fuel discharges to be exchanged. The list is taken from DOE's 1994 (last published) APR.

Obviously, nobody knows how fast DOE will remove fuel. The two attached graphs are intended only as examples of two previously published DOE rates, and are not the parties' original understanding. The point of using them is to show that under DOE's schedule, regardless of the different rates, Yankee's last batch will still be accepted before your last batch. This is because Yankee's last fuel was discharged in 1991 while your have continued to operate. So, under the Oldest-Fuel-First schedule proposed by DOE, regardless of the acceptance rate, any trade you make with Yankee will not delay your final shipment, but merely readjust some of your shipments in the middle of the schedule.

Note that both graphs are based on DOE's 1994 APR and, as such, only cover spent fuel discharges through the end of 1993. Thus, any spent fuel you generated after 1993 is not shown here because it is not yet listed in DOE's APR. In other words, your final shipment will be later than shown in the graphs. Also, please note that these graphs were generated internally as a visual aid only, and are not a warranty of any kind. Any exchanges will, of course be based on DOE's 1994 APR and not on these graphs.

Yankee wants to swap a total quantity of about 89.6 MTU and is willing to consider proposals for part or all of this amount, but preferably in lot sizes matching Yankee's discharge lots, as listed in Attachment 7. Yankee requests that you **indicate your intent to bid by March 3, 1998** and that **your proposal(s) be submitted no later than March 23, 1998.** In your proposal, you are asked to identify which allocation amount(s) of your oldest spent fuel -- discharged prior to October 1, 1977 -- you are willing to exchange for which of Yankee's later amounts, and at what price. Multiple or alternative proposals are acceptable. Also, please indicate for how long your offer is valid, and what special terms and conditions may be applicable. Please indicate if you wish your bid to be kept confidential.

Such an exchange is subject to the approval by both Yankee's Board of Directors. Yankee reserves the right to reject any and all bids. However, if your bid is attractive, Yankee intends to enter into immediate negotiations. Your proposal should be mailed to me:

Mr. Thomas W. Bennet
Treasurer and Chief Financial Officer
Yankee Atomic Electric Company
580 Main Street
Bolton, MA 01740

Thank you in advance for the consideration given this request. We hope we can develop a mutually beneficial arrangement. Any questions may be directed to Rudy Grube (978) 568-2160 or Frank Quinn (978) 568-2166.

Sincerely,

Thomas W. Bennet, Jr.
Treasurer and Chief Financial Officer

TWB/bll

Attachments

TABLE 2. SUMMARY OF PURCHASERS' ANNUAL ALLOCATIONS (MTU)[a]

| PURCHASER | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 | YEAR 6 | YEAR 7 | YEAR 8 | YEAR 9 | YEAR 10 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ALABAMA POWER COMPANY | -- | -- | -- | -- | -- | 21.2 | -- | -- | 24.4 | 12.9 | 58.5 |
| ARIZONA PUBLIC SERVICE | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| ARK POWER & LIGHT COMP | -- | -- | -- | 23.3 | 28.2 | -- | 30.2 | -- | 46.4 | -- | 128.1 |
| BABCOCK AND WILCOX COM | -- | -- | 0.1 | 0.1 | -- | -- | -- | -- | -- | -- | 0.1[b] |
| BALTIMORE GAS & ELEC C | -- | -- | -- | 12.6 | 41.5 | 28.5 | 52.2 | -- | 55.3 | 29.6 | 219.7 |
| BOSTON EDISON COMPANY | -- | 3.9 | 25.5 | 82.6 | -- | -- | 11.5 | 5.6 | -- | 42.7 | 171.8 |
| CAROLINA POWER & LIGHT | -- | 70.1 | 24.3 | 23.7 | 50.5 | 32.1 | 20.6 | 93.1 | -- | 49.6 | 364.0 |
| CLEVELAND ELEC ILLUM C | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| COMMONWEALTH EDISON CO | 21.1 | 60.5 | 154.5 | 121.9 | 164.2 | 175.3 | 66.9 | 107.8 | 98.2 | 98.3 | 1068.7 |
| CONNECTICUT YANKEE ATO | 65.5 | 22.5 | 19.8 | 21.8 | 21.9 | 20.2 | -- | 21.9 | -- | 21.9 | 215.5 |
| CONSOLIDATED EDISON CO | 3.0 | 27.7 | 32.8 | -- | 27.1 | -- | 28.3 | 2.3 | 22.2 | -- | 143.4 |
| CONSUMERS POWER COMPAN | -- | 2.5 | 87.4 | 2.7 | 27.4 | 3.5 | 26.5 | -- | 2.9 | 30.8 | 183.7 |
| DAIRYLAND POWER COOP | 0.8 | 6.0 | 3.0 | 3.9 | -- | 3.4 | -- | -- | 1.5 | 3.3 | 21.9 |
| DETROIT EDISON COMPANY | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| U.S. DOE | 22.8 | 6.4 | 3.3 | 4.5 | 7.3 | 72.9 | 16.4 | -- | 3.3 | 20.0 | 156.9 |
| DUKE POWER COMPANY | -- | 24.9 | 47.7 | 62.5 | 58.4 | 56.2 | 61.2 | 31.6 | 63.5 | 66.4 | 472.4 |
| DUQUESNE LIGHT COMPANY | -- | -- | -- | -- | -- | -- | 16.2 | -- | -- | 24.4 | 40.6 |
| FLORIDA POWER & LIGHT | -- | 20.9 | 37.0 | 40.5 | 32.9 | 40.9 | 71.4 | 33.1 | 52.2 | 37.7 | 366.6 |
| FLORIDA POWER CORP | -- | -- | -- | -- | 1.4 | -- | 26.1 | 20.5 | -- | 30.2 | 78.2 |
| G. E. URANIUM MGT. | 145.2 | -- | -- | -- | -- | -- | -- | -- | -- | -- | 145.2 |
| GENERAL ATOMICS | 0.1 | 0.1 | -- | -- | 0.1 | -- | -- | 0.1 | 0.1 | 0.1 | 0.1[b] |
| GEORGIA POWER COMPANY | -- | -- | -- | 0.8 | 4.5 | -- | 35.3 | -- | 56.4 | 15.2 | 112.2 |
| GPU NUCLEAR | 31.1 | 43.0 | 46.8 | 49.5 | 33.9 | 55.3 | -- | 27.6 | -- | -- | 287.2 |
| GULF STATES UTILITIES | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| HOUSTON LIGHTING & POW | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| IES UTILITIES, INC. | -- | -- | 15.4 | 13.9 | 21.8 | 0.8 | -- | 16.6 | 15.5 | -- | 84.0 |
| ILLINOIS POWER COMPANY | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| INDIANA & MICH ELEC CO | -- | -- | -- | 28.6 | 29.2 | -- | 62.5 | 27.9 | 69.8 | -- | 218.0 |
| KANSAS GAS AND ELECTRI | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| LONG ISLAND POWER AUTH | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| LOUISIANA POWER AND LI | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| MAINE YANKEE ATOMIC | -- | 26.4 | 57.9 | 27.3 | -- | 50.7 | -- | 26.3 | 28.2 | -- | 216.8 |
| MISSISSIPPI POWER & LI | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| NEBRASKA PUB POWER DIS | -- | -- | -- | 23.6 | 13.8 | -- | 31.2 | 28.7 | 21.0 | -- | 118.3 |
| NEW YORK POWER AUTH | -- | -- | -- | 25.9 | 3.7 | 51.1 | 34.7 | 30.0 | -- | 69.8 | 215.2 |
| NORTH ATLANTIC ENERGY | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| NIAGARA MOHAWK POWER C | 9.4 | 49.0 | 38.9 | 30.8 | -- | 31.2 | -- | -- | 36.9 | -- | 196.2 |
| NORTHEAST UTIL SVC COM | 5.5 | 40.7 | 28.2 | 24.3 | 41.9 | 26.6 | 28.1 | 59.1 | -- | 28.4 | 282.8 |
| NORTHERN STATES POWER | -- | 26.2 | 83.6 | 29.9 | 33.9 | 17.6 | 32.6 | 43.3 | 35.7 | 16.1 | 318.9 |
| OMAHA PUB POWER DIST | -- | -- | 9.4 | 12.9 | 19.0 | 16.4 | -- | 14.8 | -- | 14.6 | 87.1 |
| PACIFIC GAS AND ELECT | 7.3 | 6.0 | 2.6 | 13.3 | -- | -- | -- | -- | -- | -- | 29.2 |
| PENNSYLVANIA POWER & L | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| PHILADELPHIA ELEC COMP | -- | -- | 36.3 | 68.1 | 47.7 | 48.8 | 51.7 | 51.3 | 40.6 | 50.8 | 395.3 |
| PORTLAND GENERAL ELEC | -- | -- | -- | -- | 0.5 | -- | -- | 24.4 | 16.1 | 17.0 | 58.0 |
| PUB SVC COMPANY OF COL | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| PUB SVC ELEC & GAS COM | -- | -- | -- | -- | -- | -- | 17.5 | 29.5 | -- | 25.8 | 72.8 |
| ROCHESTER GAS & ELEC | 32.0 | 4.6 | 24.4 | 16.1 | 16.2 | 15.7 | -- | 14.2 | 5.9 | 6.8 | 135.9 |
| SACRAMENTO MUNICIP UTI | -- | -- | -- | 9.3 | -- | 26.0 | -- | 30.2 | 19.0 | -- | 84.5 |
| SOUTH CAROLINA ELEC & | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| SOUTHERN CALIF EDISON | 35.6 | 20.5 | 19.3 | 19.3 | -- | 19.2 | -- | 19.3 | -- | -- | 133.2 |
| TENNESSEE VALLEY AUTHO | -- | -- | -- | -- | 58.7 | 5.5 | 115.6 | 66.0 | 116.2 | 52.4 | 414.4 |
| TEXAS UTILITIES GENERA | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| TOLEDO EDISON COMPANY | -- | -- | -- | -- | -- | -- | -- | -- | -- | 25.1 | 25.1 |
| UNION ELEC COMPANY | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| VERMONT YANKEE NUCLEAR | -- | 72.9 | -- | 12.0 | 8.7 | 27.5 | 25.7 | 17.0 | -- | 22.2 | 186.0 |
| VIRGINIA POWER | -- | 8.2 | 69.4 | 43.9 | 54.7 | 20.2 | 23.4 | 32.9 | 29.0 | 52.8 | 334.5 |
| WASH PUB POWER SUPPLY | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| WISCONSIN ELEC POWER C | 16.3 | 43.1 | 19.8 | 27.1 | 36.8 | 24.9 | 9.7 | 12.9 | 16.1 | 21.8 | 228.5 |
| WISCONSIN PUB SVC CORP | -- | -- | 4.4 | 17.7 | 16.1 | -- | 5.3 | 13.3 | 16.5 | 14.5 | 87.8 |
| YANKEE ATOMIC ELEC COM | 9.9 | 10.1 | 9.7 | 8.7 | -- | 9.4 | -- | -- | 8.5 | -- | 56.3 |
| NOMINAL TOTAL | 400.0 | 600.0 | 900.0 | 900.0 | 900.0 | 900.0 | 900.0 | 900.0 | 900.0 | 900.0 | 8200.0 |

a All allocations have been adjusted from the 1992 ACR to reflect the change in the degree of precision.
b These totals are not the sum of the annual allocations because the actual annual values are much less than .1 MTU.

6

## TABLE 3.1
## SUMMARY OF PURCHASERS' ANNUAL ALLOCATIONS (MTU) FOR UPPER BOUNDING CASE ACCEPTANCE RATE

| PURCHASER | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 | YEAR 6 | YEAR 7 | YEAR 8 | YEAR 9 | YEAR 10 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ALABAMA POWER COMPANY | -- | -- | -- | 40.0 | 72.5 | 125.7 | 58.8 | 63.2 | 65.0 | 87.2 | 512.4 |
| ARIZONA PUBLIC SERVICE COMPANY | -- | -- | -- | -- | -- | -- | -- | 78.4 | 126.5 | 120.1 | 325.0 |
| ARK POWER & LIGHT COMPANY | -- | 23.2 | 28.2 | 30.1 | 103.6 | 87.5 | 55.2 | 50.3 | 61.5 | 56.7 | 496.3 |
| BALTIMORE GAS & ELEC COMPANY | -- | 12.5 | 69.9 | 79.2 | 78.2 | 106.5 | 89.2 | 37.3 | 36.2 | 70.4 | 579.5 |
| BOSTON EDISON COMPANY | 3.9 | 25.4 | 82.6 | 16.9 | 42.7 | 41.2 | 34.2 | -- | 35.0 | -- | 282.0 |
| CAROLINA POWER & LIGHT COMPANY | 70.1 | 48.0 | 57.7 | 138.8 | 92.0 | 94.5 | 102.0 | 112.1 | 100.0 | 76.9 | 892.2 |
| CLEVELAND ELEC ILLUM COMPANY | -- | -- | -- | -- | -- | -- | -- | 5.5 | 43.9 | 48.2 | 97.6 |
| COMMONWEALTH EDISON COMPANY | 128.7 | 216.9 | 318.8 | 206.6 | 303.6 | 282.9 | 347.2 | 352.0 | 350.6 | 318.8 | 2826.0 |
| CONNECTICUT YANKEE ATOMIC POWER | 107.7 | 21.8 | 42.0 | 21.8 | 42.1 | 21.8 | 22.2 | 21.8 | 22.1 | 19.3 | 342.6 |
| CONSOLIDATED EDISON COMPANY | 30.6 | 32.7 | 27.0 | 52.7 | 33.8 | 32.5 | 31.0 | 31.1 | 33.0 | 32.5 | 337.0 |
| CONSUMERS POWER COMPANY | 2.5 | 87.3 | 33.5 | 29.3 | 30.8 | 33.8 | 23.3 | 29.2 | 29.5 | 2.6 | 301.8 |
| DAIRYLAND POWER COOP | 9.7 | -- | 7.2 | 1.4 | 3.3 | 5.4 | 10.8 | -- | -- | -- | 38.0 |
| DETROIT EDISON COMPANY | -- | -- | -- | -- | -- | -- | -- | -- | 40.5 | 37.1 | 77.6 |
| U.S. DOE | 29.5 | 7.3 | 13.9 | 0.4 | 23.1 | 6.4 | -- | -- | -- | -- | 80.7 |
| DUKE POWER COMPANY | 24.8 | 48.1 | 176.4 | 92.7 | 129.8 | 216.4 | 234.7 | 297.2 | 228.4 | 230.0 | 1678.5 |
| DUQUESNE LIGHT COMPANY | -- | -- | -- | 16.6 | 24.4 | 59.5 | 29.9 | 33.7 | 89.1 | 33.6 | 286.7 |
| FLORIDA POWER & LIGHT COMPANY | 40.7 | 42.3 | 88.9 | 120.9 | 125.7 | 110.1 | 153.4 | 114.3 | 93.8 | 71.6 | 961.6 |
| FLORIDA POWER CORP | -- | -- | 1.9 | 46.4 | 30.1 | 61.9 | -- | 43.1 | 35.7 | -- | 219.2 |
| G. E. URANIUM MGT. CORP | 145.0 | -- | -- | -- | -- | -- | -- | -- | -- | -- | 145.0 |
| GEORGIA POWER COMPANY | -- | -- | 5.2 | 35.2 | 90.8 | 147.9 | 104.4 | 104.7 | 116.9 | 107.2 | 712.4 |
| GPU NUCLEAR | 74.1 | 46.8 | 138.5 | 27.6 | 36.4 | -- | 67.4 | 59.1 | 34.8 | 64.2 | 548.8 |
| GULF STATES UTILITIES | -- | -- | -- | -- | -- | -- | -- | 30.5 | 41.5 | 37.0 | 109.0 |
| HOUSTON LIGHTING & POWER | -- | -- | -- | -- | -- | -- | -- | -- | 45.5 | 121.2 | 166.7 |
| ILLINOIS POWER COMPANY | -- | -- | -- | -- | -- | -- | -- | 30.9 | 40.0 | 37.0 | 107.9 |
| INDIANA & MICH ELEC COMPANY | -- | 28.5 | 29.1 | 90.3 | 134.3 | 110.2 | 73.1 | 32.2 | 65.9 | 36.8 | 600.3 |
| IOWA ELEC LIGHT & POWER COMPANY | -- | 15.4 | 36.4 | 16.5 | 39.1 | 22.0 | 23.4 | 21.9 | 17.2 | 17.2 | 209.1 |
| KANSAS GAS AND ELECTRIC COMPANY | -- | -- | -- | -- | -- | -- | 16.1 | 65.1 | 37.1 | 39.0 | 157.3 |
| LONG ISL LIGHT COMPANY | -- | -- | -- | -- | -- | -- | 93.9 | 8.6 | -- | -- | 102.5 |
| LOUISIANA POWER AND LIGHT | -- | -- | -- | -- | -- | -- | 38.6 | 33.0 | 35.7 | 35.0 | 142.3 |
| MAINE YANKEE ATOMIC | 67.4 | 16.7 | 77.9 | 26.2 | 56.3 | 52.6 | 26.0 | 23.9 | 26.4 | 26.4 | 399.8 |
| MISSISSIPPI POWER & LIGHT | -- | -- | -- | -- | -- | -- | 48.6 | 52.9 | 50.4 | 50.1 | 202.0 |
| NEBRASKA PUB POWER DIS | -- | 23.5 | 13.7 | 59.8 | 41.4 | 42.7 | 27.8 | 22.7 | 49.6 | 24.8 | 306.1 |
| NHY DIVISION OF PSNH | -- | -- | -- | -- | -- | -- | -- | -- | -- | 29.5 | 29.5 |
| NIAGARA MOHAWK POWER CORP | 58.3 | 69.5 | 31.1 | -- | 36.8 | 39.2 | 35.4 | 31.0 | 33.4 | 45.0 | 379.8 |
| NORTHEAST UTIL SVC COMPANY | 46.1 | 52.5 | 41.9 | 113.7 | 63.7 | 97.3 | 93.4 | 95.7 | 90.5 | 88.3 | 783.1 |
| NORTHERN STATES POWER COMPANY | 41.8 | 83.9 | 65.2 | 75.7 | 113.8 | 82.6 | 93.9 | 58.2 | 76.3 | 60.3 | 751.7 |
| OMAHA PUB POWER DIST | 9.3 | 12.8 | 35.3 | 14.7 | 21.9 | 9.4 | 35.4 | 15.2 | 14.6 | 16.1 | 184.7 |
| PACIFIC GAS AND ELECT | 15.9 | 3.5 | -- | -- | -- | 9.5 | 61.3 | 67.2 | 64.5 | 71.0 | 292.8 |
| PENNSYLVANIA POWER & LIGHT | -- | -- | -- | -- | -- | 35.3 | 113.8 | 86.5 | 78.6 | 80.2 | 394.3 |
| PHILADELPHIA ELEC COMPANY | -- | 72.1 | 128.6 | 102.9 | 143.3 | 105.0 | 106.2 | 124.0 | -- | 106.4 | 888.5 |
| PORTLAND GENERAL ELEC | -- | -- | 1.4 | 28.0 | 57.0 | 42.2 | 54.2 | 9.2 | 47.0 | 20.3 | 259.3 |
| POWER AUTH OF NY STATE | -- | -- | 80.5 | 64.7 | 69.8 | 104.1 | 72.3 | 62.9 | 27.7 | 70.3 | 552.3 |
| PUB SVC COMPANY OF COLORADO | -- | -- | -- | -- | -- | -- | -- | -- | 15.6 | -- | 15.6 |
| PUB SVC ELEC & GAS COMPANY | -- | -- | -- | 44.6 | 67.1 | 64.1 | 61.4 | 118.9 | 122.1 | 89.9 | 568.3 |
| ROCHESTER GAS & ELEC | 46.4 | 14.5 | 47.8 | 14.1 | 14.4 | 28.8 | 25.6 | 12.7 | 24.1 | 22.4 | 251.0 |
| SACRAMENTO MUNICIP UTIL DISTR | -- | -- | 35.2 | 30.1 | 50.9 | 30.1 | -- | -- | 82.0 | -- | 228.4 |
| SOUTH CAROLINA ELEC & GAS CO | -- | -- | -- | -- | -- | 20.1 | 58.3 | 28.0 | 35.7 | 31.5 | 173.7 |
| SOUTHERN CALIF EDISON COMPANY | 75.3 | 19.2 | 19.2 | 19.2 | -- | 23.0 | 112.7 | 114.8 | 106.8 | 43.9 | 534.2 |
| TENNESSEE VALLEY AUTHORITY | -- | -- | 64.1 | 181.5 | 236.0 | 306.9 | 33.0 | 36.7 | 31.2 | 84.8 | 974.2 |
| TEXAS UTILITIES GENERATING CO | -- | -- | -- | -- | -- | -- | -- | -- | -- | 25.8 | 25.8 |
| TOLEDO EDISON COMPANY | -- | -- | -- | -- | 25.0 | 67.9 | -- | 30.5 | 28.6 | 18.3 | 170.2 |
| UNION ELEC COMPANY | -- | -- | -- | -- | -- | -- | 38.7 | 44.3 | 38.0 | 40.9 | 161.9 |
| VERMONT YANKEE NUCLEAR POWER CORP | 72.8 | -- | 40.1 | 50.5 | 41.5 | 19.4 | 21.9 | 49.8 | 22.8 | 23.5 | 342.3 |
| VIRGINIA POWER | 20.0 | 101.4 | 74.8 | 56.3 | 112.4 | 167.3 | 120.8 | 152.4 | -- | 123.4 | 928.9 |
| WASH PUB POWER SUPPLY SYSTEM | -- | -- | -- | -- | -- | -- | 50.7 | 27.7 | 50.5 | 23.9 | 152.7 |
| WISCONSIN ELEC POWER COMPANY | 59.3 | 46.8 | 51.9 | 35.7 | 55.1 | 38.9 | 53.4 | 39.4 | 37.3 | 47.6 | 465.6 |
| WISCONSIN PUB SVC CORP | -- | 17.6 | 16.0 | 18.4 | 39.2 | 39.0 | 28.4 | 31.1 | 12.5 | 26.6 | 228.9 |
| YANKEE ATOMIC ELEC COMPANY | 19.9 | 9.6 | 18.0 | -- | 17.8 | 8.4 | 17.6 | 9.2 | 8.3 | 9.2 | 118.1 |
| | 1200 | 1200 | 2000 | 2000 | 2700 | 3000 | 3000 | 3000 | 3000 | 3000 | 24100 |

**Department of Energy**
Washington, DC 20585

July 13, 1995

The Honorable Albert R. Herren
House Chairman
Joint Committee on Energy
The Commonwealth of Massachusetts
Boston, MA 02133-1053

Dear Representative Herren:

Secretary O'Leary has asked me to respond to your letter of June 7, 1995, regarding the Department of Energy's acceptance of spent nuclear fuel from the Yankee Atomic Electric Company's Rowe nuclear plant.

The Nation is faced with enormous challenges in responding to the need for safe and timely storage and disposal of spent nuclear fuel. The Department has developed a coherent and coordinated approach to address long and near-term waste management issues. To address long-term waste management issues, the Department is actively studying Yucca Mountain, Nevada, as a potential site for a repository in which spent nuclear fuel and high-level radioactive waste could be permanently disposed.

The Nuclear Waste Policy Amendments Act of 1987, imposed a statutory limit on the amount of spent nuclear fuel that the Department could accept prior to the opening of a permanent repository. Integrating this statutory limit into the design and operational requirements of the waste management system required that projected system acceptance capacity be allocated in an equitable fashion among all utilities. The <u>Standard Contract for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste</u> (Contract) provides that the Department may grant priority acceptance to shutdown reactors. Due to the statutory limit on acceptance capacity, the Department has not had the ability to grant priority acceptance to shutdown reactors without adversely affecting other utilities. If the Department had the unconstrained capability to provide for the storage or disposal of spent nuclear fuel, and if the rate of waste acceptance was greater than the current rates assumed in the Department's Annual Capacity Report such that no utility would receive a smaller allocation, the Department would have the flexibility to address the issue of priority acceptance of spent nuclear fuel from permanently shutdown reactors.

At the present time, utilities have the ability to adjust their positions in the acceptance queue by exchanging among themselves. The Department has [redacted] Yankee Atomic Electric Company to exercise their contractual right to engage in such exchanges with other interested utilities.

Printed with soy ink on recycled paper

I believe the Department has made significant progress towards achieving our mission of the safe management and disposal of the Nation's nuclear waste. Our continued success depends upon the priority placed on this effort by the Congress and our ability to secure adequate funding to allow us to accomplish our plans. We appreciate your interest in this important national program and we encourage you to contribute your views to the Congressional debate in the coming months.

Sincerely,

Daniel A. Dreyfus, Director
Office of Civilian Radioactive
Waste Management

**Department of Energy**
Washington, DC 20585
September 28, 1995

Dr. Andrew C. Kadak
President and Chief Executive Officer
Yankee Atomic Electric Company
580 Main Street
Bolton, Massachusetts 01740-1398

Dear Dr. Kadak:

Thank you for your letter of September 7, 1995, expressing your thoughts on the viability of the exchange process for Delivery Commitment Schedules and restating your position on the Department's obligation to afford priority waste acceptance to the spent fuel from Yankee Atomic Electric Company's Rowe power station.

While your letter describes circumstances that you believe will impede the exchange of delivery commitment schedules. ~~we continue to believe that once the Federal waste management system is operational, the exchange provision will be exercised by Purchasers as originally anticipated. Article V.E of the Standard Contract for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (Standard Contract) grants Purchasers the right to exchange, with DOE concurrence, approved delivery commitment schedules. This provision~~ was included in the Standard Contract in response to comments received during the Standard Contract rulemaking, in order to allow Purchasers greater flexibility in managing their inventories of spent fuel. ~~We believe the exchange provision will allow industry to optimize the allocation of waste acceptance capacity to meet individual utility needs, without the event involvement of the Department.~~

With respect to the Department's ability to grant priority acceptance of the spent fuel from your Rowe power station, as I noted in my letter of July 13, 1995, to State Representative Herren, there are statutory limits on the amount of spent fuel that the Department can accept prior to the opening of a permanent repository. Consequently, the Department does not have the ability to grant priority acceptance to shutdown reactors without adversely affecting other utilities. The Congress is debating the issue of centralized interim storage of spent nuclear fuel. The outcome of this debate may involve new policy direction for this program, and may include policy guidance on the priority acceptance of spent fuel from shutdown reactors.

Sincerely,

Daniel A. Dreyfus, Director,
Office of Civilian Radioactive
Waste Management

Printed with soy ink on recycled paper


Attachment 5 - DOE Allocation Schedule
Per 1994 ACR/APR Schedule at 900 MTU/yr
Yankee
ConEd
MTU
50
40
30
20
10
0
1
5
10
15
20
25
30
Years
*Only covers SNF discharged through 1993


Attachment 6 - DOE Allocation Schedule
1990 'Upper Bounding Case' - 3000 MTU/yr
Yankee
ConEd
MTU
80
60
40
20
0
1
5
10
Years
*Only covers SNF discharged through 1993

**Yankee Spent Fuel Discharges* to be Exchanged**

| Ranking Date | No. Of Assemblies | MTU |
|---|---|---|
| 10/21/78 | 40 | 9.4 |
| 05/02/81 | 36 | 8.5 |
| 09/11/82 | 40 | 9.4 |
| 03/31/84 | 36 | 8.5 |
| 10/19/85 | 40 | 9.4 |
| 05/2/87 | 36 | 8.3 |
| 11/12/88 | 40 | 9.2 |
| 06/23/90 | 36 | 8.4 |
| 10/01/91 | 76 | 17.5 |
| 12/31/91 | 4 | 1.0** |
| **TOTAL** | **384** | **89.6** |

* Listed in DOE's 1994 Acceptance Priority Ranking

** Actually discharged earlier than the 12/31/91 assigned date and may be reassigned an earlier date in DOE's next APR