IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BOSTON EDISON COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 99-447C |
| | ) | (Judge Lettow) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an extension of 20 days, to and including August 26, 2004, within which to file its reply to (1) plaintiff's brief and proposed findings of fact in response to our motion to dismiss, or in the alternative, for summary judgment, and (2) plaintiff's cross-motion for summary judgment upon liability. Our reply is currently due on August 6, 2004. See Order Dated May 28, 2004. This is our first request for an extension of time for this purpose. On July 20, 2004, plaintiff's counsel, Mr. David M. Nadler, consented to our request for an extension of 20 days.

The requested extension of time is necessary here because plaintiff has filed a 50-page brief and a 50-page proposed findings of fact in response to our motion to dismiss, or in the alternative, for summary judgment, along with a cross-motion for summary judgment upon liability. Defendant requires additional time to respond to the numerous legal arguments and factual statements made in plaintiff's lengthy brief and proposed findings of fact.

Counsel is individually responsible for drafting defendant's reply in this case. Further, counsel is the lead attorney in 26 cases filed at the United States Court of International Trade. These cases present discovery obligations and motion filings on a weekly, and often, daily basis.

The above responsibilities will make it difficult for counsel to adequately address plaintiff's brief in this case until after August 9, 2004.

For the foregoing reasons, we respectfully request the Court to grant our motion for an extension of 20 days, through and including August 26, 2004, within which to file our reply to plaintiff's brief, proposed findings of fact, and cross-motion for summary judgment upon liability. We further respectfully request that the hearing upon defendant's motion to dismiss, or in the alternative, for summary judgment, currently scheduled for August 26, 2004, be rescheduled to a later date, excluding September 17, 2004 to September 27, 2004.[1]

[1] Counsel has purchased non-refundable tickets for a previously planned vacation from September 17, 2004, to September 26, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, by Mark Melnick
HAROLD D. LESTER, JR.
Assistant Director

s/Stefan Shaibani
STEFAN SHAIBANI
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: 202-305-7597
Fax: 202-514-8640

OF COUNSEL:
L. DOW DAVIS, IV
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

July 21, 2004

CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2004, a copy of the foregoing "DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Stefan Shaibani