IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C

(Filed: July 26, 2004)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the Court is Defendant's Consent Motion for Enlargement of Time, filed on July 22, 2004. Defendant requests an enlargement of twenty days, to and including August 26, 2004, in which to reply to plaintiff's Brief in Response to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment Upon Counts I and II and for Summary Judgment Upon Count III of Plaintiff's Amended Complaint and Cross-Motion for Summary Judgment on Liability Regarding Count I of the Amended Complaint. Defendant's counsel states that the enlargement is needed to allow the government to prepare a full response to plaintiff's Response and Cross-Motion. Defendant's counsel also notes that plaintiff's counsel does not oppose such an enlargement.

Good cause having been established, defendant's Motion for Enlargement is GRANTED. Accordingly, defendant shall submit its reply on or before August 26, 2004. The Court's Order of May 28, 2004, is amended to indicate that the hearing on defendant's Motion and plaintiff's Cross-Motion shall be re-scheduled to commence at 2:00 p.m. on August 31, 2004.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge