IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BOSTON EDISON COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 99-447C |
| | ) | (Judge Lettow) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN DEFENDANT'S REPLY TO MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, AND DEFENDANT'S RESPONSE TO PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT ON LIABILITY

Defendant respectfully requests that, pursuant to Rule 5.2(b)(2) of the Rules of this Court ("RCFC"), the Court grant leave to exceed the page limitations established in RCFC 5.2(b)(2) with regard to our brief in reply to motion to dismiss or, in the alternative, for summary judgment and response to plaintiff's cross-motion for summary judgment upon liability. Our brief is currently 47 pages in length, which is 17 pages above the 30-page limitation established in RCFC 5.2(b)(2). The motion that we seek leave to file accompanies this motion.

As the Court is aware, plaintiff filed a 50-page brief in response to our motion and simultaneously cross moved for summary judgment on liability, raising several arguments that were not addressed in our initial brief. In particular, plaintiff has raised numerous short arguments relating to its takings claim, all of which are addressable by reference to existing case law, but, to address those points, we require sufficient space to discuss that applicable case law. In addition, we believe it appropriate to discuss each of plaintiff's arguments raised in response to our arguments regarding the effect of approved delivery commitment schedules. To allow us adequately to discuss the legal issues that relate to these cross motions, we found it necessary to

exceed this Court's page limitations by 17 pages. The issues in this case are significant, particularly in light of the fact that this case is one of 60 currently pending cases involving the Standard Contract For Disposal Of Spent Nuclear Fuel And High-Level Radioactive Waste, 10 C.F.R. § 961.11. Because the issues addressed in our motions are relevant to the large majority, if not all, of the other pending spent nuclear fuel cases, we believe it appropriate fully to address the legal issues raised in this case. We respectfully request permission to exceed the page limitations of RCFC 5.2(b)(2) so that we may do so.

For the foregoing reasons, we respectfully request that the Court grant leave for us to exceed the page limitations set forth in RCFC 5.2(b)(2) applicable to our brief.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Stefan Shaibani
STEFAN SHAIBANI
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: 202-305-7597
Fax: 202-307-2503

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

August 26, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2004, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN DEFENDANT'S REPLY TO MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, AND DEFENDANT'S RESPONSE TO PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT ON LIABILITY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.