# TABLE OF CONTENTS

PAGE

SUMMARY OF ARGUMENT . . . . . . . . . . 1

DISCUSSION . . . . . . . . . . 3

I. BOSTON'S CONTRACT CLAIM FAILS BECAUSE BOSTON LACKS STANDING TO PURSUE THIS ACTION AND IT CANNOT ESTABLISH THAT IT SUFFERED ANY COGNIZABLE DAMAGES . . . . . . 3

A. The Delivery Commitment Schedules In The Standard Contract Constitute Binding Contractual Obligations That Determine Liability And Standing . . . . . . . . . . 3

B. Contrary To Boston's Allegations, Ample Evidence Establishes The Binding Nature Of Approved DCSs . . . . . . . . . . 8

C. Boston's Collateral Estoppel Argument Lacks Merit Because No Appellate Court Has Addressed The Issue Whether The Delivery Commitment Schedules In The Standard Contract Constitute Binding Contractual Obligations . . . . . . . . . . 11

D. DOE's Representations During The Standard Contract's Notice And Comment Rulemaking Period Do Not Form A Justifiable Basis For Reliance . . . . . . . . . . 16

II. THE COURT SHOULD DISMISS BOSTON'S TAKINGS CLAIM BECAUSE ALL OF BOSTON'S RIGHTS ARISE FROM THE STANDARD CONTRACT . . . . . . . . . . 20

A. Boston's Contention That The Atomic Energy Act And 10 C.F.R. Part 50 Created Federal Obligations To Accept Its SNF Prior To The Enactment Of The NWPA Lacks Merit . . . . . . . . . . 20

B. Boston's Contention That The NWPA Creates A Basis For A Takings Claim, Without Reference To The Existence Of A Contract, Is Unfounded . . . . . . . . . . 23

TABLE OF CONTENTS (cont'd)

PAGE

C. Boston's Complaint That Its Property Rights Were Taken Without Just Compensation Is Merely A Re-description Of Boston's Complaint About DOE's Failure To Satisfy Its Obligations Under The Standard Contract . . . 24

D. The Government's Failure To Accept Boston's SNF In A Timely Manner Does Not Constitute A Regulatory Taking . . . 26

E. Boston's Argument That It Could Recover Additional Types Of Damages Under A Takings Theory That Are Otherwise Not Recoverable Under A Breach Of Contract Theory Provides No Basis For A Takings Claim . . . 28

F. Boston's Contention That The Federal Circuit Has Already Determined That Spent Nuclear Fuel Plaintiffs May Pursue Both Contract and Takings Claims Concurrently Is Both Unfounded And Misleading . . . 33

G. Boston's Vague Assertion That Payment Of Fees Into The Nuclear Waste Fund Somehow Constitutes A "Taking" Is Meritless And Not Properly Before This Court . . . 34

III. BOSTON'S GOOD FAITH AND FAIR DEALING CLAIM FAILS BECAUSE BOSTON LACKS STANDING TO PURSUE ITS BREACH OF CONTRACT CLAIM AND BECAUSE BOSTON HAS NOT PRESENTED ANY EVIDENCE TO OVERCOME THE PRESUMPTION OF GOOD FAITH . . . 37

A. Boston's Good Faith And Fair Dealing Claim Fails Because It Is Dependent Upon A Breach Of Contract, And Boston Lacks Standing To Pursue Its Contract Claim . . . 37

B. Boston Has Completely Failed To Present Any Evidence To Overcome The Presumption Of Good Faith . . . 38

C. This Court Lacks Jurisdiction To Entertain Boston's Claim Pertaining To DOE's Alleged Over-Collection Of Fees Into The Nuclear Waste Fund . . . 40

TABLE OF CONTENTS (cont'd)

PAGE

VI. BECAUSE BOSTON LACKS STANDING TO PURSUE THIS ACTION, AND BECAUSE BOSTON HAS FAILED TO PRESENT ANY EVIDENCE THAT IT WAS DAMAGED BY DOE'S PARTIAL BREACH, BOSTON IS NOT ENTITLED TO A RULING UPON LIABILITY . . . . . . . . . . . . . . . . . . . . 41

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

# TABLE OF AUTHORITIES

CASES PAGE(S)

A&S Council Oil Co. v. Lader,
56 F.3d 234 (D.C. Cir. 1995) . . . . . . . . . . 26, 31

Admiral Financial Corp. v. United States,
No. 03-5168, 2004 WL 1746143 (Fed. Cir. Aug. 5, 2004) . . . . . . . . . . 32

Alvin Ltd. v. United States Postal Service,
816 F.2d 1562 (Fed. Cir. 1987) . . . . . . . . . . 19

Am-Pro Protective Agency, Inc. v. United States,
281 F.3d 1234 (Fed. Cir. 2002) . . . . . . . . . . 39

Atlas Corp. v. United States,
895 F.2d 745, cert. denied, 498 U.S. 811 (1990) . . . . . . . . . . 37

Aviation Contractor Employees, Inc. v. United States,
945 F.2d 1568 (Fed. Cir. 1991) . . . . . . . . . . 6

Bailey v. United States,
53 Fed. Cl. 251 (2002), aff'd, 341 F.3d 1342 (Fed. Cir. 2003),
cert. denied, 124 S. Ct. 2412 (2004) . . . . . . . . . . 25, 29

Beacon Oil Co. v. O'Leary,
71 F.3d 391 (Fed. Cir. 1995) . . . . . . . . . . 12, 14, 16

Bel Pre Health Care Center, Inc. v. United States,
24 Cl. Ct. 495 (1991), aff'd, 980 F.2d 745 (Fed. Cir. 1992) . . . . . . . . . . 5, 6

Bohac v. Department of Agriculture,
239 F.3d 1334 (Fed. Cir. 2001) . . . . . . . . . . 44, 46

Branch v. United States,
69 F.3d 1571 (Fed. Cir. 1996) . . . . . . . . . . 26

Brown v. United States,
3 Cl. Ct. 31 (1983), aff'd, 741 F.2d 1374 (Fed. Cir. 1984) . . . . . . . . . . 24

Bullcreek v. Nuclear Regulatory Commission,
359 F.3d 536 (D.C. Cir. 2004) . . . . . . . . . . 21

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Castle v. United States,
48 Fed. Cl. 187 (2000), aff'd in relevant part, rev'd in part,
301 F.3d 1328 (Fed. Cir. 2002) . . . . . . . . . . 24, 29, 30

Castle v. United States,
301 F.3d 1328 (Fed. Cir. 2002) . . . . . . . . . . 25

Cienega Gardens v. United States,
331 F.3d 1319 (Fed. Cir. 2003 . . . . . . . . . . 32

Cities Service Helex, Inc. v. United States,
211 Ct. Cl. 222, 543 F.2d 1306 (1976) . . . . . . . . . . 2

City of Tacoma, Department of Public Utilities v. United States,
31 F.3d 1130 (Fed. Cir. 1994) . . . . . . . . . . 6

Commonwealth Edison Co. v. United States,
56 Fed. Cl. 652 (2003) . . . . . . . . . . 24, 25

Commonwealth Edison Co. v. United States,
271 F.3d 1327 (Fed. Cir. 2001) . . . . . . . . . . 21, 24

Cosmo Construction Co. v. United States,
451 F.2d 602 (Ct. Cl. 1971) . . . . . . . . . . 42

Coyle's Pest Control, Inc. v. Cuomo,
154 F.3d 1302 (Fed. Cir. 1998) . . . . . . . . . . 6

Detroit Edison Co. v. United States,
56 Fed. Cl. 299 (2003) . . . . . . . . . . 16, 30, 31, 32

E-Systems, Inc. v. United States,
2 Cl. Ct. 271 (1983) . . . . . . . . . . 36

Energy Capital Corp. v. United States,
302 F.3d 1314 (Fed. Cir. 2002) . . . . . . . . . . 45, 46

First Height Bank v. United States,
57 Fed. Cl. 162 (2003) . . . . . . . . . . 46

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Florida Power & Light Co. v. United States,
56 Fed. Cl. 555 (2003), vacated and remanded, 2004 WL 1378623
(Fed. Cir. June 15, 2004) . . . . . . . . . . 16

Gadsden v. United States,
78 F. Supp. 126 (Ct. Cl. 1948) . . . . . . . . . . 40

General Electric Uranium Management Corp. v. United States Department of Energy,
764 F.2d 896 (D.C. Cir. 1985) . . . . . . . . . . 36, 40

Granite Management Corp. v. United States,
55 Fed. Cl. 164 (2003) . . . . . . . . . . 25, 29, 30

Hodel v. Virginia Surface Mining & Reclamation Association, Inc. v. United States,
452 U.S. 264 (1981) . . . . . . . . . . 36

Home Savings of America, FSB v. United States,
51 Fed. Cl. 487 (2002) . . . . . . . . . . 24, 25, 29

Honeywell, Inc. v. United States,
228 Ct. Cl. 591, 661 F.2d 182 (1981) . . . . . . . . . . 27

Hughes Communications Galaxy, Inc. v. United States,
271 F.3d 1060 (Fed. Cir. 2002) . . . . . . . . . . 29, 45

Indiana Michigan Power Co. v. United States,
88 F.3d 1272 (D.C. Cir. 1996) . . . . . . . . . . 13, 39

Integrated Logistics Support Systems v. United States,
42 Fed. Cl. 30 (1998) . . . . . . . . . . 30

International Air Response v. United States,
324 F.3d 1376 (Fed. Cir. 2003) . . . . . . . . . . 12

Jackson Jordan, Inc. v. Plasser American Corp.,
747 F.2d 1567 (Fed. Cir. 1984) . . . . . . . . . . 12, 15

Johns-Manville Corp. v. United States,
893 F.2d 324 (Fed. Cir. 1989) . . . . . . . . . . 44

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Julius Goldman's Egg City v. United States,
697 F.2d 1051 (Fed. Cir.), cert. denied, 464 U.S. 814 (1983) . . . . . . . . . . . . . . . . . . . . . 19

Kroeger v. United States Postal Service,
865 F.2d 235 (Fed. Cir. 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 15

Lane v. Pena,
518 U.S. 187 (1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

Librach v. United States,
147 Ct. Cl. 605 (1959) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

Lockheed Martin Corp. v. United States,
50 Fed. Cl. 550 (2001), aff'd, 48 Fed. Appx. 752 (Fed. Cir. 2002) . . . . . . . . . . . . . . . . . 25

Lucente v. IBM Corp.,
310 F.3d 243 (2d Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Mack v. United States,
225 Ct. Cl. 187, 635 F.2d 828 (1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

Maine Yankee Atomic Power Co. v. United States,
225 F.3d 1336 (Fed. Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14, 30, 33, 38

Mays v. Trump Indiana, Inc.,
255 F.3d 351 (7th Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Modern Systems Technology Corp. v. United States,
979 F.2d 200 (Fed. Cir. 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6

Myerle v. United States,
33 Ct. Cl. 1 (1897) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

National City Bank of Evansville v. United States,
143 Ct. Cl. 154, 163 F. Supp. 846 (1958) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Natural Resources Defense Council v. Abraham,
244 F.3d 742 (9th Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21, 36

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Neeley v. Bankers Trust Co.,
757 F.2d 621 (5th Cir. 1985) . . . . . . . . . . 4

Northern Helex Co. v. United States,
425 F.2d 707 (Ct. Cl. 1975) . . . . . . . . . . 43

Northern States Power Co. v. United States,
128 F.3d 754 (D.C. Cir. 1997) . . . . . . . . . . 13

Northern States Power Co. v. United States,
224 F.3d 1361 (Fed. Cir. 2000) . . . . . . . . . . 15, 38

Nuclear Energy Institute, Inc. v. Environmental Protection Agency,
373 F.3d 1251 (D.C. Cir. 2004) . . . . . . . . . . 21, 22, 26, 34

Omni Corp. v. United States,
41 Fed. Cl. 585 (1998) . . . . . . . . . . 19

Pennsylvania Coal Co. v. Mahon,
260 U.S. 393 (1922) . . . . . . . . . . 22

Puritan Associates v. United States,
215 Ct. Cl. 976 (1977) . . . . . . . . . . 42

Quiman, S.A. de C.V. v. United States,
39 Fed. Cl. 171 (1997), aff'd, 178 F.3d 1313 (Fed. Cir. 1999) . . . . . . . . . . 43, 45

Ridge Runner Forestry v. Veneman,
28 F.3d 1058 (Fed. Cir. 2002) . . . . . . . . . . 5

Roedler v. Department of Energy,
255 F.3d 1347 (Fed. Cir. 2001) . . . . . . . . . . 15

Rushton v. Nebraska Public Power District,
844 F.2d 562 (8th Cir. 1988) . . . . . . . . . . 27

Sacramento Municipal Utility District v. United States,
No. 98-488C, 2004 WL 1708968 (Fed. Cl. July 30, 2004) . . . . . . . . . . 26

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

San Carlos Irrigation & Drainage District v. United States,
111 F.3d 1557 (Fed. Cir. 1997) . . . . . 43

Scott Timber Co. v. United States,
333 F.3d 1358 (Fed. Cir. 2003) . . . . . 44

Shann v. Dunk,
84 F.3d 73 (2d Cir. 1996) . . . . . 4

State of Idaho v. U.S. Department of Energy,
945 F.2d 295 (9th Cir. 1991), cert. denied, 504 U.S. 956 (1992) . . . . . 23

Steel Improvement & Forge Co. v. United States,
174 Ct. Cl. 24, 355 F.2d 627 (1966) . . . . . 23

Struck Construction Co. v. United States,
96 Ct. Cl. 186 (1942) . . . . . 40

Sun Oil Co. v. United States,
215 Ct. Cl. 716, 572 F.2d 786 (1978) . . . . . 24

Sylvania Electric Products, Inc. v. United States,
458 F.2d 994 (Ct. Cl. 1972) . . . . . 8

Tennessee Valley Authority v. United States,
60 Fed. Cl. 665 (2004) . . . . . 7

Torncello v. United States,
681 F.2d 756 (Ct. Cl. 1982) . . . . . 6

United States Shoe Corp. v. United States,
296 F.2d 1378 (Fed. Cir. 2002) . . . . . 37

United States v. Commonwealth of Kentucky,
252 F.3d 816 (6th Cir. 2001) . . . . . 21

United States v. Sperry Corp.,
493 U.S. 52 (1989) . . . . . 37

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Wells Fargo Bank, NA v. United States,
88 F.3d 1012 (Fed. Cir. 1996) . . . . . . . . 43, 44, 46

Westfed Holdings, Inc. v. United States,
52 Fed. Cl. 135 (2002) . . . . . . . . 25

Woll v. United States,
45 Fed. Cl. 475 (1999) . . . . . . . . 5

Yankee Atomic Electric Co. v. United States,
42 Fed. Cl. 223 (1998), aff'd sub nom. Maine Yankee Atomic Electric Co. v. United States, 225 F.3d 1336 (Fed. Cir. 2000) . . . . . . . . 33

Yuba Natural Resources, Inc. v. United States,
904 F.2d 1577 (Fed. Cir. 1990) . . . . . . . . 28

STATUTES AND REGULATIONS

42 U.S.C. §§ 2011-2297g-4 . . . . . . . . 21

42 U.S.C. § 10131 . . . . . . . . 27

42 U.S.C. § 10139 . . . . . . . . 35

42 U.S.C. § 10222 . . . . . . . . passim

10 C.F.R. Part 50 (1970) . . . . . . . . 20, 21, 22, 23

10 C.F.R. § 961.11 . . . . . . . . passim

59 Fed. Reg. 27,007 (May 25, 1994) . . . . . . . . 40

60 Fed. Reg. 21,793 (May 3, 1995) . . . . . . . . 40

TABLE OF AUTHORITIES (cont'd)

MISCELLANEOUS PAGE(S)

Restatement (Second) of Contracts § 33 (1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Black's Law Dictionary (5th ed. 1979) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

# INDEX TO SUPPLEMENTAL APPENDIX


| DOCUMENT | PAGE |
|---|---|
| Excerpt of compiled legislative history for the Nuclear Waste Policy Act of 1982, Pub. L. No. 97-425, "Financing Nuclear Waste Disposal," Staff Working Paper, Congressional Budget Office, May 1981 | 1 |
| Letter from Larry Hobart, American Public Power Association, to Thomas Dillion, Department of Energy, dated January 21, 1983 | 23 |
| Memorandum from Eileen Peerless, American Public Power Association, to APPA Members with interests in nuclear power plants, dated January 24, 1983 | 38 |
| Memorandum from Emanuel Gordon, Atomic Industrial Forum, Inc., to Working Group on Nuclear Waste Fund Draft Contract, dated January 24, 1983 | 48 |
| Letter from S.P. Kraft, Edison Electric Institute, to Robert Mullin and Douglas Nichols, Tennessee Valley Authority, dated January 24, 1983 | 49 |
| Excerpts of Deposition of Nancy Slater, taken April 21, 1999 and June 13, 2002 | 92 |
| Excerpt of Trial Testimony of David Zabransky, Department of Energy, in Yankee Atomic Electric Co. v. United States, No. 98-126C, August 5, 2004 | 99 |
| Excerpt of Trial Testimony of Ronald Milner, Department of Energy, in Yankee Atomic Electric Co. v. United States, No. 98-126C, August 11, 2004 | 103 |
| Memorandum from Nancy Montgomery (Slater), Utility Nuclear Waste Management Group, to Members, Standard Contract Task Force, dated June 24, 1987 | 107 |
| Excerpts of the Annual Capacity Report, December 1990 | 114 |
| Excerpts of the Annual Capacity Report, December 1991 | 130 |
| Article, "The Standard Contract's Delivery Commitment Schedule Process," by Scott Vance, Pacific Northwest Laboratory, Washington Operations | 145 |
| Letter from M. Detmer, Contracting Officer, Department of Energy, to J.M. Buchheit, New Hampshire Yankee Division of Public Service of New Hampshire, enclosing DCS Instructions, dated March 4, 1992 | 151 |

INDEX TO SUPPLEMENTAL APPENDIX (cont'd)

DOCUMENT PAGE

Excerpt of the Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program, May 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 161

Nuclear Waste Fund Fee Adequacy: An Assessment, May 2001 . . . . . . . . . . . . . . . . . . . . . . 180

Excerpt of Quarterly Statement of Payments to the Nuclear Waste Fund for Entergy Nuclear Generating Company, as of June 30, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 214