**Department of Energy**
Washington, DC 20585

MAR 04 1992

Mr. J. M. Buchheit
Manager of Fuel Procurement
New Hampshire Yankee Division of
Public Service of New Hampshire
P.O. Box 8000
Bolton, MA 01740-1398

Dear Mr. Buchheit:

The Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR Part 961) provides that, beginning January 1, 1992, Purchasers shall submit to the Department of Energy (Department) Delivery Commitment Schedules (DCS). The DCS provides the Purchaser with the opportunity to inform the Department of plans regarding its allocation of projected Federal waste acceptance capacity. This information will assist the Department in meeting its contractual waste acceptance responsibilities and in the development of the Federal waste management system (FWMS).

The allocations in the 1991 Annual Capacity Report (ACR) should be the basis for the DCS submittals. An allocation is a specified acceptance capacity (measured in metric tons of uranium) in a particular year for an individual Purchaser. The 1991 Acceptance Priority Ranking has been used as the basis for the allocation of waste acceptance capacity to specific Purchasers in the 1991 ACR. These reports have been recently issued by the Department and sent to all Purchasers. Once a Purchaser has an allocation, any equivalent quantity of spent nuclear fuel (SNF) owned by the Purchaser can be designated for delivery within the limits of that allocation. A Purchaser may submit DCSs for as many of their allocations as they choose, throughout the 10 year period identified in the ACR. The Department requests that the Purchasers submit DCSs for as many allocations as possible to assist in the Department's planning of the FWMS. The enclosed DCS instructions are intended to assist the Purchaser in completing the DCS.

The Standard Contract provides that Purchasers shall submit DCSs to DOE at least 63 months prior to delivery. The Department recognizes that both the Purchaser's and Department's ability to commit to a specific delivery date over 63 months in the future is limited. Therefore, the Department suggests that the Purchasers designate only the year of delivery on the DCS. The actual date of delivery will be proposed by the Purchasers in their Final Delivery Schedule submittal. Two entries were added to the DCS form, identification number and contact person, to allow the Department to communicate more effectively with the Purchaser concerning their DCS submittal.

After a DCS has been approved, Purchasers may either use the DCS as the reference document for submittal of the Final Delivery Schedule, which is required 12 months prior to delivery, or use the DCS as the basis for exchanges with other Purchasers. Specific guidelines for submission of exchange requests are under development, but will not have an impact on the submission of DCSs for approval.

SB 2249

The enclosed DCS form will be submitted to the Office of Management and Budget (OMB) for approval shortly. The Department will transmit to the Purchasers the OMB approved DCS form as soon as possible.

If you have any questions concerning these instructions, please contact Nick Graham of my staff on (202) 586-9634 or Alan Brownstein of the Department's Office of Civilian Radioactive Waste Management on (202) 586-4973.

M. Detmer

M. Detmer
Contracting Officer
Office of Placement and
Administration

Enclosure

SB 2250

# U. S. DEPARTMENT OF ENERGY

## INSTRUCTIONS FOR COMPLETING THE APPENDIX C DELIVERY COMMITMENT SCHEDULE

### GENERAL INSTRUCTIONS

1. **PURPOSE AND USE OF DATA**
The Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR Part 961) states that, beginning January 1, 1992, Purchasers may begin submitting to the Department of Energy (DOE) Delivery Commitment Schedules (DCS) that identify all spent nuclear fuel (SNF) the Purchasers plan to deliver to DOE beginning 63 months thereafter. The DCS provides the Purchasers with the opportunity to inform DOE of their plans for utilizing their allocations of projected Federal waste management system (FWMS) acceptance capacity. This information will assist DOE in meeting its contractual waste acceptance responsibilities and in developing the FWMS.

2. **WHO SHOULD SUBMIT**
The DCS should be submitted by all Purchasers with allocations in the 1991 Annual Capacity Report (ACR) (or subsequent ACRs, as appropriate) as specified in Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste.

3. **WHEN TO SUBMIT**
Beginning January 1, 1992, Purchasers shall submit DCSs at least 63 months prior to requested delivery. At this time, DOE suggests that the Purchasers designate only the appropriate delivery year (calendar year), recognizing that both the Purchaser's and the Department's ability to commit to a specific date over 63 months in the future is limited. For each allocation listed in the 1991 ACR (or subsequent ACRs, as appropriate), a Purchaser must submit at least one DCS for that allocation at least 63 months prior to the date that the allocation occurs (e.g., if a Purchaser has an allocation in 1998, a DCS must be submitted for that allocation by September 30, 1992).

4. **WHERE TO SUBMIT**
Purchasers shall forward the completed DCS and one copy to:

U.S. Department of Energy
DOE Contracting Officer
Office of Placement and Administration
PR-322.1
1000 Independence Avenue, S.W.
Washington, DC 20585

cc: U.S. Department of Energy
Chief, Logistics and Utility Interface Branch
Office of Civilian Radioactive Waste Management
RW-432
1000 Independence Avenue, S.W.
Washington, DC 20585

5. **AUTHORITY**
Data on the DCS are collected under the authority of the Nuclear Waste Policy Act of 1982, as amended, (42 U.S.C. 10101 et seq.) and Article V.B of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste.

6. **PROVISIONS REGARDING CONFIDENTIALITY OF INFORMATION**
Data being collected on the DCS are not considered to be confidential.

7. **BACKGROUND INFORMATION**

(a) The 1991 Acceptance Priority Ranking (APR) established the order in which FWMS acceptance capacity is allocated in the 1991 ACR. As required by the Standard Contract, the priority ranking is based on the date the SNF was permanently discharged, with the owners of the oldest SNF, on an industry-wide basis, given the highest priority. The 1991 ACR applied a 10 year projected waste acceptance rate to the 1991 APR for planning purposes, resulting in individual Purchaser allocations. The Purchasers' allocations for each delivery year (for a 10 year period) are presented in the 1991 ACR and are the basis for Purchasers submitting DCSs to DOE for approval. Due to the limited annual acceptance capacity of the FWMS, only DCSs submitted by Purchasers with an allocation in the delivery year will be considered for approval (e.g., in order for a Purchaser to have a DCS considered for approval for delivery in 1998, the Purchaser must have an allocation in 1998.)

(b) Once a Purchaser has an allocation, any SNF owned by the Purchaser can be designated for delivery against that allocation. The DCS does not restrict the Purchaser to deliver the specified SNF that was the basis for the allocation (see also Item 7.(h)).

(c) The annual acceptance rates in the 1991 ACR provide an approximation of the FWMS acceptance capacity and are for planning purposes. The process described herein assumes that the FWMS will be able to accept the Purchasers' SNF beginning in 1998 according to the acceptance rate reflected in the 1991 ACR. In the event that such circumstances change, all DCSs previously approved by DOE may need to be reevaluated by DOE and the Purchasers.

(d) Over the 10 year period for which the 1991 ACR allocated FWMS acceptance capacity, Purchasers may qualify for a specific number of allocations (from 0 through 10). Beginning in January 1992, Purchasers may submit DCSs for any or all of their allocations, up through year 10. Early submission of DCSs will facilitate the exchange of approved DCSs between Purchasers, as allowed by Article V.E. of the Standard Contract.

(e) The actual number of DCSs submitted by a Purchaser will vary according to the number of allocations they have in the ACR and the number of DCSs they choose to submit for each allocation. A DCS should be submitted for only one designated delivery site, only one fuel type (BWR, PWR, or Other) and only one delivery

year. Therefore, if a Purchaser splits an allocation between two or more delivery sites or between fuel types, more than one DCS will be required. There is no limit to the number of DCSs that can be submitted for each allocation, as long as the total metric tons of uranium (MTU) requested does not exceed the Purchaser's total MTU allocation for that year.

(f) Unless specifically requested otherwise, DOE will evaluate all DCSs submitted against a single allocation period independently. If a Purchaser prefers all DCSs submitted against a single allocation year to be considered as one package, this should be communicated to DOE at the time of submission. When evaluating the DCSs as a package, if one DCS is disapproved then all DCSs for that period will be disapproved and returned to the Purchaser for resubmittal.

(g) Waste acceptance capacity allocated to Purchasers is expressed in terms of MTU. The MTU allocation does not necessarily limit the number of assemblies that can be delivered. The DCS is designed to cover a given quantity of SNF as measured in MTU, not assemblies. DOE realizes that the number of assemblies associated with an allocation will vary according to the actual SNF designated for delivery. The appropriate entry for the blank on the DCS labeled "Number of Assemblies" is discussed in more detail below in the Specific Instructions For Completion of DCS.

(h) Since the DCS does not require the identification of the specific fuel to be delivered, each DCS is assumed to be for Standard Fuel, Class S1 or Class S2, as defined in Appendix E of the Standard Contract. An approved DCS should not be interpreted as a commitment by DOE to accept other than standard fuel. The Contract makes specific provisions for delivery of other than standard fuel. If a Purchaser intends to deliver other than standard fuel, the Purchaser must submit proposed handling/shipping procedures to DOE for evaluation and confirmation as to the technical feasibility of accepting the delivery on the schedule in the approved DCS. Submittal of these proposed handling/shipping procedures is not required until after the DCS has been approved. If the acceptance of other than standard fuel cannot be accommodated, the Purchaser has the option to deliver standard fuel on the schedule in the approved DCS or exchange the approved DCS with another Purchaser, provided contractual time limitations can be met.

## 8. DCS PROCESS

Upon receipt by DOE, each DCS will be date stamped. DOE shall approve or disapprove the DCS within 3 months of receipt. Such approval will be confirmed by signatures of the DOE Contracting Officer and DOE Technical Representative on the DCS returned to the Purchaser. If the DCS is incomplete or if the DCS does not reflect delivery rights available to the Purchaser, the DCS will be disapproved and returned to the

Purchaser. The Purchaser will then have 30 days to resubmit the revised DCS. DOE shall approve or disapprove the revised DCS within 60 days of receipt. If the revised DCS is disapproved, DOE will submit to the Purchaser reasons for such disapproval, and proposed alternative DCS(s) for their consideration. If this DOE-proposed alternative DCS is not acceptable to the Purchaser, both parties shall promptly seek to negotiate acceptable schedule(s).

9. QUESTIONS ON THE DCS

If you have any questions or require more information for completing the DCS, please contact Mr. Alan Brownstein at (202) 586-4973, or Mr. Nick Graham at (202) 586-9634. Please direct all correspondence to DOE Contracting Officer, Office of Placement and Administration, PR-322.1, 1000 Independence Avenue, S.W., Washington, D.C., 20585.

## SPECIFIC INSTRUCTIONS FOR COMPLETION OF DCS

The following are specific instructions for completing the DCS. Each indicated entry of the DCS should be filled in with the information as described below. Requests for information which have been determined to not be currently needed by DOE have been prefilled with "Not Required" in the attached DCS.

1.1 **DCS IDENTIFICATION NUMBER:** A 12-digit unique identification number having the form YY-RRID-NNNN-SS, where

- YY = the last two digits of the Proposed Delivery Year
- RRID = RW-859 reactor identification number of the designated delivery site
- NNNN = the last four digits of the contract number associated with the SNF being designated for delivery, and
- SS = a two digit sequential code to uniquely identify the DCS within this Purchaser's annual allocation.

As an example, suppose Electric Power Company (Contract Number DE-CR01-83NE12345) submits a DCS to deliver SNF from Unit I (RW-859 ID Number 8801) in the year 1999. Assume that this is the third DCS that Electric Power Company plans to submit under this allocation. The unique identifier for this DCS would be 99-8801-2345-03. Type the number on the top right-hand corner of the DCS. If the Purchaser elects not to insert an identifying number, one will be assigned by DOE upon receipt of the DCS.

1.2 **CONTACT PERSON:** Enter the name and telephone number of the person the Department should contact if there are questions concerning the DCS.

1.3 **CONTRACT NUMBER:** Enter the number of the Contract under which the disposal fees were paid for the SNF designated on this DCS. For Purchasers with multiple Contracts, the entry relates to the Contract number associated with the SNF designated for delivery and may differ from the Contract number of the SNF which qualified the Purchaser for the allocation or the Contract number associated with the designated delivery site.

1.4 **REACTOR/FACILITY INFORMATION:** Enter the name of the designated delivery site where the SNF will be delivered to DOE. The facility may differ from the facility that generated the SNF that qualified the Purchaser for the allocation. Enter the street address (not mailing address) of the designated delivery site.

2.1 **TYPE OF CASK REQUIRED:** Indicate (in tons) the maximum loaded cask lifting weight (weight on the hook including lifting equipment and water in the cask) that you intend to use at the delivery location indicated in Item 1.4. If you plan to upgrade the cask handling capacity at this facility prior to shipment, this upgrade should be reflected in the maximum lifting weight. This information is to be used by DOE for

planning purposes and does not imply any commitment by DOE or the Purchaser. The identification of the specific cask will be determined during the Final Delivery Schedule (FDS) process.

2.2 **SHIPPING LOT NUMBER:** ("Not Required" has been entered.) A shipping lot is a specified quantity of SNF designated for delivery on a specific date. Since a DCS should not identify a specific date for delivery, assignment of a shipping lot number would be premature at this time.

2.3 **PROPOSED SHIPPING MODE:** Check the appropriate box for: (a) Truck, (b) Rail or (c) Barge, indicating your proposed shipping mode. Purchasers should indicate the mode of carriage that the cask identified in Item 2.1 will be delivered to DOE at the Purchaser's gate, f.o.b. carrier. An entry of "Truck" will indicate to DOE that the Purchaser proposes to deliver the cask on a truck trailer, an entry of "Rail" will indicate delivery on a rail car, and an entry of "Barge" will indicate that the Purchaser proposes to deliver the cask to a barge. Selection of shipping mode is independent of cask type and only indicates the carrier mode. Final selection of the shipping mode will be determined during the FDS process. If a Purchaser intends to upgrade a facility from truck to rail access, "Rail" should be indicated on the DCS. Similarly, if a facility has either rail or barge access but the Purchaser plans to deliver by truck, "Truck" should be indicated on the DCS.

2.4 **PROPOSED DELIVERY DATE:** Enter the appropriate delivery date (year) for the SNF to be delivered in accordance with your allocation (listed in the ACR). The actual date will be determined during the FDS process.

2.5 **DOE ASSIGNED DELIVERY COMMITMENT DATE:** This entry will be completed by DOE.

2.6 **RANGE OF DISCHARGE DATES (Earliest to Latest):** Enter the range of discharge dates from which the SNF will be selected for delivery. Purchasers are encouraged to be as specific as possible. For example, the Purchaser may know that there is certain SNF that they prefer not to deliver under this DCS (e.g., SNF in dry storage) and exclude that SNF from the range of discharge dates. A Purchaser may include other than standard SNF in the range of discharge dates, although confirmation of the technical feasibility of delivery of the other than standard SNF on the agreed to schedule will be required prior to submittal of an FDS. Canistered nonfuel waste should not be included in this entry at this time.

2.7 **METRIC TONS OF URANIUM (Initial):** Enter the MTU for this proposed delivery. If several DCSs are submitted for one allocation period, the total quantity of SNF designated for delivery must not exceed the allocation in the ACR; exceeding the allocation will result in disapproval of the DCS(s).

(Discharged) **"Not Required"** has been entered. The Contract makes provisions for allocation only on the basis of Initial MTU content.

2.8 **NUMBER OF ASSEMBLIES--BWR/PWR/Other:** Enter the number of SNF assemblies corresponding to the Metric Tons Uranium indicated in Item 2.6 in the appropriate blank for BWR, PWR or Other (e.g., HTGR, TRIGA). If the SNF in the designated range of discharge dates encompasses assemblies with a wide range of MTU/assembly, state the maximum number of assemblies that may be delivered. Since the actual number of assemblies to be delivered may vary according to the specific SNF selected for delivery, adjustments to the number of assemblies will be made during the FDS process.

3.0 **CERTIFICATIONS:** An individual duly authorized to bind the Purchaser must sign the DCS, certifying that the Purchaser has the legal right to deliver such SNF to DOE. Insert the appropriate signatory's title and date.

4.0 **NOTIFICATION OF DOE APPROVAL:** The signatures of DOE's Technical Representative and the Contracting Officer will indicate that the DCS has been approved.

NWPA-830C

OMB No.:
Expires:

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: ______________________

1.2 Contact Person:
(a) Name: ______________________
(b) Telephone (Include Area Code): ______________

1.3 Contract Number:
______________________

1.4 Reactor/Facility Information:
(a) Name: ______________________
(b) Address: ______________________
(c) City, State & Zip Code: ______________

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): ______________
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck______; Rail______; Barge______
2.4 Proposed Delivery Date: ______________
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: ___ ___ ___ to ___ ___ ___
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial)______________ (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ______ PWR ______ Other ______

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 ______________________________________________
Authorized Purchaser Signature Date

3.2 ______________________ 3.3 ______________________
Name (Please Type or Print) Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

______________________________________________
Technical Representative Title Date

4.2 ______________________________________________
Contracting Officer Date

SB 2258

DOE/RW-0533

# Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program

**May 2001**



U.S. Department of Energy
Office of Civilian Radioactive Waste Management
Washington, D.C. 20585

This publication was produced by the U.S. Department of Energy
Office of Civilian Radioactive Waste Management (OCRWM).

For further information contact:

U.S. Department of Energy
Office of Civilian Radioactive Waste Management.
Systems Engineering and International Division, RW-46
1000 Independence Ave., S.W.
Washington, DC 20585

or call:
Yucca Mountain Information Center
1-800-225-6972

or visit:

the OCRWM Home Page
http://www.rw.doe.gov

Printed with soy ink on recycled paper.

## LETTER FROM THE DIRECTOR

The *Analysis of the Total System Life Cycle Cost (TSLCC) of the Civilian Radioactive Waste Management Program* represents the Office of Civilian Radioactive Waste Management's most recent estimate of the costs to dispose of the Nation's spent nuclear fuel (SNF) and high-level radioactive waste (HLW). This TSLCC analysis projects all Program costs through 2119 for a surrogate, single potential repository. The design and emplacement concepts in this TSLCC analysis are the same as those presented in the *Monitored Geologic Repository Project Description Document*.

Since the enactment of the Nuclear Waste Policy Act (NWPA) in 1983 through fiscal year 2000, the Program has expended $6.7 Billion in year-of-expenditure dollars. The total estimated cost to complete the Program, from fiscal year 2001 through permanent closure of a potential repository, is approximately $49.3 Billion in constant 2000 dollars. This TSLCC analysis differs from the previous TSLCC analysis published in 1998, as the design basis has changed. From a cost standpoint, the major changes include waste package fabrication costs, inclusion of the titanium drip shields, increasing the ventilation rate, and changing the underground design. These changes were made to reduce system uncertainties.

The TSLCC analysis provides the basis for assessment of the adequacy of the Nuclear Waste Fund Fee as required by the NWPA. The *Nuclear Waste Fund Fee Adequacy: An Assessment* [DOE/RW-0534] is published as a separate report and is available on the Office of Civilian Radioactive Waste Management's Home Page [http://www.rw.doe.gov]. In addition, this TSLCC is the basis for the calculation of the Government's share of disposal costs for DOE-owned and managed SNF and HLW. The cost estimates in this TSLCC reflect the Department's best estimates – given the scope of the work identified and planned schedule of required activities. Future budget requests for the Program have yet to be established, and in any event, will be determined through the annual Executive and Congressional budget process.

Sincerely,

Lake Barrett, Acting Director
Office of Civilian Radioactive
Waste Management

Dated: May 2001

INTENTIONALLY LEFT BLANK

**CONTENTS**

**Page**

ACRONYMS AND ABBREVIATIONS ..... XI
1. INTRODUCTION AND SUMMARY ..... 1-1
   1.1 EXECUTIVE SUMMARY ..... 1-1
   1.2 PURPOSE AND SCOPE ..... 1-4
   1.3 PROGRAM ASSUMPTIONS ..... 1-6
   1.4 COSTING APPROACH ..... 1-7
2. SYSTEM DESIGN ..... 2-1
   2.1 SCOPE ..... 2-2
   2.2 DESIGN DIFFERENCES BETWEEN THE VIABILITY ASSESSMENT AND THE PRESENT REFERENCE SYSTEM DESIGN ..... 2-2
3. MONITORED GEOLOGIC REPOSITORY ..... 3-1
   3.1 SCOPE ..... 3-1
      3.1.1 Surface Facilities ..... 3-2
      3.1.2 Subsurface Facilities ..... 3-4
      3.1.3 Waste Packages and Drip Shields ..... 3-5
      3.1.4 Confirmation and Retrieval ..... 3-6
   3.2 ASSUMPTIONS ..... 3-6
      3.2.1 Surface Facility ..... 3-7
      3.2.2 Subsurface Facility ..... 3-7
      3.2.3 Waste Package ..... 3-8
   3.3 COST ..... 3-8
      3.3.1 Repository Development and Evaluation ..... 3-9
      3.3.2 Licensing ..... 3-9
      3.3.3 Pre-Emplacement Construction ..... 3-9
      3.3.4 Emplacement Operations ..... 3-10
      3.3.5 Monitoring Operations ..... 3-10
      3.3.6 Closure and Decommissioning ..... 3-11
4. WASTE ACCEPTANCE, STORAGE AND TRANSPORTATION ..... 4-13
   4.1 SCOPE ..... 4-13
   4.2 ASSUMPTIONS ..... 4-13
   4.3 COST ..... 4-17
      4.3.1 Waste Acceptance, Storage and Transportation Development and Evaluation4-18
      4.3.2 Waste Acceptance and Transportation Mobilization and Acquisition ..... 4-18
      4.3.3 Waste Acceptance and National Transportation Operations ..... 4-18
      4.3.4 Nevada Transportation ..... 4-19
5. PROGRAM INTEGRATION ..... 5-1
   5.1 SCOPE ..... 5-1
      5.1.1 Quality Assurance ..... 5-1
      5.1.2 Program Management and Integration ..... 5-1
      5.1.3 Nuclear Regulatory Commission Costs ..... 5-2
      5.1.4 Nuclear Waste Technical Review Board ..... 5-2
      5.1.5 Nuclear Waste Negotiator ..... 5-2

5.2 ASSUMPTIONS ..... 5-2
5.3 COST ..... 5-2
6. INSTITUTIONAL ..... 6-1
6.1 SCOPE ..... 6-1
6.1.1 Payments-Equal-To-Taxes ..... 6-1
6.1.2 Benefits ..... 6-1
6.1.3 180(c) Assistance ..... 6-1
6.1.4 Financial and Technical Assistance ..... 6-2
6.2 ASSUMPTIONS ..... 6-2
6.3 COST ..... 6-2
7. COST SHARE ALLOCATION ..... 7-1
8. FLEXIBLE DESIGN AND OPERATING MODES ..... 8-1
9. REFERENCES ..... 9-1
9.1 DOCUMENTS CITED ..... 9-1
9.2 CODES, STANDARDS, REGULATIONS, AND PROCEDURES ..... 9-2
APPENDIX A ..... A-1
2000 TOTAL SYSTEM LIFE CYCLE COST ESTIMATE SUMMARY ..... A-1
APPENDIX B ..... B-1
COMPARISON WITH 1998 TOTAL SYSTEM LIFE CYCLE COST ..... B-1
B.1 SUMMARY COST COMPARISON WITH 1998 TSLCC ..... B-1
B.1.1 Monitored Geologic Repository ..... B-1
B.1.2 Waste Acceptance, Storage and Transportation ..... B-3
B.1.3 Nevada Transportation ..... B-4
B.1.4 Program Integration ..... B-4
B.1.5 Institutional Costs ..... B-4
B.1.6 Change in Cost Share Allocation ..... B-4
B.2 ASSUMPTION DIFFERENCES ..... B-4
APPENDIX C ..... C-1
ANNUAL COST PROFILE ..... C-1

## TABLES

Page

1-1. Summary of Reference System Results ........ 1-2

2-1. Comparison of Reference System Design and Viability Assessment Design ........ 2-3

3-1. Monitored Geologic Repository Costs by Phase ........ 3-8

3-2. Repository Development and Evaluation Costs ........ 3-9

3-3. Repository Licensing Costs ........ 3-9

3-4. Repository Pre-Emplacement Construction Costs ........ 3-10

3-5. Repository Emplacement Operations Costs ........ 3-10

3-6. Repository Monitoring Costs ........ 3-11

3-7. Repository Closure and Decommissioning Costs ........ 3-11

4-1. Acceptance Rates for Commercial Spent Nuclear Fuel ........ 4-14

4-2. Acceptance Rates of DOE Spent Nuclear Fuel ........ 4-15

4-3. High-Level Waste Annual Acceptance Rates ........ 4-16

4-4. Transportation Cask Fleet ........ 4-17

4-5. Summary of Waste Acceptance, Storage and Transportation Costs by Phase ........ 4-17

4-6. Waste Acceptance, Storage and Transportation Development and Evaluation Costs ........ 4-18

4-7. Waste Acceptance and Transportation Mobilization and Acquisition Costs ........ 4-18

4-8. Waste Acceptance and Transportation Operations Costs ........ 4-19

4-9. Nevada Transportation Costs ........ 4-19

5-1. Program Integration Costs ........ 5-3

6-1. Institutional Costs ........ 6-3

7-1. Summary of Civilian Radioactive Waste Management System Cost Share Allocations ........ 7-2

## TABLES (Continued)

**Page**

A-1. 2000 TSLCC Estimate Summary .......... A-2

B-1. Comparison of 1998 and 2000 TSLCC .......... B-2

B-2. Differences Between the 1998 and 2000 TSLCC Assumptions .......... B-5

C-1. Annual Cost Profile .......... C-2

## FIGURES


| | | Page |
|---|---|---|
| 1-1. | Time-Phased Cost Summary | 1-3 |
| 2-1. | Concept for the Civilian Radioactive Waste Management System | 2-1 |
| 2-2. | Subsurface Layout | 2-3 |
| 2-3. | Engineered Barrier System | 2-4 |
| 3-1. | Layout of Repository Site | 3-1 |
| 3-2. | North Portal Repository Area Site Plan Above Ground | 3-3 |
| 3-3. | Representative Waste Package Design | 3-5 |
| C-1. | Annual Total System Life Cycle Cost Profile | C-1 |

INTENTIONALLY LEFT BLANK

## ACRONYMS AND ABBREVIATIONS

**Acronyms**

| | |
|---|---|
| AP | Absorber Plates |
| BWR | Boiling-Water Reactor |
| CALVIN | CRWMS Analysis and Logistics Visually Interactive |
| CR | Control Rods |
| CRWMS | Civilian Radioactive Waste Management System |
| D&E | Development and Evaluation |
| DOE | U.S. Department of Energy |
| DPC | Dual-Purpose Canister |
| FY | Fiscal Year |
| HH | High-Heat |
| HLW | High-Level Waste |
| INEEL | Idaho National Engineering and Environmental Laboratory |
| IPWF | Immobilized Plutonium Waste Form |
| LL | Long-Long |
| LS | Long-Short |
| LWT | Legal Weight Truck |
| M&O | Management and Operating (contractor) |
| MGR | Monitored Geologic Repository |
| MPC | Multi-Purpose Canister |
| MOX | Mixed-Oxide |
| MTHM | Metric Ton(s) of Heavy Metal |
| MTU | Metric Tons of Uranium |
| NRC | U.S. Nuclear Regulatory Commission |
| NWF | Nuclear Waste Fund |
| NWPA | Nuclear Waste Policy Act of 1982 |
| NWTRB | Nuclear Waste Technical Review Board |
| OCRWM | Office of Civilian Radioactive Waste Management (DOE) |
| PETT | Payments-Equal-To-Taxes |
| PI | Program Integration |
| PI&I | Program Integration and Institutional |
| PM&A | Program Management and Administration |
| PM&I | Program Management and Integration |

## ACRONYMS AND ABBREVIATIONS (Continued)

| | |
|---|---|
| PWR | Pressurized-Water Reactor |
| QA | Quality Assurance |
| RCA | Radiologically Controlled Area |
| RSC | Regional Servicing Contractor |
| RIMS | Regulatory, Infrastructure and Management Support |
| SDD | System Description Document |
| SNF | Spent Nuclear Fuel |
| SP | Single-Purpose |
| SR | Site Recommendation |
| SRS | Savannah River Site |
| SS | Short-short |
| TSLCC | Total System Life Cycle Cost |
| UCF | Uncanistered Fuel |
| VA | Viability Assessment |
| WAST | Waste Acceptance, Storage and Transportation |
| WP | Waste Package |
| YOE | Year of Expenditure |

**Abbreviations**

| | |
|---|---|
| cm | Centimeter |
| km | Kilometer |
| kW | Kilowatt |
| lg | Large |
| m | Meter |
| $m^3/s$ | cubic meters per second |

# 1. INTRODUCTION AND SUMMARY

## 1.1 EXECUTIVE SUMMARY

This report documents an analysis of the Total System Life Cycle Cost (TSLCC) for the Civilian Radioactive Waste Management System (CRWMS). This analysis is consistent with the design described in the *Monitored Geologic Repository Project Description Document* (CRWMS M&O 2000a), and provides the total system cost. This TSLCC analysis represents the total system cost to emplace all planned waste quantities listed in the *Civilian Radioactive Waste Management System Requirements Document* (DOE 2000). This analysis provides detailed costs for a reference system consistent with the *Monitored Geologic Repository Project Description Document*, and some of the potential costs associated with various lower-temperature operating modes. The reference design will continue to evolve to reflect a more flexible repository design and mode of operation requiring reassessments of projected capital and operating costs. These assessments will be conducted at the appropriate milestones. The total cost estimate includes the costs for the Monitored Geologic Repository, transporting waste to a potential repository at Yucca Mountain, and other associated programmatic costs.

The current repository design as documented in the Project Description Document, Revision 2, ICN 1 (CRWMS M&O 2000a), is optimized to accommodate high temperature operations (i.e., above the boiling temperature of water). The design is evolving to more readily accommodate a potential range of operating modes. This flexibility allows repository operations over various heat loading (i.e., heat inputs) and heat removal (i.e., ventilation rates and duration) schemes. The differences in thermal operating modes relate to the maximum postclosure temperatures of the waste package surfaces, the temperatures of the emplacement drift rock walls, the overall temperature of the repository rock, and the humidity within the emplacement drifts. Repository baseline documents will be revised to reflect a design that is more compatible with the entire range of thermal operating modes and will be described in future revisions to the Project Description Document.

The total estimated future (2001 – 2119) cost to complete the reference system is $49.3 Billion in constant 2000 dollars. A total of $6.7 Billion was spent on the total program through FY 2000 in year-of-expenditure (YOE) dollars. Table 1-1 provides a summary of the major CRWMS cost categories. The program is assumed to continue from its inception in 1983 through closure and decommissioning of the potential repository in 2119. In Figure 1-1, costs are represented in terms of areas of work scope over the life of the program. Figure 1-1 represents historical costs both in year-of-expenditure and constant 2000 dollars, and all future costs in constant 2000 dollars. Appendix B provides a comparison between the 1998 TSLCC (DOE 1998a) estimate and the current estimate. The 26% cost increase from the 1998 TSLCC captures significant scope changes intended to improve modeling of total system performance, reduce uncertainty, enhance the engineered barrier system, and provide additional corrosion resistance performance of waste packages. An annual breakout of costs is provided in Appendix C.

Table 1-1. Summary of Reference System Results (in Millions of 2000$)

| Cost Element | Historical Costs (1983-2000) | Future Costs (2001-2119) |
|---|---|---|
| Reference System | | |
| Monitored Geologic Repository | 5,780 | 36,290 |
| Waste Acceptance, Storage and Transportation | 500 | 5,460 |
| Nevada Transportation | 0 | 840 |
| Program Integration | 1,690 | 2,380 |
| Institutional | 260 | 4,320 |
| **Total** | **8,230** | **49,290** |

NOTE: Historical costs total $6.7 Billion in YOE dollars.




Figure 1-1. Time-Phased Cost Summary

The reference system addressed in this TSLCC estimate (Sections 1-7) is for an above-boiling operational repository concept that allows for the free drainage of water and water vapor, mobilized by heat from the waste, between widely spaced drifts. In anticipation of the evolution to a more flexible repository design, Section 8 of this report discusses some of the potential cost impacts from operating the potential repository over a lower thermal mode. The analysis is parametric in nature; i.e., it is based on making changes to the principal operational variables that enable maintaining the potential repository in a lower-temperature operating mode. These variables are waste package spacing, waste package size, duration of ventilation prior to closure, and surface staging of the hottest SNF to allow thermal decay to achieve a reduction of the thermal energy emplaced in the potential repository.

At the current time, a specific thermal operating mode has not been selected for the potential repository. Engineering evaluations are being conducted to evaluate how the potential repository will perform under a variety of operating modes and subsurface temperatures. Once these evaluations are completed, an appropriate range of operating modes will be selected to represent the flexible design. Cost estimates that will be prepared to support the SR will include this range of operating modes.

## 1.2 PURPOSE AND SCOPE

This report documents a detailed cost analysis for a reference system for the CRWMS that utilizes a high temperature (above-boiling) mode of repository operations that allows for the free drainage of water between widely spaced drifts. This cost analysis is consistent with the design described in the *Monitored Geologic Repository Project Description Document* (CRWMS M&O 2000a), and provides the total system cost. This report also discusses in Section 8 some methods for achieving a lower-temperature operating mode repository and provides some parametric estimates of costs associated with these modes. The TSLCC analyses represent the total system cost to emplace all planned waste quantities listed in the *Civilian Radioactive Waste Management System Requirements Document* (DOE 2000).

The *Monitored Geologic Repository Project Description Document* (CRWMS M&O 2000a) describes a design for a 70,000 metric tons of heavy metal (MTHM) repository layout. Existing law prohibits emplacement in the nation's first potential repository of a quantity of spent fuel and high-level waste in excess of 70,000 MTHM, until such time as a second potential repository is in operation. However, current cost information, designs, or authorization for a second potential repository do not exist. Therefore, consistent with the 1998 TSLCC (DOE 1998a), a one-repository system, containing all waste and without interim storage, has been assumed and costed. Yucca Mountain is assumed for this report to be the location for the potential repository since it is the only location that the DOE is authorized to characterize. This, however, does not constitute a decision on the determination of Yucca Mountain as an acceptable site for the potential repository.

The TSLCC estimate is based on acceptance and disposal of approximately 83,800 MTHM of commercial spent nuclear fuel (SNF), including mixed-oxide (MOX) fuel; this assumption is detailed in the *Operational Waste Stream Assumption for TSLCC Estimates* (CRWMS M&O 2000c). The estimate is also based on acceptance and disposal of approximately 2,500 MTHM of government-managed SNF, including naval SNF, and approximately 22,000 canisters of

vitrified high-level waste (HLW), including some canisters containing immobilized plutonium waste form (IPWF) contained in HLW glass (CRWMS M&O 2000c). The estimate of commercial SNF assumes existing nuclear power reactors operate for their planned service life, under current U.S. Nuclear Regulatory Commission (NRC) licenses. Subsequent to the formulation of the input data to the *Operational Waste Stream Assumption for TSLCC Estimates* (CRWMS M&O 2000c), five reactors were granted 20-year life extensions. The impact of reactor life extensions is addressed in Section 4.2. While little additional generation of HLW is expected at U.S. Department of Energy (DOE) sites in the future, quantities of HLW canisters may vary due to uncertainties in the planned processing and vitrification of the wastes.

This TSLCC updates the previous *Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program* (DOE 1998a). The 1998 TSLCC was based on the design presented in the *Viability Assessment of a Repository at Yucca Mountain* (DOE 1998b). Between the 1998 TSLCC and this TSLCC estimate, the repository design underwent changes to reflect a different thermal management strategy. These changes will be described throughout the remainder of the document.

This reference TSLCC estimate aids in financial planning, provides policy makers information for determining the course of the program, and is an input to a companion report (DOE 2001) on the adequacy of the one mill ($0.001) per kilowatt-hour fee charged to generators of commercial SNF. Since this estimate is for a system that spans over 100 years into the future, the concept upon which the estimate is based should be viewed only as representative of the system that may ultimately be developed.

The TSLCC estimates should not be interpreted as final estimates. Numerous assumptions were required with respect to waste management system design and operations where final decisions have not yet been made. Since these assumptions are critical to the resulting cost estimates, any changes in assumptions could influence the resulting estimate. Assumptions used in these analyses are for cost purposes, and should not be interpreted as final Office of the Civilian Radioactive Waste Management (OCRWM) or DOE policy.

Alternative designs and approaches for implementing the repository system have been and will continue to be analyzed. These analyses have shown that there are various ways for the program to proceed on schedule with various cash flow profiles, including lower annual funding requirements for the near-term years. Alternative implementation options include modular construction of the surface and underground repository facilities, varying the amount of spent fuel in surface staging, varying receipt rates, and using an approach to transportation with a lower initial capital investment; i.e., deferring the rail branch line to the Yucca Mountain site. Although these options can lower near-term repository cost profiles, they generally increase the TSLCC and may impact costs to utilities for storage at their sites.

This TSLCC analysis is organized as follows:

Section 1. Introduction and Summary: This section introduces the reader to the overall purpose and scope of this analysis, and summarizes the results and conclusions.

Section 2. System Design: This section provides a description of the design concept, including an explanation of design differences between design concepts used for this analysis and the Viability Assessment design.

Section 3. Monitored Geologic Repository: This section discusses the Monitored Geologic Repository (MGR) scope, assumptions, and costs included for each of six phases of the system life cycle.

Section 4. Waste Acceptance, Storage and Transportation: This section discusses the Waste Acceptance, Storage and Transportation (WAST) scope, assumptions, and costs included for each of three phases, and for the construction of the Nevada rail.

Section 5. Program Integration: This section discusses Program Integration (PI) scope, assumptions, and costs. These activities include Quality Assurance (QA); Program Management and Integration (PM&I); and non-OCRWM costs associated with the NRC, Nuclear Waste Technical Review Board (NWTRB), and the Nuclear Waste Negotiator.

Section 6. Institutional: This section discusses Institutional scope, assumptions, and costs. It provides a description of payments-equal-to-taxes (PETT), benefits, 180(c) grants, and financial assistance.

Section 7. Cost Share Allocation: This section presents the cost share allocations for civilian and government-managed nuclear materials.

Section 8. Lower-Temperature Operating Mode Scenario: This section presents rough order of magnitude costs for a lower-temperature repository mode within the flexible operating mode.

Section 9. References: This section contains a list of references used throughout this document.

Appendix A. 2000 Total System Life Cycle Cost Estimate Summary: This section provides a summary of the 2000 TSLCC estimate by major cost categories, with breakouts of historical and future costs.

Appendix B. Comparison With 1998 Total System Life Cycle Cost: This section contains tables and text comparing the 1998 TSLCC (DOE 1998a) and the results of the analysis of the reference system.

Appendix C. Annual Cost Profile: This section contains the annual cost profile for each component of the reference 2000 TSLCC estimate.

## 1.3 PROGRAM ASSUMPTIONS

The program-level assumptions have not changed significantly since the 1998 TSLCC. The key differences in program-level assumptions between the 1998 TSLCC Report (DOE 1998a) and this report are as follows:

1. Costs are in constant FY 2000 dollars. New escalation rates based on a year 2000 cost escalation report (CRWMS M&O 2000d) are used.

2. The assumed quantity of waste packages (WPs) decreased from 15,706 to 14,768 due to the change in the assumed quantity of commercial SNF requiring disposal (CRWMS M&O 2000c), and the blending of hotter fuel with colder fuel. It is assumed that blending will reduce the quantity of small pressurized-water reactor (PWR) waste packages used in the 1998 TSLCC.

## 1.4 COSTING APPROACH

The cost estimates use assumptions regarding technical and policy decisions, some of which will not be made until after the Secretary of Energy issues a Site Recommendation report to the President in 2001. The schedule assumes a License Application to the NRC in 2003, NRC authorization for construction approval in 2006, followed by NRC approval to receive and possess waste prior to the start of emplacement in 2010.

All future cost estimates are presented in constant 2000 dollars for ease of comparison and to eliminate the effects of inflation for a program spanning at least 119 years. Historical costs are noted in year-of-expenditure dollars, and are escalated to 2000 dollars, using economic escalation for purposes of comparison (CRWMS M&O 2000d). This cost estimate does not include settlement costs with utilities, which are addressed in the companion report, *Nuclear Waste Fund Fee Adequacy: An Assessment* (DOE 2001). Future cost estimates are rounded to the nearest $10 Million for costs greater than $100 Million.

DOE/RW-0534

# Nuclear Waste Fund Fee Adequacy: An Assessment

**May 2001**



U.S. Department of Energy
Office of Civilian Radioactive Waste Management
Washington, D.C. 20585

This publication was produced by the U.S. Department of Energy
Office of Civilian Radioactive Waste Management (OCRWM).

For further information contact:

U.S. Department of Energy
Office of Civilian Radioactive Waste Management.
Systems Engineering and International Division, RW-46
1000 Independence Ave., S.W.
Washington, DC 20585

or call:
Yucca Mountain Information Center
1-800-225-6972

or visit:

the OCRWM Home Page
http://www.rw.doe.gov

Printed with soy ink on recycled paper.

## LETTER FROM THE DIRECTOR

The *Nuclear Waste Fund Fee Adequacy: An Assessment* presents the Office of Civilian Radioactive Waste Management's most recent estimate of the adequacy of the Nuclear Waste Fund (NWF) fee. The NWF is a separate account, established in the Treasury of the United States by the Nuclear Waste Policy Act (NWPA). It consists of receipts, proceeds and recoveries realized by the U.S. Department of Energy (DOE) under the NWPA, any appropriations made by the Congress into the NWF, and any unexpended balances that were transferred to the NWF on the date of enactment of the NWPA. Fees paid by owners and generators of civilian spent nuclear fuel are deposited directly into the NWF. The fee is 1 mill (0.1 ¢) per kilowatt-hour of electricity generated and sold.

The NWF Fee Adequacy report considers only the costs associated with disposal of commercial spent nuclear fuel (SNF). Costs for the disposal of Government-managed nuclear materials, including DOE and naval SNF, vitrified high-level radioactive waste (HLW) glass, and "can-in-canister" immobilized plutonium, are not paid for with the fees assessed to commercial nuclear utilities.

The assessment is based on the *Analysis of the Total System Life Cycle Cost (TSLCC) of the Civilian Radioactive Waste Management Program* [DOE/RW-0533], which is available on the Office of Civilian Radioactive Waste Management's Home Page [http://www.rw.doe.gov]. The TSLCC analysis projects costs through the year 2119 for a surrogate, single potential repository, expanded to accommodate all the SNF and HLW projected. The analysis includes all Program costs, including disposal, acceptance and transportation, program management, and institutional categories. The NWF Fee Adequacy assessment uses the same commercial SNF projections and annual costs that are used in the TSLCC to determine the fee-generated income and earned interest.

The assessment identifies key uncertainties in projecting NWF balances, including variability in Program costs, NWF revenues, and economic conditions. The results indicate that the fee charged to utilities is adequate under the assumptions used in the analysis.

Sincerely,

Lake H Barrett

Lake Barrett, Acting Director
Office of Civilian Radioactive
Waste Management

Dated: May 2001

INTENTIONALLY LEFT BLANK

**CONTENTS**

**Page**

ACRONYMS AND ABBREVIATIONS .......... xi

1. INTRODUCTION AND EXECUTIVE SUMMARY .......... 1
   1.1 FEE ADEQUACY RECOMMENDATIONS .......... 1
   1.2 BACKGROUND .......... 2
   1.3 PROGRAM STATUS .......... 2
   1.4 STATUS OF THE NUCLEAR WASTE FUND .......... 3
   1.5 FACTORS AFFECTING THE ADEQUACY OF THE FEE .......... 3
      1.5.1 Program Cost Basis .......... 3
      1.5.2 Projected Fee Revenues .......... 4
      1.5.3 Economic Projections .......... 5

2. METHODOLOGY .......... 7

3. ASSUMPTIONS .......... 9
   3.1 COST ASSUMPTIONS .......... 9
      3.1.1 Reduction in Cost Uncertainty .......... 10
   3.2 REVENUE ASSUMPTIONS .......... 10
   3.3 ECONOMIC ASSUMPTIONS .......... 13
      3.3.1 Projected Interest and Inflation Rates .......... 13
      3.3.2 Investment Strategy .......... 13

4. FEE ADEQUACY .......... 15
   4.1 FEE ADEQUACY RESULT .......... 15
   4.2 FEE ADEQUACY SENSITIVITY .......... 17
   4.3 ANNUAL DATA .......... 18
   4.4 FEE ADEQUACY ANALYSIS CONCLUSION .......... 18

5. REFERENCES .......... 21
   5.1 DOCUMENTS CITED .......... 21
   5.2 CODES, STANDARDS, REGULATIONS, AND PROCEDURES .......... 22

INTENTIONALLY LEFT BLANK

## TABLES

**Page**

1. Summary of Allocations of TSLCC Future Costs .......... 10
2. Major Decisions Affecting Program Scope .......... 10
3. Assumed Annual Appropriation for Government-Managed Nuclear Materials .......... 12
4. Detailed Nuclear Waste Fund Cash Flows for Reference Cost Estimate Using Historical 40-Year Real Average Economic Assumption .......... 19
5. Detailed Nuclear Waste Fund Cash Flows for Reference Cost Estimate Using Current Forecasted 10-Year Real Treasury Note Economic Assumption .......... 20

INTENTIONALLY LEFT BLANK

## FIGURES

**Page**

1. Revenue Sources Required to Fund the 2000 TSLCC ........ 4
2. Fee Adequacy Sensitivity to Changes in Economic Assumptions for 40-year Historical Long-Term Government Bonds Rates ........ 16
3. Fee Adequacy Sensitivity to Changes in Economic Assumptions for 2000 Forecast of 10-year Treasury Note Rate ........ 16
4. Comparison of Fee Adequacy for Different Economic Assumptions ........ 18