Consolidated Accounting and Investment System
Nuclear Waste Fund
Quarterly Statement of Payments
**(NE44368) Entergy Nuclear Generating Company**
Fiscal Quarter: 04/01/1999 thru 06/30/1999

| | Pilgrim 1 (0601) | Contract Total |
|---|---|---|
| Net KWH Payments thru Prior Quarter: | 47,466,723.10 | 47,466,723.10 |
| KWH Payments to DOE this Quarter: | | |
| KWH Fees | 1,299,921.00 | 1,299,921.00 |
| Adjustments | 0.00 | 0.00 |
| Less KWH Fee Credits/Refunds this Quarter: | | |
| KWH Fee Credits | 0.00 | 0.00 |
| KWH Fee Refunds | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 |
| **Net KWH Payments to Date** | **48,766,644.10** | **48,766,644.10** |
| KWH Interest Credits/Refunds thru Prior Quarter: | 702,573.19 | 702,573.19 |
| KWH Interest Credits/Refunds this Quarter: | | |
| KWH Interest Credits | 0.00 | 0.00 |
| KWH Interest Refunds | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 |
| **KWH Interest Credits/Refunds to Date** | **702,573.19** | **702,573.19** |
| KWH Penalties Assessed thru Prior Quarter: | 15,411.59 | 15,411.59 |
| KWH Penalties Assessed this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total KWH Penalties Assessed | 15,411.59 | 15,411.59 |
| KWH Penalties Paid thru Prior Quarter: | 15,411.59 | 15,411.59 |
| KWH Penalties Paid this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total KWH Penalties Paid to Date | 15,411.59 | 15,411.59 |
| **BALANCE of KWH Penalties DUE** | **0.00** | **0.00** |

Consolidated Accounting and Investment System
Nuclear Waste Fund
Quarterly Statement of Payments
**(NE44368) Entergy Nuclear Generating Company (continued)**
Fiscal Quarter: 04/01/1999 thru 06/30/1999

| | Pilgrim 1 (0601) | Contract Total |
|---|---|---|
| SNF Penalties Assessed thru Prior Quarter: | 0.00 | 0.00 |
| SNF Penalties Assessed this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Penalties Assessed | 0.00 | 0.00 |
| SNF Penalties Paid thru Prior Quarter: | 0.00 | 0.00 |
| SNF Penalties Paid this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Penalties Paid to Date | 0.00 | 0.00 |
| **BALANCE of SNF Penalties DUE** | **0.00** | **0.00** |
| SNF Principal Due thru Prior Quarter: | 40,582,782.42 | 40,582,782.42 |
| SNF Principal Due this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Principal Due | 40,582,782.42 | 40,582,782.42 |
| SNF Interest Accrued thru Prior Quarter: | 0.00 | 0.00 |
| SNF Interest Accrued this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Interest Accrued | 0.00 | 0.00 |
| **Total SNF Principal & Interest Due** | **40,582,782.42** | **40,582,782.42** |
| SNF Principal Paid thru Prior Quarter: | 40,582,782.42 | 40,582,782.42 |
| SNF Principal Paid this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Principal Paid to Date | 40,582,782.42 | 40,582,782.42 |
| SNF Interest Paid thru Prior Quarter: | 0.00 | 0.00 |
| SNF Interest Paid this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Interest Paid to Date | 0.00 | 0.00 |
| Total SNF Principal & Interest Paid to Date | 40,582,782.42 | 40,582,782.42 |
| **BALANCE of SNF Principal & Interest Due** | **0.00** | **0.00** |

Consolidated Accounting and Investment System
Nuclear Waste Fund
Quarterly Statement of Payments
**(NE44368) Entergy Nuclear Generating Company (continued)**
Fiscal Quarter: 04/01/1999 thru 06/30/1999

| | Pilgrim 1 (0601) | Contract Total |
|---|---|---|
| Net ACG Payments thru Prior Quarter: | 0.00 | 0.00 |
| ACG Payments to DOE this Quarter: | | |
| ACG Fees | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 |
| Less ACG Fee Credits/Refunds this Quarter: | | |
| ACG Fee Credits | 0.00 | 0.00 |
| ACG Fee Refunds | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 |
| **Net ACG Payments to Date** | **0.00** | **0.00** |
| ACG Interest Credits/Refunds thru Prior Quarter: | 0.00 | 0.00 |
| ACG Interest Credits/Refunds this Quarter: | | |
| ACG Interest Credits | 0.00 | 0.00 |
| ACG Interest Refunds | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 |
| **ACG Interest Credits/Refunds to Date** | **0.00** | **0.00** |

Consolidated Accounting and Investment System
Nuclear Waste Fund
Quarterly Statement of Payments
**(NE44368) Entergy Nuclear Generating Company (continued)**
Fiscal Quarter: 04/01/1999 thru 06/30/1999

| | Pilgrim 1 (0601) | Contract Total |
|---|---|---|
| Net PSL Payments thru Prior Quarter: | 0.00 | 0.00 |
| PSL Payments to DOE this Quarter: | | |
| PSL Fees | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 |
| Less PSL Fee Credits/Refunds this Quarter: | | |
| PSL Fee Credits | 0.00 | 0.00 |
| PSL Fee Refunds | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 |
| **Net PSL Payments to Date** | **0.00** | **0.00** |
| PSL Interest Credits/Refunds thru Prior Quarter: | 0.00 | 0.00 |
| PSL Interest Credits/Refunds this Quarter: | | |
| PSL Interest Credits | 0.00 | 0.00 |
| PSL Interest Refunds | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 |
| **PSL Interest Credits/Refunds to Date** | **0.00** | **0.00** |

Consolidated Accounting and Investment System
Nuclear Waste Fund
Quarterly Statement of Payments
**[ Report Totals ]**
Fiscal Quarter: 04/01/1999 thru 06/30/1999

| | NE44368 | Report Total |
|---|---|---|
| Net KWH Payments thru Prior Quarter: | 47,466,723.10 | 47,466,723.10 |
| KWH Payments to DOE this Quarter: | | |
| KWH Fees | 1,299,921.00 | 1,299,921.00 |
| Adjustments | 0.00 | 0.00 |
| Less KWH Fee Credits/Refunds this Quarter: | | |
| KWH Fee Credits | 0.00 | 0.00 |
| KWH Fee Refunds | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 |
| **Net KWH Payments to Date** | **48,766,644.10** | **48,766,644.10** |
| KWH Interest Credits/Refunds thru Prior Quarter: | 702,573.19 | 702,573.19 |
| KWH Interest Credits/Refunds this Quarter: | | |
| KWH Interest Credits | 0.00 | 0.00 |
| KWH Interest Refunds | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 |
| **KWH Interest Credits/Refunds to Date** | **702,573.19** | **702,573.19** |
| KWH Penalties Assessed thru Prior Quarter: | 15,411.59 | 15,411.59 |
| KWH Penalties Assessed this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total KWH Penalties Assessed | 15,411.59 | 15,411.59 |
| KWH Penalties Paid thru Prior Quarter: | 15,411.59 | 15,411.59 |
| KWH Penalties Paid this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total KWH Penalties Paid to Date | 15,411.59 | 15,411.59 |
| **BALANCE of KWH Penalties DUE** | **0.00** | **0.00** |

Consolidated Accounting and Investment System
Nuclear Waste Fund
Quarterly Statement of Payments
**[ Report Totals ]**
Fiscal Quarter: 04/01/1999 thru 06/30/1999

| | NE44368 | Report Total |
|---|---|---|
| SNF Penalties Assessed thru Prior Quarter: | 0.00 | 0.00 |
| SNF Penalties Assessed this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Penalties Assessed | 0.00 | 0.00 |
| SNF Penalties Paid thru Prior Quarter: | 0.00 | 0.00 |
| SNF Penalties Paid this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Penalties Paid to Date | 0.00 | 0.00 |
| **BALANCE of SNF Penalties DUE** | **0.00** | **0.00** |
| SNF Principal Due thru Prior Quarter: | 40,582,782.42 | 40,582,782.42 |
| SNF Principal Due this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Principal Due | 40,582,782.42 | 40,582,782.42 |
| SNF Interest Accrued thru Prior Quarter: | 0.00 | 0.00 |
| SNF Interest Accrued this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Interest Accrued | 0.00 | 0.00 |
| **Total SNF Principal & Interest Due** | **40,582,782.42** | **40,582,782.42** |
| SNF Principal Paid thru Prior Quarter: | 40,582,782.42 | 40,582,782.42 |
| SNF Principal Paid this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Principal Paid to Date | 40,582,782.42 | 40,582,782.42 |
| SNF Interest Paid thru Prior Quarter: | 0.00 | 0.00 |
| SNF Interest Paid this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Interest Paid to Date | 0.00 | 0.00 |
| Total SNF Principal & Interest Paid to Date | 40,582,782.42 | 40,582,782.42 |
| **BALANCE of SNF Principal & Interest Due** | **0.00** | **0.00** |

Consolidated Accounting and Investment System
Nuclear Waste Fund
Quarterly Statement of Payments
**[ Report Totals ]**
Fiscal Quarter: 04/01/1999 thru 06/30/1999

| | NE44368 | Report Total |
|---|---|---|
| Net ACG Payments thru Prior Quarter: | 0.00 | 0.00 |
| ACG Payments to DOE this Quarter: | | |
| ACG Fees | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 |
| Less ACG Fee Credits/Refunds this Quarter: | | |
| ACG Fee Credits | 0.00 | 0.00 |
| ACG Fee Refunds | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 |
| **Net ACG Payments to Date** | **0.00** | **0.00** |
| ACG Interest Credits/Refunds thru Prior Quarter: | 0.00 | 0.00 |
| ACG Interest Credits/Refunds this Quarter: | | |
| ACG Interest Credits | 0.00 | 0.00 |
| ACG Interest Refunds | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 |
| **ACG Interest Credits/Refunds to Date** | **0.00** | **0.00** |

Consolidated Accounting and Investment System
Nuclear Waste Fund
Quarterly Statement of Payments
**[ Report Totals ]**
Fiscal Quarter: 04/01/1999 thru 06/30/1999

| | NE44368 | Report Total |
|---|---|---|
| Net PSL Payments thru Prior Quarter: | 0.00 | 0.00 |
| PSL Payments to DOE this Quarter: | | |
| PSL Fees | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 |
| Less PSL Fee Credits/Refunds this Quarter: | | |
| PSL Fee Credits | 0.00 | 0.00 |
| PSL Fee Refunds | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 |
| **Net PSL Payments to Date** | **0.00** | **0.00** |
| PSL Interest Credits/Refunds thru Prior Quarter: | 0.00 | 0.00 |
| PSL Interest Credits/Refunds this Quarter: | | |
| PSL Interest Credits | 0.00 | 0.00 |
| PSL Interest Refunds | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 |
| **PSL Interest Credits/Refunds to Date** | **0.00** | **0.00** |