# EXHIBIT 3

# Department of Energy

Washington, DC 20585

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

MAR 1 3 1997

Mr Michael J Wallace
Senior Vice President
Commonwealth Edison Company
10 South Dearborn Street (37th floor)
Chicago, Illinois 60603

Dear Mr. Wallace

The Department of Energy has received your Delivery Commitment Schedules (DCS) submitted pursuant to Article V B of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste.

The Department is not able at this time to approve your DCS submittal Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

As you know, my letter of December 17, 1996, invited submission of views by all contract holders on how the anticipated delay can best be accommodated. The Department looks forward to receipt of those views by March 14, 1997, and will advise you promptly of further developments in this program as they occur

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc:
Kenneth S. Peterson

CE04064

Printed with soy ink on recycled paper