IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C

(Filed: November 23, 2004)

| | |
|---|---|
| BOSTON EDISON COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is Defendant's Motion for Leave to Respond to Pages 12 and 13 of "Plaintiff Boston Edison Company's Post-Hearing Report," filed on October 26, 2004, along with Defendant's Response to Pages 12 and 13 of "Plaintiff Boston Edison Company's Post-Hearing Report." The court will treat defendant's motion for leave as a motion for further supplemental briefing. Plaintiffs oppose this motion, arguing that it is untimely and would unreasonably delay the case.

Good cause having been established, defendant's motion for further briefing is GRANTED. The supplemental briefing will only minimally delay the court's ruling on the pending motions. Defendant's proposed filing is already before the court, and plaintiff's counsel will have the opportunity to file its response expeditiously. Accordingly, the clerk shall file Defendant's Response to Pages 12 and 13 of "Plaintiff Boston Edison Company's Post-Hearing Report." Plaintiff may respond to this filing within two weeks of this order, on or before December 7, 2004.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge