IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C

(Filed: November 24, 2004)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion to Stay Discovery, filed on November 9, 2004. The defendant wishes to stay discovery pending the court's decision on the dispositive motions presently before it. The plaintiff does not oppose the motion, but asks that the government be required to respond to its discovery requests immediately after the stay is lifted.

Good cause having been shown, defendant's motion to stay discovery is GRANTED. Plaintiff's suggestion that a response to the discovery requests be provided immediately after a decision on the pending motion to dismiss is rendered must be denied because the suggestion presumes that the motion to dismiss will be denied and it would require the defendant to prepare its response to plaintiff's discovery requests while the motion to dismiss is pending and thus undermine the very purpose of staying discovery. Discovery shall be stayed until the court rules on the defendant's motion to dismiss and plaintiff's cross-motion for summary judgment.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge