IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BOSTON EDISON COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 99-447C |
| | ) | (Judge Lettow) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Alan J. Lo Re as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 307-0277
Fax: (202) 307-2503

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: April 1, 2005

s/ Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division

CERTIFICATE OF FILING

I hereby certify that, on this 1st day of April, 2005, a copy of the foregoing "NOTICE OF APPEARANCE"' was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Alan J. Lo Re