IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C

(Filed: April 8, 2005)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion to Schedule the Due Date for the Government's Answer and Responses to Written Discovery Requests, filed on April 1, 2005. Defendant requests that the court set deadlines for the submission of the defendant's responses to the plaintiff's complaint and to plaintiff's written discovery requests. Plaintiff does not oppose this motion.

For good cause shown, defendant's motion is GRANTED. The defendant shall file its answer to the plaintiff's complaint on or before April 11, 2005; it shall also respond to the plaintiff's discovery requests on or before April 15, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge