IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C

(Filed: April 19, 2005)

| | |
|---|---|
| BOSTON EDISON COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is Defendant's Unopposed Motion for an Enlargement of Time, filed on April 15, 2005. Defendant is currently scheduled to respond to plaintiff's discovery requests on or before April 15, 2005. Defendant seeks one additional business day in which to serve its response.

For good cause shown, defendant's motion is GRANTED. The defendant shall respond to the plaintiff's discovery requests on or before April 18, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge