IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C

(Filed: May 16, 2005)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for an Enlargement of Time, filed on May 12, 2005. Defendant's reply in support of its motion to consolidate this case with *Entergy Nuclear Generation Co. v. United States*, No. 03-2626C, is presently due on or before May 12, 2005. Defendant seeks an additional four days in which to file its reply.

For good cause shown, defendant's motion is GRANTED. The defendant shall file its reply in support of its motion to consolidate on or before May 16, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge