IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447-C

(Filed: May 25, 2005)

| | |
|---|---|
| BOSTON EDISON COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is Defendant's Motion to Consolidate, or, in the Alternative, for Issuance of a Summons Pursuant to RCFC 14(a) and Notice Pursuant to RCFC 14(b), filed on April 11, 2005. The court will hold a hearing on this motion on June 14, 2005, commencing at 10:00 a.m., at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The particular courtroom that will be used shall be posted in the lobby of the building. Counsel in *Entergy Nuclear Generation Co. v. United States*, No. 03-2626-C, shall also be present at the hearing.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge