IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BOSTON EDISON COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 99–447C |
| v. | ) | (Judge Lettow) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT
OF TIME TO FILE THE PARTIES' JOINT PRELIMINARY STATUS REPORT

Defendant, the United States, respectfully requests that the Court grant the parties an enlargement of time within which to submit their Joint Preliminary Status Report ("JPSR") in the this case until 21 days after the Court has ruled upon defendant's pending motion to consolidate this case with Entergy Nuclear Generation Co. v. United States, No. 03-2626C (Fed. Cl.). The parties' JPSR is currently due to be filed on Thursday, June 2, 2005. Neither party has previously requested an enlargement of time for this purpose. The associate of counsel for Boston Edison Company ("Boston"), Bradley Wine, has represented that Boston does not oppose this motion.

As we explained in our motion to consolidate, this matter and Entergy Nuclear Generation are currently pending before the same judge and involve the assignor and assignee of the same contract with the Department of Energy. Accordingly, as we explain in our motion to consolidate, consolidation will promote the efficient administration of justice including a single schedule for the resolution of both cases. Oral argument upon the Government's motion to consolidate is scheduled for June 14, 2005. It would thus be superfluous for the parties to file a JPSR in this matter before the Court has resolved the Government's consolidation motion.

For the forgoing reasons, we respectfully request that the Court grant this motion and permit the parties to file a JPSR in this matter 21 days after the Court has ruled upon the Government's motion to consolidate this matter with Entergy Nuclear Generation.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

June 1, 2005

CERTIFICATE OF FILING

I hereby certify that on this 1st day of June 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE PARTIES' JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.