IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C

(Filed: June 3, 2005)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for an Enlargement of Time to File the Parties' Joint Preliminary Status Report, filed on June 1, 2005. The parties' Joint Preliminary Status Report ("JPSR") is presently due on or before June 2, 2005. Also pending before the court is defendant's motion to consolidate this case with *Entergy Nuclear Generation Co. v. United States*, No. 03-2626-C, which motion was filed on April 11, 2005. Defendant requests that the court enlarge the deadline for filing the parties' JPSR until 21 days after a decision has been filed on the motion to consolidate.

For good cause shown, defendant's motion is GRANTED. The parties shall file their JPSR within 21 days after the court's ruling on the government's motion to consolidate.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge