IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C

(Filed: September 14, 2005)

| | |
|---|---|
| BOSTON EDISON COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |
| ENTERGY NUCLEAR GENERATION CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is Plaintiff Entergy Nuclear Generation Company's ("ENGC") Unopposed Motion for an Enlargement of Time to respond to defendant's "First Set of Interrogatories and Request for Admissions" and "First Request for Production of Documents." Plaintiff ENGC's responses were previously due on or before September 12, 2005. Plaintiff ENGC requests an extension of fourteen days to September 26, 2005 to respond to defendant's requests. Plaintiff ENGC's counsel explains that an enlargement of time is necessary due to the adverse effects of Hurricane Katrina on ENGC's facilities and operations. Plaintiff ENGC's counsel further notes that counsel for defendant does not object to this request.

For good cause shown, plaintiff ENGC's motion is GRANTED. Plaintiff ENGC shall respond to defendant's "First Set of Interrogatories and Request for Admissions" and "First Request for Production of Documents" on or before September 26, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge