IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C

(Filed: October 7, 2005)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court requests that the parties provide a joint status report on or before November 30, 2005, reporting a plan and schedule for the *Boston Edison* portion of these cases as consolidated for a limited purpose.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge