IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BOSTON EDISON COMPANY,<br><br>Plaintiff,<br><br>v.<br>UNITED STATES,<br><br>Defendant. | ) | |
| ENTERGY NUCLEAR GENERATION CO.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 99-447C<br>No. 03-2626C<br>(Judge Lettow) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests a two-day enlargement of time, to and including December 2, 2005, to submit the Joint Status Report ("JSR") in these cases. The JSR is currently due on November 30, 2005. This is defendant's first request for an enlargement of time for this purpose. Counsel for the plaintiffs have stated that our request will not be opposed.

Although the parties have had preliminary discussions concerning scheduling issues, an enlargement of time is necessary because of the Thanksgiving holiday and the fact that counsel for both the defendant and plaintiff, Boston Edison Company, will be out of the office on work-related travel through November 30, 2005. An enlargement of time of two days, to and

including, December 2, 2005, will permit the parties sufficient time to continue their discussions regarding scheduling issues and provide the Court with a JSR.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Alan J. Lo Re by Joshua E. Gardner
ALAN J. LO RE
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: 202-307-0226
Fax: 202-307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

JOSHUA E. GARDNER
Civil Division
Department of Justice
1100 L Street, NW
Washington, D.C. 20530

November 23, 2005

CERTIFICATE OF FILING, AND CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November, 2005, a copy of foregoing "UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joshua E. Gardner