IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C

(Filed: November 23, 2005)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for Enlargement of Time, filed on November 23, 2005. The parties' Joint Status Report is presently due on or before November 30, 2005. Defendant seeks an additional two days in which to file the report.

For good cause shown, defendant's motion is GRANTED. The parties shall file a Joint Status Report on or before December 2, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge