IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C

(Filed: February 1, 2006)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court acknowledges the receipt of the parties' Proposed Scheduling Order, filed on January 12, 2006, regarding a plan and schedule for the *Boston Edison* portion of these cases as consolidated for a limited purpose. A status conference shall be held in these cases to discuss the matters addressed in the Proposed Scheduling Order on February 8, 2006, commencing at 3:45 p.m., at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom in which the status conference will be held shall be posted in the lobby of the building.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge