**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BOSTON EDISON COMPANY**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | |
| **ENTERGY NUCLEAR GENERATION CO.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **No. 99-447C**<br>**No. 03-2626C**<br>**(Judge Charles F. Lettow)** |

**<u>JOINT PROPOSED SCHEDULING ORDER</u>**

During the Court's February 8, 2006 status conference in the above-captioned case, the Court requested that the parties convene and provide the Court with a revised proposed pre-trial scheduling order in the above-captioned matter reflecting issues discussed in the course of the hearing. Accordingly, the parties hereby submit the following proposed schedule which they have agreed upon.

July 3, 2006 – Boston Edison expert reports due

October 2, 2006 – Government expert reports due

October 11, 2006 – Entergy expert reports due (if any)

November 3, 2006 – Rebuttal expert reports

November 3, 2006 – January 12, 2007 – expert depositions

January 12, 2007 – End of discovery

January 31, 2007 – Meeting of counsel

February 12, 2007 – Boston Edison's contentions of fact and law

March 6, 2007 – Entergy Nuclear's contentions of fact and law (if any)[1]

March 27, 2007 – Defendant's contentions of fact and law

April 13, 2007 – Witness and exhibit lists exchanged

Week of April 30, 2007 – Pretrial conference

Week of May 7, 2007 – Trial commences

Date: February 15, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, Jr.
Assistant Director

s/ Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530

s/Richard J. Conway
RICHARD J. CONWAY
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

*Counsel of Record for Boston Edison Company*

Of Counsel:
NICHOLAS W. MATTIA, JR.
BRADLEY D. WINE
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

NEVEN RABADJIJA, ESQ.
Associate General Counsel
NSTAR Electric & Gas Corporation
800 Boylston Street
17th Floor
Boston, MA 02199-0228

[1] Within seven days after the Government has filed its contentions of fact and law, Entergy Nuclear may request the opportunity to supplement its contentions of fact and law to address any new issues directed to Entergy Nuclear in Defendant's contentions of fact and law.

OF COUNSEL:
Joshua E. Gardner
Trial ATTORNEY-CLIENT PRIVILEGE
Civil Division
Department of Justice
1100 L Street, NW
Washington, D.C. 20530

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ace., S.W.
Washington, D.C. 20585

*Counsel for Defendant*

s/ Alex D. Tomaszczuk
ALEX D. TOMASZCZUK
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017

*Counsel of Record for*
*Entergy Nuclear Generation Company*

**CERTIFICATE OF FILING**

I hereby certify that on February 15, 2006, a copy of the foregoing "Joint Proposed Scheduling Order" was filed electronically via the Court's Electronic Case Filing System ("ECF"). I understand that notice of this filing will be sent to all parties by operation of the ECF and that parties may access this filing through the Court's system.

s/ Bradley D. Wine
BRADLEY D. WINE