**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BOSTON EDISON COMPANY**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | |
| **ENTERGY NUCLEAR GENERATION CO.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 99-447C**<br>**No. 03-2626C**<br>**(Judge Charles F. Lettow)** |

**JOINT MOTION FOR AN ORDER**
**REGARDING DISCOVERY OF DRAFT EXPERT REPORTS**

Plaintiffs, Boston Edison Company and Entergy Nuclear Generation Company, and defendant, the United States, respectfully request that the Court enter an order, based upon the joint stipulation of the parties, that no party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case. The parties agree that, for the benefit of all three parties, they would like the Court to enter an order that eliminates the need for any party to produce drafts of their respective experts' final written reports. A proposed order, containing language upon which all three parties agree, is attached to this motion.

Date: May 31, 2006

Respectfully submitted,

s/ Richard J. Conway
RICHARD J. CONWAY
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, N.W.
Washington, D.C. 20037
(202) 785-9700

*Counsel of Record for Boston Edison Company*

s/ Alex D. Tomaszczuk
ALEX D. TOMASCZCUK
Pillsbury Winthrop Shaw
Pittman LLP
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017

*Counsel of Record for Entergy Nuclear Generation Company*

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N. W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: 202-307-0226
Fax: 202-307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

*Counsel for Defendant*

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on May 31, 2006, a copy of the foregoing "JOINT MOTION FOR AN ORDER REGARDING DISCOVERY OF DRAFT EXPERT REPORTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

s/Bradley D. Wine