**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BOSTON EDISON COMPANY**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | |
| **ENTERGY NUCLEAR GENERATION CO.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 99-447C**<br>**No. 03-2626C**<br>**(Judge Charles F. Lettow)** |

**ORDER**

No party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case or any spent nuclear fuel case pending before this Court.

Charles F. Lettow
Judge