IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C

(Filed: May 31, 2006)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion for an Order Regarding Discovery of Draft Expert Reports, filed on May 31, 2006. For good cause shown, the parties' motion is GRANTED. In accord with the request of the parties, no party in the *Boston Edison* portion of these cases, as consolidated for a limited purpose, shall be required to produce any draft (including copies) of any expert report prepared in connection with these cases or any spent nuclear fuel case pending before this court.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge