**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BOSTON EDISON COMPANY** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | **No. 99-447C** |
| | ) | **No. 03-2626C** |
| **ENTERGY NUCLEAR GENERATION CO.,** | ) | **(Judge Charles F. Lettow)** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF CHANGE OF ADDRESS**

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE THAT** effective July 5, 2006, Dickstein Shapiro Morin & Oshinsky LLP, counsel to Plaintiff Boston Edison Company, will change its name, address, and contact information. Please note that the name of our firm will be shortened, and our main phone number, direct dial numbers, fax number, and email addresses will change. From July 5th on, please direct all communications as follows:

Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006-5403
(202) 420-2200 (Main Number)
(202) 420-2201 (Fax)
www.dicksteinshapiro.com (Web)

* * *

Richard J. Conway
(202) 420-2235 (Direct Dial)
conwayr@dicksteinshapiro.com (E-mail)

Please also be advised that our offices will be closed on July 3, 2006 to facilitate our move.

Respectfully submitted,

DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP

Dated: June 15, 2006

BY: /s/ Richard J. Conway
RICHARD J. CONWAY
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, N.W.
Washington, D.C. 20037
(202) 785-9700

*Counsel of Record for Boston Edison Company*



DSMDB-2100259v01