IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BOSTON EDISON COMPANY<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | ) | |
| ENTERGY NUCLEAR GENERATION CO.,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 99-447C<br>No. 03-2626C<br>(Judge Lettow) |

DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Defendant, the United States, respectfully requests that the current scheduling order entered in this case be modified as set forth below. Counsel for plaintiff Boston Edison Company ("Boston Edison"), Bradley D. Wine, and counsel for plaintiff Entergy Nuclear Generation Company ("Entergy Nuclear"), Alex D. Tomaszczuk, have represented that their respective clients do not oppose this request. This is the Government's first request to amend the current scheduling order.[1]

[1] The Government did previously agree to a 10-day extension for Boston Edison's filing of its expert reports in this matter.

On February 17, 2006, the Court entered a scheduling order in this case setting forth the following dates, among others:[2]

| | |
|---|---|
| Government's expert reports due | October 2, 2006 |
| Entergy Nuclear's expert reports due (if any) | October 11, 2006 |
| Rebuttal expert reports due | November 3, 2006 |
| Expert depositions | November 3, 2006, to January 12, 2007 |

On August 8, 2006, the Government served its Third Request for Production of Documents upon Entergy Nuclear, pursuant to Rule 34 of the Rules of the Court of Federal Claims. On September 8, 2006, counsel for Entergy Nuclear requested an extension of time to respond to the Government's document requests through September 25, 2006. To accommodate Entergy Nuclear, the Government agreed to this time extension. Given the need by the Government's experts to analyze any documents produced by Entergy Nuclear in preparing the Government's expert reports, and given that the Government is still receiving documents from both Entergy Nuclear and Boston Edison in response to our discovery requests in this matter, and further, recognizing the difficulties the Government would face if it were required to submit expert reports by October 2, 2006, without having the opportunity to engage in a detailed analysis of the information being produced in this case, the parties agreed it would be appropriate to modify the Court's February 17, 2006 scheduling order as follows:

| | |
|---|---|
| Government's expert reports due | October 30, 2006 |
| Entergy Nuclear's export reports (if any) due | November 9, 2006 |

[2] The Court also established dates for pretrial briefing as well as the May 7, 2007 date for the commencement of trial. Defendant does not seek to modify these dates.

| | |
|---|---|
| Rebuttal expert reports due | November 30, 2006 |
| Expert depositions | November 30, 2006 to January 12, 2007 |

For the reasons stated above, the Government requests that the Court modify its February 17, 2006 scheduling order as identified above.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr. by Todd M. Hughes
HAROLD D. LESTER, JR.
Assistant Director

s/ Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: 202-307-0226
Fax: 202-307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

September 29, 2006

CERTIFICATE OF FILING

I hereby certify that on this 29th day of September 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Patrick B. Bryan