IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C

(Filed: October 2, 2006)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

Pending before the court is the government's motion, filed September 29, 2006, to amend the scheduling order this court issued February 17, 2006. The government seeks to extend the deadlines for the government's expert reports, Entergy Nuclear's expert reports, rebuttal expert reports, and expert depositions. The government avers this extension is necessary because the government is still receiving from plaintiffs documents that respond to discovery requests, and the government wishes its experts to analyze those documents in preparing their reports. The government represents that the plaintiffs do not oppose this motion.

For good cause shown, the court GRANTS the government's request. The scheduling order the court issued on February 17, 2006, is hereby amended as follows:

| | Previous Deadline | Amended Deadline |
|---|---|---|
| Government's expert reports due | October 2, 2006 | October 30, 2006 |
| Entergy Nuclear's expert reports due (if any) | October 11, 2006 | November 9, 2006 |
| Rebuttal expert reports due | November 3, 2006 | November 30, 2006 |
| Expert depositions | November 3, 2006, to January 12, 2007 | November 30, 2006, to January 12, 2007 |

The scheduling order this court issued February 17, 2006, shall otherwise remain in effect.

It is so ORDERED.

s/ Charles F. Lettow
Judge