# EXHIBIT A

# UNITED STATES
# COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BOSTON EDISON COMPANY and ENTERGY NUCLEAR GENERATION, Plaintiffs, | ) | |
| v. | ) | Docket No.: 99-447C 03-2626C |
| UNITED STATES, Defendant. | ) | |

Pages: 1 through 67

**HERITAGE REPORTING CORPORATION**
*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005-4018
(202) 628-4888
hrc@concentric.net

2024220.01

# UNITED STATES
# COURT OF FEDERAL CLAIMS

Place: Washington, D.C.

Date: December 20, 2005

**HERITAGE REPORTING CORPORATION**
*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005-4018
(202) 628-4888
hrc@concentric.net

forward to getting your views. I think, based on the discussion we had today, maybe you can push this around a little bit among yourselves and come up with a suggestion that would -- I won't say suit everybody's purposes, but at least accommodate them, and that would be much preferable. I'll look forward to it.

In fact, I can't imagine that we need to issue an order to this effect for a further joint status report. We'll just not issue the scheduling order until we receive what you come forward with on January 12th, and then we'll take that into account and, a few days after that, come up with the scheduling order. There should be no surprises in it, and if there are, if you find some thereafter, please tell us about it right away because we want to get everybody on the same page.

Is there anything else we should address? Mr. Conway?

MR. CONWAY: I have one matter, Your Honor. When we started here today, when the government put their slides up, I noticed that the first slide

indicated the name, Navigant, and Navigant is a contractor that I understand the government has used in other cases. Navigant was our auction adviser on this deal. Now, I wasn't aware, and I'm still not aware, whether the government is using to support itself in this case, and so I have nothing really to say beyond this, but if this chart suggests that the government is using Navigant to support itself in this case, then we need to discuss that, and then we may have to come back to you on that because of a conflict.

THE COURT: All right.

MR. CONWAY: I simply raised that so that we're on the record about that. I would ask Mr. Lo Re to let me know, whenever he deems it appropriate, if they are using Navigant on this case so that we can discuss it.

MR. LO RE: Your Honor, thank you. I appreciate that. I'll be happy to, not now, but if it comes up. Since Mr. Conway has raised this issue, in the courtroom today is Mr. Mattia. Our understanding is Mr. Mattia was an employee of one of the parties

that sold the plant, and so, similarly, we are looking at whether or not there is a potential conflict with respect to Mr. Mattia, who is now apparently working for the Dickstein law firm. So we are also looking at that matter, and we may be advising the Court on that as well.

THE COURT: All right. Thank you. It's better to have those, at least, identified as early as possible. Anything else, Mr. Lo Re, that we ought to talk about today?

MR. LO RE: Not that I'm aware of.

THE COURT: All right. Mr. Tomaszczuk?

MR. TOMASZCZUK: Since I'm here, Your Honor, in connection with the Arkansas case, which was mentioned today, could I just advise the Court that I and counsel for the government have agreed to some minor changes in the scheduling order, and we plan to propose those -- it may be shortly after the first of the year? But I just wanted to alert the Court. It would not affect the trial date, but an extension of the discovery cutoff date, pushing that forward a little bit, and a change in the date of the expert