# EXHIBIT B

**DICKSTEIN**SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

September 18, 2006

VIA FACSIMILE AND U.S. MAIL:

Alan J. Lo Re
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530

Re: *Boston Edison Company v. United States*, No. 99-447C (Fed. Cl.)
*Atlantic City Electric Co. v. United States*, No. 04-0036C (Fed. Cl.)
*Delmarva Power & Light Co. v. United States*, No. 04-0034C (Fed. Cl.)

Dear Alan:

I am responding to your letter dated September 18, 2006 in the above captioned matters. Contrary to your assertion, Boston Edison Company ("Boston Edison"), Delmarva Power & Light Company ("Delmarva"), and Atlantic City Electric Company ("Atlantic") did not serve third-party subpoenas on Navigant Consulting Incorporated ("Navigant"). Rather, as the former auction manager and agent for Boston Edison, Delmarva, and Atlantic, Dickstein Shapiro contacted Navigant in an effort to comply with the Government's numerous document requests, pursuant to Court of Federal Claims Rule 34(a). These efforts were undertaken well over a year ago, not "recently" as your letter asserts. Indeed, numerous documents from Navigant have already been produced to the Government pursuant to these efforts, and we anticipate that we may supplement our production in the near future.

Your correspondence raises the more perplexing question of how the Department of Justice became aware of our ongoing discussions with Navigant in its capacity as the agent of Boston Edison, Delmarva, and Atlantic. Please immediately provide me, in writing, the basis for your September 18 letter, including all contacts your office had with Navigant on this subject so that we may determine whether any confidentiality obligations have been breached or if the Government obtained communications that are otherwise covered by the attorney-client, work product, or related privileges.

Your prompt attention to this matter is greatly appreciated. As always, please do not hesitate to contact me should you have any questions.

Sincerely,

Richard J. Conway
(202) 420-2235 (direct)
(202) 420-2201 (fax)
conwayr@dicksteinshapiro.com

cc: Alex D. Tomaszczuk, Esq.