# EXHIBIT A

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY<br>(98-126C) (Merow, S.J.)<br>CONNECTICUT YANKEE ATOMIC POWER COMPANY<br>(98-154C) (Merow, S.J.)<br>MAINE YANKEE ATOMIC POWER COMPANY<br>(98-474C) (Merow, S.J.)<br>FLORIDA POWER & LIGHT COMPANY<br>(98-483C) (Wilson, J.)<br>NORTHERN STATES POWER COMPANY<br>(98-484C) (Wiese, J.)<br>DUKE POWER, A Division of DUKE ENERGY CORP.<br>(98-485C) (Tidwell, S.J.)<br>INDIANA MICHIGAN POWER COMPANY<br>(98-486C) (Hodges, J.)<br>SACRAMENTO MUNICIPAL UTILITY DISTRICT<br>(98-488C) (Yock, S.J.)<br>SOUTHERN NUCLEAR OPERATING COMPANY, et al.<br>(98-614C) (Merow, S.J.)<br>COMMONWEALTH EDISON COMPANY<br>(98-621C) (Hewitt, J.)<br>BOSTON EDISON COMPANY<br>(99-447C) (Allegra, J.)<br>GPU NUCLEAR, INCORPORATED<br>(00-440C) (Bush, J.)<br>WISCONSIN ELECTRIC POWER COMPANY<br>(00-697C) (Merow, S.J.)<br>POWER AUTHORITY OF THE STATE OF NEW YORK<br>(00-703C) (Damich, J.)<br>OMAHA PUBLIC POWER DISTRICT<br>(01-115C) (Bush, J.)<br>NEBRASKA PUBLIC POWER DISTRICT<br>(01-116C) (Weinstein, J.)<br>TENNESSEE VALLEY AUTHORITY<br>(01-249C) (Bruggink, J.)<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Discovery Judge:<br>(Judge Sypolt) |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Rules of the Court of Federal Claims and the Order of the Discovery Judge dated February 1, 2002, counsel for the above-referenced Utility Plaintiffs will take the deposition of Defendant's records custodian at 9:30 a.m. on February 19, 2002, at the law offices of Shaw Pittman LLP, 2300 N Street, NW, Washington, DC 20037. The deposition will be recorded by stenographic means and will continue day to day until completed.

Defendant's designated records custodian will be examined with respect to the following matters concerning (a) the production of documents responsive to the Utility Plaintiffs' document requests dated September 4, 2001, and (b) the Government's voluntary production of approximately 700,000 electronic images:

1. Identification of the specific locations, offices, and files that were searched for responsive documents.

2. Identification of the particular individuals who conducted the search for responsive documents.

3. Details pertaining to how the searches for responsive documents were conducted, including a description of all procedures, methods, and routines employed in the search.

4. The names, titles, and seniority levels of all individuals whose files were searched for responsive documents and the hierarchical relationships among such individuals, if any exist.

5. Identification of all specific locations at which responsive documents were found.

6. Details concerning how responsive documents were labeled and maintained, and the various media in which responsive documents existed – including, but not limited to, the following: paper, microfilm, electronic mail, computer discs.

7. Details pertaining to the structure, design, retention policy, and contents of the Department of Energy's Office of Civilian Radioactive Waste Management's electronic records management system and any other record collections that were searched for responsive documents.

Dated: February 8, 2002

Respectfully submitted,

Alex D. Tomaszczuk
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
Telephone: 703.770.7940
Fax: 703.770.7901

Counsel of Record for Plaintiffs
Florida Power & Light Company, Northern States Power Company, Duke Power, Indiana Michigan Power Company, Boston Edison Company, GPU Nuclear, Inc., Power Authority of the State of New York, Omaha Public Power District, and Nebraska Public Power District

**OF COUNSEL:**
Jay E. Silberg
Devon E. Hewitt
Daniel S. Herzfeld
Jack Y. Chu
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC 20037-1128

M. Stanford Blanton (by Alex D. Tomaszczuk)
M. Stanford Blanton
Balch & Bingham, LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Tel: (205) 251-8100
Counsel of Record for Plaintiff:
Southern Nuclear Operating Company, et al.

Richard C. Johnson (by Alex D. Tomaszczuk)
Richard C. Johnson
Jenner & Block
601 13th Street, N.W.
Suite 1200 South
Washington, D.C. 20005
Tel: (202) 639-6075
Counsel of Record for Plaintiff:
Commonwealth Edison Company

Jerry Stouck (by Alex D. Tomaszczuk)
Jerry Stouck
Spriggs & Hollingsworth
1350 I Street, N.W., 9th Floor
Washington, D.C. 20005-3305
Tel: (202) 898-5839
Counsel of Record for Plaintiffs:
Yankee Atomic Electric Power Company
Connecticut Yankee Atomic Power Company
Maine Yankee Atomic Power Company

Richard W. Oehler (by Alex D. Tomaszczuk)
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099
Tel: (206) 583-8419
Counsel of Record for Plaintiff:
Wisconsin Electric Power Company

Melvin C. Garbow (by Alex D. Tomaszczuk)

Melvin C. Garbow
Arnold & Porter
555 12th Street, N.W.
Washington, D.C. 20004-1206
Tel: (202) 942-5666
Counsel of Record for Plaintiff:
Sacramento Municipal Utility District

Peter K. Shea (by Alex D. Tomaszczuk)

Peter K. Shea
Office of General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, TN 37902-1401
Tel: (865) 632-7319
Counsel of Record for Plaintiff:
Tennessee Valley Authority

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February 2002, I caused a copy of the foregoing NOTICE OF DEPOSITION to be served by facsimile and by U.S. mail, postage prepaid, on:

Harold D. Lester, Jr.
Assistant Director
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

Alex D. Tomaszczuk

Document #: 1171354 v.1