IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BOSTON EDISON COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | |
| ENTERGY NUCLEAR GENERATION CO.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 99-447C<br>No. 03-2626C<br>(Judge Lettow) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests an additional enlargement of time of two days, to and including December 20, 2006, to file its response to plaintiff Boston Edison Company's ("Boston Edison") "Motion For Leave To Take A Rule 30(b)(6) Deposition," which Boston Edison filed on December 1, 2006. Defendant's response is currently due on December 18, 2006. Defendant has not previously requested an enlargement of time for this purpose. Counsel for plaintiff Boston Edison and counsel for plaintiff Entergy Nuclear Generation Company ("Entergy") have represented that Boston Entergy and Entergy do not oppose this request.

The parties in this case have been participating in multiple depositions during the past two weeks in Washington, D.C., Boston, Massachusetts, New Orleans, Louisiana, and Jackson, Mississippi. In addition, counsel for the Government has been participating during the past two weeks in the completion of the trial in Northern States Power Co. v. United States, No. 98-00484 (Fed. Cl.) (Wiese, J.), as well as participating in expert discovery in System Fuels, Inc. v. United States, No. 03-02623 (Fed. Cl.) (Lettow, J.). The Government's participation in these trial and discovery matters has limited the ability of defendant's counsel to prepare adequately the response brief in opposition to Boston Edison's December 1, 2006 motion to re-open the Government's Rule 30(b)(6) deposition in this case. Although defendant had hoped to complete all necessary2 research despite the pendency of these trial and discovery matters, the necessary activities have proven time-consuming and have precluded our ability to devote sufficient attention to the issues here to complete our response brief on December 18, 2006. To ensure that the Government is able to file a complete and thorough response to Boston Edison's briefing, we respectfully request that the Court grant this unopposed request for an additional two-day enlargement of time.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Alan J. Lo Re
ALAN J. LO RE
Senior Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0226
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

JOSHUA E. GARDNER
SCOTT R. DAMELIN
PATRICK B. BRYAN
SONIA M. ORFIELD
Trial Attorneys
Department of Justice

December 15, 2006

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on this 15th day of December 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Patrick B. Bryan