IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C

(Filed: December 19, 2006)

| | |
|---|---|
| BOSTON EDISON COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |
| ENTERGY NUCLEAR GENERATION CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is the government's Unopposed Motion for an Enlargement of Time, filed December 15, 2006. The government seeks an enlargement of two days, to December 20, 2006, to file its response to plaintiff Boston Edison Company's ("Boston Edison") Motion for Leave to Take a Rule 30(b)(6) Deposition, filed December 1, 2006. Neither plaintiff Boston Edison, nor plaintiff Entergy Nuclear Generation Company opposes the government's motion.

For good cause shown, the government's motion is GRANTED. The government shall file its response to Boston Edison's motion on or before December 20, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Judge