IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BOSTON EDISON COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | |
| ENTERGY NUCLEAR GENERATION CO.,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 99-447C<br>No. 03-2626C<br>(Judge Lettow) |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests an additional enlargement of time of two days, to and including December 22, 2006, to file its response to plaintiff Boston Edison Company's ("Boston Edison") "Motion For Leave To Take A Rule 30(b)(6) Deposition," which Boston Edison filed on December 1, 2006. Defendant's response is currently due on December 20, 2006. Defendant has previously requested an enlargement of time of two days for this purpose. However, we have attempted to reach counsel for Boston Edison and for Entergy Nuclear Generation Company to obtain their views as to the requested enlargement, but we have not yet heard whether they will oppose the motion.

We have worked diligently to prepare an appropriate response to Boston Edison's motion for filing today. However, the reviewer for this motion has been out of the office because of illness and has not had an adequate opportunity to participate in discussions regarding the content of our response. In addition, the plaintiff in Dairyland Power Cooperative v. United States, Case No. 04-cv-00106 (Fed. Cl.) (Damich, C.J.), recently filed a motion to compel Rule 30(b)(6) deposition testimony of Government witnesses on December 18, 2006. The subject Rule 30(b)(6) deposition notice in Dairyland contains topics similar to those requested by Boston Edison in its December 1, 2006 proposed Rule 30(b)(6) deposition notice. To ensure that we complete the review process, as well as consider the implications of the plaintiff's similar motion in Dairyland, we respectfully request that the Court grant this request for an additional two-day enlargement of time.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Alan J. Lo Re by s/ Patrick B. Bryan
ALAN J. LO RE
Senior Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0226
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

JOSHUA E. GARDNER
SCOTT R. DAMELIN
PATRICK B. BRYAN
SONIA M. ORFIELD
Trial Attorneys
Department of Justice

December 20, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 20th day of December 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Patrick B. Bryan

.