IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C

(Filed: December 22, 2006)

| | |
|---|---|
| BOSTON EDISON COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |
| ENTERGY NUCLEAR GENERATION CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

Pending before the court is the government's Motion for an Enlargement of Time, filed December 20, 2006. The government seeks a second enlargement of two days, to December 22, 2006, to file its response to plaintiff Boston Edison Company's ("Boston Edison") Motion for Leave to Take a Rule 30(b)(6) Deposition, filed December 1, 2006. The government was unable to reach counsel for plaintiff Boston Edison or plaintiff Entergy Nuclear Generation Company to determine whether they would oppose the government's motion.

For good cause shown, the government's motion is GRANTED. The government shall file its response to Boston Edison's motion on or before December 22, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Judge