IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C

(Filed: January 3, 2007)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Boston Edison Company's ("Boston Edison") Consent Motion for an Enlargement of Time, filed January 2, 2007. Boston Edison seeks an enlargement of one day, to January 8, 2007, to file its reply to the government's response to Boston Edison's Motion for Leave to Take a Rule 30(b)(6) Deposition. Boston Edison represents that the government does not oppose this request.

For good cause shown, Boston Edison's motion is GRANTED. Boston Edison shall file its reply on or before January 8, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge