# EXHIBIT B

Feb-01-00 11:06A P.02

R'cd 7/27/99 m-514

Boston Edison
A BEC ENERGY COMPANY

July 13, 1999

REGISTERED MAIL

U.S. Department of Energy
Procurement and Assistance Management
Directorate
Office of Procurement Operations
Washington, D.C. 20585

RE: U.S. Department of Energy Contract No. DE-CR01-83NE44368
Contract for Disposal of Spent Nuclear Fuel and/or High-Level
Radioactive Waste

Ladies and Gentlemen:

Pursuant to Article XIV – "Assignment" within the above-captioned contract, please be advised that Boston Edison Company, as Purchaser under the captioned contract, has transferred title to the spent nuclear fuel and high-level radioactive waste located at the Pilgrim Nuclear Power Station to Entergy Nuclear Generation Company, effective July 13, 1999.

Please be advised further that, pursuant to the terms of the Purchase and Sale Agreement dated November 18, 1998, Boston Edison Company has, effective July 13, 1999, consummated the sale of Pilgrim Nuclear Power Station to Entergy Nuclear Generation Company, and that such sale includes the transfer and assignment of Boston Edison's rights and obligations under the captioned contract, with the exception of any claims against the Department of Energy accrued prior to the date of transfer. Attached for your reference is a copy of the Assignment of Contract executed in connection with such transfer and assignment.

All future correspondence concerning the captioned contract should be directed to:

Entergy Nuclear Generation Company
600 Rocky Hill Road
Plymouth, MA 02360
Attention: Robert M. Bellamy, V.P.

Very truly yours,

BOSTON EDISON COMPANY

By: James J. Judge
James J. Judge, Senior V.P.
and Treasurer

800 Boylston Street Boston Massachusetts 02199

# ASSIGNMENT OF CONTRACT

BOSTON EDISON COMPANY, a Massachusetts corporation, whose address is 800 Boylston Street, Boston, Massachusetts 02199 ("Assignor"), having transferred title to the spent nuclear fuel subject to that certain "Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste", also designated "U.S. Department of Energy Contract No. DE-CR01-83NE44368", dated June 17, 1983, (hereinafter, the "DOE Contract"), a true and complete copy of which is attached hereto, for good and valuable consideration, the receipt and sufficiency of which are acknowledged, hereby assigns, transfers and sets over unto ENTERGY NUCLEAR GENERATION COMPANY, a Delaware corporation, whose address is 1340 Echelon Parkway, Jackson, Mississippi 39213 ("Assignee"), all of the Assignor's rights and interests in, and obligations under, the DOE Contract.

Excepting and reserving to the Assignor, however, any and all claims of Assignor related or pertaining to the Department of Energy's defaults under the DOE Contract accrued as of July 13, 1999, whether relating to periods prior to or following July 13, 1999.

IN WITNESS WHEREOF, the Assignor has executed this Assignment of Contract by and through its duly authorized representative as of July 13, 1999.

BOSTON EDISON COMPANY

By: [signature]
James J. Judge, Senior V.P.
and Treasurer