**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BOSTON EDISON COMPANY**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES,**<br>**Defendant.** | ) | **No. 99-447C**<br>**No. 03-2626C**<br>**(Judge Charles F. Lettow)** |
| **ENTERGY NUCLEAR GENERATION CO.,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES,**<br>**Defendant.** | ) | |

**PLAINTIFF BOSTON EDISON COMPANY'S NOTICE OF ADDITIONAL AUTHORITY IN SUPPORT OF ITS MOTION FOR LEAVE TO TAKE A RULE 30(b)(6) DEPOSITION**

Plaintiff Boston Edison Company ("Boston Edison"), through its undersigned counsel, respectfully submits this notice of additional authority in support of its motion for leave to conduct a Rule 30(b)(6) deposition of the Defendant, the United States. Boston Edison wishes to bring to the Court's attention Chief Judge Edward J. Damich's recent order in *Dairyland Power Cooperative v. United States*, No. 04-106C (Fed Cl.) ("*Dairyland Power*") that was filed on January 29, 2007. In that order, Chief Judge Damich granted Plaintiff Dairyland Power Cooperative's request for fact depositions of three government witnesses and deposition of an additional government designee pursuant to Rule 30(b)(6) of the Rules of the Court of Federal Claims. Boston Edison believes that the *Dairyland Power* decision is of key importance to the Court's consideration of Boston Edison's pending motion for leave to take a Rule 30(b)(6)

deposition. A copy of Chief Judge Damich's order and the underlying briefs are attached for the Court's convenience as Exhibits A – D.

The Government and Boston Edison have been working cooperatively to identify witnesses and/or narrow any areas of dispute. Boston Edison has attempted to narrow the topics where it is requesting testimony to limit the areas of dispute, and the Government has represented that it is attempting to identify witnesses for certain topics. The parties will report back to the Court if they are able to resolve their differences regarding Plaintiff's pending motion.

Date: February 1, 2007

Respectfully submitted,

s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

*Counsel of Record for Boston Edison Company*

Of Counsel:

Nicholas W. Mattia, Jr.
Bradley D. Wine
Bernard F. Sheehan
Lisa M. Barbas
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

Neven Rabadjija, Esq.
Associate General Counsel
NSTAR Electric & Gas Corporation
800 Boylston Street
17th Floor
Boston, MA 02199-0228

**NOTICE OF ELECTRONIC FILING**

I hereby certify that on February 1, 2007, a copy of the foregoing "Plaintiff Boston Edison Company's Notice of Additional Authority in Support of its Motion for Leave to Take a Rule 30(b)(6) Deposition" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Bradley D. Wine
Bradley D. Wine