# EXHIBIT A

# In the United States Court of Federal Claims

No. 04-106 C
(Filed: January 29, 2007)

**************************************
*
**DAIRYLAND POWER COOPERATIVE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**************************************

**ORDER**

On December 18, 2006, Plaintiff filed a Motion to Compel Depositions. Briefing was completed on January 24 and oral argument held in court on January 25, 2007. Plaintiff seeks to take fact depositions of three government witnesses: Christopher Kouts, Director of the Department of Energy (DOE)'s office of Waste Management; David Zabransky, DOE contracting officer under Plaintiff's contract with the Department for the disposal of spent nuclear fuel and high-level radioactive waste (collectively, SNF); and Thomas Pollog, the contracting officer's technical representative. Plaintiff also has requested the deposition of a government designee pursuant to Rule 30(b)(6) of the Rules of the Court of Federal Claims (RCFC).

During oral argument, Plaintiff indicated that it proposes to take the depositions in question after the Court determines what, if any, discovery responses the government is compelled to provide to Plaintiff – and after Plaintiff receives the same – as a result of Plaintiff's separate, pending motion to compel, filed on December 28, 2006. The Court intends to issue an order in that respect shortly. Nevertheless, to enable the parties to plan accordingly, the Court hereby **GRANTS** Plaintiff's motion to compel depositions, including its Rule 30(b)(6) request limited to the list of topics submitted to Defendant's counsel on December 13, 2006. Defendant's cross-motion is **DENIED**.

A revised scheduling order, including deadliness for expert discovery, will also be issued shortly. In the meantime, the Court hereby extends the deadline for the completion of fact discovery to **March 30, 2007.**

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge