IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BOSTON EDISON COMPANY<br><br>Plaintiff,<br><br>v.<br>UNITED STATES,<br><br>Defendant. | ) | No. 99-447C |
| ENTERGY NUCLEAR GENERATION CO.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 03-2626C<br>(Judge Lettow) |

JOINT MOTION TO AMEND SCHEDULING ORDER

Pursuant to the Court's instructions to the parties during the January 11, 2007 hearing with regard to the request by plaintiff, Boston Edison Company ("Boston Edison"), to amend the trial date in this matter, defendant, the United States, and plaintiffs, Boston Edison and Entergy Nuclear Generation Company ("Entergy Nuclear"), respectfully request that the current scheduling order entered in this case be modified as set forth below. Counsel for Boston Edison, Bradley D. Wine, and counsel for Entergy Nuclear, Alex D. Tomaszczuk, have represented that

Boston Edison and Entergy join in this motion and consent to the Government's filing of this motion upon behalf of the parties.

According to the current scheduling order, dated February 17, 2006, the trial in this matter is scheduled to commence on May 7, 2007. However, during the January 11, 2007 hearing, the parties requested that this trial date be postponed to accommodate the parties' need to extend discovery beyond the date prescribed in the February 17, 2006 scheduling order. In response, the Court advised the parties that it could postpone the commencement of trial in this matter until June 2007, provided that the trial would be completed on or before June 20, 2007. Following the January 11, 2007 hearing, counsel for the parties conferred in an effort to develop a mutually acceptable schedule aimed at completing the trial in this matter in accordance with the Court's calendar. As a result of these discussions, counsel for the United States, Boston Edison, and Entergy Nuclear were able to reach agreement with respect to the proposed dates that are identified in this motion.

Accordingly, in light of the above, the parties propose that the dates set forth in the Court's February 17, 2006 scheduling order be modified as follows:

| | |
|---|---|
| Close of discovery | March 23, 2007 |
| Boston Edison's contentions of fact and law due; Boston Edison also will submit draft exhibit and witness lists to the Government and Entergy Nuclear | March 30, 2007 |
| Deadline for the filing of dispositive motions by any party | April 3, 2007[1] |
| Entergy Nuclear's contentions of fact and law due; Entergy Nuclear also will submit draft exhibit and witness lists to the Government and Boston Edison | April 16, 2007 |
| Government will submit draft witness and exhibit lists to Boston Edison and Entergy Nuclear | April 20, 2007 |
| Government's contentions of fact and law due; all parties exchange final witness and exhibit lists | April 30, 2007 |

[1] Notwithstanding the dates agreed upon in this schedule, Boston Edison and Entergy Nuclear take different positions regarding whether dispositive motions may be filed prior to trial. While Entergy Nuclear believes that it should be entitled to file a dispositive motion in this case, Boston Edison opposes the inclusion of a deadline for the filing of dispositive motions prior to trial. According to Boston Edison, given the extensive dispositive motions practice that has already taken place in this matter, the filing of any prior dispositive motions prior to the June 4, 2007 trial would only serve to duplicate prior unsuccessful efforts to deprive Boston Edison of its day in court and waste the resources of the parties and the Court. Accordingly, Boston Edison respectfully requests that the Court enter a scheduling order that reserves such motion practice for post-trial submissions.

In response to Boston Edison's position, Entergy Nuclear argues that dispositive motions in this case were considered prior to significant discovery in this litigation, and prior to Entergy Nuclear's participation by way of consolidation of its case with Boston Edison's case. Entergy Nuclear did not have an opportunity to participate in the earlier round of dispositive motions that were filed in this case. Entergy Nuclear disagrees that any dispositive motion it may file will duplicate any prior motion or will waste any resources. On the contrary, it may save significant trial resources.

| | |
|---|---|
| Meeting of counsel | May 4, 2007 |
| Deadline for submitting pre-trial motions | May 4, 2007 |
| Opposition to pre-trial motions due | May 23, 2007 |
| Pre-trial conference | May 29, 2007 |
| Trial | June 4, 2007, through June 20, 2007 |

Therefore, for the foregoing reasons, the parties request that the Court modify the February 17, 2006 scheduling order as set forth above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

/s Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

/s Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: 202-307-0226
Fax: 202-307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

PATRICK B. BRYAN
SCOTT R. DAMELIN
JOSHUA E. GARDNER
SONIA M. ORFIELD
Trial Attorneys
U.S. Department of Justice

February 22, 2007

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of February 2007, a copy of foregoing "JOINT MOTION TO AMEND SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Patrick B. Bryan