IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C

(Filed: February 26, 2007)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion to Amend Scheduling Order, filed February 22, 2007. Boston Edison Company ("Boston Edison"), Entergy Nuclear Generation Company ("Entergy"), and the government jointly request an enlargement of discovery, corresponding extensions of other deadlines, and a postponement of trial from May 2007 to June 2007.

For good cause shown, the parties' motion is GRANTED. Further proceedings in the *Boston Edison* portion of these cases as consolidated for a limited purpose shall take place in accord with the following schedule:

| Event | Date |
| --- | --- |
| Close of discovery | March 23, 2007 |

| | |
|---|---|
| Boston Edison's contentions of fact and law due; Boston Edison's draft exhibit and witness lists due | March 30, 2007 |
| Entergy's contentions of fact and law due; Entergy's draft exhibit and witness lists due[1] | April 16, 2007 |
| The government's draft exhibit and witness lists due | April 20, 2007 |
| The government's contentions of fact and law due; all parties' final exhibit and witness lists due | April 30, 2007 |
| Meeting of counsel | May 4, 2007 |
| Deadline for submitting pre-trial motions | May 4, 2007 |
| Opposition to pre-trial motions due | May 23, 2007 |
| Pre-trial conference | May 29, 2007, commencing at 10:00 a.m. in the National Courts Building, Washington, DC |
| Trial | June 4-20, 2007, commencing at 9:30 a.m. in the National Courts Building, Washington, DC |

It is so ORDERED.

s/ Charles F. Lettow
Judge

---

[1]Within seven days after the government has filed its contentions of fact and law, plaintiff Entergy may request the opportunity to supplement its contentions of fact and law to address any new issues directed to Entergy that appear in the government's contentions of fact and law.