IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BOSTON EDISON COMPANY<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | |
| ENTERGY NUCLEAR GENERATION CO.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 99-447C<br>No. 03-2626C<br>(Judge Charles F. Lettow) |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiffs, Boston Edison Company and Entergy Nuclear Generation Company, and defendant, the United States, respectfully request that the Court enter an order, based upon the joint stipulation of the parties, that the Court's February 26, 2007 Scheduling Order be amended to extend the close of discovery five days to March 28, 2007. The parties agree that this extension is necessary to complete two remaining depositions which could not be completed prior to March 23, 2007.

Counsel for the Government and counsel for Entergy Nuclear Generation Company have represented that the Government and Entergy Nuclear Generation Company join in this motion and consent to Boston Edison Company's filing of the motion on behalf of the parties.

Accordingly, the parties hereby request that the close of discovery be extended to March 28, 2007.

Date: March 14, 2007

Respectfully submitted,

s/ Richard J. Conway
RICHARD J. CONWAY
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006-5403
(202) 420-2200

*Counsel of Record for Boston Edison Company*

s/ Alex D. Tomaszczuk
ALEX D. TOMASCZCUK
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017

*Counsel of Record for Entergy Nuclear Generation Company*

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N. W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: 202-307-0226
Fax: 202-307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

*Counsel for Defendant*

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on March 14, 2007, a copy of the foregoing "JOINT MOTION TO AMEND SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

s/Bradley D. Wine