IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C

(Filed: March 15, 2007)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

Pending before the court is the parties' Joint Motion to Amend Scheduling Order, filed March 14, 2007. Boston Edison Company, Entergy Nuclear Generation Company, and the government jointly request a five-day enlargement of discovery from March 23, 2007 to March 28, 2007.

For good cause shown, the parties' motion is GRANTED. Discovery in this case shall close March 28, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge