IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BOSTON EDISON COMPANY,<br><br>Plaintiff,<br><br>v.<br>UNITED STATES,<br><br>Defendant. | ) | |
| ENTERGY NUCLEAR GENERATION CO.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 99-447C<br>No. 03-2626C<br>(Judge Lettow) |

JOINT MOTION FOR LEAVE
TO ALLOW A DEPOSITION TO OCCUR AFTER THE CLOSE OF DISCOVERY

Defendant, the United States, and plaintiffs, Boston Edison Company ("Boston Edison") and Entergy Nuclear Generation Company ("Entergy Nuclear"), respectfully request that the Court enter an order granting leave to allow the deposition of Mr. David Zabransky to take place after the close of the discovery period in this case. Pursuant to the Court's February 26, 2007 order, the United States has designed Mr. Zabransky to testify with respect to certain topics in Boston Edison's December 1, 2006 Rule 30(b)(6) deposition notice. Because of illness, Mr. Zabransky was unable to sit for a deposition on March 28, 2007, which is the date upon which the parties previously agreed for the taking of Mr. Zabransky's deposition and the final day of discovery in this case according to the

Court’s March 15, 2007 scheduling order. By joint agreement, the parties propose that Mr. Zabranksy’s deposition be rescheduled to occur on April 5, 2007, which is eight days after the close of discovery. Bradley D. Wine, counsel for Boston Edison, and L. Jager Smith, Jr., counsel for Entergy Nuclear, have represented that Boston Edison and Entergy Nuclear join in this motion and consent to the Government’s filing of this motion upon behalf of the parties.

Accordingly, the parties request that the Court grant leave for the limited purpose of allowing the deposition of Mr. Zabransky to take place after the close of discovery on April 5, 2007.

Respectfully submitted,

s/ Richard J. Conway
RICHARD J. CONWAY
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
Tel: 202-420-2235
Fax: 202-420-2201

Counsel for Plaintiff Boston Edison Company

s/ Alex D. Tomaszczuk
ALEX D. TOMASZCZUK
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd
McLean, VA 22102

L. Jager Smith, Jr.
Wise Carter Child & Caraway, P.A.
401 East Capital Street
Heritage Building, Suite 600
Jackson, MS 39205

Counsel for Plaintiff Entergy Nuclear
Generation Company

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: 202-307-0226
Tel: 202-307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Counsel for Defendant

March 28, 2007

CERTIFICATE OF FILING

I hereby certify that on this 28th day of March, 2007, a copy of the foregoing "JOINT MOTION FOR LEAVE TO ALLOW A DEPOSITION TO OCCUR AFTER THE CLOSE OF DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Patrick B. Bryan