**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on April 6, 2007)

| | |
|---|---|
| **BOSTON EDISON COMPANY**,<br>Plaintiff,<br>v.<br>**THE UNITED STATES**,<br>Defendant. | |
| **ENTERGY NUCLEAR GENERATION CO.**,<br>Plaintiff,<br>v.<br>**THE UNITED STATES**,<br>Defendant. | No. 99-447C<br>No. 03-2626C<br>(Judge Lettow) |

**PLAINTIFF ENTERGY NUCLEAR GENERATION COMPANY'S**
**MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL ELECTRONICALLY**

Pursuant to this Court's General Order 42A, Plaintiff Entergy Nuclear Generation Company ("ENGC"), by and through the undersigned counsel, respectfully requests leave from the Court to file documents under seal electronically in the above-captioned cases. ENGC has prepared a motion for partial summary judgment on Plaintiff Boston Edison Company's diminution in value claims. ENGC's summary judgment motion and the appendix attached thereto contain information that has been designated as Confidential Material pursuant to the protective orders entered by the Court in the above-captioned cases. Because these two cases have been designated as electronic filing cases, Paragraph 7 of General Order 42A states that leave of the Court is required for ENGC to file documents under seal electronically prior to any such filing.

Thus, for the foregoing reasons, ENGC respectfully requests that the Court enter an order allowing ENGC to file documents electronically under seal in the above-captioned cases.

Dated: April 6, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Entergy Nuclear Generation Co.

Of Counsel:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

L. Jager Smith, Jr.
**WISE CARTER CHILD**
**& CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5572
(601) 368-5816 (fax)