IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: April 11, 2007)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court are (1) a motion by Entergy Nuclear Generation Company ("Entergy"), plaintiff in No. 03-2626C, for leave to file documents under seal electronically, filed April 6, 2007, and (2) a motion by Boston Edison Company ("Boston Edison"), plaintiff in No. 99-447C, to strike Entergy's motion. The government has filed a response to Entergy's motion. Entergy requests leave of court to file certain documents under seal, pursuant to the protective orders issued in the above-captioned cases and in support of a motion for partial summary judgment that Entergy is preparing. Boston Edison moves to strike Entergy's motion on the ground that the absence in the court's Scheduling Order of February 26, 2007 of a deadline for filing pre-trial dispositive motions indicates that the parties are not permitted to file such motions. The government does not object to Entergy's motion.

Entergy's motion for leave to file electronically documents under seal is GRANTED. Boston Edison's motion to strike is DENIED. Nonetheless, briefing and consideration of any motion for partial summary judgment that Entergy may file shall not affect the trial schedule

previously established.

It is so ORDERED.

s/ Charles F. Lettow
Judge