IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: April 19, 2007)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

These partially consolidated spent-nuclear-fuel cases have been the subject of a number of published and unpublished decisions addressing a variety of pre-trial motions, and the parties now are well-advanced in their final preparations for trial, which is scheduled to commence in approximately one and one-half months, on June 4, 2007. At this late stage in the development of these cases, the clerk's office has received a motion to intervene in the action by Mr. William Peterson, who asserts an interest in processing spent nuclear fuel. The clerk's office did not file the proffered submission because it did not comport with this court's rules, but rather forwarded the submission to chambers for disposition.

The court concurs that the submission should not be filed and directs the clerk to return the proffered submission to Mr. Peterson. In addition to a failure to comply with the court's rules for serving and filing pleadings and other papers, *see*, *e.g.*, Rules 5, 5.1, 5.2, and 5.3 of the Rules

of the Court of Federal Claims ("RCFC"), Mr. Peterson has not shown good cause why any application by him for intervention would be timely within the meaning of RCFC 24.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge