IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BOSTON EDISON COMPANY,<br><br>Plaintiff,<br><br>v.<br>UNITED STATES,<br><br>Defendant. | ) | |
| ENTERGY NUCLEAR GENERATION CO.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 99-447C<br>No. 03-2626C<br>(Judge Lettow) |

**DEFENDANT'S FINAL WITNESS LIST**

Pursuant to the Court's pretrial scheduling order entered February 26, 2007, and paragraph 15(a) of Appendix A to the Rules of the Court of Federal Claims, defendant, the United States, provides the following list of trial witnesses. This list does not identify those witnesses whom the defendant may choose to use for impeachment. Defendant reserves the right to identify additional witnesses for authentication of documents based upon the objections that plaintiffs, Boston Edison Company ("BECO") and Entergy Nuclear Generation Company ("ENGC"), ultimately assert in response to the exhibit lists served in this case. Defendant also reserves the right to amend this list as described in the Court's rules or based upon the Court's rulings upon motions *in limine* filed by plaintiffs. Defendant reserves the right to call all witnesses listed on the witness lists that BECO and ENGC provide.

**Witnesses That Defendant Expects to Present:**

**Present and Former Government Employees**[1]

**1. Christopher Kouts**
**Director, Office of Systems Analysis and Strategy Development**
**Office of Civilian Radioactive Waste Management**
**United States Department of Energy**
**1000 Independence Ave., SW**
**Washington, DC 20585**

Mr. Kouts is expected to testify concerning the plans of the Department of Energy ("DOE") to accept spent nuclear fuel at a geological repository and a Monitored Retrievable Storage ("MRS") facility, the reasons for the delays in the Yucca Mountain project, DOE's ability to accept utility spent nuclear fuel, budgetary issues, and other relevant matters.

Estimated Time For Direct: 1-2 hours

**2. Robert L. Morgan**
**P. O. Box 2584**
**Monument, Colorado 80132**

Mr. Morgan, former Director of DOE's Nuclear Waste Policy Act ("NWPA") Project Office, is expected to testify concerning the early implementation of the NWPA, the formation of the Standard Contract, and other relevant matters.

Estimated Time For Direct: 1-2 hours

[1] The parties are currently in discussions concerning the possibility of designating testimony from at least some of the Government's witnesses rather than presenting live testimony from these witnesses. We expect to resolve this issue by the May 4, 2007 meeting of counsel.

**3. David Zabransky**
**Office of Civilian Radioactive Waste Management**
**United States Department of Energy**
**1000 Independence Ave., SW**
**Washington, DC 20585**

Mr. Zabransky is expected to testify concerning the Government's implementation of the Standard Contract, including acceptance rates, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, schedule negotiations, and other relevant matters. Mr. Zabransky is also expected to testify concerning the Department of Energy's implementation of and, to the extent that parol evidence upon the point is appropriate, understanding of the assignment provision of the Standard Contract. Mr. Zabransky is also expected to testify concerning his knowledge of issues concerning the Standard Contract based upon his experience in the nuclear utility industry prior to his employment with DOE, as well as in his role as the Standard Contract contracting officer, and other relevant matters.

Estimated Time For Direct: 1-2 hours

**<u>Boston Edison Company Personnel And Agents</u>**

**1. Henry V. Oheim, Jr.**
**NSTAR Electric and Gas Corp.**
**One NSTAR Way**
**Westwood, MA 02090**

Mr. Oheim is expected to testify as to the condition of Pilgrim at the time of the sale, the Nuclear Regulatory Commission's oversight of nuclear power plants at the time of the sale of Pilgrim, and Boston Edison's preparation of delivery commitment schedules, decommissioning cost studies, and related documents.

Estimate Time For Direct: 1-2 hours

**2. John Reed**
**313 Boston Post West**
**Marlborough, MA 01752**

Mr. Reed, formerly with Reed Consulting, is expected to testify concerning his participation in the auction for the sale of the Pilgrim Nuclear Power Station to ENGC, and other relevant matters.

Estimated Time For Direct: 2 hours

**<u>Entergy Nuclear Generation Company Personnel (Present and Former)</u>**

**1. Don Denton**
**Former Entergy Employee**
**124 Charleston Lane**
**Madison, MS 39110**

Mr. Denton is expected to testify concerning ENGC's regulatory filings associated with ENGC's acquisition of the Pilgrim Nuclear Power Station, as well as subsequent regulatory filings associated with the Pilgrim plant, and other related matters.

Estimated Time For Direct: 1 hour

**2. Charles Ben Franklin**
**Entergy Corporation**
**1340 Echelon Parkway**
**Jackson, MS 39213**

Mr. Franklin is expected to testify concerning the facts and circumstances regarding ENGC's acquisition of the Pilgrim Nuclear Power Station, including ENCG's assumptions concerning additional at-reactor storage at the time of the acquisition, and other related matters.

Estimated Time For Direct: 1 hour

**3.** **David C. Harlan**
**Entergy Services, Inc.**
**10055 Grogens Mill Rd.**
**Suite 300**
**The Woodlands, TX 77380**

Mr. Harlan is expected to testify concerning the facts and circumstances regarding the sale of the Pilgrim Nuclear Power Station to ENGC, including the basis for the discount rate and net present value analysis, as well as the availability of financing options for the Pilgrim acquisition, and other related matters.

Estimated Time For Direct: 1 hour

**4.** **Donald C. Hintz**
**Former Entergy Employee**
**3345 Grenada Court**
**Punta Gorda, FL 33950-6373**

Mr. Hintz is expected to testify concerning the facts and circumstances regarding the sale of the Pilgrim Nuclear Power Station to ENGC, as well as subsequent acquisitions by Entergy Corporation, and other related matters.

Estimated Time For Direct: 2 hours

**5.** **Dan Keuter**
**Entergy Services, Inc.**
**1340 Echelon Parkway**
**Jackson, MS 39213**

Mr. Keuter is expected to testify concerning the facts and circumstances regarding ENGC's acquisition of the Pilgrim Nuclear Power Station, including the basis for ENGC's bid and the monies that it required BECO to transfer for purposes of ENGC's decommissioning trust fund, and other related matters.

Estimated Time For Direct: 3 hours

**6. Charles Minott**
**Pilgrim Nuclear Power Station**
**600 Rocky Hill Road**
**Plymouth, MA**

Mr. Minott is expected to testify concerning the facts and circumstances regarding the sale of the Pilgrim Nuclear Power Station to ENGC, including the treatment of monies transferred to ENGC regarding the decommissioning trust fund, and other related matters.

Estimated Time For Direct: 1 hour

**7. Carolyn Shanks**
**Entergy Mississippi, Inc.**
**308 East Pearl Street**
**P.O. Box 1640 (39215)**
**Jackson, MS 39201**

Ms. Shanks is expected to testify concerning the facts and circumstances regarding ENGC's acquisition of the Pilgrim Nuclear Power Station, including the development of the terms and conditions of the Pilgrim acquisition, and other related matters.

Estimated Time For Direct: 2 hours

**8. Connie Wells**
**Entergy Services, Inc.**
**120 Mayes Street**
**Jackson, MS 39213**

Ms. Wells is expected to testify concerning the facts and circumstances regarding ENGC's acquisition of the Pilgrim Nuclear Power Station, including regulatory filings, the treatment of the decommissioning trust fund, and the financing of the Pilgrim acquisition, and other related matters.

Estimated Time For Direct: 1-2 hours

**Third Party Witnesses**

**1. Loring E. Mills**
**132 Eareckson Lane**
**Stevensville, MD 21666**

Mr. Mills, formerly with the Edison Electric Institute, a utility trade association, from 1976 to 1993, is expected to testify concerning the development of the Standard Contract, the utilities' alleged understanding regarding the rate and schedule of spent nuclear fuel acceptance by DOE, and other relevant matters.

Estimated Time For Direct: 1-2 hours

**Expert Witnesses**

**1. Warren Brewer**
**ABZ, Inc.**
**4451 Brookfield Corporate Drive**
**Suite 101**
**Chantilly, VA 20151**

Mr. Brewer is expected to testify concerning his technical critique of the opinions offered by BECO's expert, William Manion. Mr. Brewer's opinions and the bases for those opinions are set forth in his expert witness report. The information specified in FRCP 26(a)(2)(B) is attached to Mr. Brewer's expert witness report.

Estimated Time For Direct: 2 hours

**2.** **Jonathan Neuberger**
**Economists, Inc.**
**5980 Horton Street**
**Emeryville, CA 94608**

Dr. Neuberger is expected to testify concerning an economic critique of BECO's expert witnesses' opinions regarding BECO's claimed damages, as well as offer testimony concerning the effect on Pilgrim Nuclear Power Station's acceptance rights under the acceptance rates contained in the Department of Energy's 1990 Preliminary Estimate of Total System Costs document. Dr. Neuberger's opinions and the bases for those opinions are set forth in his expert witness report. The information specified in Federal Rule of Civil Procedure ("FRCP") 26(a)(2)(B) is attached to Dr. Neuberger's expert witness report.

Estimated Time For Direct: 3 hours

**3.** **David Schlissel**
**Synapse Energy Economics, Inc.**
**22 Pearl Street**
**Cambridge, MA 02139**

Mr. Schlissel is expected to testify concerning his critiques of the opinions offered by BECO's expert witnesses regarding BECO's claimed damages, including the industry's perception of risk associated with nuclear power plant sales at the time of the Pilgrim acquisition. Mr. Schlissel's opinions and the bases for those opinions are set out in his expert witness report. The information specified in FRCP 26(a)(2)(B) is attached to Mr. Schlissel's expert witness report.

Estimated Time For Direct: 2 hours

**Witnesses That Defendant May Present:**

**Present and Former Government Employees**

**1. John W. Bartlett**
**1300 Crystal Drive**
**Arlington, VA 22202**

Mr. Bartlett, a former Director of DOE's Office of Civilian Radioactive Waste Management, may testify concerning the alleged objectives, planning, and operation of DOE's civilian radioactive waste management program, and other relevant matters.

Estimated Time For Direct: 1 hour

**2. Thomas Pollog**
**Office of Civilian Radioactive Waste Management**
**United States Department of Energy**
**1000 Independence Ave., SW**
**Washington, DC 20585**

Mr. Pollog may testify concerning the implementation of the Standard Contract, including acceptance rates, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APR, delivery commitment schedules, schedule negotiations, and other relevant matters. Mr. Pollog may also testify concerning the DOE database built upon the Form RW-859 data submitted by the utilities and used to develop fuel acceptance allocations, and other relevant matters.

Estimated Time For Direct: 1 hour

**Boston Edison Company Personnel And Agents**

**1. Nicholas Mattia, Jr.**
**Dickstein Shapiro Morin & Oshinsky**
**1825 Eye Street, NW**
**Washington, D.C. 20006**

Mr. Mattia, formerly with Reed Consulting, may testify concerning his participation in the auction for the sale of the Pilgrim Nuclear Power Station to ENGC, including, among other matters, the development of the terms of the Purchase and Sale Agreement between BECO and ENGC.

Estimated Time For Direct: 1 hour

**Entergy Nuclear Generation Company Personnel**

**1. Frank Rives**
**Entergy Corporation**
**1340 Echelon Parkway**
**Jackson, MS 39213**

Mr. Rives may testify concerning the facts and circumstances regarding ENGC's acquisition of the Pilgrim Nuclear Power Station, including ENGC's retention of claims under the Purchase and Sale Agreement, and other related matters.

Estimated Time For Direct: 1 hour

**2. Frank Williford IV**
**Entergy Corporation**
**639 Loyola Avenue**
**New Orleans, LA 70113**

Mr. Williford may testify concerning the facts and circumstances regarding ENGC's acquisition of the Pilgrim Nuclear Power Station, including the financing of the Pilgrim acquisition, and other related matters.

Estimated Time For Direct: 1 hour

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, DC 20530
Tel: (202) 307-0226
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

PATRICK BRYAN
SCOTT R. DAMELIN
STEPHEN FINN
JOSHUA E. GARDNER
SONIA ORFIELD
Trial Attorneys
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

April 30, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2007, a copy of foregoing "DEFENDANT'S FINAL WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joshua E. Gardner