**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BOSTON EDISON COMPANY** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | **No. 99-447C** |
| **Defendant.** | ) | **No. 03-2626C** |
| | ) | **(Judge Charles F. Lettow)** |
| **ENTERGY NUCLEAR GENERATION CO.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF BOSTON EDISON COMPANY'S WITNESS LIST**

Pursuant to the Court's February 26, 2007 scheduling order and the Rules of the Court of Federal Claims ("RCFC"), Boston Edison Company ("Boston Edison") hereby submits its list of those individuals likely to be called to testify at trial in this matter. The list identifies those witnesses Boston Edison presently intends to call and those whom Boston Edison may call depending upon whether Boston Edison, Entergy Nuclear Generation Co. ("Entergy"), and Defendant reach agreement on proposed stipulations and other matters and upon Entergy's and Defendant's case at trial, including the cross-examination of Boston Edison witnesses. Pursuant to RCFC Appendix A ¶ 13(b), this list does not contain witnesses that Boston Edison may choose to use for impeachment. Boston Edison hereby reserves its rights to amend this list as described in the RCFC or as may otherwise be permitted by the Court.

**BOSTON EDISON CURRENT AND FORMER EMPLOYEES**

The current and former Boston Edison employees Boston Edison currently intends to call as witnesses at trial include:

1. **Edward Howard** (Post Office Box 20188; Sedona, AZ 86341; 928/284-0351) Mr. Howard, former Executive Vice President of Boston Edison, is expected to testify regarding the physical attributes of the Pilgrim Nuclear Power Station ("Pilgrim"); Boston Edison's role in industry groups regarding the passage of the Nuclear Waste Policy Act and the promulgation of the Standard Contract; Boston Edison's understanding and expectations regarding the rate at which the Government would accept spent nuclear fuel ("SNF") from participating nuclear facilities; and other related matters. Estimated time for direct examination: 2 hours.

2. **Henry V. Oheim** (NSTAR Electric and Gas Corporation; One NSTAR Way; Westwood, MA 02090; 781/441-3236) Mr. Oheim, Project Manager for NSTAR Electric and Gas Corporation ("NSTAR") and former Pilgrim senior manager, is expected to testify regarding the operating history of Pilgrim; Boston Edison's compliance with the terms of the Standard Contract, including payment of the one time and one mil fees, submission of delivery commitment schedules, and related obligations; the Government's breach of the Standard Contract and the impact of the Government's breach on Boston Edison; Boston Edison's efforts to mitigate the effects of the Government's breach, including, but not limited to efforts to re-rack Pilgrim's wet fuel storage pool and Boston Edison's consideration of private fuel storage; and other related matters. Estimated time for direct examination: 3 hours.

3. **Geoffrey O. Lubbock** (NSTAR Electric and Gas Corporation; One NSTAR Way; Westwood, MA 02090; 781/441-8669) Mr. Lubbock, Vice President – Financial Strategic Planning and Policy for NSTAR and former Director of Generation Divestiture for Boston Edison, is expected to testify regarding the deregulation of the electric utility industry in the

Commonwealth of Massachusetts, and the impact of deregulation on Boston Edison; Boston Edison's efforts to value its electric generating facilities, including its fossil generating facilities and the Pilgrim facility; the auction of the Pilgrim facility; the terms of the Purchase and Sale Agreement regarding Pilgrim; the regulatory approval process regarding the sale of Pilgrim and other related matters. Estimated time for direct examination: 5 hours.

**"THIRD PARTY" UTILITY WITNESSES**

Current and/or former employees of other utilities that Boston Edison currently intends to call as witnesses at trial include:

1. **Drew Fetters** (President, Performance Management Advisors; Post Office Box 380; West Dover, VT 05356; 802/464-2698) Mr. Fetters, former Vice President, Nuclear Acquisitions, AmerGen Energy Company, LLC ("AmerGen"), is expected to testify regarding AmerGen's view of the impact of the Government's breach of the Standard Contract on the value of the Pilgrim facility; AmerGen's bid to acquire the Pilgrim facility; and other related matters. Estimated time for direct examination: 1.5 hours.

2. **Charles Lewis** (3044 Pawlings Ford Road; Lansdale, PA 19466; 215/575-2330) Mr. Lewis, former Vice President of Corporate Strategy and Development, Exelon Corporation, a subsidiary of AmerGen, is expected to testify regarding AmerGen's view of the impact of the Government's breach of the Standard Contract on the value of the Pilgrim facility; AmerGen's bid to acquire the Pilgrim facility; the availability to AmerGen of debt financing for the acquisition of Pilgrim; the rate of return and discount rate assumed by AmerGen for the acquisition of Pilgrim; and other related matters. Estimated time for direct examination: 1.5 hours.

3. **Robert Denton** (79 Redwood Lane; Weems, VA 22565; 804/435-6877) Mr. Denton, former President and Chief Executive Officer for Constellation Nuclear, LLC

("Constellation"), is expected to testify regarding Constellation's view of the impact of the Government's breach of the Standard Contract on the valuation of nuclear plants; the availability to Constellation of debt financing for the acquisition of nuclear plants; the rate of return and discount rate assumed by Constellation for the acquisition of nuclear plants; and other related matters. Estimated time for direct examination: 1 hour.

4. **Jack Harrington** (SmartSynch, Inc.; 4400 Old Canton Road; Jackson, MS 39211; 601/362-1780) Mr. Harrington, Vice President of SmartSynch, Inc. and former Vice President and General Auditor for Entergy, is expected to testify regarding the discounted cash flow analysis developed by Entergy for the acquisition of the Pilgrim facility; Entergy's initial assessment process and due diligence regarding the acquisition of Pilgrim; and other related matters. Estimated time for direct examination: 4 hours.

5. **Dan Keuter** (Entergy Nuclear, Inc.; 1340 Echelon Parkway; Jackson, MS 39286-1995) Mr. Keuter, Vice President for Business Development for Entergy, is expected to testify regarding the basis for the decommissioning funding amount transferred from Boston Edison to Entergy, Entergy's means of financing the Pilgrim transaction, the net present value assumed by Entergy for the Pilgrim transaction, and other related matters. Estimated time for direct examination: 1 hour.

6. **Thomas LaGuardia** (303 Periwinkle Way; Unit 112; Sanibel Island, FL 33957; 239/395-0421) Mr. LaGuardia, former President, TLG Services, Inc., is expected to testify regarding Entergy's decommissioning analysis regarding the acquisition of Pilgrim and other related matters. Estimated time for direct examination: 2 hours.

Current and/or former employees of utilities that participated in the bidding process for the Pilgrim Nuclear Facility that Boston Edison may call as witnesses at trial include:

1. **Connie Wells** (1340 Echelon Parkway; Jackson, MS 39213) Ms. Wells, Project Manager, Entergy Services, Inc., may testify regarding Entergy's representations to the NRC and the Mass. DTE regarding Entergy's acquisition of Pilgrim and other related matters. Estimated time for direct examination: 1 hour.

**PRESENT AND FORMER GOVERNMENT EMPLOYEES**

Current and/or former Government employees or consultants that Boston Edison currently intends to call as witnesses at trial include:

1. **Robert S. Wood** (1870 Pierce Street; Daniel Island, SC 29492; 843/278-0628) Mr. Wood, former Financial Analyst for the NRC, is expected to testify regarding the calculation of, and revisions to, the NRC minimum at and/or near the time of the sale of Pilgrim; NRC oversight of the sale of Pilgrim; the ability of a utility to use decommissioning trust fund amounts in excess of the NRC minimum amount for SNF storage and greenfielding purposes; and other related matters. Estimated time for direct examination: 1.5 hours.

2. **Timothy Newhard** (One Ashburton Place, Room 1813; Boston, MA 02108-1598; 617/727-2200) Mr. Newhard, Financial Analyst, Utilities Division, Office of the Attorney General, Commonwealth of Massachusetts, is expected to testify regarding the Massachusetts Attorney General's oversight of the sale of Pilgrim; Boston Edison's retention of claims against the Department of Energy; the impact of an award in the present matter on rate-payers in the Commonwealth of Massachusetts; and other related matters. Estimated time for direct examination: 2 hours.

In addition to the aforementioned individuals, Boston Edison currently intends to present by deposition and/or former trial testimony, the following Department of Energy witnesses:

1. **Lake H. Barrett**

2. **Alan Brownstein**

3. **Christopher Kouts**

4. **Robert L. Morgan**

5. **Ronald Milner**

6. **Thomas E. Pollog**

7. **Nancy Slater-Thompson**

8. **Victor Trebules**

9. **David Zabransky**

## EXPERT WITNESSES

Expert witnesses Boston Edison currently intends to call as witnesses at trial include:

1. **Eileen Supko** (Senior Consultant, Energy Resources International, Inc.; 1015 18th Street, NW; Suite 650; Washington, D.C. 20036; 202/785-8833) Ms. Supko is expected to offer expert testimony regarding the anticipated rate of acceptance by which the Government would have accepted SNF had it not breached the Standard Contract and other related matters. Ms. Supko's opinions and the grounds for these opinions are set forth in her expert report dated June 28, 2006, as amended on November 21, 2006. Estimated time for direct examination: 3-4 hours.

2. **William Manion** (WJM Consulting Services LLC; 47 Powder Horn Drive; Ridgefield, CT 06877; 203/438-4206) Mr. Manion is expected to offer expert testimony regarding the anticipated decommissioning costs associated with Pilgrim; the impact of the Government's breach of the Standard Contract on those costs; and other related matters. Mr. Manion's opinions and the grounds for these opinions are set forth in his expert report dated July

13, 2006, and his rebuttal expert report dated November 20, 2006. Estimated time for direct examination: 4 hours.

3. **Robert Hevert** (President, Concentric Energy Advisors; 313 Boston Post Road West; Suite 210; Marlborough, MA 01752; 508/263-6200) Mr. Hevert is expected to offer expert testimony regarding his analysis of transactions comparable to Boston Edison's sale of Pilgrim and other related matters. Mr. Hevert's opinions and the grounds for these opinions are set forth in his expert report dated July 13, 2006, as amended on September 13, 2006, and his rebuttal expert report dated November 30, 2006. Estimated time for direct examination: 2 hours.

4. **John Reed** (Chairman and Chief Executive Officer, Concentric Energy Advisors; 313 Boston Post Road West; Suite 210; Marlborough, MA 01752; 508/263-6200) Mr. Reed is expected to offer expert testimony regarding the damages Boston Edison incurred as a direct result of the Government's breach of the Standard Contract and other related matters. Mr. Reed's opinions and the grounds for these opinions are set forth in his expert report dated July 13, 2006, as amended on September 13, 2006, and his rebuttal expert report dated November 30, 2006. Estimated time for direct examination: 5 hours.

Boston Edison also respectfully reserves the right to call as a witness any person appearing on Entergy's or Defendant's witness list and to call any rebuttal or impeachment witness as may be necessary.

Date: April 30, 2007

Respectfully submitted,

s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

*Counsel of Record for Boston Edison Company*

Of Counsel:

Bradley D. Wine
Nicholas W. Mattia, Jr.
Bernard F. Sheehan
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

Neven Rabadjija, Esq.
Associate General Counsel
NSTAR Electric & Gas Corporation
800 Boylston Street
17th Floor
Boston, MA 02199-0228

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on April 30, 2007, a copy of the foregoing "Plaintiff Boston Edison Company's Witness List" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley Wine