**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on April 30, 2007)

| | |
|---|---|
| **BOSTON EDISON COMPANY**, Plaintiff, v. **THE UNITED STATES**, Defendant. | |
| **ENTERGY NUCLEAR GENERATION CO.**, Plaintiff, v. **THE UNITED STATES**, Defendant. | No. 99-447C<br>No. 03-2626C<br>(Judge Lettow) |

**ENTERGY NUCLEAR GENERATION**
**COMPANY'S FINAL WITNESS LIST**

Pursuant to the Court's February 26, 2007 Scheduling Order and RCFC Appendix A, ¶ 15, Plaintiff Entergy Nuclear Generation Company ("Entergy")[1] hereby submits its list of witnesses for the trial scheduled to commence on June 4, 2007. Consistent with RCFC Appendix A ¶ 15, this list does not contain witnesses that Entergy may choose to use for impeachment. Entergy reserves the right to amend this list as described in the RCFC or as may otherwise be permitted by the Court. Entergy also reserves the right to call any and all witnesses

[1] For purposes of this witness list, the term "Entergy" will also be used as shorthand for companies such as Entergy Services, Inc. and Entergy Operations, Inc. that, like Plaintiff Entergy Nuclear Generation Company, are affiliate subsidiaries of Entergy Corporation.

on either Plaintiff Boston Edison Company's ("Boston Edison") or the Government's witness lists.

**Witnesses that Entergy Will Call:**

1. Donald R. Denton
Former Entergy Employee
124 Charleston Lane
Madison, MS 39110
(601) 856-1786

Mr. Denton will testify regarding the nature of the funds contained within the Decommissioning Trust Fund transferred at the time of the Pilgrim Nuclear Power Station ("Pilgrim") acquisition and associated filings with the Nuclear Regulatory Commission ("NRC"), and other related matters.

Time Needed for Direct Examination: 1 hour

2. Charles B. Franklin
Manager of Project Management
Entergy Services, Inc.
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5430

Mr. Franklin will testify regarding various aspects of the plant operations at Pilgrim including, *inter alia*, the spent nuclear fuel discharges at Pilgrim, the capacity of the Pilgrim spent fuel pool, the anticipated consequences relating to the Department of Energy's ("DOE's") continuing breach of the Standard Contract, and DOE's obligations to accept spent nuclear fuel from Pilgrim. Mr. Franklin will also testify regarding Entergy's planning and coordination for the expansion of on-site spent nuclear fuel storage facilities among its various nuclear plants, as well as Entergy's spent fuel acceptance rate models, and other related matters.

Time Needed for Direct Examination: 1-2 hours

3. David C. Harlan
Sr. V.P. System Planning & Operations
Entergy Services, Inc.
10055 Grogens Mill Rd., Suite 300
The Woodlands, TX 77380
(281) 297-3557

Mr. Harlan will testify regarding the process involved in the development of a competitive bid for the Pilgrim acquisition including the formulation of a discount rate as part of the valuation of Pilgrim, and other related matters.

Time Needed for Direct Examination: 1 hour

4. Dan Keuter
VP Planning and Innovation
Entergy Services, Inc.
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5744

Mr. Keuter will testify regarding the process involved in the development of a competitive bid for the Pilgrim acquisition. He may also testify relating to the method of financing utilized to fund the acquisition, due diligence activities, and all other associated activities surrounding the Pilgrim acquisition, and other related matters.

Time Needed for Direct Examination: 2-3 hours

5. Marc L. Potkin
Director, Business Develop & Anal - ENN
Entergy Nuclear Power Marketing, LLC
100 Stamford Place
Stamford, CT 06902
(203) 353-4143

Mr. Potkin will testify regarding Boston Edison’s divestiture plan for the Pilgrim power plant. He may also testify regarding the due diligence activities and other associated matters relating to the Pilgrim acquisition, and other related matters.

Time Needed for Direct Examination: 1 hour

6. Frank B. Rives
Director of Nuclear Fuels
Entergy Services, Inc.
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5750

Mr. Rives will testify regarding the administration of the Standard Contract for Pilgrim executed with DOE, and Entergy's understanding of DOE's obligations and performance under the Standard Contract. Mr. Rives will also testify regarding Entergy's overall planning efforts with respect to additional on-site storage of spent nuclear fuel at Entergy's fleet of nuclear plants as a result of DOE's continuing breach, including the anticipated consequences of DOE's breach to Pilgrim, and other related matters.

Time Needed for Direct Examination: 2-3 hours

7. Carolyn C. Shanks
President/CEO
Entergy Mississippi, Inc.
308 East Pearl Street
P. O. Box 1640 (39215)
Jackson, MS 39201
(601) 969-2670

Ms. Shanks will testify regarding the process involved in the development of a competitive bid for the Pilgrim acquisition. She may also testify regarding the documents associated with the Pilgrim purchase including any necessary regulatory filings, the method of financing utilized to fund the acquisition, and the due diligence and all other associated activities surrounding the Pilgrim acquisition, and other related matters.

Time Needed for Direct Examination: 1-2 hours

8. Eileen Supko
Energy Resources International, Inc.
1015 18th Street, NW, Suite 650
Washington DC 20036
(202) 785-8833

Ms. Supko is expected to offer expert testimony regarding the anticipated rate of acceptance by which the Government would have accepted SNF had it not breached the Standard Contract and other related matters and the rate at which DOE is expected to accept spent nuclear fuel once DOE begins receipt of spent fuel at the Yucca Mountain repository. Ms. Supko will also provide testimony regarding general spent fuel storage and transportation practices and related technical issues in the nuclear industry, and other related matters.

Time Needed for Direct Examination: 1-2 hours

9. Connie C. Wells
Director, Supply Chain Operations
Entergy Services, Inc.
120 Mayes Street
Jackson, MS 39213
(601) 368-1692

Ms. Wells will testify regarding the process involved in the development of a competitive bid for the Pilgrim acquisition. She may also testify regarding the documents associated with the Pilgrim purchase including any necessary regulatory filings, and other related matters.

Time Needed for Direct Examination: 1-2 hours

**Witnesses that Entergy May Call:**

1. Warren Brewer
ABZ Inc.
4451 Brookfield corporate Drive, Suite 101
Chantilly, VA 20151
(703) 631-7401

Mr. Brewer will testify, as may be required, as to a technical critique of Boston Edison's

decommissioning damages claim, and other related matters.

Time Needed for Direct Examination: 1 hour

2. Drew B. Fetters
Performance Management Advisors
Post Office Box 380,
West Dover, VT 05356
(802) 464-2698

Mr. Fetters will testify, as may be required, regarding his involvement in the formation of the Exelon bid as submitted in the competitive auction process for the Pilgrim power plant. He may also testify as to any other personal knowledge relating to other aspects of the auction process or the ultimate divestiture and/or acquisition of Pilgrim, and other related matters.

Time Needed for Direct Examination: 1 hour

3. Jack Harrington
Former Entergy Employee
309 Monterey Drive
Clinton, MS 39056
(601) 924-2922

Mr. Harrington will testify, as may be required, regarding his role as a consultant for the Pilgrim acquisition on behalf of Entergy. His testimony may include the valuation modeling and other analyses he performed or supervised in his role as consultant, and other related matters.

Time Needed for Direct Examination: 1-2 hours

4. Robert V. Hevert
Concentric Energy Advisors
313 Boston Post Road West, Suite 210
Marlborough, MA 01752
(508) 263-6200

Mr. Hevert will testify, as may be required, consistent with his expert and rebuttal opinions and associated facts as designated by Boston Edison or otherwise obtained through

deposition testimony, and other related matters.

Time Needed for Direct Examination: 1 hour

5. Donald C. Hintz
Former Entergy Employee
3345 Grenada Court
Punta Gorda, FL 33950-6373
(941) 637-6550

Mr. Hintz will testify, as may be required, regarding issues relating to the Pilgrim acquisition. He may also testify relating to his understanding of the nuclear industry and Entergy's decision to pursue the purchase of other nuclear assets including Pilgrim, and other related matters.

Time Needed for Direct Examination: 1 hour

6. J. Edward Howard
Former Boston Edison Employee
85 Adobe Trail
Sedona, AZ 86341
(928) 284-0351

Mr. Howard will testify, as may be required, regarding Boston Edison's understanding of DOE's obligations and performance under the Standard Contract, and other related matters.

Time Needed for Direct Examination: 1 hour

7. Roderick Walter Knight
22 Mountain View Terrace
New Milford, CT 06776
(860) 355-3085

Mr. Knight will testify, as may be required, regarding his involvement and understanding of decommissioning studies for the Pilgrim facility, and other related matters.

Time Needed for Direct Examination: 1 hour

8. Charles Patrick Lewis
3044 Pawlings Ford Road
Lansdale, PA 19446
(215) 575-2330

Mr. Lewis will testify, as may be required, regarding his involvement and understanding of the negotiation process associated with the Pilgrim acquisition. He may also testify as to the factors considered in evaluating the bids of potential buyers including Entergy, and other related matters.

Time Needed for Direct Examination: 1 hour

9. Geoffrey O. Lubbock
NSTAR Electric & Gas Corporation
One NSTAR Way
Westwood, MA 02090
(781) 441-8669

Mr. Lubbock will testify, as may be required, regarding the divestiture of Pilgrim including overseeing the independent public auction of all of Boston Edison's generating assets, which included the auction of the Pilgrim facility, and other related matters.

Time Needed for Direct Examination: 1-2 hours

10. William J. Manion
WJM Consulting Services LLC
47 Powder Horn Drive
Ridgefield, CT 06877
(203) 438-4206

Mr. Manion will testify, as may be required, regarding decommissioning studies for the Pilgrim facility, and other related matters.

Time Needed for Direct Examination: 1 hour

11. Nicholas W. Mattia Jr.
Dickstein Shapiro, LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
(202) 420-2235

Mr. Mattia will testify, as may be required, regarding his role in the divestiture of the Pilgrim facility including associated regulatory filings, and other related matters.

Time Needed for Direct Examination: 1 hour

12. Charles H. Minott
Sr. Project Manager - NUC
600 Rocky Hill Road
Plymouth, MA
(508) 830-7900

Mr. Minott will testify, as may be required, regarding issues relating to decommissioning studies performed for the Pilgrim facility. He may also testify as to issues regarding the Decommissioning Trust Fund transferred by Boston Edison at the time of the Pilgrim acquisition, and other related matters.

Time Needed for Direct Examination: 1-2 hours

13. Robert L. Morgan
Former Acting Director, Office of Civilian Radioactive Waste Management Program
P.O. Box 2589
Monument, CO 80132
(719) 559-3579

Mr. Morgan will testify, as may be required, regarding the formation and implementation of the Nuclear Waste Policy Act and the Standard Contract, and other related matters.

Time Needed for Direct Examination: 1 hour

14. Jonathan A. Neuberger, Ph.D.
Economist Incorporated
EmeryStation North
5980 Horton Street
Emeryville, CA 94608
(510) 547-6910

Dr. Neuberger will testify, as may be required, regarding Entergy's methodology in developing its competitive bid for the Pilgrim acquisition. His testimony will also address the effect, if any, of Entergy's use of 100% equity to fund the purchase, and other related issues such as the application of internal rates of return on the net present value of Pilgrim. He may also address whether any alleged effect of the DOE's breach of its obligations under the Standard Contract can be quantified with any reasonable probability, and other related matters.

Time Needed for Direct Examination: 1-2 hours

15. Timothy Newhard
One Ashburton Place, Room 1813
Boston, MA 02108-1598
(617) 727-2200

Mr. Newhard will testify, as may be required, regarding his testimony on behalf of the Attorney General of Massachusetts relating to Boston Edison's petition for the divestiture transaction of the Pilgrim facility. He may also testify as to his personal knowledge relating to the purchase and sale of the Pilgrim facility, and other related matters.

Time Needed for Direct Examination: 1 hour

16. Henry V. Oheim, Jr.
NSTAR Electric and Gas Corp.
One NSTAR Way
Westwood, MA 02090
(781) 441-3236

Mr. Oheim will testify, as may be required, regarding Pilgrim's organization and operation including testimony relating to regulatory services, contract administration issues, and

licensing requirements. He may also testify as to decommissioning trust fund assets and investments prior to the Pilgrim divestiture transaction, and other related matters.

Time Needed for Direct Examination: 1-2 hours

17. Thomas E. Pollog
Nuclear Engineer and Contracting Officer's Technical Representative
Office of Civilian Radioactive Waste Management
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, DC 20585
(202) 586-4153

Mr. Pollog will testify, as may be required, regarding DOE's spent fuel discharge projections model and DOE's Delivery Commitment Schedule process, and other related matters.

Time Needed for Direct Examination: 1 hour

18. Lisa Quilici
890 Willow Brook Road, Suite 201
Boulder, CO 80302

Ms. Quilici will testify, as may be required, regarding her review and understanding of documents associated with the divestiture and acquisition of the Pilgrim facility. She may also testify as to her expertise in the evaluation of market trends and other factors affecting the sale of generating assets, and other related matters.

Time Needed for Direct Examination: 1-2 hours

19. John J. Reed
Concentric Energy Advisors
313 Boston Post Road West
Suite 210
Marlborough, MA 01752
(508) 263-6200

Mr. Reed will testify, as may be required, regarding his experience with the program design, marketing, due diligence, and bidding process for the Pilgrim facility, and other related matters.

Time Needed for Direct Examination: 1-2 hours

20. David Schlissel
Synapse Energy Economics
22 Pearl Street
Cambridge MA 02139
(617) 661-3248

Mr. Schlissel will testify, as may be required, as to a technical critique of Boston Edison's decommissioning damages claim, and other related matters.

Time Needed for Direct Examination: 1-2 hours

21. Frank Williford IV
Assistant Treasurer/Director, Financing
Entergy Services, Inc.
639 Loyola Ave.
New Orleans, LA 70113
(504) 576-4684

Mr. Williford will testify, as may be required, regarding Entergy's analysis of, and arrangements for, the financing of the acquisition of Pilgrim. His testimony may include Entergy's understanding of the financial community's perception of the nuclear industry and any presentations relating to financing and discussions with lenders about funding Entergy's acquisition of Pilgrim, and other related matters.

Time Needed for Direct Examination: 1 hour

22. David Zabransky
Contracting Officer
Office of Civilian Radioactive Waste Management
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, DC 20585

Mr. Zabransky will provide, as may be required, regarding DOE's administration and operation of the Civilian Radioactive Waste Management Program, including, *inter alia*, DOE's suspension of the Delivery Commitment Schedule process, and other related matters.

Time Needed for Direct Examination: 1 hour

Dated: April 30, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Entergy Nuclear Generation Company

Of Counsel:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

L. Jager Smith, Jr.
**WISE CARTER CHILD**
**& CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5572
(601) 368-5816 (fax)