**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BOSTON EDISON COMPANY,**<br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant.** | **No. 99-447C**<br>**No. 03-2626C**<br>**(Judge Charles F. Lettow)** |
| **ENTERGY NUCLEAR GENERATION CO.,**<br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant.** | |

**BOSTON EDISON COMPANY'S EXHIBIT LIST**

Pursuant to the Court's February 26, 2007, scheduling order and the Rules of the Court of Federal Claims, Boston Edison Company ("Boston Edison") hereby submits the attached Exhibit List. Boston Edison reserves the right to use as an exhibit any document listed on the United States's or Entergy Nuclear Generation Co.'s ("Entergy") exhibit lists. Boston Edison also reserves the right to use as a rebuttal exhibit any document the need for which could not reasonably have been anticipated prior to the United States's or Entergy's direct case or cross-examination of Boston Edison's witnesses.

Dated: April 30, 2007

Respectfully submitted,

By: /s/ Richard J. Conway

Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Tel: (202) 420-2200
Fax: (202) 420-2201

Counsel of Record for Boston Edison Company

Of Counsel:
Bradley D. Wine
Nicholas W. Mattia, Jr.
Bernard F. Sheehan
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403

Neven Rabadjija, Esq.
Associate General Counsel
NSTAR Electric & Gas Corporation
800 Boylston Street, 17th Floor
Boston, MA 02199-0228

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on April 30, 2007, a copy of the foregoing "Boston Edison Company's Exhibit List" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley Wine

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 1 | 1/28/1999 | LB 11272006 email-1 | LB 11272006 email-20 | Letter Response to NRC Regarding Requests for Additional Information | Will Use |
| 2 | 7/13/2006 | BECOEXP 03372 | BECOEXP 03642 | Expert Report of Robert B. Hevert | Will Use |
| 3 | 9/13/2006 | BECOEXP 03643 | BECOEXP 03675 | Amended Expert Report of Robert B. Hevert | Will Use |
| 4 | 11/30/2006 | BECOEXP 03676 | BECOEXP 03705 | Expert Rebuttal Report of Robert B. Hevert | Will Use |
| 5 | 6/17/1983 | BEP012 0301 | BEP012 0362 | Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (No. DE-CR01-83NE44368) | Will Use |
| 6 | 2/14/1983 | ENGC/BECO DOE 1ST RFP-17-101 | ENGC/BECO DOE 1ST RFP-17-102 | Letter from Hilary J. Rauch to R.G. Clough Requesting Administrative Information | May Use |
| 7 | 3/10/1983 | ENGC/BECO DOE 1ST RFP-17-5 | ENGC/BECO DOE 1ST RFP-17-94 | Letter from R.E.L. Stanford (Utility Nuclear Waste Management Group) to Members, Steering Committee with attachment regarding DOE Draft Contract for Waste Disposal | Will Use |
| 8 | 3/7/1983 | ENGC/BECO DOE 1ST RFP-17-95 | ENGC/BECO DOE 1ST RFP-17-98 | Letter From J. Edward Howard to Robert Morgan Regarding Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | Will Use |
| 9 | 3/7/1983 | ENGC/BECO DOE 1ST RFP-17-99 | ENGC/BECO DOE 1ST RFP-17-100 | Letter From J. Edward Howard to Jan Atkinson Regarding Administrative Information | May Use |
| 10 | 3/3/1981 | Bates Forthcoming | Bates Forthcoming | Office Memorandum Regarding Revised Estimates of Pilgrim 1 Spent Fuel Storage/ Disposal Costs | May Use |
| 11 | 2/1/1978 | PA-104610 | PA-104796 | Report of Task Force for Review of Nuclear Waste Management (Draft) | May Use |
| 12 | 2/1/1978 | PA-100247 | PA-100400 | DOE Role in Nuclear Policies And Programs: Official Transcript of Public Briefing | May Use |
| 13 | 7/1/1978 | PNL-020-2283 | PNL-020-2347 | Preliminary Estimates of the Charge for Spent-Fuel Storage and Disposal Services | May Use |

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 14 | 3/9/1978 | PA-166714 | PA-166762 | Federal Policy for the Disposal of Highly Radioactive Wastes from Commercial Nuclear Power Plants: An Historical Analysis | May Use |
| 15 | 10/1/78 | PA-104797 | PA-104989 | Report to the President by the Interagency Review Group on Nuclear Waste Management | May Use |
| 16 | 3/1/1979 | PA-104990 | PA-105238 | Report to the President by the Interagency Review Group on Nuclear Waste Management | May Use |
| 17 | 3/15/2000 | BEC- 0000848 | BEC- 0001191 | Form 10-K Entergy Arkansas, Inc. -- EHA | May Use |
| 18 | 12/15/1997 | BECO- 0001408 | BECO- 0001414 | Letter regarding Boston Edison, Approval of Pilgrim Divestiture Transaction D.T.E. 98-118 & 98-119, attaching Petition to Intervene, Appearance of Counsel, and Certificate of Service | May Use |
| 19 | 12/15/1998 | BECO-0001618 | BECO-0001631 | Initial Comments of Entergy Nuclear Generation Company Regarding Approval of Pilgrim Divestiture Transaction | May Use |
| 20 | 3/5/1999 | BECO-0002108 | BECO-0002115 | Reply Brief and Initial Brief of Entergy Nuclear Generation Company Regarding Boston Edison Company DTE 98-118/98-119/98-126 | May Use |
| 21 | 12/16/1998 | BEP031 1272 | BEP031 1272 | Entergy Transition at PNPS | May Use |
| 22 | 5/1/1998 | BEP031 3071 | BEP031 3088 | Final Draft Stage I Due Diligence: Company Z at Pilgrim | May Use |
| 23 | 2/25/1999 | BEP041 1697 | BEP041 1698 | Letter regarding Boston Edison DTE 98-118/98-119/98-126 -- Initial Brief | May Use |
| 24 | 4/24/1998 | ENGC/BECO DOE 1ST RFP- 21-3065 | ENGC/BECO DOE 1ST RFP-21-3141 | Presentation -- Strategies for Nuclear Excellence | May Use |
| 25 | 8/25/1998 | ENGC/BECO DOE 1ST RFP-21-12595 | ENGC/BECO DOE 1ST RFP-21-12606 | Entergy Nuclear, Inc. -- Considerations for Valuing the Potential Acquisition | May Use |
| 26 | 10/1/1998 | ENGC/BECO DOE 1ST RFP-21-12617 | ENGC/BECO DOE 1ST RFP-21-12644 | Entergy Risk Management Services - Nuclear Plant Acquisition Process Summary of Risk Factors & Recommended Controls | May Use |
| 27 | 5/1/1998 | ENGC/BECO DOE 1ST RFP-21-12645 | ENGC/BECO DOE 1ST RFP-21-12660 | Becoming a First Mover in Consolidating the US Nuclear Business | May Use |

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 28 | 5/13/1998 | ENGC/BECO DOE 1ST RFP-21-12936 | ENGC/BECO DOE 1ST RFP-21-12986 | Strategies for Nuclear Excellence -- Becoming a First Mover in Consolidating the US Nuclear | May Use |
| 29 | 9/1/1998 | ENGC/BECO DOE 1ST RFP-21-13017 | ENGC/BECO DOE 1ST RFP-21-13326 | Entergy Nuclear- Pilgrim Nuclear Station Acquisition | Will Use |
| 30 | No Date | ENGC/BECO DOE 1ST RFP-21-13330 | ENGC/BECO DOE 1ST RFP-21-13366 | Presentation -- Pilgrim Nuclear Power Station Non-Binding Proposal to Purchase | Will Use |
| 31 | No Date | ENGC/BECO DOE 1ST RFP-21-13401 | ENGC/BECO DOE 1ST RFP-21-13407 | Presentation -- Entergy Nuclear Business Plan Strategies | May Use |
| 32 | No Date | ENGC/BECO DOE 1ST RFP-21-13520 | ENGC/BECO DOE 1ST RFP-21-13556 | Pilgrim Nuclear Power Station Non-Binding Proposal to Purchase | May Use |
| 33 | No Date | ENGC/BECO DOE 1ST RFP-21-14619 | ENGC/BECO DOE 1ST RFP-21-14623 | Summary of Pilgrim Indicative Proposal | May Use |
| 34 | 6/24/1998 | ENGC/BECO DOE 1ST RFP-21-14678 | ENGC/BECO DOE 1ST RFP-21-14696 | Key Assumptions and Drivers, attached spreadsheets, and related documents | May Use |
| 35 | 4/1/1999 | ENGC/BECO DOE 1ST RFP-21-15308 | ENGC/BECO DOE 1ST RFP-21-15310 | Letter to Mass. AG regarding March 24, 1999 Meeting | May Use |
| 36 | No Date | ENGC/BECO DOE 1ST RFP-21-15336 | ENGC/BECO DOE 1ST RFP-21-15350 | Presentation -- Entergy Nuclear Generation Company -- Pilgrim Nuclear Power Station | May Use |
| 37 | 9/1/1998 | ENGC/BECO DOE 1ST RFP-21-2410 | ENGC/BECO DOE 1ST RFP-21-2431 | Review of Pilgrim 1 Decommissioning Cost Estimate by TLG Services, Inc. | Will Use |
| 38 | No Date | ENGC/BECO DOE 1ST RFP-21-2698 | ENGC/BECO DOE 1ST RFP-21-2708 | Review of Pilgrim Spending Projections | May Use |
| 39 | 10/26/1998 | ENGC/BECO DOE 1ST RFP-21-2832 | ENGC/BECO DOE 1ST RFP-21-2843 | Memorandum regarding Model Details | May Use |
| 40 | 1/29/1998 | ENGC/BECO DOE 1ST RFP-21-2961 | ENGC/BECO DOE 1ST RFP-21-2965 | Email string and agendas regarding February 1998 and March 1998 Meetings | May Use |
| 41 | 6/3/1998 | ENGC/BECO DOE 1ST RFP-21-2969 | ENGC/BECO DOE 1ST RFP-21-2970 | Pilgrim Project Team Meeting June 3, 1998 Agenda | May Use |
| 42 | 9/3/1998 | ENGC/BECO DOE 1ST RFP-21-3004 | ENGC/BECO DOE 1ST RFP-21-3012 | Bid-Price Adjustments Major Issue List | May Use |
| 43 | 10/2/1998 | ENGC/BECO DOE 1ST RFP-21-3033 | ENGC/BECO DOE 1ST RFP-21-3064 | Minutes- Entergy Board Nuclear Committee Special Meeting | Will Use |
| 44 | 10/28/1998 | ENGC/BECO DOE 1ST RFP-21-3142 | ENGC/BECO DOE 1ST RFP-21-3158 | Presentation -- Pilgrim Nuclear Power Station Final Bid to Purchase | Will Use |

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 45 | 9/28/1998 | ENGC/BECO DOE 1ST RFP-21-353; ENGC/BECO DOE 1ST RFP-21-208 | ENGC/BECO DOE 1ST RFP-21-353; ENGC/BECO DOE 1ST RFP-21-208 | Memo Regarding October 1 Nuclear Committee Meeting | May Use |
| 46 | 6/24/1998 | ENGC/BECO DOE 1ST RFP-21-630 | ENGC/BECO DOE 1ST RFP-21-660 | Pilgrim Nuclear Power Station Plant Assessment -- Volume 1 - Executive Summaries (May 4-8, 1998) | Will Use |
| 47 | 6/24/1998 | ENGC/BECO DOE 1ST RFP-21-661 | ENGC/BECO DOE 1ST RFP-21-874 | Pilgrim Nuclear Power Station Plant Assessment -- Volume 2 - Field Notes and Conclusions (May 4-8, 1998) | Will Use |
| 48 | Various Dates | ENGC/BECO DOE 1ST RFP-21-7856 | ENGC/BECO DOE 1ST RFP-21-7892 | Boston Edison- Pilgrim Plant -- Plant Valuation, After Tax Cash Flow (several spreadsheets) | May Use |
| 49 | 5/12/1998 | ENGC/BECO DOE 1ST RFP-21-7893 | ENGC/BECO DOE 1ST RFP-21-7894 | Boston Edison- Pilgrim Plant -- Plant Valuation, After Tax Cash Flow Spreadsheets | May Use |
| 50 | 8/6/1998 | ENGC/BECO DOE 1ST RFP-21-7895 | ENGC/BECO DOE 1ST RFP-21-7901 | Financial Statements- with Betterment and attached charts | May Use |
| 51 | No Date | ENGC/BECO DOE 1ST RFP-21-7906 | ENGC/BECO DOE 1ST RFP-21-7911 | Going Forward Cash Cost- Entergy Estimates with Incremental Projects | May Use |
| 52 | 8/25/1998 | ENGC/BECO DOE 1ST RFP-21-8532 | ENGC/BECO DOE 1ST RFP-21-8549 | Fax Regarding Entergy Corp Internal Audit Dept -- Considerations for Valuing the Potential | May Use |
| 53 | No Date | ENGC/BECO DOE 1ST RFP-21-8545 | ENGC/BECO DOE 1ST RFP-21-8556 | Entergy Nuclear, Inc.- Governance Review of Plant Acquisition Process and Entergy Corporate Charts | May Use |
| 54 | 8/19/1998 | ENGC/BECO DOE 1ST RFP-21-8568 | ENGC/BECO DOE 1ST RFP-21-8568 | Memo Regarding Nuclear Growth Strategy Through Acquisitions of Nuclear Plants | May Use |
| 55 | 8/16/1998 | ENGC/BECO DOE 1ST RFP-21-8574 | ENGC/BECO DOE 1ST RFP-21-8598 | Email with attachments Regarding Decommissioning and Legal Issues | May Use |
| 56 | 4/1/1998 | ENGC/BECO DOE 1ST RFP-21-9878 | ENGC/BECO DOE 1ST RFP-21-9883 | Boston Edison Pilgrim Station Summary of Initial Assessment | May Use |
| 57 | Various Dates | ENGC/BECO DOE 1ST RFP-21-SUPPL-1 | ENGC/BECO DOE 1ST RFP-21-SUPPL-65 | Pilgrim Decommissioning -- End of License and Miscellaneous Decommissioning Documents | May Use |
| 58 | 9/3/1998 | ENGC/BECO DOE 1ST RFP-23-375 | ENGC/BECO DOE 1ST RFP-23-424 | Memo Regarding Pilgrim Nuclear Fuel -- Current Status of Contracts and Costs for Nuclear Fuel for Pilgrim Station | May Use |
| 59 | 10/1/1998 | ENGC/BECO DOE 1ST RFP-40-113 | ENGC/BECO DOE 1ST RFP-40-114 | Entergy Minutes of Special Meeting of Board of Directors | May Use |

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 60 | 5/12/1999 | ENGC/BECO DOE 1ST RFP-40-153 | ENGC/BECO DOE 1ST RFP-40-172 | Entergy Minutes of Special Meeting of Board of Directors | May Use |
| 61 | 10/6/1998 | ENGC/BECO DOE 1ST RFP-40-34 | ENGC/BECO DOE 1ST RFP-40-37 | Entergy Minutes of Special Meeting of Board of Directors | May Use |
| 62 | 10/30/1998 | ENGC/BECO DOE 1ST RFP-40-38 | ENGC/BECO DOE 1ST RFP-40-39 | Entergy Minutes of Special Meeting of Board of Directors | May Use |
| 63 | 5/13/1999 | ENGC/BECO DOE 1ST RFP-40-97 | ENGC/BECO DOE 1ST RFP-40-99 | Entergy Minutes of Special Meeting of Board of Directors | May Use |
| 64 | 5/28/2003 | ENGC/BECO DOE 1ST RFP-8-4 | ENGC/BECO DOE 1ST RFP-8-5 | Email String Regarding Spent Fuel Rack History | May Use |
| 64a | No Date | ENGC/BECO DOE 1ST RFP-8-6 | ENGC/BECO DOE 1ST RFP-8-6 | Pilgrim Station: Spent Fuel Pool Modifications | May Use |
| 64b | No Date | ENGC/BECO DOE 1ST RFP-8-7 | ENGC/BECO DOE 1ST RFP-8-7 | Pilgrim Station:Current and Historical Pool Capacity | May Use |
| 64c | 12/13/2000 | ENGC/BECO DOE 1ST RFP-8-8 | ENGC/BECO DOE 1ST RFP-8-9 | Entergy Nuclear Generating Company: Pilgrim Nuclear Power Station Material Receiving | May Use |
| 65 | 4/1998 | ENGC/BECO DOE 1ST RFP-21-1922 | ENGC/BECO DOE 1ST RFP-21-2150 | NES, Inc. 1997 Decommissioning Study of the Pilgrim 1 Nuclear Power Station (Draft) | Will Use |
| 66 | 8/7/1998 | ENGC/BECO DOE 1ST RFP-21-2152 | ENGC/BECO DOE 1ST RFP-21-2155 | Letter from W. Cloutier to D. Keuter Regarding Decommissioning Financing Assessment | Will Use |
| 67 | 8/24/1998 | ENGC/BECO DOE 1ST RFP-21-2156 | ENGC/BECO DOE 1ST RFP-21-2156 | Letter from D. Keuter to M. Meisner Regarding Decommissioning Cost Estimate for Pilgrim | Will Use |
| 68 | 8/25/1998 | ENGC/BECO DOE 1ST RFP-21-2157 | ENGC/BECO DOE 1ST RFP-21-2160 | Letter from D. Keuter to T. LaGuardia Regarding Decommissioning Costs Comparisons and fax from T. LaGuardia to S. Downes regarding "Draft of Comparison Table" | Will Use |
| 69 | 9/23/1998 | ENGC/BECO DOE 1ST RFP-21-SUPPL-28 | ENGC/BECO DOE 1ST RFP-21-SUPPL-36 | Letter from T. LaGuardia to S. Downes Regarding Pilgrim 1 Decommissioning Estimate and Present Worth Calculations | Will Use |

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 70 | 9/29/1989 | ENGC/BECO DOE 1ST RFP-21-SUPPL-37 | ENGC/BECO DOE 1ST RFP-21-SUPPL-38 | Letter from T. LaGuardia to D. Keuter Regarding Assumptions Underlying the TLG Services, Inc., Decommissioning Cost Estimate for the Pilgrim 1 Nuclear Power Station | Will Use |
| 71 | 9/1998 | ENGC/BECO DOE 1ST RFP-21-SUPPL-39 | ENGC/BECO DOE 1ST RFP-21-SUPPL-53 | Entergy Nuclear, Inc. Decommissioning Team Assessment of Pilgrim 1 Decommissioning Cost Estimate | Will Use |
| 72 | 9/1998 | ENGC/BECO DOE 1ST RFP-21-SUPPL-6 | ENGC/BECO DOE 1ST RFP-21-SUPPL-27 | Review of Pilgrim 1 Decommissioning Cost Estimate | Will Use |
| 73 | 9/23/1998 | ENGC/BECO DOE 1ST RFP-3-1036 | ENGC/BECO DOE 1ST RFP-3-1044 | Letter from T. LaGuardia to S. Downes Regarding Pilgrim 1 Decommissioning Estimate and Present Worth Calculations | Will Use |
| 74 | 9/29/1989 | ENGC/BECO DOE 1ST RFP-3-1045 | ENGC/BECO DOE 1ST RFP-3-1046 | Letter from T. LaGuardia to D. Keuter Regarding Assumptions Underlying the TLG Services Inc., Decommissioning Cost Estimate for the Pilgrim 1 Nuclear Power Station | Will Use |
| 75 | 1/10/2002 | ENGC/BECO DOE 1ST RFP-3-828 | ENGC/BECO DOE 1ST RFP-3-867 | Letter from W. Cloutier to D. Denton Regarding Decommissioning Cost Estimate Update for the Pilgrim Station | Will Use |
| 76 | No Date | AMGN-0000812 | AMGN-0001042 | Pilgrim Due Diligence Operational Team Final Report-Volume 1 | Will Use |
| 77 | No Date | AMGN-0001204 | AMGN-0001204 | Approved Revised PECO Energy Bid for Acquisition of Pilgrim Nuclear Power Station | Will Use |
| 78 | 10/2/1998 | AMGN-0001261 | AMGN-0001339 | BNFL, Inc. - Risk Evaluation of Pilgrim Nuclear Power Station - Decommissioning Cost Estimate | Will Use |
| 79 | 11/13/1998 | BECO-0000828 | BECO-0000828 | Email from J. Silberg to D. Keuter and J. Fulton Regarding DOE Contract Claims Language | Will Use |
| 80 | 4/30/1999 | BECO-0001456 | BECO-0001465 | Letter from W. Stowe to D. O'Conner and G. Dean Regarding Pilgrim Station Decommissioning Transition Plan Overview | May Use |
| 81 | 3/5/1999 | BECO-0001707 | BECO-0001742 | Letter Regarding Boston Edison Application for Approval of Rate Reduction Bonds, Pilgrim Divestiture Transaction, Commonwealth Electric Company Buyout of Pilgrim Purchase Power Contract & Power Purchase Agreement and | May Use |

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 82 | 2/26/1999 | BECO DTE 0001107 | BECO DTE 0001232 | Letter Regarding Boston Edison Application for Approval of Rate Reduction Bonds, Pilgrim Divestiture Transaction, Commonwealth Electric Company Buyout of Pilgrim Purchase Power Contract & Power Purchase Agreement and | Will Use |
| 83 | No Date | BECO DTE 0002941 | BECO DTE 0002980 | Boston Edison Prefiled Supplemental Direct Testimony of Geoffrey Lubbock | May Use |
| 84 | No Date | BECO DTE 0003647 | BECO DTE 0003691 | Boston Edison Prefiled Direct Testimony of Geoffrey Lubbock | May Use |
| 85 | 11/18/1998 | BEP004 0164 | BEP004 0917 | Boston Edison Purchase and Sale Agreement-Volumes 1 and 2 | Will Use |
| 86 | 7/13/1999 | BEP004 1350 | BEP004 2058 | Boston Edison Divestiture of Pilgrim Nuclear Generation Company (Tabbed Documents - Tabs | Will Use |
| 87 | 7/13/1999 | BEP004 2059 | BEP004 2484 | Boston Edison Divestiture of Pilgrim Nuclear Generation Company (Tabbed Documents - Tabs 16-46) | Will Use |
| 87A | 7/13/1999 | BEP004 2485 | BEP004 3130 | Boston Edison Divestiture of Pilgrim Nuclear Generation Company (Tabbed Documents - Tabs 47-72) | Will Use |
| 88 | 2/8/2000 | BEP004 3131 | BEP004 3813 | Letter from S. Lowman Attaching Final Closing Binders Prepared In Connection With Boston Edison's Sale of Pilgrim Nuclear Power Station to Entergy Nuclear Generation Company (Tabbed Documents - Tabs 73-130) | Will Use |
| 89 | 3/20/1997 | BEP005 0058 | BEP005 0231 | The Joint Committee on Electric Utility Restructuring of the Massachusetts Legislature -- Report and Legislation | May Use |
| 90 | 4/24/1998 | BEP006 0393 | BEP006 0424 | Mass. DTE Opinion Regarding Boston Edison Company's Petition for Approval (D.T.E. 97-113) | May Use |
| 91 | 10/29/1998 | BEP015 0661 | BEP015 0661 | Letter from J. Reed to D. Keuter Regarding Boston Edison's Initial Evaluation of Final Bids for Pilgrim Nuclear Power Station | May Use |
| 92 | 4/1998 | BEP016 0001 | BEP016 0049 | Boston Edison -- Nuclear Generation Business Unit Divestiture Plan | Will Use |

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 93 | 6/1998 | BEP025 0001 | BEP025 0185 | Confidential Offering Memorandum -- Boston Edison Pilgrim Nuclear Power Station -- Vol. 1 -- Nuclear Generating Assets | Will Use |
| 94 | No Date | BEP028 2232 | BEP028 2317 | Boston Edison Prefiled Direct Testimony of Geoffrey Lubbock | May Use |
| 95 | 1/15/1999 and 1/18/1999 | BEP030 0362 | BEP030 0370 | Boston Edison Responses to Information Requests | May Use |
| 96 | 10/30/1998 | BEP038 2475 | BEP038 2475 | Letter from D. Hintz to J. Reed Regarding Entergy's Improved Supplemental Bid | May Use |
| 97 | 7/13/1999 | ENGC/BECO DOE 1ST RFP-12-63 | ENGC/BECO DOE 1ST RFP-12-64 | Letter from J. Judge Regarding Assignment of the Standard Contract | Will Use |
| 98 | 7/31/1998 | ENGC/BECO DOE 1ST RFP-21-13557 | ENGC/BECO DOE 1ST RFP-21-13590 | Indicative Bid for Boston Edison's Nuclear Business Unit - Pilgrim Nuclear Station | Will Use |
| 99 | 11/24/1998 | ENGC/BECO DOE 1ST RFP-21-13865 | ENGC/BECO DOE 1ST RFP-21-13865 | Pilgrim Transition Team Chart | May Use |
| 100 | Various Dates | ENGC/BECO DOE 1ST RFP-21-14627 | ENGC/BECO DOE 1ST RFP-21-14644 | Agenda and Related Materials | May Use |
| 101 | 3/22/1999 | ENGC/BECO DOE 1ST RFP-21-15381 | ENGC/BECO DOE 1ST RFP-21-15461 | Mass. DTE Opinion Regarding Pilgrim Divestiture Transaction | May Use |
| 102 | 7/13/1999 | ENGC/BECO DOE 1ST RFP-21-16521 | ENGC/BECO DOE 1ST RFP-21-16537 | Letter Agreement Between Entergy and Boston Edison Regarding Purchase and Sale Agreement | May Use |
| 103 | 7/13/1999 | ENGC/BECO DOE 1ST RFP-21-19270 | ENGC/BECO DOE 1ST RFP-21-19270 | Receipt in Connection with Power Sale Agreement Between Boston Edison and Commonwealth Electric Company | May Use |
| 104 | 12/17/1998 | ENGC/BECO DOE 1ST RFP-21-2313 | ENGC/BECO DOE 1ST RFP-21-2345 | Letter from F.B. Voght and J.I. Warren to Associate Chief Counsel (Domestic), Internal Revenue Service, Regarding Joint Ruling Request | May Use |
| 105 | 10/15/1998 | ENGC/BECO DOE 1ST RFP-21-2913 | ENGC/BECO DOE 1ST RFP-21-2920 | Letter from D. Hintz to J. Reed Regarding Bid for the Nuclear Business Unit Assets of Boston | May Use |
| 106 | 1/14/1999 | ENGC/BECO DOE 1ST RFP-21-359 | ENGC/BECO DOE 1ST RFP-21-359 | Letter from S. McNeal to G. Lubbock Regarding Purchase and Sale Agreement | May Use |

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 107 | 1/28/1999 | ENGC/BECO DOE 1ST RFP-21-4990 | ENGC/BECO DOE 1ST RFP-21-4993 | Boston Edison's Revised Responses to Information Requests | May Use |
| 108 | 10/29/1998 | ENGC/BECO DOE 1ST RFP-21-7224 | ENGC/BECO DOE 1ST RFP-21-7230 | Bid Evaluation Questions and Responses for Company Z | May Use |
| 109 | 7/30/1998 | ENGC/BECO DOE 1ST RFP-21-7955 | ENGC/BECO DOE 1ST RFP-21-7955 | Letter from D. Hintz to J. Reed Regarding Indicative Bid for Boston Edison's Nuclear | Will Use |
| 110 | 11/25/1998 | ENGC/BECO DOE 1ST RFP-3-1142 | ENGC/BECO DOE 1ST RFP-3-1181 | NES, Inc. Decommissioning Study of a 1999 Shutdown of Pilgrim 1 Nuclear Power Station | May Use |
| 111 | 10/2/1998 | ENGC/BECO DOE 1ST RFP-3-146 | ENGC/BECO DOE 1ST RFP-3-146 | Email from C. Minott Regarding Year 2001 Shutdown Scenario/Decommissioning | May Use |
| 112 | 1/7/1999 | ENGC/BECO DOE 1ST RFP-3-224 | ENGC/BECO DOE 1ST RFP-3-225 | Email from C. Minott Regarding Lower NRC Minimum Decommissioning Funding | May Use |
| 113 | Various Dates | ENGC/BECO DOE 1ST RFP-36-2 | ENGC/BECO DOE 1ST RFP-36-27 | Entergy Spent Fuel Disposal Fee Payments and Related Correspondence and Documents | May Use |
| 114 | 5/18/1998 | ENGC/BECO DOE 1ST RFP-36-50 | ENGC/BECO DOE 1ST RFP-36-51 | Letter from B. Tomasoni to J. Piascik Regarding Disputes Under the Standard Contract | May Use |
| 115 | | | | INTENTIONALLY LEFT BLANK | |
| 116 | 1/5/1990 | ENGC/BECO DOE 1ST RFP-21-12446 | ENGC/BECO DOE 1ST RFP-21-12475 | Settlement Agreement Between Boston Edison and Commonwealth Electric Company, Montaup Electric Company, and the Municipal Light Dept. of the Town of Reading, Mass. | Will Use |
| 117 | Various Dates | ENGC/BECO DOE 1ST RFP-21-6933 | ENGC/BECO DOE 1ST RFP-21-7243 | Miscellaneous Agreements and Related Documents | May Use |
| 118 | 1/21/1999 | BEP028 1870 | BEP028 1895 | DTE Hearing- Hearing Transcript, Volume 2 | May Use |
| 119 | 3/22/1999 | BEP023 0145 | BEP023 0226 | Mass. DTE Opinion Regarding Petition for Approval of Pilgrim Divestiture Transaction under Electric Restructuring Act | May Use |
| 120 | 12/21/1998 | ENGC/BECO DOE 1ST RFP-21-19488 | ENGC/BECO DOE 1ST RFP-21-19570 | Boston Edison Company's Petition for Declaratory Order | May Use |
| 121 | 1/30/1998 | BECO_NES_ 0000634 | BECO_NES_ 0000634 | Email Regarding Revisions to Input 1/30 | May Use |
| 122 | 7/2006 | BECOEXP 04175 | BECOEXP 04313 | Expert Report of William J. Manion | Will Use |
| 123 | 11/2006 | BECOEXP 04314 | BECOEXP 04388 | Expert Rebuttal Report of William J. Manion | Will Use |
| 124 | 11/16/1998 | ENGC/BECO DOE 1ST RFP-3-140 | ENGC/BECO DOE 1ST RFP-3-140 | Email from C. Minott Regarding Minimum Cool Time for Fuel in Casks | May Use |
| 125 | 2/6/1998 | ENGC/BECO DOE 1ST RFP-3-518 | ENGC/BECO DOE 1ST RFP-3-518 | Email from C. Minott Regarding Additional Input for the 1997 Decommissioning Study | May Use |

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 126 | 1/21/1998 | ENGC/BECO DOE 1ST RFP-3-526 | ENGC/BECO DOE 1ST RFP-3-527 | Email Regarding Follow-Up on Spent Fuel Heat Calculations | May Use |
| 127 | Various Dates | BECO_NES_ 0000001 | BECO_NES_ 0003677 | Back-up Calculations to NES, Inc. Decommissioning Studies and Related Documents | May Use |
| 128 | 12/8/1997 | ENGC/BECO DOE 1ST RFP-3-556 | ENGC/BECO DOE 1ST RFP-3-556 | Email from C. Minott Regarding DOE Contract/Nonstandard Fuel/5 Year Cooldown | May Use |
| 129 | 10/2/1998 | ENGC/BECO DOE 1ST RFP-3-146 | ENGC/BECO DOE 1ST RFP-3-146 | Email from C. Minott Regarding Year 2001 Shutdown Scenario/Decom $ | May Use |
| 130 | 10/2/1998 | BECO_NES_0000236 | BECO_NES_0000237 | Letter from R. Knight to B. Manion Regarding Pilgrim Unplanned Shutdown | May Use |
| 131 | 1/29/1999 | BECO- 0001496 | BECO- 0001521 | Letter Attaching Testimony of T. Newhard on behalf of the Massachusetts Attorney General | May Use |
| 132 | 3/5/1999 | BECO- 0001662 | BECO- 0001674 | Letter Attaching the Attorney General's Reply Brief | May Use |
| 133 | 3/1/1999 | BECO 0001677 | BECO 0001705 | Initial Brief of the Attorney General | May Use |
| 134 | 2/12/1999 | BECO DTE 0007635 | BECO DTE 0007711 | Public Evidentiary Hearing | May Use |
| 135 | 6/1/1997 | BXE 017-0001 | BXE 017-0090 | ABZ, Inc. -- Review Of Decommissioning Cost Estimates for New England Nuclear Power Plants | May Use |
| 136 | 6/1/1997 | BECO Trial 0000626 | BECO Trial 0000727 | ABZ, Inc. -- Review Of Decommissioning Cost Estimates for New England Nuclear Power Plants | May Use |
| 137 | 2/26/1999 | ENGC/BECO DOE 1ST RFP-21-13942 | ENGC/BECO DOE 1ST RFP-21-13970 | Letter Enclosing Answers to the Petitions for Leave to Intervene & Request for Hearing | May Use |
| 138 | 4/16/1999 | ENGC/BECO DOE 1ST RFP-21-15301 | ENGC/BECO DOE 1ST RFP-21-15304 | Letter Regarding Transfer of Facility Operating a License for Nuclear Power Station | May Use |
| 139 | 4/9/1999 | ENGC/BECO DOE 1ST RFP-21-15305 | ENGC/BECO DOE 1ST RFP-21-15307 | Letter Regarding Transfer of Facility Operating a License for Nuclear Power Station | May Use |
| 140 | 2/25/1999 | ENGC/BECO DOE 1ST RFP-21-15351 | ENGC/BECO DOE 1ST RFP-21-15374 | Draft Answer of Boston Edison & Entergy to Petition for Leave to Intervene & Summary Relief, or in the Alternative, Request for a Hearing, of the MA Attorney General | May Use |
| 141 | 3/29/1999 | ENGC/BECO DOE 1ST RFP-21-3371 | ENGC/BECO DOE 1ST RFP-21-3373 | Letter From Entergy to George B. Dean regarding March 24, 1999 meeting | May Use |
| 142 | 2/12/1999 | ENGC/BECO DOE 1ST RFP-21-4899 | ENGC/BECO DOE 1ST RFP-21-4917 | Fax with attachments Regarding Attorney's General Request Responses | Will Use |

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 143 | Various Dates | ENGC/BECO DOE 1ST RFP-36-28 | ENGC/BECO DOE 1ST RFP-36-347 | Documents Supporting Payments to US DOE for Pilgrim Spent Nuclear Fuel Disposal | May Use |
| 144 | 9/29/1998 | ENGC/BECO DOE 1ST RFP-13-10 | ENGC/BECO DOE 1ST RFP-13-10 | Unapproved Delivery Commitment Schedule for Year 2004 | May Use |
| 145 | 1/25/1996 | ENGC/BECO DOE 1ST RFP-13-16 | ENGC/BECO DOE 1ST RFP-13-16 | Approved Delivery Commitment Schedule for Year 2001 | May Use |
| 146 | 7/9/1998 | ENGC/BECO DOE 1ST RFP-3-114 | ENGC/BECO DOE 1ST RFP-3-116 | Email from C. Minott attaching White Paper on the Decommissioning Trust | May Use |
| 147 | 12/1/1991 | ENGC/BECO DOE 1ST RFP-3-896 | ENGC/BECO DOE 1ST RFP-3-960 | 1991 Decommissioning Study of the Pilgrim 1 Nuclear Power Station | May Use |
| 148 | | | | INTENTIONALLY LEFT BLANK | |
| 149 | 3/31/1995 | BEC 0000500A | BEC 0000582 | Letter from J. Fulton to MA Attorney General Attaching Draft Economic Analysis of Spent Fuel Storage Options at Pilgrim Station | May Use |
| 150 | 1/13/1999 | ENGC/BECO DOE 1ST RFP-23-334 | ENGC/BECO DOE 1ST RFP-23-335 | Memo Regarding Payment to the U.S. Department of Energy for Pilgrim 1 Nuclear Fuel Disposal (attaching approved Request for Payment) | May Use |
| 151 | 2/1/1998 | ENGC/BECO DOE 1ST RFP-21-1055 | ENGC/BECO DOE 1ST RFP-21-1098 | Boston Edison Pilgrim Nuclear Power Station Performance Report - February 1998 | May Use |
| 152 | 12/2/1994 | ENGC/BECO DOE 1ST RFP-13-22 | ENGC/BECO DOE 1ST RFP-13-22 | Approved Delivery Commitment Schedule for Year 2000 | May Use |
| 153 | 10/20/1993 | ENGC/BECO DOE 1ST RFP-13-7 | ENGC/BECO DOE 1ST RFP-13-7 | Approved Delivery Commitment Schedule for Year 1999 | May Use |
| 154 | 7/13/2006 | BECOEXP 03706 | BECOEXP 03976 | John Reed's Expert Report | Will Use |
| 155 | 9/13/2006 | BECOEXP 03977 | BECOEXP 04034 | John Reed's Amended Expert Report | Will Use |
| 156 | 11/30/2006 | BECOEXP 04035 | BECOEXP 04083 | John Reed's Expert Rebuttal Report | Will Use |
| 157 | No Date | ENGC/BECO DOE 1ST RFP-21-3583 | ENGC/BECO DOE 1ST RFP-21-3584 | Article: Entergy Takes Nuclear Road | May Use |
| 158 | 11/19/1998 | ENGC/BECO DOE 1ST RFP-23-107 | ENGC/BECO DOE 1ST RFP-23-109 | Article: Entergy Nuclear Wins Bid for Pilgrim Plant | May Use |
| 159 | 3/7/2007 | BECO Trial 0000001 | BECO Trial 0000001 | Article: U.S. to Owe Billions For Delays in Nuclear Dump, Official Says | May Use |
| 160 | 6/10/1993 | BECO Trial 0000002 | BECO Trial 0000003 | Article: As DOE Flounders on Fuel Disposal, Storage Looms in Decommissioning | May Use |
| 161 | 7/2002 | BECO Trial 0000004 | BECO Trial 0000177 | Scully Capital -- Business Case for New Nuclear Power Plants | Will Use |

<u>Boston Edison Co.'s Exhibit List</u>

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 162 | 9/10/1999 | BXE 008 0956 | BXE 008 1089 | Direct Testimony & Exhibits of David Schlissel | May Use |
| 163 | 9/17/2003 | BXE 0121675 | BXE 0121698 | Direct Testimony & Exhibits of David Schlissel | May Use |
| 164 | 9/28/2005 | BXE 0151816 | BXE 0151900 | Direct Testimony of David Schlissel | May Use |
| 165 | 2006 | BECO Trial 0000178 | BECO Trial 0000185 | Why a Future For the Nuclear Industry is Risky | May Use |
| 166 | 6/28/2006 | BECOEXP 04084 | BECOEXP 04126 | Eileen Supko's Expert Report Regarding Determination of the U.S. Department of Energy's Overall Spent Nuclear Fuel Acceptance Rate | Will Use |
| 167 | 11/21/2006 | BECOEXP 04127 | BECOEXP 04174 | Eileen Supko's Amended Expert Report Regarding Determination of the U.S. Department of Energy's Overall Spent Nuclear Fuel Acceptance Rate | Will Use |
| 168 | 3/1/1995 | ENGC/BECO DOE 1ST RFP-13-150 | ENGC/BECO DOE 1ST RFP-13-220 | Acceptance Priority Ranking and Annual Capacity Report | Will Use |
| 169 | 7/1/2004 | ENGC/BECO DOE 1ST RFP-13-54 | ENGC/BECO DOE 1ST RFP-13-134 | Acceptance Priority Ranking and Annual Capacity Report | May Use |
| 170 | 12/1/1990 | HQ 0003369 | HQ 0003490 | Annual Capacity Report | Will Use |
| 171 | 12/1/1991 | HQ 0003590 | HQ 0003650 | Annual Capacity Report | Will Use |
| 172 | 6/1/1988 | HQ 0004866 | HQ 0004972 | Draft 1988 Mission Plan Amendment | May Use |
| 173 | | | | INTENTIONALLY LEFT BLANK | |
| 174 | 6/1/1987 | HQ 0005797 | HQ 0005866 | OCRWM Mission Plan Amendment | Will Use |
| 175 | 12/1/1998 | HQR-036-0007 | HQR-036-0086 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management | May Use |
| 176 | 4/1/1985 | PA-176451 | PA-176673 | Analysis of the Total System Life Cycle of the Civilian Radioactive Waste Management Program | Will Use |
| 177 | 4/27/1984 | PNL-020-1491 | PNL-020-1657 | Preliminary Analysis of the Total System Life Cycle of the Commercial High Level Radioactive Waste Disposal Program | May Use |
| 178 | 1/24/1984 | PNL-023-0176 | PNL-023-0196 | Letter to R.J. Hall from J.F. Fletcher Regarding Revised Waste Acceptance Schedule from Draft | May Use |
| 179 | | | | INTENTIONALLY LEFT BLANK | |