Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 180 | 1/28/1999 | BEC- 0000829 | BEC- 0000847 | Letter Regarding Boston Edison Transfer of Facility Operating License and Materials License, and Proposed License Amendment | Will Use |
| 181 | 1/22/1999 | BEC- 0001192 | BEC- 0001196 | Letter Enclosing Request for Additional Information Regarding the Transfer of Facility Operating License for the Pilgrim Nuclear Power Station | Will Use |
| 182 | 12/9/1998 | ENGC/BECO DOE 1ST RFP-21-13697 | ENGC/BECO DOE 1ST RFP-21-13704 | Attendance List and Presentation Regarding Meeting with NRC to Discuss Sale of Pilgrim | May Use |
| 183 | 9/2/1998 | ENGC/BECO DOE 1ST RFP-21-13710 | ENGC/BECO DOE 1ST RFP-21-13713 | Memo Regarding NRC Meeting - License Transfer, Handwritten Notes and Attendance List | May Use |
| 184 | 7/12/1999 | ENGC/BECO DOE 1ST RFP-21-19047 | ENGC/BECO DOE 1ST RFP-21-19084 | Safety Evaluation By the Office of Nuclear Reactor Regulation Regarding Proposed Transfer of Operating License and Materials License for Pilgrim Nuclear Power Station (redacted and | Will Use |
| 185 | No Date | ENGC/BECO DOE 1ST RFP-21-2630 | ENGC/BECO DOE 1ST RFP-21-2639 | Documents Related to Meeting with NRC to Discuss Sale of Pilgrim | May Use |
| 186 | 4/29/1999 | ENGC/BECO DOE 1ST RFP-21-3204 | ENGC/BECO DOE 1ST RFP-21-3210 | Letter Attaching Order Approving the Transfer of Facility Operating License and Materials License For Pilgrim | Will Use |
| 187 | 4/16/1999 | ENGC/BECO DOE 1ST RFP-21-3211 | ENGC/BECO DOE 1ST RFP-21-3213 | Letter Attaching Consent to Condition of Approval of Transfer and License Condition | Will Use |
| 188 | 4/2/1999 | ENGC/BECO DOE 1ST RFP-21-3245 | ENGC/BECO DOE 1ST RFP-21-3349 | Licensing Correspondence Control Sheet Attaching Additional Information Provided to NRC in Support of the Request for Transfer of the Pilgrim Operating License and Materials License | Will Use |
| 189 | 2/26/1999 | ENGC/BECO DOE 1ST RFP-21-3374 | ENGC/BECO DOE 1ST RFP-21-3416 | Letter Attaching Original copies of Boston Edison/ Entergy's Answers to Petitions for Leave to Intervene & requests for Hearing of the MA | May Use |
| 190 | 1/22/1999 | ENGC/BECO DOE 1ST RFP-21-3431 | ENGC/BECO DOE 1ST RFP-21-3432 | Letter from NRC Attaching Request for Additional Information Regarding the Transfer of Facility Operating License for the Pilgrim Nuclear Power | Will Use |

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 191 | 1/28/1999 | ENGC/BECO DOE 1ST RFP-21-3436 | ENGC/BECO DOE 1ST RFP-21-3445 | Letter Regarding Boston Edison Transfer of Facility Operating License and Materials License, and Proposed License Amendment | Will Use |
| 192 | 12/21/1998 | ENGC/BECO DOE 1ST RFP-21-3502 | ENGC/BECO DOE 1ST RFP-21-3548 | Letter from Boston Edison Requesting Transfer of Facility Operating License and Materials License, and Proposed License Amendment | Will Use |
| 193 | 9/7/1998 | ENGC/BECO DOE 1ST RFP-21-2672 | ENGC/BECO DOE 1ST RFP-21-2672 | Email from M. Dupre to C. Shanks Regarding Pilgrim Model Review Session | May Use |
| 194 | No Date | ENGC/BECO DOE 1ST RFP-21-2676 | ENGC/BECO DOE 1ST RFP-21-2677 | Table of Assumptions | May Use |
| 195 | 9/11/1998 | ENGC/BECO DOE 1ST RFP-21-2678 | ENGC/BECO DOE 1ST RFP-21-2681 | Meeting Minutes: Pilgrim Meeting Teleconference Call | May Use |
| 196 | 9/22/1998 | ENGC/BECO DOE 1ST RFP-21-2684 | ENGC/BECO DOE 1ST RFP-21-2685 | Email from L. Turnipseed Regarding ENI Project | May Use |
| 197 | No Date | ENGC/BECO DOE 1ST RFP-21-2690 | ENGC/BECO DOE 1ST RFP-21-2690 | Pilgrim Model Review Session | May Use |
| 198 | 9/23/1998 | ENGC/BECO DOE 1ST RFP-21-2894 | ENGC/BECO DOE 1ST RFP-21-2895 | Email String Regarding Action Items from Friday Meeting -- Entergy Nuclear Proj. | May Use |
| 199 | 12/1998 | BECOEXP 02400 (CD) | BECOEXP 02400 (CD) | Viability Assessment of a Repository at Yucca Mountain- Overview | May Use |
| 200 | 2002 | BECOEXP 02400 (CD) | BECOEXP 02400 (CD) | US Nuclear Regulatory Commission Information Digest Office of the Chief Financial Officer 2002 Edition, NUREG - 1350, Volume 14 | May Use |
| 201 | 12/1998 | BECOEXP 02400 (CD) | BECOEXP 02400 (CD) | Viability Assessment of a Repository at Yucca Mountain -- Volume 1: Introduction and Site Characteristics | May Use |
| 202 | 12/1998 | BECOEXP 02400 (CD) | BECOEXP 02400 (CD) | Viability Assessment of a Repository at Yucca Mountain -- Volume 3: Total System Performance Assessment | May Use |
| 203 | 12/1998 | BECOEXP 02400 (CD) | BECOEXP 02400 (CD) | Viability Assessment of a Repository at Yucca Mountain -- Volume 2: Preliminary Design Concept for the Repository and Waste Package | May Use |

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 204 | 12/1998 | BECOEXP 02400 (CD) | BECOEXP 02400 (CD) | Viability Assessment of a Repository at Yucca Mountain -- Volume 5: Costs to Construct and Operate the Repository | May Use |
| 205 | 1/1/1987 | HQR025 5140 | HQR025 5200 | Draft Mission Plan Amendment | May Use |
| 206 | 12/22/1987 | HQR060-6202 | HQR060-6202 | Memo Regarding Monitored Retrievable Storage Review Commission | May Use |
| 207 | 6/1/1987 | PA-176705 | PA-176998 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program | May Use |
| 208 | 3/1/1993 | PA-102630 | PA-102678 | 1992 Annual Capacity Report | Will Use |
| 209 | 12/31/1998 | CTR-036-1049 | CTR-036-1075 | Nuclear Fuel Data Survey Form RW-859 | May Use |
| 210 | 12/1/1998 | PA-196254 | PA-196580 | Viability Assessment of a Repository at Yucca Mountain -- Preliminary Design Concept for the Repository and Waste Package | May Use |
| 211 | 2/1/1984 | DG-000001 | DG-000003 | Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting | Will Use |
| 212 | 1/1/2002 | HQR239-0698 | HQR239-0785 | Civilian Radioactive Waste Management System -- Waste Acceptance System Requirements Document -- Revision 4 | May Use |
| 213 | 3/31/2003 | ENGC/BECO DOE 1ST RFP-3-778 | ENGC/BECO DOE 1ST RFP-3-793 | Letter from M. Kansler to the NRC Regarding Status of Decommissioning Funding for Entergy's | May Use |
| 214 | 12/31/1999 | ENGC/BECO OCT 11 SITE VISIT-730 | ENGC/BECO OCT 11 SITE VISIT-753 | Memo Regarding Pilgrim Decommissioning Funding Status Report | May Use |
| 215 | 4/29/1999 | LB11272006 email-344 | LB11272006 email-385 | Memo Regarding Order Approving the Transfer of Facility Operating License and Materials License for Pilgrim Nuclear Power Station, from Boston Edison to Entergy Nuclear Generation Company & Approving Conforming Amendments | May Use |
| 216 | 4/16/1999 | LB11272006 email-299 | LB11272006 email-301 | Memo Regarding Consent to condition of approval of transfer & license condition | May Use |
| 217 | 4/9/1999 | LB11272006 email-338 | LB11272006 email-340 | Memo Regarding Forthcoming meeting with Boston Edison & Entergy Nuclear Generation | May Use |
| 218 | 1/22/1999 | LB11272006 email-323 | LB11272006 email-326 | Memo Regarding Request for additional information regarding the transfer of facility operating license for the pilgrim nuclear power | May Use |

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 219 | 3/30/2001 | ENGC/BECO OCT 11 SITE VISIT-41 | ENGC/BECO OCT 11 SITE VISIT-41 | Email Regarding Phone Call with Connie Wells et al. on Decom report | May Use |
| 220 | 10/26/1998 | BEP032 1651 | BEP032 1656 | Letter to J. Reed Regarding Final Bid for Boston Edison's Nuclear Business Unit | May Use |
| 221 | 10/28/1998 | BEP015 0761 | BEP015 0764 | Letter from R. Fitzgerald to J. Reed Regarding Responses to Question Sets 3, 4, & 5 | May Use |
| 222 | | | | INTENTIONALLY LEFT BLANK | |
| 223 | 10/16/1998 | BEP028 0001 | BEP028 0002 | Entergy Nuclear Generation Comp -- Bid For Pilgrim Nuclear Power Station | May Use |
| 224 | 10/29/1998 and 10/30/1998 | BEP015 0663 | BEP015 0664 | Letter from D. Hintz to J. Reed Regarding Confirmation of Entergy's Improved Supplemental | May Use |
| 225 | | | | INTENTIONALLY LEFT BLANK | |
| 226 | 11/2/1998 | BECO_NES_ 0000241 | BECO_NES_ 0000471 | NES, Inc. -- 1997 Decommissioning Study of the Pilgrim 1 Nuclear Power Station | Will Use |
| 227 | No Date | BECO_NES_0000733 | BECO_NES_0000733 | Figure 1.3 Pilgrim Spent Fuel Pool | May Use |
| 228 | 7/31/1998 | BEP032 0358 | BEP032 0363 | Letter from M. Egan to J. Reed Regarding the Possible Purchase by AmerGen of Pilgrim Nuclear | May Use |
| 229 | | | | INTENTIONALLY LEFT BLANK | |
| 230 | | | | INTENTIONALLY LEFT BLANK | |
| 231 | No Date | ENGC/BECO DOE 1ST RFP-21-3159 | ENGC/BECO DOE 1ST RFP-21-3173 | Entergy Nuclear Generation Co. -- Pilgrim Nuclear Power Station | May Use |
| 232 | | | | INTENTIONALLY LEFT BLANK | |
| 233 | 4/1986 | BECO Trial 0000186 | BECO Trial 0000242 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management | May Use |
| 234 | 12/20/1983 | CTR-042-1065 | CTR-042-1190 | Civilian Radioactive Waste Management Program Mission Plan -- Volume 1 -- Overview and Current Program Plans | May Use |
| 235 | 5/2/1984 | BECO Trial 0000243 | BECO Trial 0000365 | Letter from Department of Energy and Attached Draft Mission Plan | May Use |
| 236 | 6/1988 | PNL029-0605 | PNL029-0696 | Office of Civilian Radioactive Waste Management - Annual Capacity Report | Will Use |
| 237 | | | | INTENTIONALLY LEFT BLANK | |
| 238 | No Date | BECO Trial 0000738 | BECO Trial 0000866 | Letter from Dept of Energy to Members of Congress Regarding Submittal of the Mission Plan As required by the Nuclear Waste Policy Act of | May Use |

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 239 | | | | INTENTIONALLY LEFT BLANK | |
| 240 | 7/1983 | PA-178238 | PA-178295 | Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste | May Use |
| 241 | | | | INTENTIONALLY LEFT BLANK | |
| 242 | | | | INTENTIONALLY LEFT BLANK | |
| 243 | | | | INTENTIONALLY LEFT BLANK | |
| 244 | 3/7/1983 | ADM-001-1240 DC-108514 | ADM-001-1245 DC-108519 | Letter to R. Morgan from L. Trosten Regarding Standard Contract for Disposal of Spent Nuclear Fuel | May Use |
| 245 | | | | INTENTIONALLY LEFT BLANK | |
| 246 | | | | INTENTIONALLY LEFT BLANK | |
| 247 | 4/1/1999 | ENGC/BECO DOE 1ST RFP-21-15311 | ENGC/BECO DOE 1ST RFP-21-15314 | Fax Regarding Entergy Nuclear Company from Paul Gauron to Mike Bellamy | May Use |
| 248 | 6/1985 | HQ0005264 | HQ0005796 | Mission Plan for the Civilian Radioactive Waste Management Program -- Volume 1 | Will Use |
| 249 | | | | INTENTIONALLY LEFT BLANK | |
| 250 | 12/1998 | PA-196254 | PA-196580 | Viability Assessment of a Repository at Yucca Mountain -- Volume 2 -- Preliminary Design Concept for the Repository and Waste Package | May Use |
| 251 | | | | INTENTIONALLY LEFT BLANK | |
| 252 | | | | INTENTIONALLY LEFT BLANK | |
| 253 | 6/1985 | YMP-001-1045 | YMP-001-1393 | Record of Responses to Public Comments on the Draft Mission Plan for the Civilian Radioactive Waste Management Program -- Volume II | May Use |
| 254 | | | | INTENTIONALLY LEFT BLANK | |
| 255 | 7/1987 | PNL008-0001 | PNL008-0101 | 1987 Annual Review of the Adequacy of the 1.0 mill per kwh Waste Disposal Fee | May Use |
| 256 | | | | INTENTIONALLY LEFT BLANK | |
| 257 | 5/1989 | PA-177145 | PA-177334 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management | Will Use |
| 258 | 12/1990 | FI-113909 | FI-114010 | Preliminary Estimates of the Total-System Cost for the Restructured Program: An Addendum to the May 1989 Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste | May Use |

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 259 | | | | INTENTIONALLY LEFT BLANK | |
| 260 | 8/1995 | FI-113081 | FI-113145 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program | May Use |
| 261 | 9/11/1998 | PA-200633 | PA-200858 | Department of Energy: Draft RFP Strategy | May Use |
| 262 | | | | INTENTIONALLY LEFT BLANK | |
| 263 | 5/2001 | PA-224097 | PA-224174 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program | Will Use |
| 264 | 9/1/2004 | BECO Trial 0000366 | BECO Trial 0000407 | Civilian Radioactive Waste Management System Requirements Document Revision '06 | May Use |
| 265 | 1/2002 | HQR239-0698 | HQR239-0926 | Civilian Radioactive Waste Management System - Waste Acceptance System Requirements Document - Revision 4 | May Use |
| 266 | 2/1/2002 | BECO Trial 0001064 | BECO Trial 0001127 | Calculation Method for the Projection of Future Spent Nuclear Fuel Discharges | Will Use |
| 267 | 3/2/2004 | Bates Unavailable | Bates Unavailable | Indiana Michigan Power Co. v. US: Joint Stipulations Regarding Testimony on Spent Fuel | May Use |
| 268 | | | | INTENTIONALLY LEFT BLANK | |
| 269 | | | | INTENTIONALLY LEFT BLANK | |
| 270 | 3/11/1999 | ENGC/BECO DOE 1ST RFP-21-2261 | ENGC/BECO DOE 1ST RFP-21-2262 | Letter from F.B. Voght to P.C. Friedman Regarding Boston Edison's Ruling Request | May Use |
| 271 | 2/25/1999 | BEP041 1638 | BEP041 1652 | Letter from V. DeVito (Division of Energy Resources) to M. Cotrell (Mass. DTE) Attaching | May Use |
| 272 | 10/1/1997 | ENGC/BECO DOE 1ST RFP-3-606 | ENGC/BECO DOE 1ST RFP-3-607 | Email String Regarding Strategic Issue for Decom Estimate | May Use |
| 273 | 2/19/1998 | ENGC/BECO DOE 1ST RFP-21-1032 | ENGC/BECO DOE 1ST RFP-21-1033 | Letter from R. Knight to C. Minott Regarding Requested Changes to the 1997 Decommissioning Study of the Pilgrim 1 Nuclear Power Station | May Use |
| 274 | 10/16/1998 | BEP028 1480 | BEP028 1480 | Unredacted Response to AG2-2 | May Use |
| 275 | 7/1/1999 | BEP028 1510 | BEP028 1510 | Unredacted Response to AG2-4 -- PNPS Bid Evaluation Matrix | May Use |

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 276 | 6/22/1994 | BECO Trial 0000471 | BECO Trial 0000497 | Docket No. 50-293, Issuance of Amendment No. 155 to Facility Operating License No. DPR-35, Pilgrim Nuclear Power Station | May Use |
| 277 | No Date | Bates Unavailable | Bates Unavailable | DOE Computer Model - ACRMACRO APR ACR2004 reactor level - PROTECTED.xls and RO2LE104 CPOO BE R13 DB R2-PROTECTED.xls (available on DOE's SNF | May Use |
| 278 | No Date | BECO Trial 0000498 | BECO Trial 0000509 | ERI, "2005 1998 Base Case and Intrautility Post Shutdown Comparison.xls" | Will Use |
| 279 | No Date | BECO Trial 0000510 | BECO Trial 0000527 | ERI, "2005 1998 Base Case Additional Storage Requirements Calc.xls" | Will Use |
| 280 | No Date | BECO Trial 0000528 | BECO Trial 0000543 | ERI, "2005 IntraUtility Cases Additional | Will Use |
| 281 | No Date | BECO Trial 0000544 | BECO Trial 0000552 | ERI, "2005 1998 Ramp Up Sensitivity Post SD.xls" | Will Use |
| 282 | No Date | BECO Trial 0000553 | BECO Trial 0000564 | ERI, "2005 Ramp Up Additional Storage.xls" | Will Use |
| 283 | No Date | BECO Trial 0000565 | BECO Trial 0000576 | ERI, "112805 1998 LE104 Base Case Post Shutdown Comparison.xls" | Will Use |
| 284 | No Date | BECO Trial 0000577 | BECO Trial 0000592 | ERI, "112805 Base Case Additional Storage Requirements Calc.xls" | Will Use |
| 285 | No Date | BECO Trial 0000593 | BECO Trial 0000612 | ERI, "112805 LE104 Intra Utility Cases Additional Storage.xls" | Will Use |
| 286 | No Date | BECO Trial 0000613 | BECO Trial 0000618 | ERI, "101405 Sensitivity Additional Req 900 2100 Calc.xls" | Will Use |
| 287 | 10/1/1992 | ERINSP-01398 | ERINSP-01461 | Energy Resources International, Inc. Spent Fuel Acceptance Rate and Its Affect on Utility Spent Fuel Storage and Decommissioning Costs, Prepared for the Edison Electric Institute, Utility Nuclear Waste and Transportation Program, ERI- | Will Use |
| 288 | 7/1/1997 | BEC-0002123 | BEC-0002543 | Boston Edison-Restructuring Settlement | May Use |
| 289 | 2/2/1998 | BEC-0002544 | BEC-0002547 | The Commonwealth of Massachusetts, Department of Public Utilities, Notice of Corrected | May Use |
| 290 | No Date | BEC-0002548 | BEC-0002548 | Pilgrim Nuclear Power Station Cutaway | Will Use |
| 291 | No Date | BEC-0002549 | BEC-0002549 | Pilgrim Nuclear Power Station Aerial Photo | Will Use |
| 292 | No Date | BEC-0002550 | BEC-0002550 | Spent Fuel Pool | Will Use |
| 293 | | | | INTENTIONALLY LEFT BLANK | |
| 294 | 1/15/2007 | BECO Trial 0000619 | BECO Trial 0000620 | "Why The U.S. Is In Need Of a Nuclear Renaissance" by James Finch | May Use |

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 295 | 11/24/1998 | BECO Trial 0000621 | BECO Trial 0000626 | Memo attaching summary of the October 21, 1998 meeting between NRC and NEI | May Use |
| 296 | 9/25/1998 | BECO Trial 0000624 | BECO Trial 0000625 | Memo attaching summary of the August 27, 1998 meeting between NRC and NEI | May Use |
| 297 | 5/16/1996 | ENGC/BECO DOE 1ST RFP-3-726 | ENGC/BECO DOE 1ST RFP-3-809 | 1996 Annual Update NRC Pilgrim Decommissioning Certification Amounts | May Use |
| 298 | 10/28/1998 | AMGN-0000726 | AMGN-0000729 | Letter from R. Fitzgerald to J. Reed Regarding Responses to Question Sets 3, 4, & 5 | May Use |
| 298a | 10/26/1998 | AMGN-0000730 | AMGN-0000735 | Letter to J. Reed from PECO Energy Regarding Request for Addition Information | May Use |
| 298b | 10/16/1998 | AMGN-0000736 | AMGN-0000738 | Letter to J. Reed from Peco Energy with Final Bid Attached | May Use |
| 299 | | | | INTENTIONALLY LEFT BLANK | |
| 300 | 8/27/1998 | ENGC/BECO DOE 1ST RFP-21-8606 | ENGC/BECO DOE 1ST RFP-21-8611 | Email String Regarding Financial Model | May Use |
| 301 | 4/27/1998 | ENGC/BECO DOE 1ST RFP-21-316 & ENGC/BECO DOE 1ST RFP-21-208 | ENGC/BECO DOE 1ST RFP-21-317 & ENGC/BECO DOE 1ST RFP-21-209 | Letter from D. Hintz to G. Lubbock Regarding Expression of Interest | May Use |
| 302 | 11/19/1998 | ENGC/BECO DOE 1ST RFP-21-3579 | ENGC/BECO DOE 1ST RFP-21-3580 | Yahoo Article: "S&P affirms Entergy corp units' ratings" | May Use |
| 303 | 9/23/1998 | AMGN-0000097 | AMGN-00000111 | AMERGEN Management Committee: Pilgrim | May Use |
| 304 | 3/19/1998 | ENGC/BECO DOE 1ST RFP-21-875 | ENGC/BECO DOE 1ST RFP-21-879 | Boston Edison, Pilgrim Station Summary of Initial Assessment | May Use |
| 305 | 4/1998 | ENGC/BECO DOE 1ST RFP-21-14060 | ENGC/BECO DOE 1ST RFP-21-14279 | 1997 Decommissioning Study of the Pilgrim 1 Nuclear Power Station -- Draft April 1998 | Will Use |
| 306 | No Date | BEC-0000001 | BEC-0000090 | Direct Testimony of William J. Manion Before the Massachusetts Department of Public Utilities | May Use |
| 307 | No Date | BEC-0000147 | BEC-0000227 | Direct Testimony of William J. Manion | May Use |
| 308 | 2/11/1993 | LB 4/25/2006-136 | LB 4/25/2006-488 | Proposed Technical Specification Change -- Pilgrim Nuclear Power Station Spent Fuel Storage Capacity Expansion | May Use |
| 309 | 3/27/1995 | LB 4/25/2006-489 | LB 4/25/2006-491 | Completed Project Cost Review Report of Capital Authorization | May Use |

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 310 | 8/12/1999 | ENGC/BECO DOE 1ST RFP-21-2146 | ENGC/BECO DOE 1ST RFP-21-2431 | Memorandum Regarding First Amendment to Provisional Trust for Signature | May Use |
| 311 | Various Dates | ENGC/BECO DOE 1ST RFP-23-114 | ENGC/BECO DOE 1ST RFP-23-116 | Email String Regarding Pilgrim Financing | May Use |
| 312 | | | | INTENTIONALLY LEFT BLANK | |
| 313 | 3/15/2006 | BECOEXP03402 | BECOEXP03403 | Article, "Project Head Details Nuclear Dump | May Use |
| 314 | 7/13/1999 | BEP004 3275 | BEP004 3280 | Agreement Regarding Qualified Trust Ruling | May Use |
| 315 | | | | INTENTIONALLY LEFT BLANK | |
| 316 | 9/12/2001 | ENGC/BECO DOE 1ST RFP-3-1034 | ENGC/BECO DOE 1ST RFP-3-1035 | Meeting with TLG: September 12 -- Pilgrim Decommissioning Estimate | May Use |
| 317 | | | | INTENTIONALLY LEFT BLANK | |
| 318 | Various Dates | ENGC/BECO DOE 1ST RFP-3-345 | ENGC/BECO DOE 1ST RFP-3-346 | Email String Regarding GAO Survey -- Pilgrim (Draft) | May Use |
| 319 | | | | INTENTIONALLY LEFT BLANK | |
| 320 | | | | INTENTIONALLY LEFT BLANK | |
| 321 | | | | INTENTIONALLY LEFT BLANK | |
| 322 | 9/26/1995 | ENGC/BECO DOE 1ST RFP-13-16 | ENGC/BECO DOE 1ST RFP-13-17 | Letter from H.V. Oheim to DOE Regarding Delivery Commitment Schedule with Attached | May Use |
| 323 | 7/6/2006 | BECO Trial 0001046 | BECO Trial 0001063 | The Grace Policy Institute -- Moderator: Alice | May Use |
| 324 | 11/19/1998 | BECO Trial 0001233 | BECO Trial 0001238 | Form 8-K: Boston Edison Company | May Use |
| 325 | 6/25/1999 | Bates Forthcoming | Bates Forthcoming | NY Form 8-K: Niagara Mohawk Holdings Inc. | May Use |
| 326 | 6/28/1999 | BECO Trial 0001045 | BECO Trial 0001050 | Form 8-K: NRG Energy Inc. | May Use |
| 327 | 8/4/1998 | BECO Trial 0001057 | BECO Trial 0001101 | Form 8-K: AES Corp. | May Use |
| 328 | 4/2/1999 | BECO Trial 0001051 | BECO Trial 0001056 | Form 8-K: Edison Mission Company | May Use |
| 329 | 9/30/1998 | BECO Trial 0001172 | BECO Trial 0001221 | Form 10-Q: PG&E Corporation | May Use |
| 330 | 5/24/1999 | BECO Trial 0001222 | BECO Trial 0001227 | Form 8-K: PPL Electric Utilities Corp. | May Use |
| 331 | 8/29/1999 | BECO Trial 0001228 | BECO Trial 0001232 | Form 8-K: Duquesne Light Holdings Co. | May Use |
| 332 | 12/31/1999 | BECO Trial 0001102 | BECO Trial 0001171 | Form 10-K: Northeast Utilities | May Use |
| 333 | 7/13/1999 | ENGC/BECO DOE 1ST RFP-21-16530 | ENGC/BECO DOE 1ST RFP-21-16530 | Closing Side Letter from Entergy Nuclear Generation Company to Boston Edison Company | May Use |
| 334 | 9/29/1999 | BECO Trial 00001228 | BECO Trial 00001232 | Form 8-K: Duquesne Light Holdings Inc -- DQE | May Use |
| 335 | 3/16/2001 | BECO Trial 00001364 | BECO Trial 00001625 | Form 10-K: Entergy Arkansas Inc -- EHA | May Use |
| 336 | 11/12/2002 | BECO Trial 00001239 | BECO Trial 00001363 | Form 10-Q: Entergy Arkansas Inc -- EHA | May Use |
| 337 | 3/19/2003 | BECO Trial 00001626 | BECO Trial 00001941 | Form 10-K: Entergy Arkansas Inc -- EHA | May Use |
| 338 | | | | INTENTIONALLY LEFT BLANK | |
| 339 | | | | INTENTIONALLY LEFT BLANK | |

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 340 | | | | INTENTIONALLY LEFT BLANK | |
| 341 | | | | INTENTIONALLY LEFT BLANK | |
| 342 | | | | INTENTIONALLY LEFT BLANK | |
| 343 | | | | INTENTIONALLY LEFT BLANK | |
| 344 | 4/29/1998 | ENGC/BECO DOE 1ST RFP-21-9686 | ENGC/BECO DOE 1ST RFP-21-9718 | Pilgrim Assessment Manual Outline | May Use |
| 345 | No Date | BECO EXP 003321 | BECO EXP 003321 | Market & Financial Due Diligence -- Review List | May Use |
| 346 | 1/28/1999 | BEP 038 0141 | BEP 038 0151 | BECO Docket/Request: Boston Edison Summary Matrix: Pilgrim Indicative Bids | May Use |
| 347 | No Date | BEP 007 0054 | BEP 007 0076 | Prepared Direct Testimony of John Reed on Behalf of Boston Edison Company | May Use |
| 348 | 6/27/1998 | AMGN-0000153 | AMGN-0000178 | Project Skye -- Evaluation Summary | May Use |
| 349 | No Date | AMGN-0000179 | AMGN-0000187 | Project Skye -- Model Assumptions | May Use |
| 350 | No Date | BECO EXP 002466 | BECO EXP 002523 | Testimony Summary of Robert B. Hevert | May Use |
| 351 | 1/6/1999 | BECO DTE 0009115 | BECO DTE 0009115 | BECO Docket /Request | May Use |
| 352 | 9/18/1997 | AMGN-0000635 | AMGN-0000648 | Project Skye -- Initial Assessment | May Use |
| 353 | 9/8/1998 | ENGC/BECO DOE 1ST RFP-21-2673 | ENGC/BECO DOE 1ST RFP-21-2674 | Email String Regarding ENI Financing | May Use |
| 354 | 3/31/2003 | BW112082006 email-1 | BW 12082006 email-15 | Confidential Letter Regarding Nuclear Regulatory Commission Subject: Entergy Nuclear Operations, | May Use |
| 355 | 11/18/1998 | BEP 038 2484 | BEP 038 2528 | Purchase and Sale Agreement Between Entergy Nuclear Generation Company and Boston Edison Company | May Use |
| 356 | 3/20/2000 | ENGC/BECO DOE 1ST RFP-3-770 | ENGC/BECO DOE 1ST RFP-3-777 | Letter and Attachments Regarding Pilgrim Decommissioning Funding Status Report | May Use |
| 357 | 10/29/1998 | BEP 038 2449 | BEP 038 2457 | Bid Evaluation Regarding Bidder Guidance from Final to Supplemental Bidding | May Use |
| 358 | 1/7/1999 | BEP 028 2461 | BEP 028 2461 | BECO Docket /Request | May Use |
| 359 | 3/20/2001 | ENGC/BECO DOE 1ST RFP-3-753 | ENGC/BECO DOE 1ST RFP-3-769 | Letter and Attachments Regarding Pilgrim Decommissioning Funding Status Report | May Use |
| 360 | 3/5/1998 | AMGN-0001047 | AMGN-0001094 | Email Regarding Project Skye Model With | May Use |
| 361 | 10/14/1997 | AMGN-0000004 | AMGN-0000036 | Project Skye -- Initial Assessment | May Use |
| 362 | 9/17/1997 | AMGN-0000293 | AMGN-0000306 | Email Regarding Project Skye -- Initial Assessment With Attachment | May Use |

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 363 | 12/21/1998 | BEP 028 1788 | BEP 028 1809 | Letter Regarding BECO and Entergy Transfer of Facility Operating License and Materials License, and Proposed License Amendment | May Use |
| 364 | 4/22/1998 | BEP 042 0070 | BEP 042 0133 | Board of Directors Nuclear Oversight Committee Briefing Booklet | May Use |
| 365 | 1/28/1999 | BEP 03 0139 | BEP 038 0140 | BECO Docket /Request | May Use |
| 366 | 3/24/1999 | BW 12082006 email-34 | BW 12082006 email-42 | Letter with Exhibits Regarding Pilgrim Decommissioning Funding Status Report | May Use |
| 367 | 3/20/2000 | BW 12082006 email-43 | BW 12082006 email-50 | Letter with Exhibits Regarding Pilgrim Decommissioning Funding Status Report | May Use |
| 368 | | | | INTENTIONALLY LEFT BLANK | |
| 369 | 10/15/2003 | ENGC/BECO DOE 1ST RFP-5-2 | ENGC/BECO DOE 1ST RFP-5-106 | Memorandum from B. Franklin to F. Rives Regarding Entergy Nuclear Spent Fuel | May Use |
| 370 | 10/15/2003 | BECO Trial 0001022 | BECO Trial 0001029 | Spreadsheets Regarding Fuel Storage Summary Costs | May Use |
| 371 | No Date | BECO Trial 0001030 | BECO Trial 0001042 | Fact Sheet -- Decommissioning Nuclear Power | May Use |
| 372 | 5/17/2004 | BECO Trial 0001043 | BECO Trial 0001045 | Article, Business Insurance, “Many insurers wary of fallout from writing nuclear risks" | May Use |
| 373 | 5/18/1998 | ENGC/BECO DOE 1ST RFP-36-52 | ENGC/BECO DOE 1ST RFP-36-55 | Letter from F. Pena to T. May Regarding Proposed Modification to the Standard Contract | May Use |
| 374 | No Date | BECO Trial 0000867 | BECO Trial 0000872 | S. Pratt, et al., "Valuing A Business -- The Analysis & Appraisal of Closely Held Companies," Fourth Edition (selected pages) | May Use |
| 375 | Nov-98 | BECO Trial 0000873 | BECO Trial 0000876 | Article, Nuclear Engineering International, "To Decommission Or Not To Decommission? That is the Question!" | May Use |
| 376 | 5/1/1982 | BECO Trial 0000877 | BECO Trial 00001020 | Cost Guide -- Cost Estimating Methods and Techniques -- Volume 6 | May Use |

Boston Edison Co.'s Exhibit List

| BX # | Date | Bates Beg | Bates End | Description | May Use/ Will Use |
|---|---|---|---|---|---|
| 377 | 3/28/2005 | BW 12082006 email-17 | BW 12082006 email-32 | Letter with Attachments from F. Dacimo to the U.S. Nuclear Regulatory Commission Regarding Status of Decommissioning Funding for Plants Operated by Entergy Nuclear Operations, Inc. for Year Ending December 31, 2004 | Will Use |
| 378 | | | | INTENTIONALLY LEFT BLANK | |
| 379 | 7/1/1998 | AMGN-0000051 | AMGN-0000096 | Pilgrim Nuclear Power Station -- Pre-Bid Site Visit Team Report -- DRAFT | May Use |
| 380 | 9/23/1998 | AMGN-000097 | AMGN-0000111 | Pilgrim -- AmerGen Management Committee -- Pilgrim Status | May Use |
| 381 | | | | INTENTIONALLY LEFT BLANK | |
| 382 | No Date | AMGN-0000683 | AMGN-0000683 | Specific Topics Which PECO Should Address | May Use |
| 382a | 9/9/1997 | AMGN-0000684 | AMGN-0000684 | Memorandum Regarding Pilgrim Visit Preparation | May Use |
| 382b | 9/17/1997 | AMGN-0000685 | AMGN-0000685 | Email From J.A. Curran Regarding Project Skye Initial Assessment | May Use |
| 383 | No Date | AMGN-0000249 | AMGN-0000275 | JVCo Business Plan -- PECO Energy -- British | May Use |
| 384 | 10/16/1998 | BEP015 0290 | BEP015 0660 | Final Bid Proposal to Acquire Boston Edison Nuclear Business Unit Including Pilgrim Nuclear | May Use |
| 385 | No Date | AMGN-0000291 | AMGN-0000291 | Project Skye Proposed Resources | May Use |
| 386 | No Date | AMGN-0001043 | AMGN-0001045 | Pilgrim Operational Base Case Assumptions | May Use |
| 387 | 9/30/1998 | AMGN-0000750 | AMGN-0000756 | Pilgrim Generating Station Non-Operational Due Diligence Report | May Use |
| 388 | 10/30/1998 | BEP015-0782 | BEP015-0785 | Letter from R.G. White to J. Reed Regarding Supplemental Bid - Principal Valuation Points | May Use |
| 389 | 4/29/1998 | BEP031-0662 | BEP031-0662 | Letter from C. Lewis to J. Reed and G. Lubbock Regarding Sale of Pilgrim Nuclear Power Station | May Use |
| 390 | 3/14/2000 | ENGC/BECO DOE 1ST RFP-3-253 | ENGC/BECO DOE 1ST RFP-3-253 | Backup to 1999 NRC Decommissioning Funding Report -- Pilgrim Station | May Use |
| 391 | 5/1/1993 | CTR-020-0120 | CTR-020-0151 | 1992 Acceptance Priority Ranking - Revision 1 | May Use |