IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BOSTON EDISON COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | |
| ENTERGY NUCLEAR GENERATION CO.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 99-447C<br>No. 03-2626C<br>(Judge Lettow) |

DEFENDANT'S MOTION TO FILE CERTAIN OF
DEFENDANT'S PRETRIAL MOTIONS UNDER SEAL

Pursuant to the Protective Order entered by the Court in this case on August 22, 2001, defendant, the United States, respectfully requests leave of the Court to file certain pretrial motions, as well as the accompanying appendices, under seal. Counsel for the defendant notified counsel for plaintiffs, Boston Edison Company and Entergy Nuclear Generation Company, by telephone that defendant intended to file this motion. Counsel for plaintiffs have represented that plaintiffs have no objection to this motion.

The Government intends to file its pretrial motions through the Court's Electronic Court Filing ("ECF") system. Certain of these motions contains excerpts from Boston Edison Company's expert reports. Boston Edison Company has designated their experts' reports as

confidential material in accordance with paragraph 2 of the Protective Order. Defendant intends to include discussions and quotes from these materials in the text of its motion and the accompanying appendix.

Therefore, pursuant to paragraph 6 of the Protective Order, we respectfully request that the Court issue an order permitting defendant to file its pretrial motions and the accompanying appendices under seal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester
HAROLD D. LESTER, JR.
Assistant Director

s/ Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0226
Fax: (202) 307-2503

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

PATRICK B. BRYAN
SCOTT R. DAMELIN
STEPHEN FINN
JOSHUA E. GARDNER
SONIA ORFIELD
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

May 3, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 3rd day of May 2007, a copy of foregoing "DEFENDANT'S MOTION TO FILE CERTAIN OF DEFENDANT'S PRETRIAL MOTIONS UNDER SEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joshua E. Gardner