**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on May 7, 2007)

| | |
|---|---|
| **BOSTON EDISON COMPANY**, Plaintiff, v. **THE UNITED STATES**, Defendant. | No. 99-447C |
| **ENTERGY NUCLEAR GENERATION CO.**, Plaintiff, v. **THE UNITED STATES**, Defendant. | No. 03-2626C (Judge Lettow) |

**ENTERGY NUCLEAR GENERATION COMPANY'S MOTION FOR LEAVE TO FILE A RESPONSE TO THE GOVERNMENT'S MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

Pursuant to the Court's February 26, 2007 Order, Plaintiff Entergy Nuclear Generation Company ("ENGC") respectfully requests leave to file a response, on or before May 15, 2007, to Defendant's ("the Government") Memorandum Of Contentions Of Fact And Law dated April 30, 2007. The Court's February 26, 2007 Order set forth a schedule for, *inter alia*, the filing of pre-trial motions and memoranda. Consistent with this schedule, ENGC filed its pre-trial memorandum on April 16, 2007 and the Government filed its pre-trial memorandum on April 30, 2007. The February 26, 2007 Order did not specify a date for the filing of any response briefs by ENGC or the Government, but did state that "[w]ithin seven days after the government has filed its contentions of fact and law, plaintiff Entergy may request the opportunity to supplement its

contentions of fact and law to address any new issues directed to Entergy that appear in the government's contentions of fact and law." February 26, 2007 Order at n.1.

The Government's pre-trial memorandum raises at least two issues that were not discussed in ENGC's pre-trial memorandum, specifically (1) the allegation that ENGC must establish a "but for" world at the trial scheduled to commence on June 4, 2007 and (2) the Government's apparent intent to seek an offset against ENGC for any damages that Plaintiff Boston Edison Company may recover from this trial. In order to respond to these two issues (and related contentions), ENGC respectfully submits that it is necessary to file a short brief that supplements its April 16, 2007 pre-trial memorandum.

Thus, for the foregoing reasons, ENGC respectfully requests leave from the Court to file, on or before May 15, 2007, a response to the Government's April 30, 2007 pre-trial memorandum.

Dated: May 7, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Entergy Nuclear Generation Company

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

L. Jager Smith, Jr.
**WISE CARTER CHILD**
**& CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5572
(601) 368-5816 (fax)