IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: May 7, 2007)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

A status conference shall be held by telephonic means on May 15, 2007, at 2:00 p.m. EDT. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Judge