IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: May 9, 2007)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court are (1) a motion filed by the government on May 4, 2007 seeking leave to take a deposition after the close of discovery and (2) a motion filed by Entergy Nuclear Generation Company ("Entergy") on May 7, 2007 seeking leave to file a response to the government's memorandum of contentions of fact and law.

The government seeks leave to depose Mr. Thomas LaGuardia, whom Boston Edison Company ("Boston Edison") has identified as an individual it will call to testify at trial. Entergy does not oppose the government's motion, and Boston Edison does not oppose the motion provided the deposition of Mr. LaGuardia is limited in duration to four hours, takes place at a time and location convenient to Mr. LaGuardia, and occurs on or before May 18, 2007, assuming that Mr. LaGuardia is available to be deposed on or before that date. The government consents to Boston Edison's conditions on the deposition.

Entergy seeks leave to respond to two issues that the government raised in its memorandum of contentions of fact and law, which issues Entergy claims are not addressed in Entergy's pre-trial memorandum. In support of its motion, Entergy cites this court's Order of February 26, 2007 permitting Entergy to request leave "to address . . . new issues directed to [it] that appear in the government's contentions of fact and law."

For good cause shown, the government's motion to depose Mr. LaGuardia, subject to the conditions set forth, is GRANTED. Entergy's motion for leave to file a response to the government's memorandum of contentions of fact and law similarly is GRANTED. However, Entergy's response shall be limited to five pages in length.

It is so ORDERED.

s/ Charles F. Lettow
Judge