**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BOSTON EDISON COMPANY,**<br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant.** | |
| **ENTERGY NUCLEAR GENERATION CO.,**<br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant.** | **No. 99-447C**<br>**No. 03-2626C**<br>**(Judge Charles F. Lettow)** |

**JOINT CERTIFICATION REGARDING MEETING OF COUNSEL**

Pursuant to Paragraph 13(d) of Appendix A of the Rules of the Court of Federal Claims ("RCFC"), the undersigned counsel hereby certify that, on Friday, May 4, 2007, counsel for the parties in the above-captioned litigation conducted a Meeting of Counsel in accordance with RCFC Appendix A, Paragraph 13, and accomplished all matters required by that paragraph.

Dated: May 4, 2007

Respectfully submitted,

By: s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Tel: (202) 420-2200
Fax: (202) 420-2201

Counsel of Record for Boston Edison Company

s/ Harold D. Lester
HAROLD D. LESTER, JR.
Assistant Director

s/ Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 307-0226
Fax: (202) 307-2503

Counsel of Record for the United States

s/ Alex D. Tomaszczuk
Alex D. Tomaszczuk
PILLSBURY WINTRHOP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: (703) 770-7940
Fax: (703) 770-7901

Counsel of Record for Entergy Nuclear Generation Company