**EXHIBIT 2**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on May 14, 2007)

| | |
|---|---|
| **BOSTON EDISON COMPANY,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant. | |
| **ENTERGY NUCLEAR GENERATION CO.,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant. | No. 99-447C<br>No. 03-2626C<br>(Judge Lettow) |

**CONSENT TO SUBSTITUTION OF LEAD COUNSEL**

In accordance with RCFC 83.1(c)(4), I hereby consent to the change of Counsel of Record for Plaintiff in this action to L. Jager Smith, Jr., of the law firm Wise Carter Child & Caraway, P.A., who represents Plaintiff Entergy Nuclear Generation Company.

Dated: May 14, 2007

Respectfully submitted,

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

600294485v1