**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BOSTON EDISON COMPANY,** **Plaintiff,** | ) | |
| **v.** | ) | **No. 99-447C** **No. 03-2626C** |
| **THE UNITED STATES,** **Defendant.** | ) | **(Judge Charles F. Lettow)** |
| **ENTERGY NUCLEAR GENERATION CO.,** **Plaintiff,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES,** **Defendant.** | ) | |

**PLAINTIFF BOSTON EDISON COMPANY'S CONSENT MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANT'S RESPONSE TO PLAINTIFF ENTERGY NUCLEAR GENERATION COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Boston Edison Company ("Boston Edison") respectfully requests leave of the Court to file a response to the United States' May 14, 2007 Response ("Government's Response") to Plaintiff Entergy Nuclear Generation Company's Motion for Partial Summary Judgment ("Entergy Motion"). As previously stated in the parties' submissions regarding the Entergy Motion, Entergy (joined by the Government) seeks judgment as a matter of law regarding certain of Boston Edison's diminished value claims arising from the Government's breach of the Standard Contract. Boston Edison's Response, also filed on May 14, 2007, establishes why the Entergy Motion should be denied on legal and factual grounds.

Boston Edison hereby seeks leave to file a response to address arguments raised by the Government for the first time in its Response – arguments that were not contained in the Entergy Motion. The Government's Response refers to issues, particularly with respect to the retention of claims language in the Purchase and Sale Agreement, to which Boston Edison has had no opportunity to respond. Like the arguments contained in Entergy's Motion, the

Government's arguments are similarly deficient as a matter of law and fact, and Boston Edison therefore wish to address those arguments before the Court.

Counsel for the Government and Entergy have been consulted, and counsel for both parties have permitted the undersigned counsel to represent their consent to Boston Edison's filing of this Motion. Plaintiff respectfully requests a filing date of May 23, 2007 for the requested response.

**CONCLUSION**

For the foregoing reasons, Boston Edison respectfully requests that the Court permit Boston Edison to respond by May 23, 2007 to the Government's May 14, 2007 Response to the Entergy Motion.

Date: May 16, 2007

Respectfully submitted,

/s/Richard J. Conway

Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

*Counsel of Record for*
*Boston Edison Company*

Of Counsel:
Bradley D. Wine
Nicholas W. Mattia, Jr.
Bernard F. Sheehan
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on May 16, 2007, a copy of the foregoing "Consent Motion for Leave to File a Response to Defendant's Response to Plaintiff Entergy Nuclear Generation Company's Motion for Partial Summary Judgment" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley Wine