IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: May 17, 2007)

| | |
|---|---|
| BOSTON EDISON COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |
| ENTERGY NUCLEAR GENERATION CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is a motion, filed by Boston Edison Company ("Boston Edison") on May 16, 2007, seeking leave to file a response to the government's response to Entergy Nuclear Generation Company's ("Entergy") motion for partial summary judgment. In support of its motion, Boston Edison argues that the government's motion raises issues that Entergy did not address in its motion for partial summary judgment and to which Boston Edison has not had an opportunity to respond. The government and Entergy consent to Boston Edison's filing of this motion.

For good cause shown, Boston Edison's motion for leave to file a response to the government's response to Entergy's motion for partial summary judgment is GRANTED. Boston Edison shall file its response on or before May 23, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge