**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on May 18, 2007)

| | |
|---|---|
| **BOSTON EDISON COMPANY,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant. | |
| **ENTERGY NUCLEAR GENERATION CO.,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant. | No. 99-447C<br>No. 03-2626C<br>(Judge Lettow) |

**JOINT NOTICE OF DEPOSITION & TRIAL TESTIMONY DESIGNATIONS**

Plaintiffs Boston Edison Company ("Boston Edison") and Entergy Nuclear Generation Company ("ENGC") (jointly "Plaintiffs") respectfully submit certain designated deposition and prior trial testimony of witnesses of the United States ("the Government") that Plaintiffs intend to use as substantive evidence at the trial scheduled to commence on June 4, 2007. A listing identifying the witnesses and specific transcript pages and lines is attached hereto. Because this testimony derives from the Government's agents or employees, it is admissible as substantive evidence pursuant to Fed. R. Evid. 801(d)(2) as admissions by a party-opponent. *See Globe Savings Bank, F.S.B. v. United States*, 61 Fed. Cl. 91, 96-97 (2004).

In this regard, RCFC Appendix A, ¶ 15(b) provides that a party must move for leave to file designations of substantive testimony, *except "as provided by Fed. R. Evid. 801(d)."* RCFC

Appendix A, ¶ 15(b) (emphasis added). Because Plaintiffs' designations are pursuant to Fed. R. Evid. 801(d), Boston Edison and ENGC have filed this notice (as a motion does not appear to be required by the rules). *See Globe Savings*, 61 Fed. Cl. at 96. In this regard, this filing provides notice to the Government and this Court regarding these designations. Plaintiffs will be prepared to file the listed pages with the Court (and serve the Government) prior to commencement of trial.

Ultimately, Plaintiffs seek to have the designated deposition and prior trial testimony admitted to streamline the parties' trial preparation and reduce trial time and costs. Plaintiffs reserve their right to supplement these designations, among other reasons, to respond to any of the Government's counter-designations (should it have any) and to otherwise assure that the testimony presented meets the requirements of Fed. R. Evid. 801(d).

Dated: May 18, 2007

Respectfully submitted,

s/ L. Jager Smith, Jr. by bdw
L. Jager Smith, Jr.
**WISE CARTER CHILD & CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
Tel: (601) 368-5572
Fax: (601) 368-5816
Counsel of Record for Plaintiff
Entergy Nuclear Generation Company

OF COUNSEL:
Alex D. Tomaszczuk
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
Tel: (202) 663-8000
Fax: (202) 663-8007

s/Richard J. Conway
Richard J. Conway
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, D.C. 20006
Tel: (202) 420-2200
Fax: (202) 420-2201
Counsel of Record for Boston Edison Company

OF COUNSEL:
Bradley D. Wine
Nicholas W. Mattia, Jr.
Bernard F. Sheehan
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, D.C. 20006

**ATTACHMENT 1**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on May 18, 2007)

| | |
|---|---|
| **BOSTON EDISON COMPANY,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant. | |
| **ENTERGY NUCLEAR GENERATION CO.,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant. | No. 99-447C<br>No. 03-2626C<br>(Judge Lettow) |

**JOINT DEPOSITION & TRIAL TESTIMONY DESIGNATIONS**

**Lake Barrett**

**Dep. Testimony (Apr. 22, 2002)**
10:21 through 11:8
49:2 through 60:22
74:2 through 74:15
76:12 through 76:19
85:3 through 94:8
117:3 through 123:2
137:11 through 139:20
153:3 through 156:19
197:4 through 198:10
217:1 through 220:2

**Dep. Testimony (Apr. 23, 2002)**
348:1 through 350:11

**Dep. Testimony (Apr. 26, 2002)**
738:21 through 742:13
795:5 through 798:9

**Dep. Testimony (May 10, 2002)**
1161:10 through 1166:7
1284:19 through 1286:7
1332:1 through 1335:18
1368:10 through 1371:21

**Trial Testimony, *Tennessee Valley Authority v. US* (Jun. 24, 2005)**
818:1 through 819:20
824:17 through 826:25

**Alan Brownstein**

**Dep. Testimony (Apr. 9, 2002)**
9:18 through 10:14
136:7 through 136:25

**Dep. Testimony (Apr. 10, 2002)**
276:6 through 276:17
282:5 through 283:15
299:15 through 299:20
328:19 through 328:21
376:22 through 378:5
405:16 through 405:20

**Dep. Testimony (Apr. 11, 2002)**
514:1 through 519:9

**Dep. Testimony (June 14, 2002)**
281:21 through 282:25
427:16 through 427:25

**Susan Klein**:

**Dep. Testimony (Apr. 24, 2002)**
11:10 through 12:15
151:6 through 151:20

**Christopher Kouts**

**Trial Testimony, *Tennessee Valley Authority v. US* (July 12, 2005)**
1567:15 through 1568:7
1569:4 through 1570:17
1571:1 through 1580:24

**Trial Testimony, *System Fuels, Inc. v. US* (Jan. 16, 2007)**
1902:23 through 1904:13
1916:22 through 1919:18

**Trial Testimony, *System Fuels, Inc. v. US* (Apr. 12, 2007)**
3435:18 through 3445:7
3446:14 through 3449:14
3449:21 through 3451:2
3451:8 through 3451:15
3451:18 through 3453:3
3455:12 through 3457:5
3457:24 through 3457:13
3457:17 through 3461:15
3462:9 through 3462:13
3462:24 through 3463:1
3463:4 through 3470:7
3476:3 through 3477:1
3478:7 through 3481:21
3482:1 through 3484:15
3485:5 through 3485:12
3485:22 through 3486:19
3487:4 through 3487:5
3491:10 through 3495:2
3506:15 through 3509:7
3509:12 through 3509:16
3510:1 through 3511:16
3513:2 through 3517:10
3517:25 through 3521:8
3521:15 through 3530:16
3533:17 through 3534:14
3535:4 through 3536:4
3536:11 through 3538:8
3538:15 through 3539:21
3540:7 through 3541:9
3568:25 through 3571:15
3572:22 through 3573:19
3573:23 through 3754:11
3574:22 through 3574:24
3575:7 through 3575:11
3578:9 through 3579:12

**Michael Lawrence**

**Dep. Testimony (May 20, 2002)**
86:7 through 88:22
130:7 through 131:16
142:10 through 145:24

**Dep. Testimony (May 21, 2002)**
301:20 through 305:4

<u>**Ronald Milner**</u>:

**Dep. Testimony (May 1, 2002)**
11:23 through 12:8
31:1 through 31:22
73:10 through 73:22

**Dep. Testimony (May 3, 2002)**
555:8 through 556:12

**Dep. Testimony (May 7, 2002)**
661:4 through 661:24

**Trial Testimony, *Yankee Atomic Electric Co., et al. v. US* (Aug. 11, 2004)**
4711:23 through 4712:3
4723:9 through 4723:17

<u>**Robert Morgan**</u>

**Dep. Testimony (Mar. 21, 2002)**
24:10 through 24:24
37:9 through 44:4
137:3 through 144:10

**Dep. Testimony (June 25, 2002)**
134:12 through 135:14

**Trial Testimony, *Yankee Atomic Electric Co., et al. v. US* (Aug. 3, 2004)**
3674:16 through 3686:22

**Trial Testimony, *Northern States Power Co. v. US* (Nov. 16, 2006)**
3776:4 through 3776:7
3776:18 through 3776:22
3864:10 through 3864:22
3878:16 through 3880:20
3880:24 through 3890:10

<u>**Thomas Pollog**</u>

**Dep. Testimony (Apr. 11, 2002)**
20:9 through 21:4
96:1 through 97:17

**Dep. Testimony (May 16, 2002)**
293:3 through 294:23

**Trial Testimony, *Yankee Atomic Electric Co., et al. v. US* (Aug. 4, 2004)**
4012:19 through 4021:9
4021:18 through 4023:11

**Trial Testimony, *Tennessee Valley Auth. v. US* (June 24, 2005)**
908:6 through 909:24
916:2 through 918:8

**Trial Testimony, *Tennessee Valley Auth. v. US* (July 11, 2005)**
1365:9 through 1367:10

**Trial Testimony, *Tennessee Valley Auth. v. US* (July 12, 2005)**
1662:8 through 1666:18

**Trial Testimony, *Northern States Power Co. v. US* (Nov. 15, 2006)**
3602:25 through 3603:2
3720:23 through 3721:1
3722:22 through 3723:3
3739:19 through 3741:10

**Nancy Slater (Thompson)**

**Dep. Testimony (Apr. 22, 1999)**
242:18 through 245:21

**Dep. Testimony (June 13, 2002)**
5:2 through 7:4
98:1 through 100:14
108:20 through 110:13

**Victor Trebules**

**Dep. Testimony (Apr. 17, 2002)**
17:7 through 18:17
52:11 through 53:21
97:2 through 99:1

**Dep. Testimony (Apr. 18, 2002)**
19:7 through 20:16

**David Zabransky**

**Dep. Testimony (Apr. 17, 2002)**
16:11 through 16:19
30:6 through 42:13
45:2 through 52:8
57:1 through 59:14
76:13 through 79:19
89:3 through 92:17
105:6 through 105:14
129:9 through 132:22

**Dep. Testimony (Apr. 18, 2002)**
323:2 through 326:17
343:2 through 366:22
431:4 through 442:22

**Dep. Testimony (Apr. 19, 2002)**
596:1 through 626:16
668:2 through 671:20

**Dep. Testimony (June 6, 2002)**
246:1 through 247:25

**Trial Testimony, *Yankee Atomic Electric Co., et al. v. US* (Aug. 5, 2004)**
4110:15 through 4112:3
4118:2 through 4118:12
4166:3 through 4167:16

**Trial Testimony, *Tennessee Valley Auth. v. US* (June 24, 2005)**
929:3 through 929:18

**Trial Testimony, *Tennessee Valley Auth. v. US* (July 12, 2005)**
1743:13 through 1743:25

**Trial Testimony, *Northern States Power Co. v. US* (Nov. 20, 2006)**
4414:11 through 4415:5
4419:1 through 4419:11
4419:17 through 4422:11
4423:6 through 4424:22
4426:4 through 4431:17
4432:4 through 4435:25
4436:8 through 4443:4
4444:11 through 4445:1
4445:12 through 4448:24
4449:10 through 4450:9
4451:4 through 4452:24
4453:21 through 4454:13

4454:18 through 4456:20
4457:8 through 4458:10
4459:4 through 4467:1

**Trial Testimony, *System Fuels, Inc. v. US* (Apr. 13, 2007)**

3705:4 through 3705:14
3727:12 through 3727:17
3731:13 through 3733:2
3744:6 through 3745:23
3747:9 through 3748:6
3748:23 through 3752:9
3752:18 through 3753:16
3753:20 through 3755:5
3762:10 through 3763:7
3764:12 through 3764:18
3764:22 through 3765:8
3765:20 through 3765:24

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on May 18, 2007, a copy of the foregoing "Joint Notice of Deposition and Trial Testimony Designations" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley Wine