**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BOSTON EDISON COMPANY,**<br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant.** | ) | |
| **ENTERGY NUCLEAR GENERATION CO.,**<br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant.** | ) | **No. 99-447C**<br>**No. 03-2626C**<br>**(Judge Charles F. Lettow)** |

**PLAINTIFF BOSTON EDISON COMPANY'S MOTION**
**FOR LEAVE TO FILE RESPONSES TO MOTIONS IN LIMINE**
**UNDER SEAL ELECTRONICALLY**

Pursuant to the Court's General Order No. 42A, Plaintiff Boston Edison Company ("Boston Edison") respectfully requests leave of this Court to file, under seal, electronically, several responses to motions in limine filed by the Government with respect to the expert witnesses being offered by Boston Edison in this matter. Several of the Government's motions in limine were filed under seal. Boston Edison intends to attach or describe confidential documents related to the ongoing litigation between Boston Edison, Entergy Nuclear Generation Co., and the United States. To protect the confidential nature of these documents, Boston Edison requests that Boston Edison be permitted to file these responses under seal.

Because this case is designated as an electronic filing case, prior to filing, Boston Edison requires the Court's permission to file this motion under seal electronically. Pursuant to

paragraph 7 of General Order No. 42A, no document to be placed under seal may be filed electronically unless and until authorized to do so by the Court.

For the foregoing reasons, Boston Edison respectfully requests that the Court grant this motion for leave to file, under seal, electronically, several of Boston Edison's responses to the Government's motions in limine.

Dated: May 22, 2007

Respectfully submitted,

By: /s/ Richard J. Conway

Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Tel: (202) 420-2200
Fax: (202) 420-2201

Counsel of Record for Boston Edison Company

Of Counsel:
Bradley D. Wine
Nicholas W. Mattia, Jr.
Bernard F. Sheehan
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on May 22, 2007, a copy of the foregoing "Plaintiff Boston Edison Company's Motion For Leave to File Responses to Motions In Limine Under Seal Electronically" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley Wine