IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 99-447C
No. 03-2626C
(Judge Lettow)

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests a one day enlargement of time, to and including May 24, 2007, to file its response to plaintiff Boston Edison Company's ("Boston Edison") "Motion In Limine To Exclude Testimony By The Government Regarding Article XIV Of The Standard Contract, Including The Testimony Of Defendant's Witnesses, Mr. David Zabransky And Mr. Robert Morgan," which Boston Edison filed on May 4, 2007. Defendant's response is currently due on May 23, 2007. Defendant has not previously requested an enlargement of time for this purpose. Counsel for plaintiff Entergy Nuclear Generation Company ("Entergy") has represented that Entergy does not oppose this request. Despite our efforts, we have been unable to contact counsel for Boston Edison to ascertain Boston Edison's position on our motion.

Our motion is necessary because, over the past several days, counsel for defendant has been focused upon the preparation of the Government's initial brief in Sacramento Municipal Utility District v. United States, No. 2007-5046 (Fed. Cir.), a spent nuclear fuel case that is now pending before the United States Court of Appeal for the Federal Circuit, which was filed yesterday on May 22, 2007, and pre-trial activities in the above-captioned matter. Although we had hoped to file our response brief on May 23, 2007, the Government has been unable to complete the supervisory review process for the Government's response to Boston Edison's motion *in limine* by May 23, 2007. An enlargement of one day, to and including April 24, 2007, will ensure that the Government is able to file a complete and thorough response to Boston Edison's briefing. Accordingly, we respectfully request that the Court grant this request for an additional one-day enlargement of time.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0226
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

JOSHUA E. GARDNER
SCOTT R. DAMELIN
PATRICK B. BRYAN
SONIA M. ORFIELD
Trial Attorneys
Department of Justice

May 23, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 23rd day of May 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Patrick B. Bryan

.