IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: May 24, 2007)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiff Entergy Nuclear Generation Company's ("Entergy") motion for partial summary judgment on plaintiff Boston Edison Company's claims for diminution in value of the Pilgrim Nuclear Power Station, filed April 11, 2007. Entergy's motion is DENIED, and the matter is remitted for trial.

It is so ORDERED.

s/ Charles F. Lettow
Judge