IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: May 24, 2007)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's motion for an enlargement of time, filed May 23, 2007. The government seeks an extension of one day, until May 24, 2007, to file its response to Boston Edison Company's ("Boston Edison") motion *in limine* to exclude the government's testimony regarding Article XIV of the Standard Contract.

The government's motion for an enlargement of time to respond to Boston Edison's motion *in limine* to exclude the government's testimony regarding Article XIV of the Standard Contract is GRANTED. The government shall filed its response on or before May 24, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge