IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BOSTON EDISON COMPANY,<br><br>Plaintiff,<br><br>v.<br>UNITED STATES,<br><br>Defendant. | ) | |
| ENTERGY NUCLEAR GENERATION CO.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | No. 99-447C<br>No. 03-2626C<br>(Judge Lettow) |

DEFENDANT'S SECOND MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests a one day enlargement of time, to and including May 25, 2007, to file its response to plaintiff Boston Edison Company's ("Boston Edison") "Motion In Limine To Exclude Testimony By The Government Regarding Article XIV Of The Standard Contract, Including The Testimony Of Defendant's Witnesses, Mr. David Zabransky And Mr. Robert Morgan," which Boston Edison filed on May 4, 2007. Defendant's response is currently due on May 24, 2007. On May 23, 2007, defendant previously requested a one-day enlargement of time for this purpose, which the Court granted on May 24, 2007. Counsel for plaintiff Entergy Nuclear Generation Company ("Entergy") has represented that Entergy does not oppose this

request. Counsel for Boston Edison has represented to us that Boston Edison takes no position upon our motion.

Our motion is necessary because, despite our best efforts, we have not been unable to complete the necessary Government supervisory review by May 23, 2007. Within this past week, the Government has been involved in completing several time-consuming and pressing spent nuclear fuel litigation and appellate matters, including in particular, the Government's initial brief in Sacramento Municipal Utility District v. United States, No. 2007-5046 (Fed. Cir.), a spent nuclear fuel case that is now pending before the United States Court of Appeal for the Federal Circuit, and pre-trial activities in the above-captioned matter, including the preparation and review of four motions *in limine*, witness designations, and other trial preparation matters. Although we had hoped to file our response brief on May 23, 2007, the Government has been unable to complete the supervisory review process for the Government's response to Boston Edison's motion *in limine* in time. An enlargement of one day, to and including May 25, 2007, will ensure that the Government is able to complete the review process and file a complete and thorough response to Boston Edison's briefing. Accordingly, we respectfully request that the Court grant this request for an additional one-day enlargement of time.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0226
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

JOSHUA E. GARDNER
SCOTT R. DAMELIN
PATRICK B. BRYAN
SONIA M. ORFIELD
Trial Attorneys
Department of Justice

May 24, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 24th day of May 2007, a copy of the foregoing "DEFENDANT'S SECOND MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Patrick B. Bryan

.