IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: June 1, 2007)

| | |
|---|---|
| BOSTON EDISON COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |
| ENTERGY NUCLEAR GENERATION CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court are two motions *in limine*, one filed by the government on May 4, 2007, and another filed by plaintiff Boston Edison Company ("Boston Edison") on May 4, 2007. The government's motion seeks to exclude the testimony of Boston Edison's expert witness, Mr. Robert B. Hevert. Boston Edison's motion seeks to exclude the testimony of the government's expert witness, Mr. Warren K. Brewer. The government's motion and Boston Edison's motion are DENIED.

It is so ORDERED.

s/ Charles F. Lettow
Judge