IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 99-447C
No. 03-2626C
(Judge Lettow)

NOTICE OF FILING OF DEFENDANT'S SPECIFIC OBJECTIONS TO THE DEPOSITION AND PRIOR TRIAL TESTIMONY THAT PLAINTIFFS SEEK TO DESIGNATE AND DEFENDANT'S LISTING OF COUNTER-DESIGNATIONS

As a supplement to the motion to strike that defendant, the United States, filed on May 25, 2007, the Government respectfully submits the attached listing of specific objections ("Attachment A") in response to the deposition and prior trial testimony that plaintiff, Boston Edison Company ("Boston Edison"), and plaintiff, Entergy Nuclear Generation Company ("Entergy") (collectively, the "Plaintiffs"), seek to designate in the notices that Boston Edison and Entergy jointly filed on May 18 and May 22, 2007. Further, as discussed in our May 25, 2007 motion, Attachment A also includes a listing of deposition and trial testimony that the Government intends to counter-designate in this matter. For the reasons indicated in our May 25,

2007 motion, to the extent that the Court allows Plaintiffs' designations to become part of the record, in whole or in part, we respectfully request that the Court consider and rule upon the specific objections listed upon Attachment A that are contained in the testimony that Plaintiffs have designated as well as the Government's counter-designations that are listed upon Attachment A.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0226
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

PATRICK B. BRYAN
SCOTT R. DAMELIN
STEPHEN P. FINN
JOSHUA E. GARDNER
SONIA M. ORFIELD
Trial Attorneys
U.S. Department of Justice

June 1, 2007

Attorneys for Defendant

# ATTACHMENT A

DEFENDANT'S OBJECTIONS TO DESIGNATIONS BY
PLAINTIFFS AND DEFENDANT'S COUNTER-DESIGNATIONS

**GUIDE TO OBJECTIONS**

| **OBJECTION** | **MEANING** |
| --- | --- |
| FOUNDATION | QUESTION SEEKS TESTIMONY THAT IS OUTSIDE OF WITNESS'S PERSONAL EXPERIENCE OR OUTSIDE THE SCOPE OF EMPLOYMENT, OR THE WITNESS'S PERSONAL EXPERIENCE HAS NOT BEEN ESTABLISHED |
| LEGAL CONCLUSION | QUESTION CALLS FOR LEGAL CONCLUSION |
| SPECULATION | QUESTION SEEKS INFORMATION EITHER NOT BASED UPON THE WITNESS'S KNOWLEDGE OR EXPERIENCE OR CONCERNS A HYPOTHETICAL |
| BEST EVIDENCE | TESTIMONY CONTAINS EXCERPTS FROM A DOCUMENTS OR DISCUSSES A DOCUMENT, THE BEST EVIDENCE OF WHICH IS THE DOCUMENT ITSELF (WHICH MAY NOT BE IN EVIDENCE OR IDENTIFIED AS A TRIAL EXHIBIT) |
| VAGUE | MEANING OF TERMS WITHIN THE QUESTION ARE UNCLEAR |
| RELEVANCE | TESTIMONY IS NOT RELEVANT TO THE ISSUES TO BE DECIDED BY THE COURT |
| HEARSAY | TESTIMONY CONTAINS STATEMENTS MADE BY OTHERS |

**LAKE BARRETT**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **April 22, 2002**<br>49:2-60:22<br>**June 24, 2005 (TVA)** [1]<br>59:4-11 | Foundation, legal conclusion, speculation, vague (as to term "reasonable") |
| 74:2-15 | Best evidence, speculation, vague |
| 76:12-19 | Foundation, vague (as to term "appropriate") |
| 85:3-94:8 | Foundation, vague |
| 117:3-123:2 | Foundation, legal conclusion, best evidence, vague, completeness (question begins at 116:21) |
| 137:11-139:20 | Vague |
| 153:3-156:19 | Foundation, best evidence, vague |
| 197:4-198:10 | Foundation, best evidence, vague (as to "studies"), completeness (question begins at 196:22) |
| 217:1-220:2 | Foundation, mischaracterizes prior testimony, vague |
| | |
| **April 23, 2002**<br>348:1-350:11<br>**June 24, 2005 (TVA)**<br>824:17-826:25 | Foundation, best evidence, vague |
| | |

[1] Plaintiffs have designated "trial" testimony for Mr. Barrett from the trial in Tennessee Valley Authority v. United States, No. 01-249C (June 24, 2005). Mr. Barrett did not testify at trial in TVA. The testimony designated are excerpts from Mr. Barrett's deposition testimony on April 22 and 23, 2002 and duplicate testimony that plaintiff has already designated.

| | |
|---|---|
| **April 26, 2002**<br>739:1-742:13 | Foundation, best evidence, completeness (question and answer begin at 738:19) |
| 795:5-798:9 | Foundation, best evidence, speculation |
| | |
| **May 10, 2002**<br>1163:1-1166:7 | Foundation, legal conclusion, best evidence, vague (as to "mission"), completeness (question and answer begin at 1162:12) |
| 1284:19-1286:7 | Foundation, best evidence |
| 1332:1-1335:18 | Foundation, best evidence, relevance |
| 1368:10-1371:21 | Foundation, best evidence, speculation |

<u>Counter-Designations</u>:

**April 22, 2002**

38:14-15
43:13-49:1
65:10-69:19
80:10-81:1
83:7-84:5
116:14-117:18
120:22-121:21
149:5-150:20
180:16-181:17
194:19-197:7
201:15-203:3
242:16-249:19

**April 23, 2002**

399:22-401:3
412:22-413:16
427:14-435:2
442:19-445:5
461:14-465:9

**April 26, 2002**

699:6-16
742:14-743:1

**May 8, 2002**

939:13-940:8
953:21-955:14
965:2-966:15

**May 10, 2002**

1148:22-1151:4
1341:2-1342:14
1347:14-1348:14
1369:15-21

**ALAN BROWNSTEIN**

Objections:

| Testimony | Objections |
|---|---|
| | |
| **April 9, 2002**<br>136:7-25 | Foundation, best evidence, legal conclusion, completeness (answer continues to 137:6) |
| | |
| **April 10, 2002**<br>276:6-17 | Foundation, vague (as to term "linkages") |
| 282:5-283:15 | Foundation, best evidence |
| 299:15-20 | Foundation, legal conclusion, vague (as to whether question was about ACR or APR – see 299:21-24) |
| 328:19-21 | Foundation |
| 376:22-378:5 | Legal conclusion, foundation |
| 405:16-20 | Foundation, legal conclusion |
| | |
| **April 11, 2002**<br>514:1-519:9 | Foundation, best evidence, legal conclusion |
| | |
| **June 14, 2002**<br>282:1-25 | Foundation, vague (as to "kind of inconsistency"), completeness (answer continues to 283:15) |

Counter-designations:

**April 9, 2002**

61:16-63:4
88:5-89:8
111:13-117:18
128:18-136:6
137:1-138:10

**April 10, 2002**

294:7-295:19
319:19-320:11
388:23-400:21

**April 11, 2002**

549:7-14

**May 23, 2002**

140:3-9
167:4-15

**June 14, 2002**

282:21-283:15

**SUSAN KLEIN**

Objections:

| Testimony | Objections |
|---|---|
| | |
| **April 24, 2002**<br>151:6-151:20 | Foundation, best evidence, relevance, beyond the scope of RCFC 30(b)(6) deposition |

Counter-designations:

**April 24, 2002**

10:20-11:9
62:21-63:5

**April 25, 2002**

354:17-355:13
376:13-382:22
400:7-401:17

**CHRISTOPHER KOUTS**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **July 12, 2005**<br>1569:4-1570:17 | Best evidence, relevance |
| 1571:1-1580:24 | Best evidence, relevance, completeness (answer ends on 1581:6) |
| | |
| **January 16, 2007**<br>1916:22-1919:18 | Best evidence, relevance |
| | |
| **April 12, 2007**<br>3445:1-7 | Best evidence, relevance, completeness (answer concludes at 3445:19) |
| 3446:14-3449:9 | Best evidence, relevance |
| 3449:21-3453:3 | Best evidence, relevance |
| 3455:12-3457:5 | Best evidence, relevance |
| 3457:24-3470:7 | Best evidence, relevance |
| 3476:3-3477:1 | Best evidence, relevance |
| 3478:7-3484:15 | Hearsay, best evidence, speculation, relevance |
| 3485:5-3487:5 | Hearsay, best evidence |
| 3491:10-3495:2 | Best evidence |
| 3506:15-3517:10 | Best evidence |
| 3517:25-3521:8 | Best evidence |
| 3521:16-3530:16 | Best evidence |
| 3538:15-3539:21 | Best evidence |

Counter-designations:

**July 12, 2005**

1450:23-1451:16
1452:7-18
1454:19-1455:22
1460:2-1463:9
1478:1-14
1479:13-1481:22
1535:5-12
1542:21-1546:16
1580:25-1581:6
1590:20-1593:10

**January 16, 2007**

1834:3-1835:10
1841:12-1844:9
1895:18-1896:7
1900:1-1901:13
1920:23-1921:12
1922:14-1924:12
1924:25-1925:3
1925:14-1926:18

**April 12, 2007**

3347:21-22
3349:4-22
3351:4-3354:20
3359:13-3362:3
3372:19-3373:22
3376:9-21
3401:4-3402:22
3417:11-3421:16
3421:18-3423-18
3423:21-24
3425:16-3427:3
3428:4-13
3431:7-3433:11
3433:14-3435:10
3545:19-20

3546:4-3550:2
3550:9-3551:1

3551:19-3552:16
3553:18-3557:9
3557:20-3561:10
3571:16-18
3571:23-3572:21
3576:3-3577:13
3577:17-3578:2

**MICHAEL LAWRENCE**

Objections:

| Testimony | Objections |
|---|---|
| | |
| **May 20, 2002**<br>86:7-88:22 | Foundation, best evidence, vague, relevance |
| 130:7-131:16 | Legal conclusion, foundation |
| 142:10-145:24 | Foundation, best evidence, vague |
| | |
| **May 21, 2002**<br>301:20-305:4 | Foundation, legal conclusion |

Counter-designations:

**May 20, 2002**

111:10-113:20
122:8-123:25
124:8-126:23
165:13-167:6
169:11-174:24
184:3-185:24
201:11-204:4

**May 21, 2002**

255:3-258:10
259:14-260:22
266:22-267:25
294:6-295:5
308:1-309:20
311:10-315:18
316:20-317:25
325:1-332:19
333:12-337:23
341:19-345:19

**RONALD MILNER**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **May 1, 2002**<br>31:1-22 | Relevance |
| 73:10-22 | Foundation, best evidence, vague (as to timeframe) |
| | |
| **May 3, 2002**<br>555:8-556:12 | Best evidence |
| | |
| **May 7, 2002**<br>661:4-24 | Best evidence, relevance |

Counter-designations:

**May 1, 2002**

27:23-28:6
41:3-17
67:5-69:12
132:2-133:4

**May 2, 2002**

391:13-392:17

**May 3, 2002**

443:16-444:8
552:12-555:6

**August 11, 2004**

4711:23-4716:2

4723:9-4732:25
4735:9-4742:11
4760:12-15

**ROBERT MORGAN**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **March 21, 2002**<br>37:9-44:5 | Legal conclusion, best evidence, vague |
| 137:3-144:10 | Legal conclusion, speculation |
| | |
| **June 25, 2002**<br>134:12-135:14 | Legal conclusion |
| | |
| **August 3, 2004**<br>3674:16-3686:22 | Best evidence |
| | |
| **November 16, 2006**<br>3878:16-3890:10 | Legal conclusion, best evidence |

Counter-designations:

**March 21, 2002**

44:5-46:6
52:9-54:25
107:2-108:2
117:11-19
130:20-132:14
149:21-152:1
154:20-156:15

**March 22, 2002**

221:23-223:5
299:2-21

**June 25, 2002**

131:17-132:16
144:9-145:11

**August 2-3, 2004**

3626:5-3637:22
3642:19-3652:20
3656:16-3657:15
3664:22-3665:25
3667:17-3668:3
3675:3-23
3685:14-3686:11
3693:18-3696:8

**November 16, 2006**

3776:4-3777:7
3780:7-3785:4
3794:14-3806:16
3808:14-3810:20
3819:17-3821:8
3822:24-3842:22

**THOMAS POLLOG**

Objections:

| **Testimony**[2] | **Objections** |
|---|---|
| | |
| **May 16, 2002**<br>293:3-294:23 | Legal conclusion, relevance |
| | |
| **August 4, 2004**<br>4012:19-4021:9 | Legal conclusion |
| | |
| **July 12, 2005**<br>1662:8-1666:18 | Completeness (answer ends at 1666:19) |
| | |
| **November 15, 2006**<br>3720:23-3721:1 | Legal conclusion, vague, foundation |
| 3722:22 - 3723:3 | Completeness (question begins at 3722:11); legal conclusion, vague, foundation |

Counter-designations:

**April 11, 2002**

31:1-34:5
41:5:-44:15
60:1-63:18
64:22-67:13
74:10-19

---

[2] Plaintiffs have designated portions of the TVA trial transcript that are duplicative of the designations of Mr. Pollog's deposition testimony. Compare Pollog Dep. Apr. 11, 2002, 96:1-97:17 and TVA Transcript, 916:2-918:8 and 1365:9-1367:10.

74:10-19
92:12-93:9
107:1-108:2
123:15-124:10
144:3-145:15
151:14-154:16
155:18-156:13
158:16-172:12
174:1-22
183:4-184:2
206:16-208:6

**April 12, 2002**

9:25-16:17
21:17-24:21
49:14-50:23
91:4-92:10
115:11-116:20
160:12-162:19
163:5-19

**May 16, 2002**

320:15-321:7
322:20-323:17

**November 15, 2006**

3738:23-3745:2

**NANCY SLATER (THOMPSON)**

Objections:

| Testimony | Objections |
|---|---|
| | |
| **April 22, 1999**<br>242:18-245:21 | Foundation, completeness (answer ends at 246:4) |
| | |
| **June 13, 2002**<br>98:1-99:25 | Foundation, legal conclusion, completeness (answer ends at 100:14) |
| 108:20-110:13 | Foundation, legal conclusion, completeness (question begins at 108:7) |

Counter-designations:

**April 21, 1999**

32:23-33:6
82:10-15
82:19-83:10
106:16-108:10
164:23-165:13
176:11-25

**April 22, 2002**

245:17-246:4
251:23-253:10
253:22-254:11
257:23-259:24

**June 13, 2002**

149:10-153:14

**VICTOR TREBULES**

Objections:

| Testimony | Objections |
|---|---|
| | |
| **April 17, 2002**<br>52:11-53:21 | Legal conclusion, best evidence, completeness (answer concludes at 54:4) |
| | |
| **April 18, 2002**<br>19:7-20:16 | Foundation, legal conclusion, relevance, completeness (question begins at 18:22) |

Counter-designations:

**April 17, 2002**

15:17-16:17
18:18-19:4
42:5-43:17
53:22-54:4
76:17-77:22
96:19-103:22
113:18-116:14
146:12-148:21
173:2-176:9
180:7-186:22

**April 18, 2002**

302:21-305:14
381:5-382:14

**April 18. 2002** (Yankee Atomic deposition)

125:20-127:13

**DAVID ZABRANSKY**

Objections:

| Testimony | Objections |
|---|---|
| | |
| **April 17, 2002**<br>30:6-42:16 | Legal conclusion, foundation, vague |
| 57:1-59:14 | Legal conclusion |
| 76:13-79:19 | Legal conclusion |
| 89:3-92:17 | Vague (as to term "reasonable") |
| 105:6-14 | Foundation |
| 129:9-132:22 | Legal conclusion |
| | |
| **April 18, 2002**<br>323:2-326:17 | Foundation, legal conclusion, best evidence, completeness (question begins at 322:16) |
| 343:2-366:22 | Foundation, legal conclusion, best evidence, speculation |
| 431:4-442:22 | Best evidence, relevance |
| | |
| **April 19, 2002**<br>596:1-626:16 | Best evidence, relevance |
| | |
| **June 6, 2002**<br>246:1-247:25 | Legal conclusion, speculation |
| | |
| **July 12, 2005**<br>1743:13-25 | Foundation |
| | |

| | |
|---|---|
| **November 20, 2006**<br>4419:1 - 4419:11 | Foundation, best evidence |
| 4419:17 - 4422:11 | Foundation, best evidence, relevance, legal conclusion |
| 4423:6 - 4424:22 | Foundation, legal conclusion, relevance, argumentative, assumes facts not in evidence |
| 4426:4 - 4431:17 | Completeness (question begins at 4424:20), foundation, best evidence, relevance, speculation, vague, legal conclusion |
| 4432:4 - 4435:25 | Speculation, foundation, legal conclusion, best evidence |
| 4436:8-4443:4 | Completeness (question begins at 4435:23), best evidence, legal conclusion, vague, foundation, speculation |
| 4444:11 - 4445:1 | Completeness (question begins at 4442:13), speculation, foundation, relevance, legal conclusion |
| 4445:12-4448:24 | Speculation, relevance, vague, foundation |
| 4449:10-4450:9 | Best evidence, foundation, vague |
| 4451:4-4452:24 | Foundation, best evidence, vague, legal conclusion, completeness (question starts at 4450:6) |
| 4453:21-4454:13 | Best evidence, legal conclusion, vague, compound, completeness (question starts at 4452:19), foundation, relevance |
| 4454:18-4456:20 | Best evidence, foundation, relevance |
| 4457:8 - 4458:10 | Vague (as to "this point of time"), foundation, relevance, legal conclusion |
| 4459:4 - 4467:1 | completeness (question begins at 4458:8), legal conclusion, foundation, vague |
| | |
| **April 13, 2007**<br>3727:12-3705:14 | Foundation, best evidence |

| | |
|---|---|
| 3731:13-3733:2 | Hearsay, foundation, vague, relevance |
| 3744:6-3745:23 | Foundation, relevance, best evidence |
| 3747:9-3748:6 | Foundation, relevance, best evidence |
| 3748:23-3752:9 | Foundation, relevance, best evidence, legal conclusion |
| 3752:18-3753:16 | Foundation, legal conclusion, relevance, best evidence |
| 3762:10-3763:7 | Foundation, relevance, best evidence |
| 3764:12-3764:18 | Foundation, vague, best evidence, relevance |
| 3764:22-3765:8 | Foundation, speculation, vague, best evidence, relevance |
| 3765:20-3765:24 | Foundation, speculation, vague, best evidence, relevance |

Counter-designations:

**April 17, 2002**

55:1-57:17
60:20-61:5
128:10-129:18
150:4-155:21
197:4-199:10

**April 18, 2002**

242:10-246:19
249:6-253:12
254:9-19
266:21-267:20

395:18-396:21
412:20-414:16
449:7-451:18

**April 19, 2002**

628:15-631:22
639:12-640:8

**June 6, 2002**

229:7-231:20
234:6-240:19

**August 5, 2004**

4154:6-4156:3
4161:19-4162:9
4222:15-4226:3

**November 20, 2006**

4476:20-4478:16
4478:17-4479:19
4484:20-4485:11

**April 13, 2007**

3816:1-3818:8
3830:9-3837:4