IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BOSTON EDISON COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | |
| ENTERGY NUCLEAR GENERATION CO.,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 99-447C<br>No. 03-2626C<br>(Judge Lettow) |

JOINT STIPULATIONS

Pursuant to paragraph 17 of Appendix A of the Rules of the Court of Federal Claims, the parties respectfully submit the following joint stipulations.

1. On June 17, 1983, the United States Department of Energy ("Department of Energy") and Boston Edison Company ("Boston Edison") entered into contract # DE-CR01-83NE44368 for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste. This contract is also known as the "Standard Contract."

2. On September 21, 1993, September 20, 1994, September 26, 1995, and September 29, 1998, Boston Edison submitted Delivery Commitment Schedules to the Department of Energy.

3. On November 18, 1998, Entergy Nuclear Generation Company ("Entergy") and Boston Edison executed the Purchase and Sale Agreement for the Pilgrim Nuclear Power Station ("Pilgrim").

4. On April 29, 1999, the United States Nuclear Regulatory Commission approved the transfer of Pilgrim's operating license from Boston Edison to Entergy.

5. On July 13, 1999, Entergy and Boston Edison completed the sale of Pilgrim.

6. The Government is unaware that Boston Edison failed to meet any of its obligations under the Standard Contract.

7. Pursuant to the Standard Contract, Boston Edison paid the one-time fee in the amount of $40,582,782 on June 27, 1985. Boston Edison also paid all one mil/KWh fees ("One Mil Fee") required under the Standard Contract, in an amount in excess of $48,500,000.

8. Boston Edison agrees to dismiss with prejudice, Count III (Uncompensated Taking) of it Amended Complaint.

Respectfully submitted,

s/Richard J. Conway by Stephen Finn
RICHARD J. CONWAY
Dickstein Shapiro Morin & Orshinsky LLP
2101 L Street, N.W.
Washington, D.C. 20037
Tel: 202-828-2235
Fax: 202-887-0689

Counsel for Plaintiff Boston Edison Company

s/L. Jager Smith, Jr. by Stephen Finn
L. JAGER SMITH, JR.
Wise Carter Child & Caraway, P.A.
1340 Echelon Parkway
Jackson, NS 39213

Counsel for Plaintiff Entergy Nuclear Generation Company

June 4, 2007

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Alan J. Lo Re by Stephen Finn
ALAN J. LO RE
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: 202-307-0226
Fax: 202-307-2503

OF COUNSEL:
JOSHUA E. GARDNER
Trial Attorney
Civil Division
Department of Justice
1100 L Street, NW
Washington, D.C. 20530

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Counsel for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 4th day of June, 2007, a copy of foregoing "JOINT STIPULATIONS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Stephen Finn