IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: June 8, 2007)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's motion, filed May 25, 2007, seeking to strike the Joint Notice of Deposition and Trial Testimony Designations, filed by plaintiffs Boston Edison Company and Entergy Nuclear Generation Company. In the alternative, the government moves *in limine* to preclude reliance upon those designations as substantive evidence, pursuant to Rule 32(a) of the Rules of the Court of Federal Claims and Federal Rule of Evidence 801(d)(2).

The government's motion to strike plaintiffs' joint notice and, in the alternative, to preclude reliance upon those designations as substantive evidence is DENIED.

It is so ORDERED.

s/ Charles F. Lettow
Judge