# In the United States Court of Federal Claims

**99-447C & 03-2626C**

**Filed: June 18, 2007**

**BOSTON EDISON COMPANY & ENTERGY NUCLEAR GENERATION COMPANY**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (5 Volumes)**
**Held in Washington, D.C.**
**June 11, 2007 through June 15, 2007**
**(Transcripts dated June 11, 2007 & June 14-15, 2007)**
**( have closed session versions)**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.