IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: August 7, 2007)

| | |
|---|---|
| BOSTON EDISON COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) |
| ENTERGY NUCLEAR GENERATION CO.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) |

ORDER

These partially consolidated spent-nuclear-fuel cases have been tried and are now in a post-trial briefing phase preparatory to final decision. Nonetheless, on July 24, 2007, the clerk's office received a motion to intervene in the action by Mr. William Peterson, who asserts an interest in processing spent nuclear fuel. The clerk's office did not file the proffered submission because it did not comport with this court's rules, but rather forwarded the submission to chambers for disposition.

A prior, somewhat similar submission was proffered by Mr. Peterson in April of this year and was ordered to be returned unfiled. *See* Order of April 19, 2007.

The court concurs that the current submission should not be filed. The court directs the clerk to return the proffered submission to Mr. Peterson, unfiled.

It is so ORDERED.

s/ Charles F. Lettow
Judge