**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BOSTON EDISON COMPANY,**<br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant.** | |
| **ENTERGY NUCLEAR GENERATION CO.,**<br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant.** | **No. 99-447C**<br>**No. 03-2626C**<br>**(Judge Charles F. Lettow)** |

**PLAINTIFF BOSTON EDISON COMPANY'S MOTION FOR LEAVE TO FILE, UNDER SEAL, ELECTRONICALLY, A COPY OF "PLAINTIFF BOSTON EDISON COMPANY'S POST-TRIAL REPLY BRIEF"**

Pursuant to the Court's General Order No. 42A, Plaintiff Boston Edison Company ("Boston Edison") respectfully requests leave of this Court to file, under seal, electronically, a copy of "Plaintiff Boston Edison Company's Post-Trial Reply Brief" on November 6, 2007. Boston Edison intends to describe confidential documents related to the ongoing litigation between Boston Edison, Entergy Nuclear Generation Co., and the United States. To protect the confidential nature of these documents, Boston Edison requests that they be permitted to file this memorandum under seal.

Because this case is designated as an electronic filing case, prior to filing, Boston Edison requires the Court's permission to file a copy of this memorandum under seal, electronically. Pursuant to paragraph 7 of General Order No. 42A, no document to be placed under seal may be filed electronically unless and until authorized to do so by the Court.

For the foregoing reasons, Boston Edison respectfully requests that the Court grant this motion for leave to file, under seal, electronically, a copy of "Plaintiff Boston Edison Company's Post-Trial Reply Brief" on November 6, 2007.

Dated: November 2, 2007

Respectfully submitted,

By: /s/ Richard J. Conway

Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Tel: (202) 420-2200
Fax: (202) 420-2201

Counsel of Record for Boston Edison Company

Of Counsel:
Bradley D. Wine
Nicholas W. Mattia, Jr.
Bernard F. Sheehan
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on November 2, 2007 a copy of the foregoing "Plaintiff Boston Edison Company's Motion for Leave to File, Under Seal, Electronically, a Copy of 'Plaintiff Boston Edison Company's Post-Trial Reply Brief'" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley Wine