IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: November 2, 2007)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is a motion filed by Boston Edison Company on November 2, 2007 seeking leave to file a copy of "Plaintiff Boston Edison Company's Post-Trial Brief" under seal and electronically on November 6, 2007, pursuant to the protective orders issued in the above-captioned cases.

For good cause shown, Entergy's motions to file its post-trial brief under seal electronically is GRANTED.

It is so ORDERED.

s/ Charles F. Lettow
Judge