# In the United States Court of Federal Claims

**No. 99-447 C**

**BOSTON EDISON CO.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Opinion and Order, filed February 15, 2008

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff, Boston Edison, recover of and from the United States damages in the sum of $40,030,000.00. Boston Edison is awarded costs of suit.

John S. Buckley
Acting Clerk of Court

**February 15, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.