United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

COPY

February 25, 2008

Layton Jager Smith, Esq.

Wise, Carter, et al.

1340 Echelon Parkway

Jackson, MS 39213

In re: Boston Edison Co. v. United States, No.99-447 C

Dear Mr. Smith:

I am enclosing the 28 U.S.C. §2517 certified transcripts of judgment, dated February 19, 2008, in favor of plaintiff, in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: Alan J. Lo Re, Esq., Dept. Of Justice