**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BOSTON EDISON COMPANY,**<br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant.** | **No. 99-447C**<br>**No. 03-2626C**<br>**(Judge Charles F. Lettow)** |
| **ENTERGY NUCLEAR GENERATION CO.,**<br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant.** | |

**BILL OF COSTS**

Judgment having been entered in the above-entitled action on the 15th day of February 2008 against the United States of America, the clerk is requested to tax the following as costs:

Fees of the Reporter (Trial and Hearing Transcripts) ……………………..$58,107.64

Costs Incident to the Taking of Depositions ………………………………$90,301.99

Costs for Duplication ………………………………………………….....$8,737.71

**TOTAL ...……………………………………………………………...$157,147.34**

Dated: March 17, 2008

Respectfully submitted,

By: s/ Richard J. Conway

Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Tel: (202) 420-2200
Fax: (202) 420-2201

Counsel of Record for Boston Edison Company

Of Counsel:
Bradley D. Wine
Nicholas W. Mattia, Jr.
Bernard F. Sheehan
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006-5403