**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BOSTON EDISON COMPANY,**<br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant.** | |
| **ENTERGY NUCLEAR GENERATION CO.,**<br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant.** | **No. 99-447C**<br>**No. 03-2626C**<br>**(Judge Charles F. Lettow)** |

**BOSTON EDISON COMPANY'S BILL OF COSTS**

**Appendix A**

**Detailed Schedules of Costs**

**Schedule I**

**Fees of the Reporter: Trial and Hearing Transcripts**

| **Description** | **Amount** | **Tab**[1] |
|---|---|---|
| Transcript of August 31, 2004 hearing | $717.50 | 1 |
| Transcript of June 14, 2005 hearing | $650.00 | 2 |
| Transcript of December 20, 2005 hearing | $371.50 | 3 |
| Transcript of February 8, 2006 hearing | $462.50 | 4 |
| Transcript of January 11, 2007 hearing | $1,037.00 | 5 |
| Transcript of May 29, 2007 hearing | $334.80 | 6 |
| Transcript of November 8, 2007 hearing | $1,133.14 | 7 |
| Transcripts of June 4-June 20, 2007 trial | $53,401.20 | 8 |
| **Total:** | **$58,107.64** | |

[1] Boston Edison has attached documents in support of its costs at the corresponding tabs.

**Schedule II**

**Costs Incident to the Taking of Depositions**

| Description | Charge | Tab |
|---|---|---|
| Reporter fees for deposition of Mr. Dan Keuter on 1/4/07-1/5/07 | $4,104.00 | 9 |
| Reporter fees for deposition of Mr. David Schlissel on 3/15/07-3/16/07 | $5,576.78 | 10 |
| Reporter fees for deposition of Mr. Robert Morgan on 7/12/07 | $1,049.57 | 11 |
| Reporter fees for deposition of Mr. John J. Reed on 10/3/06-10/4/06 | $2,435.07 | 12 |
| Reporter fees for deposition of Mr. John J. Reed on 12/28/06 | $120.03 | 13 |
| Reporter fees for deposition of Mr. John J. Reed on 1/9/07 | $487.24 | 14 |
| Reporter fees for deposition of Mr. John J. Reed on 1/9/07 | $2,697.62 | 15 |
| Reporter fees for deposition of Mr. John J. Reed on 1/12/07 | $2,518.36 | 16 |
| Reporter fees for deposition of Mr. Jay Edward Howard on 3/21/07 | $2,267.44 | 17 |
| Reporter fees for deposition of Mr. Ronald Uleck on 3/28/07 & 4/9/07; Reporter fees for deposition of Mr. Nicholas Mattia on 3/30/07 | $2,590.47 | 18 |
| Reporter fees for deposition of Mr. Henry Oheim on 2/22/07 | $1,356.97 | 19 |
| Reporter fees for deposition of Mr. Geoffrey Lubbock on 10/5/06-10/6/06 | $4,664.06 | 20 |
| Reporter fees for deposition of Mr. Thomas LaGuardia on 5/16/07 | $1,014.15 | 21 |
| Reporter fees for deposition of Mr. Patrick Lewis on 10/25/06 | $1,255.55 | 22 |
| Reporter fees for deposition of Mr. William J. Manion on 2/6/07, 2/7/07, & 2/20/07 | $2,722.18 | 23 |
| Reporter fees for deposition of Mr. William J. Manion on 2/6/07 | $2,344.23 | 24 |
| Reporter fees for deposition of Mr. Robert Denton on 12/6/06 | $1,682.55 | 25 |
| Reporter fees for deposition of Mr. Charles B. Franklin on 1/3/07 | $2,604.64 | 26 |
| Reporter fees for deposition of Mr. Donald Hintz on 1/16/07 | $2,384.39 | 27 |
| Reporter fees for deposition of Mr. Warren Brewer on 3/2/07 | $1,154.31 | 28 |
| Reporter fees for deposition of Mr. Donald | $1,947.56 | 29 |

| | | |
|---|---|---|
| Denton on 3/23/07 | | |
| Reporter fees for deposition of Mr. Frank Rives on 12/21/06 | $3,158.76 | 30 |
| Reporter fees for deposition of Mr. Jack Harrington on 1/30/07-1/31/07 | $3,740.00 | 31 |
| Reporter fees for deposition of Mr. Charles Minott on 12/7/06 & 1/29/07 | $3,019.85 | 32 |
| Reporter fees for deposition of Mr. David Harlan on 3/19/07 | $2,106.69 | 33 |
| Reporter fees for deposition of Mr. Warren Brewer on 3/1/07 | $2,304.75 | 34 |
| Reporter fees for deposition of Mr. Jonathan Neuberger on 2/27/07 | $1,494.66 | 35 |
| Reporter fees for deposition of Mr. Jonathan Neuberger on 3/22/07 | $1,269.25 | 36 |
| Reporter fees for deposition of Mr. Timothy Newhard on 3/23/07 | $54.99 | 37 |
| Reporter fees for deposition of Mr. Robert Wood on 3/13/07 | $2,051.67 | 38 |
| Reporter fees for deposition of Ms. Carolyn Shanks on 1/24/07 | $434.64 | 39 |
| Reporter fees for deposition of Ms. Carolyn Shanks on 12/14/06 | $2,067.56 | 40 |
| Reporter fees for deposition of Ms. Eileen Supko on 1/17/07 | $2,073.12 | 41 |
| Reporter fees for deposition of Mr. Drew Fetters on 11/30/06 | $2,404.15 | 42 |
| Reporter fees for deposition of Mr. David Zabransky on 4/5/07 | $2,263.08 | 43 |
| Reporter fees for deposition of Mr. David Zabransky on 4/5/07 | $58.17 | 44 |
| Reporter fees for deposition of Mr. Robert B. Hevert on 12/28/06 | $3,090.43 | 45 |
| Reporter fees for deposition of Mr. Robert B. Hevert on 12/29/06 | $3,124.98 | 46 |
| Reporter fees for deposition of Mr. Nicholas Mattia on 3/20/07 | $1,198.25 | 47 |
| Reporter fees for deposition of Mr. Charles B. Franklin 2/20/07 | $2,754.40 | 48 |
| Reporter fees for deposition of Mr. Marc Potkin on 10/12/06 | $729.94 | 49 |
| Reporter fees for deposition of Ms. Connie Wells on 1/24/07-1/25/07 | $1,167.87 | 50 |
| Reporter fees for deposition of Mr. Frank Williford on 3/6/07 | $1,221.19 | 51 |
| Reporter fees for deposition of Mr. Frank Cassidy on 1/11/07 | $1,536.42 | 52 |
| **Total:** | **$90,301.99** | |

**Schedule III**

**Costs for Duplication**

| DESCRIPTION | DATE | TOTAL | TAB |
|---|---|---|---|
| PACER charges to access ECF docket for case | 10/28/03 | $296.38 | 53 |
| Encore Legal Solutions – Prepare binders of trial exhibits. | 9/28/07 | $1,877.52 | 54 |
| Encore Legal Solutions – Prepare binders of trial exhibits. | 8/29/07 | $1,877.67 | 55 |
| Encore Legal Solutions – Prepare binders of trial exhibits. | 8/29/07 | $1,877.37 | 56 |
| Encore Legal Solutions – Prepare binders of trial exhibits. | 8/20/07 | $1,877.74 | 57 |
| Barrister Digital Solutions- Payment for color copying services during trial | 6/11/07 | $569.46 | 58 |
| Pro Legal Services, Inc.- Scan & OCR Documents | 5/18/07 | $267.98 | 59 |
| Encore Legal Solutions- Exhibit Labeling | 4/30/07 | $93.59 | 60 |
| **TOTAL** | | **$8,737.71** | |

# TAB 1

**Heritage Reporting Corporation**

# Invoice

1220 L Street, NW Suite 600
Washington, DC 20005-4018
Federal ID: 52-1491518
(202) 628-4888

| DATE | INVOICE NO. |
|---|---|
| 9/9/2004 | 20427 |

PAID

| BILL TO |
|---|
| Dickstein Shapiro<br>Attn: Nicholas Mattia<br>2101 L Street, NW<br>Washington, DC 20037 |

| Contract #/PO | | | | SET |
|---|---|---|---|---|
| Claims Sale | Amex | | Hand Del | 9/1/04 |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 040831006 | Lettow/Boston Edison v. U.S.<br>99-447C/pages 1-93<br>Washington, DC | 93 | 7.50 | 697.50 |
| 1 | Handling and delivery | | 20.00 | 20.00 |

**Total** $717.50

# TAB 2

**Heritage Reporting Corporation**

# Invoice

1220 L Street, NW Suite 600
Washington, DC 20005-4018
Federal ID: 52-1491518
(202) 628-4888

| DATE | INVOICE NO. |
|---|---|
| 6/19/2005 | 22450 |

PAID

| BILL TO |
|---|
| Dickstein Shapiro<br>Attn: Bradley D. Wine<br>2101 L Street, NW<br>Washington, DC 20037 |

| Contract #/PO | | | | SET |
|---|---|---|---|---|
| Claims Sale | Amex | | Hand Del | 6/15/05 |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 050614010 | Lettow/Boston Edison Company v. U.S.<br>99-447C/pages 1-74<br>Washington, D.C. | 74 | 7.50 | 555.00 |
| 050614010 | Lettow/Boston Edison Company v. U.S.-DISK | 1 | 75.00 | 75.00 |
| 1 | Handling and delivery | | 20.00 | 20.00 |

**Total** $650.00

# TAB 3

**Heritage Reporting Corporation**

# Invoice

1220 L Street, NW Suite 600
Washington, DC 20005-4018
Federal ID: 52-1491518
(202) 628-4888

| DATE | INVOICE NO. |
|---|---|
| 12/30/2005 | 23740 |

PAID

| BILL TO |
|---|
| Dickstein Shapiro<br>Attn: Bradley D. Wine<br>2101 L Street, NW<br>Washington, DC 20037 |

| Contract #/PO | | | | SET |
|---|---|---|---|---|
| Claims Sale | Amex | | E-Mail | 12/28/05 |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 051220005 | Lettow/Boston Edison v. U.S.<br>99-447C/pages 1-67<br>Washington, D.C. | 67 | 4.50 | 301.50 |
| 051220005 | Lettow/Boston Edison v. U.S.-DISK | 1 | 50.00 | 50.00 |
| 1 | Handling and delivery | | 20.00 | 20.00 |

**Total** $371.50

TOTAL P.05

# TAB 4

**Heritage Reporting Corporation**

1220 L Street, NW Suite 600
Washington, DC 20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 2/10/2006 | 23982 |

PAID

| BILL TO |
|---|
| Dickstein Shapiro Morin & Oshinsky, LLP<br>Attn: Lisa Bardas<br>1825 I Street, N.W.<br>Washington, DC 20006 |

| Contract #/PO | | | | SET |
|---|---|---|---|---|
| Claims Sale | Amex | | Hand Del | 2/10/06 |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 060208013 | Lettow/Boston Edison v. U.S.<br>99-447C/pages 1-49<br>Washington, D.C. | 49 | 7.50 | 367.50 |
| 060208013 | Lettow/Boston Edison v. U.S.-DISK | 1 | 75.00 | 75.00 |
| I | Handling and delivery | | 20.00 | 20.00 |

**Total** $462.50

# TAB 5

**Voucher Due Date:**
**3/15/07**

**Dickstein Shapiro LLP**
**Accounts Payable Voucher**

Page 15
Print Date 3/16/2007
Approval

Voucher Number 358629
AP Batch #: 031607JCFEMP

**Invoice** **CR031507**
Invoice Date 3/15/07
Voucher Date 3/15/07
Due Date 3/15/07

1099? N
Fed ID #

**Voucher Amt: 1,037.00**

# ACH VENDOR

Vendor Number 11097
Mailing Address
**BRADLEY WINE**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 1,037.00 | BRADLEY WINE |
| | | | **1,037.00** | |

**Client Cost Allocation** **Cost Batch** **825964**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 52 Depo/Transcripts | $1,037.00 | Depo/Transcripts - Vendor: BRADLEY WINE Reimbursement for payment of BECO January 11, 2007 hearing transcript fees (paid by personal AMEX card) |
| | | | **$1,037.00** | |

**Invoice Comments**

Reimbursement for payment of BECO January 11, 2007 hearing transcript fees (paid by personal AMEX card)

**Heritage Reporting Corporation**

1220 L. Street, NW Suite 600
Washington, DC 20005-4018
Federal ID: 52-149 518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
| --- | --- |
| 1/21/2007 | 26286 |

PAID

| BILL TO |
| --- |
| Dickstein Shapiro<br>Attn: Bradley D. W[illegible]<br>2101 L Street, NW<br>Washington, DC 200[illegible] |

| Contract #/PO | | | | SET |
| --- | --- | --- | --- | --- |
| Cash Sale | Amex | | Hand Del | 01/11/07 |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 070111004 | Lettow/Boston Edison & Entergy Nuclear v. U.S.<br>99-447C/pages 1-113<br>Washington, D.C. | 113 | 7.50 | 847.50 |
| 070111004 | Lettow/Boston Edison & Entergy Nuclear v. U.S.-DISK | 113 | 0.75 | 84.75 |
| 070111004 | Lettow/Boston Edison & Entergy Nuclear v. U.S.-COND | 113 | 0.75 | 84.75 |
| 1 | Handling and delivery | | 20.00 | 20.00 |

**Total** $1,037.00

TOTAL P.02

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

288609

**DATE PREPARED:** 3/15/07

**PAYEE:** Bradley D. Wine

**ADDRESS:** DS

11097

**PURPOSE:** Reimbursement for payment of BECO January 11, 2007 hearing transcript fees (paid by personal AMEX card).

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (BECO) | | 1037.00 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | btotal | 1037.00 | | |

N

1,037.00 +
001..............
1,037.00 *

Entertainment

| ACCOUNT NO. | | | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | otal | | | |
| | | Total | 1037.00 | | |

[signature]

1700661 v1; 10G8L01!.DOC

1700661.05

# TAB 6

# Dickstein Shapiro LLP Voucher Sheet

Page 1

Print Date 6/23/2007

Approval

**Voucher Due Date:**
**5/29/07**

Voucher Number 370059

AP Batch #: 062507JCFVEN

**Invoice** **70529002**

**Voucher Amt:** **316.60**

Invoice Date 5/29/07

Voucher Date 5/29/07

Due Date 5/29/07

1099? N

Fed ID #

Vendor Number 13029

Mailing Address

**HERITAGE REPORTING CORPORATION**
**1220 L STREET, N,W**
**SUITE 600**
**WASHINGTON DC 20005**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0124100 | 2000000 | DC Sales & Excise Tax | -18.20 | HERITAGE REPORTING CORPORATION - Payment for hearing transcript of May 29, 2007; Ref# 70529002 |
| 0113205 | 1000000 | DC Client Cost Clearing | 334.80 | HERITAGE REPORTING CORPORATION |
| | | | **316.60** | |

**Client Cost Allocation** **Cost Batch** **881376**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 52 Depo/Transcripts | $334.80 | Depo/Transcripts - Vendor: HERITAGE REPORTING CORPORATION Payment for hearing transcript of May 29, 2007; Ref# 70529002 |
| | | | **$334.80** | |

**Invoice Comments**

Payment for hearing
transcript of May 29, 2007;
Ref# 70529002

# CHECK REQUEST

370059

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 6/20/07

**PAYEE:** Heritage Reporting Corporation

**ADDRESS:** 1220 L Street, N.W., Suite 600
Washington, D.C. 20005

13029

**PURPOSE:** Payment for hearing transcript of May 29, 2007

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuels | | 316.60 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Subtotal | 316.60 | | |

**CHARGES**
**ıvel, Meals or Entertainment**

| ACCOUNT NO. | ON | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Subtotal | | | |
| | Total | $ 316.60 | | |

Acct.

1700661 v1; 10G8L01!.DOC

2246016.05

**Heritage Reporting Corporation** ***REFERENCE #*** 070529007

**The transcript of the following hearing held before the United States Court of Federal Claims is now available:**

**Hearing Date:** 5/29/07 **Docket No.:** 99-447 C

**Title of Case:** Boston Edison + Entergy v. U.S.

**To order this transcript, send a check for the total amount of your order with a copy of this card to Heritage Reporting Corporation.**

**Certified transcript (paper) # pages** 88 **x $1.95 = $** 171.60

**(Note: Minimum transcript order is $50.00)**

**Handling and delivery** **+ $ 20.00**

**SUBTOTAL** 191.60

**Additional options available with paper copy order:**

**Disk (List Version______)** 88 **x $ .50 (Min. Order 50.00) $** 50.00

**Condensed transcript w/key index** 88 **x $ .75 (Min. 75.00)$** 75.00

**GRAND TOTAL** $316.60

**U.S. DOJ: SIGN AND FAX ORDER TO HERITAGE**

**Voice (202) 628-4888 Fax (202) 371-0935**

# TAB 7

# Dickstein Shapiro LLP Voucher Sheet

Page 2
Print Date 12/?/2007
Approval

**Voucher Due Date:**
**12/5/07**

Voucher Number 386765
AP Batch #: 120607RMP

**Voucher Amt: 1,071.52**

**Invoice** **CR120507**
Invoice Date 12/5/07
Voucher Date 12/5/07
Due Date 12/5/07

1099? N
Fed ID #

Vendor Number 13029

Mailing Address
**HERITAGE REPORTING CORPORATION**
**1220 L STREET, N,W**
**SUITE 600**
**WASHINGTON DC 20005**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 1,133.14 | HERITAGE REPORTING CORPORATION Payment for BECO h transcript of November 8, 2007 |
| 0124100 | 2000000 | DC Sales & Excise Tax | -61.62 | HERITAGE REPORTING CORPORATION |
| | | | **1,071.52** | |

**Client Cost Allocation** **Cost Batch** **967547**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 52 Depo/Transcripts | $1,133.14 | Depo/Transcripts - Vendor: HERITAGE REPORTING CORPORATION Payment for BECO hearing transcript of November 8, 2007 |
| | | | **$1,133.14** | |

**Invoice Comments**

Payment for BECO hearing
transcript of November 8, 2007

384765

# CHECK REQUEST

Original Receipts MUST be ATTACHED!
ALL receipts MUST BE TAPED to a letter sized attachment sheet.

DATE PREPARED: 12/5/07

PAYEE: Heritage Reporting Corporation

ADDRESS: 1220 L Street, N.W., Suite 600
Washington, D.C. 20005

13029

PURPOSE: Payment for BECO hearing transcript of November 8, 2007

DATE NEEDED:

REQUESTED BY: Peggy King

PHONE EXTENSION: 4803

SPECIAL INSTRUCTIONS:

CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuels | | 1071.52 | FML | FML |
| | | Subtotal | 1071.52 | | |

S
or Entertainment

1,071•52 ×
5•75 %
61•62 *

1,133•14 +%

0• *

| ACCOUNT NO. | | | AMOUNT | INITIALS | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Subtotal | | | |
| | | Total | $ 1071.52 | | |

CERTIFICATION AS TO BUDGET AND APPROVAL

Acct

**Heritage Reporting Corporation** REFERENCE # 071108004

***The transcript of the following hearing held before the United States Court of Federal Claims is now available:***

Hearing Date: 11/8/07 Docket No.: 99-447C

Case Name: Boston Edison v. U.S.

***To order this transcript, send a check for the total amount of your order with a copy of this card to Heritage Reporting Corporation.***

Certified transcript (paper) # pages 212 x $3.30 = 699.60

Courier/Delivery + 20.00

Subtotal $ 719.60

Additional options available with paper copy order:

CD ( WP WORD ASCII ) 212 x $ .83 = 175.96

Condensed transcript w/key index 212 x $ .83 = 175.96

**GRAND TOTAL** $ 1071.52

Standard delivery type is 30 day. Please call for expedited orders.

(202) 628-4888 Fax (202) 371-0935 production@hrccourtreporters.com

# TAB 8

**Heritage Reporting Corporation**
1220 L. Street, NW Suite 600
Washington, DC 20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/7/2007 | 27075 |

| BILL TO |
|---|
| Dickstein Shapiro<br>Attn: Peggy King<br>2101 L Street, NW<br>Washington, DC 20037 |

| Contract #/PO | | | | SET |
|---|---|---|---|---|
| | | | | |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 070604001 | Lettow/ Boston Edison and Entergy v. U.S.<br>99-447C<br>Washington, D.C.<br>Estimated Pages per day: 350 | 1,050 | 12.45 | 13,072.50 |
| Laptop | 1/2 share of Court's laptop rental (1 per day @ $35.00 each) | 3 | 17.50 | 52.50 |
| LaptopP | 1/2 share of Court's courtesy hook-up | 3 | 0.50 | 1.50 |
| 1 | Handling and delivery | 3 | 20.00 | 60.00 |
| | ESTIMATED DEPOSIT AMOUNT FOR WEEK 3<br>JUNE 18 - 20, 2007 | | | |

| | |
|---|---|
| **Total** | $13,186.50 |

**Heritage Reporting Corporation**

1220 L. Street, NW Suite 600
Washington, DC 20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/7/2007 | 27073 |

| BILL TO |
|---|
| Dickstein Shapiro<br>Attn: Peggy King<br>2101 L Street, NW<br>Washington, DC 20037 |

| Contract #/PO | | | | SET |
|---|---|---|---|---|
| | | | | |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 070604001 | Lettow/ Boston Edison and Entergy v. U.S.<br>99-447C<br>Washington, D.C.<br>Estimated Pages per day: 350 | 1,750 | 12.45 | 21,787.50 |
| Laptop | 1/2 share of Court's laptop rental (1 per day @ $35.00 each) | 5 | 17.50 | 87.50 |
| LaptopP | 1/2 share of Court's courtesy hook-up | 5 | 0.50 | 2.50 |
| 1 | Handling and delivery | 5 | 20.00 | 100.00 |
| | ESTIMATED DEPOSIT AMOUNT FOR WEEK 1<br>JUNE 4 - 8, 2007 | | | |

| | |
|---|---|
| **Total** | $21,977.50 |

**Heritage Reporting Corporation**

1220 L. Street, NW Suite 600
Washington, DC 20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/7/2007 | 27074 |

| BILL TO |
|---|
| Dickstein Shapiro<br>Attn: Peggy King<br>2101 L Street, NW<br>Washington, DC 20037 |

| Contract #/PO | | | | SET |
|---|---|---|---|---|
| | | | | |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 070604001 | Lettow/ Boston Edison and Entergy v. U.S.<br>99-447C<br>Washington, D.C.<br>Estimated Pages per day: 350 | 1,750 | 12.45 | 21,787.50 |
| Laptop | 1/2 share of Court's laptop rental (1 per day @ $35.00 each) | 5 | 17.50 | 87.50 |
| LaptopP | 1/2 share of Court's courtesy hook-up | 5 | 0.50 | 2.50 |
| 1 | Handling and delivery | 5 | 20.00 | 100.00 |
| | ESTIMATED DEPOSIT AMOUNT FOR WEEK 2<br>JUNE 11 - 15, 2007 | | | |

**Total** $21,977.50

HERITAGE REPORTING CORPORATION
1220 L STREET, N.W., SUITE 600
WASHINGTON, DC 20005-4018

SUNTRUST BANK
65-270/550

49100

7/3/2007

PAY TO THE ORDER OF Dickstein Shapiro $ **3,740.30

Three Thousand Seven Hundred Forty and 30/100************************************************************************** DOLLARS

Dickstein Shapiro
Attn: Bradley D. Wine
2101 L Street, NW
Washington, DC 20037

MEMO

BOSTON RT DEPOSIT REFUND

Teri A. Bep

Refund
56780.0000
27073
27074
27075

⑈049100⑈ ⑆055002707⑆ 2900000025⑈

# TAB 9

**DAVIS COURT REPORTING, LLC**
P.O. Box 16147
Jackson, MS 39236-6147
601-991-0079
Tax ID: 20-2619762

# Invoice

| | |
|---|---|
| **Invoice #** | 1849 |
| **Invoice Date** | 1/9/2007 |

| **Bill To** |
|---|
| Bernard Sheehan, Esq.<br>Dickstein Shapiro<br>1825 Eye Street NW<br>Washington, DC 2006-5403 |

| **Style of Case** |
|---|
| Entergy<br>v.<br>USA |

| **Court Reporter** | **T. Davis** |
|---|---|

| Item | Description | Amount |
|---|---|---|
| Copy Transcript | Dan Keuter<br>01-04-07<br>expedited and dirty disc | 1,626.00 |
| Original Transcript | 30(b)(6) Entergy<br>Dan Keuter<br>01-05-07<br>expedited and dirty disc<br>fedex shipping | 2,478.00 |
| | **Total** | $4,104.00 |

Please go to www.daviscourtreporting.com if paying by credit card.

# TAB 10

# Dickstein Shapiro LLP Voucher Sheet

Page 4
Print Date 4/4/2007
Approval

**Voucher Due Date:**
**3/22/07**

Voucher Number 360883
AP Batch #: 040607YGD

**Invoice** **164517EDC** ✓
Invoice Date 3/22/07
Voucher Date 3/22/07
Due Date 3/22/07

1099? Y
Fed ID # 22-3779684

**Voucher Amt: 1,414.41**

Vendor Number 10257
Mailing Address
**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**
**PHILADELPHIA PA 19178-5751**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 1,495.74 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164517EDC Date: 03/22/07 - Payment of Schilissel deposition transcript fees (03/16/07) |
| 0124100 | 2000000 | DC Sales & Excise Tax | -81.33 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164517EDC Date: 03/22/07 - Payment of Schilissel deposition transcript fees (03/16/07) |
| | | | **1,414.41** | |

**Client Cost Allocation** **Cost Batch** **839153**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 4/5/07 | 52 Depo/Transcripts | $1,495.74 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 164517EDC Date: 03/22/07 - Payment of Schilissel deposition transcript fees (03/16/07) |
| | | | | **$1,495.74** | |

**Invoice Comments**

- Inv# 164517EDC Date: 03/22/07 - Payment of Schilissel deposition transcript fees (03/16/07)

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

# 360883

**DATE PREPARED:** 4/2/07

**PAYEE:** Esquire Deposition Services, LLC — 10257

**ADDRESS:** 1020 19th Street, N.W., Suite 620
Washington, D.C. 20036

**PURPOSE:** Payment of Schlissel deposition transcript fees (03/16/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (BECO) | | 1414.41 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | Subtotal | 1414.41 | | |

0• *
0• *
0• *
1,414•41 ×
5•75 %
81•33 *
1,495•74 +%
0• *
0• *

**FIRM CHARGES**
**used for Travel, Meals or Entertainment**

| ACC | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Subtotal | | | |
| | Total | 1414.41 | | |

Acct.

1700661 v1; 10G8L01!.DOC

1700661.01

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

179933 RUSSB01

To:
Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006

| INVOICE NUMBER | DATE |
|---|---|
| 164517EDC | 03/22/07 |

ATTN : Richard J. Conway, Esq.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: | | |
| CAPTION: BOSTON EDISON V. US | | |
| SERVICES PROVIDED ON 03/16/07: | | |
| DAVIS SCHLISSEL 1- 167 167 PGS | | O+1 |
| ROUGH ASCII DISK | | |
| 5 DAY TURNAROUND | | |
| CONDENSED TRANSCRIPT-NO CHARGE | | |
| CD/ASCII DISK | | |
| ARCHIVING FEE | | |
| HAND DELIVERED | | |
| THANK YOU | | |
| BALANCE DUE TOTAL | 1,414.41 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 179933 TOT: $1414.41
INVOICE #: 164517EDC
DATE: 03/22/07

Dickstein Shapiro
Attn: Richard J. Conway, Esq.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# Dickstein Shapiro LLP Voucher Sheet

Page 6
Print Date 4/6/2007
Approval

**Voucher Due Date:**
**3/22/07**

Voucher Number 360885
AP Batch #: 040607YGD

**Invoice** **164515EDC**
Invoice Date 3/22/07
Voucher Date 3/22/07
Due Date 3/22/07

1099? Y
Fed ID # 22-3779684

**Voucher Amt: 2,920.50**

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**

**PHILADELPHIA PA 19178-5751**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 3,088.43 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164515EDC Date: 03/22/07 - Payment of Schlissel deposition transcript fees (03/15/07) |
| 0124100 | 2000000 | DC Sales & Excise Tax | -167.93 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164515EDC Date: 03/22/07 - Payment of Schlissel deposition transcript fees (03/15/07) |
| | | | **2,920.50** | |

**Client Cost Allocation** **Cost Batch** **839153**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 4/5/07 | 52 Depo/Transcripts | $3,088.43 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 164515EDC Date: 03/22/07 - Payment of Schlissel deposition transcript fees (03/15/07) |
| | | | | **$3,088.43** | |

## Invoice Comments

- Inv# 164515EDC Date: 03/22/07 - Payment of Schlissel deposition transcript fees (03/15/07)

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 4/2/07 # 360885

**PAYEE:** Esquire Deposition Services, LLC — 10257

**ADDRESS:** 1020 19th Street, N.W., Suite 620
Washington, D.C. 20036

**PURPOSE:** Payment of Schlissel deposition transcript fees (03/15/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (BECO) | | 2920.50 | FML | [signature] |
| | | | | | |
| | | **Subtotal** | **2920.50** | | |

0• *

**FIRM CHARGES**

0• *

…sed for Travel, Meals or Entertainment

2,920•50 ×
5•75 %
167•93 *

3,008•43 +%

0• *

| ACCOU… | …SCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | **Subtotal** | | | |
| | **Total** | **2920.50** | | |

[signature]

1700661 v1; 10G8L01!.DOC

1700661 01

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

179932 RUSSB01

To:
Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006

| INVOICE NUMBER | DATE |
|---|---|
| 164515EDC | 03/22/07 |

ATTN : Richard J. Conway, Esq.

**Due Upon Receipt**

| | AMOUNT DUE | ENCL. |
|---|---|---|
| **YOUR REFERENCE NUMBER:**<br><br>**CAPTION:** BOSTON EDISON V. US<br><br>SERVICES PROVIDED ON 03/15/07:<br>DAVIS SCHLISSEL 1- 350 350 PGS<br><br>ROUGH ASCII DISK<br>5 DAY TURNAROUND<br>CONDENSED TRANSCRIPT-NO CHARGE<br>CD/ASCII DISK<br>ARCHIVING FEE<br>HAND DELIVERED<br>THANK YOU | | O+1 |
| BALANCE DUE **TOTAL** | 2,920.50 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

**Please detach and send with payment**

---

**Remit To:**

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 179932 TOT: $2920.50
INVOICE #: 164515EDC
DATE: 03/22/07

Dickstein Shapiro
Attn: Richard J. Conway, Esq.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# Dickstein Shapiro LLP Voucher Sheet

Page 3
Print Date 4/6/2007
Approval

**Voucher Due Date:**
**3/26/07**

Voucher Number 360882
AP Batch #: 040607YGD

**Invoice** **164563EDC** ✓ **Voucher Amt:** **361.50**

Invoice Date 3/26/07
Voucher Date 3/26/07
Due Date 3/26/07

1099? Y
Fed ID # 22-3779684

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**

**PHILADELPHIA PA 19178-5751**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 382.29 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164563EDC Date: 03/26/07 - Payment of Schlissel deposition exhibit fees (03/15/07) |
| 0124100 | 2000000 | DC Sales & Excise Tax | -20.79 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164563EDC Date: 03/26/07 - Payment of Schlissel deposition exhibit fees (03/15/07) |
| | | | **361.50** | |

**Client Cost Allocation** **Cost Batch** **839153**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.C000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 4/5/07 | 52 Depo/Transcripts | $382.29 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 164563EDC Date: 03/26/07 - Payment of Schlissel deposition exhibit fees (03/15/07) |
| | | | | **$382.29** | |

**Invoice Comments**

- Inv# 164563EDC Date: 03/26/07 - Payment of Schlissel deposition exhibit fees (03/15/07)

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

# 360889

**DATE PREPARED:** 4/2/07

**PAYEE:** Esquire Deposition Services, LLC — 10257

**ADDRESS:** 1020 19th Street, N.W., Suite 620
Washington, D.C. 20036

**PURPOSE:** Payment of Schlissel deposition exhibit fees (03/15/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (BECO) | | 361.50 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | **Subtotal** | **361.50** | | |

0• *
0• *
361•50 ×
5•75 %
20•79 *
382•29 +%
0• *

**FIRM CHARGES**
**d for Travel, Meals or Entertainment**

| ACCOUN | CRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **Subtotal** | | | |
| | **Total** | **361.50** | | |

Acct.

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

179932 RUSSB01

To:
Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006

| INVOICE NUMBER | DATE |
|---|---|
| 164563EDC | 03/26/07 |

ATTN : BRADLEY D. WINE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER:<br><br>CAPTION:<br>BOSTON EDISON V. US<br><br>SERVICES PROVIDED ON 03/15/07:<br><br>DEPOSITION OF<br>DAVIS SCHLISSEL<br>EXHIBITS & TABS<br>THANK YOU | | |
| BALANCE DUE — TOTAL | 361.50 | Thank You! |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 179932 TOT: $361.50
INVOICE #: 164563EDC
DATE: 03/26/07

Dickstein Shapiro
Attn: BRADLEY D. WINE, ESQ.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

**Voucher Due Date:**
**2/2/07**

**Dickstein Shapiro LLP**
**Voucher Sheet**

Page 1
Print Date 2/27/2007
Approval

Voucher Number 356567
AP Batch #: 022707YGDR

**Invoice 127737**
Invoice Date 2/2/07
Voucher Date 2/2/07
Due Date 2/2/07

1099? N
Fed ID # 53-0261591

**Voucher Amt: 577.14**

Vendor Number 10113

Mailing Address

**ACE-FEDERAL REPORTERS, INC.**
**1120 G STREET, NW., SUITE 500**
**WASHINGTON D.C. 20005**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 610.32 | ACE-FEDERAL REPORTERS, INC. - Inv# 127737 Date: 02/02/07 -- Payment for Rives deposition exhibit fees (12/21/06) |
| 0124100 | 2000000 | DC Sales & Excise Tax | -33.18 | ACE-FEDERAL REPORTERS, INC. - Inv# 127737 Date: 02/02/07 -- Payment for Rives deposition exhibit fees (12/21/06) |
| | | | **577.14** | |

**Client Cost Allocation** **Cost Batch** **817061**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 2/27/07 | 52 Depo/Transcripts | $610.32 | Depo/Transcripts - Vendor: ACE-FEDERAL REPORTERS, INC. - Inv# 127737 Date: 02/02/07 -- Payment for Rives deposition exhibit fees (12/21/06) |
| | | | | **$610.32** | |

**Invoice Comments**

- Inv# 127737 Date: 02/02/07
-- Payment for Rives
deposition exhibit fees
(12/21/06)

# TAB 11

# Dickstein Shapiro LLP Voucher Sheet

Page 1
Print Date 6/28/2007
Approval

**Voucher Due Date:**
**7/12/07**

Voucher Number 370061
AP Batch #: 062507JCFVEN

**Invoice** **73221**
Invoice Date 6/12/07
Voucher Date 6/12/07
Due Date 7/12/07

1099? N
Fed ID # 30-0168697

**Voucher Amt:** **992.50**

Vendor Number 19642

Mailing Address

**DIGITAL EVIDENCE GROUP**
**1111 16TH STREET, NW SUITE 410**
**WASHINGTON D.C. 20036**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0124100 | 2000000 | DC Sales & Excise Tax | -57.07 | DIGITAL EVIDENCE GROUP LLC - Payment for services for deposition transcript and exhibits of Robert Morgan (07/12/07) Inv# 73221; 06/12/07 |
| 0113205 | 1000000 | DC Client Cost Clearing | 1,049.57 | DIGITAL EVIDENCE GROUP LLC - Payment for services for deposition transcript and exhibits of Robert Morgan (07/12/07) Inv# 73221; 06/12/07 |
| | | | **992.50** | |

**Client Cost Allocation** **Cost Batch** **881376**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 6/25/07 | 52 Depo/Transcripts | $1,048.51 | Depo/Transcripts - Vendor: DIGITAL EVIDENCE GROUP LLC Payment for services for deposition transcript and exhibits of Robert Morgan (07/12/07) Inv# 73221; 06/12/07 |
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 6/25/07 | 52 Depo/Transcripts | $1.06 | Depo/Transcripts - Vendor: DIGITAL EVIDENCE GROUP LLC Payment for services for deposition transcript and exhibits of Robert Morgan (07/12/07) Inv# 73221; 06/12/07 |
| | | | | **$1,049.57** | |

## Invoice Comments

Payment for services for deposition transcript and exhibits of Robert Morgan (07/12/07) Inv# 73221; 06/12/07

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 6/20/07

**PAYEE:** Digital Evidence Group

**ADDRESS:** 1111 16th Street, N.W., Suite 410
Washington, D.C. 20036

**PURPOSE:** Payment for services for deposition transcript and exhibits of Robert Morgan (07/12/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuels | | 992.50 | FML | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Subtotal | 992.50 | | |

## FIRM CHARGES

to be used for Travel, Meals or Entertainment

0• *

992•50 ×
5•75 %
57•07 *

1,049•57+%

992•50 *

| DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| Subtotal | | | |
| Total | 992.50 | | |

DIGITAL
EVIDENCE
GROUP

Mr. Bradley Wine
Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006

June 12, 2007

Re: Boston Edison Company v. United States

Dear Mr. Bradley Wine,

Please find enclosed the below items for the deposition of **Robert Morgan**. Enclosed items checked below:

__X__ Original Transcript

__X__ Original Exhibits

__X__ Final ASCII (with eTran)

An invoice for service is enclosed.

If you have any questions or concerns, please contact our office at 202-232-0646.

Best Regards,

Digital Evidence Group

1111 16th Street, NW
Suite 410
Washington, DC 20036
Phone: 202-232-0646
Fax: 240-465-6538
www.digitalevidencegroup.com

DIGITAL EVIDENCE GROUP

# Invoice

Digital Evidence Group
1111 16th Street, NW Suite 410
Washington, DC 20036
202-232-0646

| Date | Invoice # |
|---|---|
| 6/12/2007 | 07-3221 |
| | Tax ID # 30-0168697 |

| Bill To | Case Caption | Deponent |
|---|---|---|
| Dickstein Shapiro Morin & Oshinsky<br>Brady Wine<br>1825 Eye Street NW<br>Washington, District of Columbia 20006 | Boston Edison v. US | Robert Morgan |

| Terms | Due Date |
|---|---|
| Net 30 | 7/12/2007 |

| Description | Serviced | Amount |
|---|---|---|
| Appearance fee (Sat) | | 150.00 |
| 0&1 Transcript - Next Day (Sunday) + RASCII | | 822.50 |
| Delivery - In State, Transcript, Exhibits, eTran | | 20.00 |

| | |
|---|---|
| **Total** | $992.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $992.50 |

Please remit to above address within 30 days. If you have any questions or concerns please contact Digital Evidence Group at 202-232-0646.

# TAB 12

**Apex Reporting**
P.O. Box 120003
Boston, MA 02112
(617) 269-2900

| | |
|---|---|
| DATE | 11/9/06 |
| INVOICE # | 28918 |
| TERMS | Net 15 |
| PO # or DCN # | |

# Invoice

| BILL TO: | SHIP TO: |
|---|---|
| Dickstein, Shapiro LLP<br>1825 Eye Street, NW<br>Washington, D.C. 20006-5403 | Dickstein, Shapiro LLP<br>1825 Eye Street, NW<br>Washington, D.C. 20006-5403<br><br>Richard J. Conway, Esq. |

| DATE | DESCRIPTION | QTY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Depo-Boston Edison Co. v USA 99-447C and Entergy Nuclear Generation Co. v USA - 03-262C | | | | |
| 10/3/06 | Depo-John Reed Copy & Condensed | 227 | pgs | 4.25 | 964.75 |
| 10/3/06 | Rough ASCII Disk & Final Disk | | ea | 125.00 | 125.00 |
| 10/4/06 | Depo-John Reed Copy & Condensed | 202 | pgs | 4.25 | 858.50 |
| 10/4/06 | Rough ASCII Disk & Final Disk | | ea | 125.00 | 125.00 |
| | Exhibit duplication - Reed | 1,297 | pgs | 0.25 | 324.25 |
| 10/13/06 | FedEx | | | 37.57 | 37.57 |

** We have moved! Please note new phone number above **

**Total** $2,435.07

1.50% PER MONTH ON UNPAID BALANCE
Fed ID# 04-3535286

# TAB 13

**Voucher Due Date:**
**1/12/07**

**Dickstein Shapiro LLP**
**Accounts Payable Voucher**

Page 24
Print Date 2/1/2007
Approval

Voucher Number 353978
AP Batch #: 020107YGD

**Invoice** **162846EDC** √
Invoice Date 1/12/07
Voucher Date 1/12/07
Due Date 1/12/07

1099? Y
Fed ID # 22-3779684

**Voucher Amt:** **113.50**

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**

**PHILADELPHIA PA 19178-5751**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 120.03 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 162846EDC Da 01/12/07 -- payment of Reed deposition exhibit fees (12/28/06) |
| 0124100 | 2000000 | DC Sales & Excise Taxes | -6.53 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 162846EDC Da 01/12/07 -- payment of Reed deposition exhibit fees (12/28/06) |
| | | | **113.50** | |

**Client Cost Allocation** **Cost Batch** **804200**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 52 Depo/Transcripts | $120.03 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 162846EDC Date: 01/12/07 -- payment of Reed deposition exhibit fees (12/28/06) |
| | | | **$120.03** | |

**Invoice Comments**

- Inv# 162846EDC Date: ✓
01/12/07 -- payment of Reed
deposition exhibit fees
(12/28/06)

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

#353918

**DATE PREPARED:** 1/29/07

**PAYEE:** Esquire Deposition Services, LLC – 10257

**ADDRESS:** 1020 19th Street, N.W., Suite 620
Washington, D.C. 20036

**PURPOSE:** Payment of Reed deposition exhibit fees (12/28/06)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (Con Ed) | | 113.50 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | Subtotal | 113.50 | | |

**\RGES**
**Meals or Entertainment**

| ACCOUNT NO. | | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Subtotal | | | |
| | Total | 113.50 | | |

Acct

1700661 v1: 10G8L01!.DOC

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

178116 RUSSB01

| INVOICE NUMBER | DATE |
|---|---|
| 162846EDC | 01/12/07 |

To:

Dickstein Shapiro Morin & Oshinsky
1825 Eye Street, NW
Washington, DC 20006

01/16/07

ATTN : BRADLEY D. WINE, ESQ.

Due Upon Receipt

YOUR REFERENCE NUMBER:

CAPTION:
BOSTON EDISON V. US

SERVICES PROVIDED ON 12/28/06:

DEPOSITION OF ROBERT HEVERT
EXHIBITS & TABS
THANK YOU

| AMOUNT DUE | ENCL. |
|---|---|
| | |

BALANCE DUE

TOTAL 113.50

*Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call

# TAB 14

Page 8
Print Date 2/28/2007
Approval ______

**Voucher Due Date:**
**1/24/07**

**ckstein Shapiro LLP**
**counts Payable Voucher**

oucher Number 356769
P Batch #: 022807JCFVEN

**Voucher Amt: 460.75**

| | |
|---|---|
| **Invoice** | √163064EI |
| Invoice Date | √1/24/07 |
| Voucher Date | 1/24/07 |
| Due Date | 1/24/07 |
| 1099? | Y |
| Fed ID # | 22-37796 |

Vendor Number 10257

Mailing Address
√**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**

**PHILADELPHIA PA 19178-5751**

**General Ledger Allocati**

| Account | | L Account Description | Amount | Description |
|---|---|---|---|---|
| 0124100 | 2000000 | Sales & Excise Tax | -26.49 | ESQUIRE DEPOSITION SERVICES LLCPayment of Reed depo: exhibits fees (01/09/07 and ~~01/10/07~~) Inv# 163064EDC |
| 0113205 | 1000000 | Client Cost Clearing | 487.24 | ESQUIRE DEPOSITION SERVICES LLC |
| | | | **460.75** | |

**Client Cost Allocation** **Cost Batch 817748**

| Matter No./BATY | Client/I | er Name | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nı Joint Re| | Fuel Litigation ntation | 52 Depo/Transcripts | $487.24 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC Payment of Reed deposition exhibits fees (01/09/07 and ~~01/10/07~~) Inv# 163064EDC |
| | | | | **$487.24** | |

**Invoice Comments**

Payment of Reed depositior exhibits fees (01/09/07 and ~~01/10/07)~~ Inv# 163064EDC

for 01/09/07

ESQUIR[
DEPOSITION SERV[ ]S®
A HOBART WEST COMPA[

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

178117 RUSSB01

| INVOICE NUMBER | DATE |
|---|---|
| 163064EDC | 01/24/07 |

To:

Dickstein Sl[ ]iro Morin & Oshinsky
1825 Eye St[ree]t, NW
Washington, [DC] 20006

ATTN : Rich[ard] J. Conway, Esq.

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|
| | |

YOUR REFERENCE NUMBE[R]

CAPTION:

BOSTON [ ]SON V. US

SERVICES PRO[VID]ED ON 01/09/07:

DEPOSITION O[F J]OHN REED
EXHIBITS & T[AB]S
SHIPPING & H[AND]LING
THANK YOU

460•75 x
5•75 %
26•49 *

487•24+%

0• *

BALANCE DUE

TOTAL 460.75

*Thank You!*

Any amounts not paid [with]in 30 days of the invoice will be considered past due and a late charg[e wi]ll accrue on any unpaid balance at the lesser of one and one-half per[cent] (1.5%) per month or the maximum rate allowed by law. Contact us immediate[ly w]ith questions or corrections regarding billing or payment. No adjustments or re[fund]s will be made after 120 days from date of payment.

**Please detach and send with pa[yment]**

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire [D]eposition Services, LLC**
P.O Box [8]5751
Philade[lp]hia,PA 19178-5751
Tax ID [2]2-3779684

JOB: 178117 TOT: $460.75
INVOICE #: 163064EDC
DATE: 01/24/07

Dickste[in] Shapiro Morin & Oshinsky
Attn: R[ic]hard J. Conway, Esq.
1825 Ey[e] Street, NW
Washing[to]n, DC 20006

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# TAB 15

# CHECK REQUEST

#353977

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 1/29/07

**PAYEE:** Esquire Deposition Services, LLC – 10257

**ADDRESS:** 1020 19th Street, N.W., Suite 620
Washington, D.C. 20036

**PURPOSE:** Payment of Reed deposition transcript fees (01/09/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (Con Ed) | | 2550.94 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Subtotal | 2550.94 | | |

**FIRM CHARGES**

**be used for Travel, Meals or Entertainment**

| AC | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Subtotal | | | |
| | Total | 2550.94 | | |

Acct.

1700661 v1; 10G8L01!.DOC

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

178117 RUSSB01

| INVOICE NUMBER | DATE |
|---|---|
| 162974EDC | 01/19/07 |

To:
Dickstein Shapiro Morin & Oshinsky
1825 Eye Street, NW
Washington, DC 20006

ATTN : Richard J. Conway, Esq.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER:<br>CAPTION: BOSTON EDISON V. US<br>SERVICES PROVIDED ON 01/09/07:<br>JOHN J. REED 1- 381 381 PGS<br>ROUGH ASCII DISK<br>5 DAY EXPEDITED - COPY<br>EXPERT/MEDICAL/TECHNICAL-COPY<br>CONDENSED TRANSCRIPT-NO CHARGE<br>CD/ASCII DISK<br>E-TRANSCRIPT<br>READ & SIGN<br>SHIPPING & HANDLING<br>THANK YOU | | 1CC |
| TOTAL | 2,550.94 | Thank You! |

BALANCE DUE

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections [illegible]

For Invoice Questions,
Please Call
[illegible]

Page 23

Voucher Due Date: 1/19/07

**Dickstein Shapiro LLP**
**Accounts Payable Voucher**

Print Date 2/1/2007
Approval

Voucher Number 353977
AP Batch #: 020107YGD

| | | | |
|---|---|---|---|
| **Invoice** | **162974EDC** | **Voucher Amt:** | **2,550.94** |
| Invoice Date | 1/19/07 | | |
| Voucher Date | 1/19/07 | | |
| Due Date | 1/19/07 | | |
| 1099? | Y | | |
| Fed ID # | 22-3779684 | | |

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**

**PHILADELPHIA PA 19178-5751**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 2,697.62 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 162974EDC Da 01/19/07 -- Payment of Reed deposition transcript fees (01/09/07) |
| 0124100 | 2000000 | DC Sales & Excise Taxes | -146.68 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 162974EDC Da 01/19/07 -- Payment of Reed deposition transcript fees (01/09/07) |
| | | | **2,550.94** | |

**Client Cost Allocation** **Cost Batch** **804200**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 52 Depo/Transcripts | $2,697.62 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 162974EDC Date: 01/19/07 -- Payment of Reed deposition transcript fees (01/09/07) |
| | | | **$2,697.62** | |

**Invoice Comments**

- Inv# 162974EDC Date: 01/19/07 -- Payment of Reed deposition transcript fees (01/09/07)

# TAB 16

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 1/29/07 #353976

**PAYEE:** Esquire Deposition Services, LLC – 10257

**ADDRESS:** 1020 19th Street, N.W., Suite 620
Washington, D.C. 20036

**PURPOSE:** Payment of Reed deposition transcript fees (01/12/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (Con Ed) | | 2381.42 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **Subtotal** | **2381.42** | | |

**M CHARGES**
**ravel, Meals or Entertainment**

| ACCOUNT NO. | ION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **Subtotal** | | | |
| | **Total** | **2381.42** | | |

Acct.

Print Date 2/1/2007
Approval 8h

Voucher Due Date:
**1/19/07**

# Dickstein Shapiro LLP
## Accounts Payable Voucher

Voucher Number 353976
AP Batch #: 020107YGD

**Invoice** **162981EDC**
**Voucher Amt:** **2,381.42**
Invoice Date 1/19/07
Voucher Date 1/19/07
Due Date 1/19/07

1099? Y
Fed ID # 22-3779684

Vendor Number 10257
Mailing Address
**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**
**PHILADELPHIA PA 19178-5751**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 2,518.36 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 162981EDC Da 01/19/07 - - payment of Reed deposition transcript fees (01/12/07) |
| 0124100 | 2000000 | DC Sales & Excise Taxes | -136.94 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 162981EDC Da 01/19/07 - - payment of Reed deposition transcript fees (01/12/07) |
| | | | **2,381.42** | |

**Client Cost Allocation** **Cost Batch** **804200**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 52 Depo/Transcripts | $2,518.36 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 162981EDC Date: 01/19/07 - - payment of Reed deposition transcript fees (01/12/07) |
| | | | **$2,518.36** | |

**Invoice Comments**

- Inv# 162981EDC Date: ✓
01/19/07 - - payment of Reed deposition transcript fees (01/12/07)

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

178612 RUSSB01

| INVOICE NUMBER | DATE |
|---|---|
| 162981EDC | 01/19/07 |

To:

Dickstein Shapiro Morin & Oshinsky
1825 Eye Street, NW
Washington, DC 20006

ATTN : Richard J. Conway, Esq.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: | | |
| CAPTION: BOSTON EDISON V. US | | |
| SERVICES PROVIDED ON 01/10/07:<br>JOHN J. REED 1- 355 355 PGS | | 1CC |
| ROUGH ASCII DISK<br>5 DAY EXPEDITED - COPY<br>EXPERT/MEDICAL/TECHNICAL-COPY<br>CONDENSED TRANSCRIPT-NO CHARGE<br>CD/ASCII DISK<br>E-TRANSCRIPT<br>READ & SIGN<br>SHIPPING & HANDLING<br>THANK YOU | | |
| BALANCE DUE — TOTAL | 2,381.42 | Thank You! |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing [illegible]

For Invoice Questions,
Please Call
[illegible]

# TAB 17

# Dickstein Shapiro LLP Voucher Sheet



Print Date 4/6/2007

Approval

**Voucher Due Date:**
**3/29/07**

Voucher Number 360837

AP Batch #: 040607YGD

| | | | |
|---|---|---|---|
| **Invoice** | **164666EDC** | **Voucher Amt:** | **2,144.15** |
| Invoice Date | 3/29/07 | | |
| Voucher Date | 3/29/07 | | |
| Due Date | 3/29/07 | | |
| 1099? | Y | | |
| Fed ID # | 22-3779684 | | |

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**

**PHILADELPHIA PA 19178-5751**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 2,267.44 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164666EDC Da 03/29/07 -- payment of Howard deposition transcript fees (03/21/07) |
| 0124100 | 2000000 | DC Sales & Excise Tax | -123.29 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164666EDC Da 03/29/07 -- payment of Howard deposition transcript fees (03/21/07) |
| | | | **2,144.15** | |

**Client Cost Allocation** **Cost Batch** **839153**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 52 Depo/Transcripts | $2,267.44 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 164666EDC Date: 03/29/07 -- payment of Howard deposition transcript fees (03/21/07) |
| | | | **$2,267.44** | |

**Invoice Comments**

- Inv# 164666EDC Date:
03/29/07 -- payment of Howard
deposition transcript fees
(03/21/07)

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

#316837

**DATE PREPARED:** 4/2/07

**PAYEE:** Esquire Deposition Services, LLC – 10257

**ADDRESS:** 1020 19th Street, N.W., Suite 620
Washington, D.C. 20036

**PURPOSE:** Payment of Howard deposition transcript fees (03/21/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (BECO) | | 2144.15 | FML | FML |
| | | | | | |
| | | | | | |
| | | **Subtotal** | **2144.15** | | |

0• *

**FIRM CHARGES**
**used for Travel, Meals or Entertainment**

0• *

2,144•15 x
5•75 %
123•29 *

2,267•44+%

0• *

| ACC( | )ESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **Subtotal** | | | |
| | **Total** | **2144.15** | | |

Acct.

1700661 v1; 10G8L01!.DOC

1700661.01

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

179445 RUSSB01

| INVOICE NUMBER | DATE |
|---|---|
| 164666EDC | 03/29/07 |

To:
Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006

ATTN : BRADLEY D. WINE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER:<br><br>CAPTION:<br>BOSTON EDISON V. US<br><br>SERVICES PROVIDED ON 03/21/07:<br>EDWARD HOWARD 1- 345 345 PGS<br><br>5 day delivery - copy<br>ROUGH ASCII DISK<br>E-TRANSCRIPT<br>CONDENSED TRANSCRIPT-NO CHARGE<br>CD/ASCII DISK<br>THANK YOU | | 1CC |
| BALANCE DUE    TOTAL | 2,144.15 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

**Please detach and send with payment**

---

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 179445 TOT: $2144.15
INVOICE #: 164666EDC
DATE: 03/29/07

Dickstein Shapiro
Attn: BRADLEY D. WINE, ESQ.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# TAB 18

**Dickstein Shapir ,P Voucher Sheet**

Page 6
Print Date 4/18/2007
Approval

**Voucher Due Date:**
**4/6/07**

/oucher Number 362087
\P Batch #: 041807YGD

| | |
|---|---|
| **Invoice** | **16484(** |
| Invoice Date | 4/6/07 |
| Voucher Date | 4/6/07 |
| Due Date | 4/6/07 |
| 1099? | Y |
| Fed ID # | 22-377 |

**Voucher Amt: 2,170.86**

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**

**PHILADELPHIA PA 19178-5751**

NED

**General Ledger Alloc**

| Account | | Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | Client Cost Clearing | 2,295.69 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164840EDC Date: 04/06/07 -- Payment of Ulеck deposition transcript fees (03/28/07) |
| 0124100 | 2000000 | Sales & Excise Tax | -124.83 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164840EDC Date: 04/06/07 -- Payment of Uleck deposition transcript fees (03/28/07) |
| | | | **2,170.86** | |

**Client Cost Allocation** **Cost Batch 841891**

| Client/Matter Name | | | Date | Code | Amount | Description |
|---|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclea Joint Represe | tigation | 4/18/07 | 52 Depo/Transcripts | $2,295.69 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 164840EDC Date: 04/06/07 -- Payment of Uleck deposition transcript fees (03/28/07) |
| | | | | | **$2,295.69** | |

**Invoice Comments**

- Inv# 164840EDC Date: 04/06/07 -- Payment of U deposition transcript fees (03/28/07)

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ıLL receipts MUST BE TAPED to a letter sized attachment sheet.**

#362087

**DATE PREPARED:** 17/07

**PAYEE:** ;quire Deposition Services, LLC – 10257

**ADDRESS:** !20 19th Street, N.W., Suite 620
'ashington, D.C. 20036

**PURPOSE:** ıyment of Uleck deposition transcript fees (03/28/07)

**DATE NEEDED:**

**REQUESTED BY:** :ggy King **ıNE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

0• *
0• *
2,170•86 ×
5•75 %
124•83 *
2,295•69 +%

| CLIENT/MATTER N | CLIENT NAME | | | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | ɔent Nuclear Fuels (BECO) | | 86 | FML | [signature] |
| | | | 0• * | | |
| | | Subtotal | 2170.86 | | |

**FIRM CHARGES**
**Not to be used for Travel, Meals or Entertainment**

| ACCOUNT NO | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | Subtotal | | | |
| | Total | 2170.86 | | |

Acct.

ESQUIR
DEPOSITION SER S®
A HOBART WEST COMF

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

179997 RUSSB01

To:
Dickstei. apiro
1825 Eye eet, NW
Washingt DC 20006

| INVOICE NUMBER | DATE |
|---|---|
| 164840EDC | 04/06/07 |

ATTN : R. rd J. Conway, Esq.

Due Upon Receipt

| YOUR REFERENCE NUME | AMOUNT DUE | ENCL. |
|---|---|---|
| CAPTION: BOST( JISON V. US | | |
| SERVICES I IDED ON 03/28/07: | | |
| RONALD B. CK 1- 257 257 PGS | | O+1 |
| 5 DAY TURI JND | | |
| ROUGH ASC: [SK | | |
| CONDENSED NSCRIPT-NO CHARGE | | |
| CD/ASCII I | | |
| ARCHIVING | | |
| SHIPPING & NDLING | | |
| THANK YOU | | |
| BALANCE DUE TOTAL | 2,170.86 | *Thank You!* |

Any amounts not .thin 30 days of the invoice will be considered past due and a late c vill accrue on any unpaid balance at the lesser of one and one-half it (1.5%) per month or the maximum rate allowed by law. Contact us immed with questions or corrections regarding billing or payment. No adjustments o: ds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

**Please detach and send with p.**

Remit To:

**Esqui Jeposition Services, LLC**
P.O B 85751
Phila hia,PA 19178-5751
Tax I 22-3779684

JOB: 179997 TOT: $2170.86
INVOICE #: 164840EDC
DATE: 04/06/07

Dicks Shapiro
Attn: hard J. Conway, Esq.
1825 Street, NW
Washi n, DC 20006

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

**Dickstein Shapir(** **P Voucher Sheet**

Page 8
Print Date 4/18/2007
Approval

**Voucher Due Date:**
**4/9/07**

'oucher Number 362095
\P Batch #: 041807YGD

**Voucher Amt: 88.00**

| | |
|---|---|
| **Invoice** | **164862** |
| Invoice Date | 4/9/07 |
| Voucher Date | 4/9/07 |
| Due Date | 4/9/07 |
| 1099? | Y |
| Fed ID # | 22-377( |

SCANNED

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**
**PHILADELPHIA PA 19178-5751**

**General Ledger Alloca**

| Account | | Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | :lient Cost Clearing | 93.06 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164862EDC Date: 04/09/07 -- Payment of Uleck deposition exhibits (04/09/07) |
| 0124100 | 2000000 | ;ales & Excise Tax | -5.06 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164862EDC Date: 04/09/07 -- Payment of Uleck deposition exhibits (04/09/07) |
| | | | **88.00** | |

**Client Cost Allocation** **Cost Batch 841891**

| Client/Matter Name | | | Date | Code | Amount | Description |
|---|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nucleai Joint Represe | tigation | 4/18/07 | 52 Depo/Transcripts | $93.06 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 164862EDC Date: 04/09/07 -- Payment of Uleck deposition exhibits (04/09/07) |
| | | | | | **$93.06** | |

**Invoice Comments**

- Inv# 164862EDC Date: 04/09/07 -- Payment of U deposition exhibits (04/09

ESQUIR
DEPOSITION SER S®
A HOBART WEST COMI

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

179997 RUSSB01

| INVOICE NUMBER | DATE |
|---|---|
| 164862EDC | 04/09/07 |

To:
Dickstein apiro
1825 Eye eet, NW
Washingtc DC 20006

ATTN : Ri rd J. Conway, Esq.

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|
| | |

YOUR REFERENCE NUMI

CAPTION: BOSTO ISON V. US

SERVICES P DED ON 03/28/07:

DEPOSITION
RONALD B. K
EXHIBITS & S
THANK YOU

BALANCE DUE

TOTAL 88.00 *Thank You!*

Any amounts not p hin 30 days of the invoice will be considered past due and a late ch ll accrue on any unpaid balance at the lesser of one and one-half (1.5%) per month or the maximum rate allowed by law. Contact us immedi ith questions or corrections regarding billing or payment. No adjustments or s will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

**Please detach and send with p**

Remit To:

**Esqui eposition Services, LLC**
P.O Bc 35751
Philac ia,PA 19178-5751
Tax II 22-3779684

JOB: 179997 TOT: $88.00
INVOICE #: 164862EDC
DATE: 04/09/07

Dickst Shapiro
Attn: ard J. Conway, Esq.
1825 E treet, NW
Washin , DC 20006

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**.L receipts MUST BE TAPED to a letter sized attachment sheet.**

#362095

**DATE PREPARED:** 7/07

**PAYEE:** quire Deposition Services, LLC — 10257

**ADDRESS:** 20 19th Street, N.W., Suite 620
ashington, D.C. 20036

**PURPOSE:** yment of Mattia deposition exhibits fees (03/30/07); payment of Uleck deposition
nibits fees (04/09/07)

**DATE NEEDED:**

**REQUESTED BY:** ggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER N | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | oent Nuclear Fuels (BECO) (Mattia) | | 190.75 | FML | |
| S6780.0000 | oent Nuclear Fuels (BECO) (Uleck) | | 88.00 | FML | |
| | | Subtotal | 278.75 | | |

0• *
30 ×
75 %
49 *
0• *
28•00 ×
5•75 %
5•06 *
49 +%
0• *
93•06 +%
0• *

or Entertainment

| ACCOUNT NC | | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | Subtotal | | | |
| | Total | 278.75 | | |

Acct.

# CHECK REQUEST # 362090

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 4/17/07

**PAYEE:** Esquire Deposition Services, LLC — 10257

**ADDRESS:** 1020 19th Street, N.W., Suite 620
Washington, D.C. 20036

**PURPOSE:** Payment of Mattia deposition exhibits fees (03/30/07); payment of Uleck deposition exhibits fees (04/09/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuels (BECO) (Mattia) | | 190.75 | FML | |
| S6780.0000 | Spent Nuclear Fuels (BECO) (Uleck) | | 88.00 | FML | |
| | | **Subtotal** | **278.75** | | |

0• *

IARGES

, Meals or Entertainment

190•75 *
5•75 %
10•97 *

201•72+%

n• *

| ACCOUNT NO. | | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |

**Subtotal**

**Total** **278.75**

Acct.

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

179928 RUSSB01

To:
Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006

| INVOICE NUMBER | DATE |
|---|---|
| 164707EDC | 03/30/07 |

ATTN : Barry Wm. Levine, Esq.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER:<br>CAPTION: BOSTON EDISON V. US<br>SERVICES PROVIDED ON 03/20/07:<br>DEPOSITION OF NICHOLAS MATTIA<br>EXHIBITS & TABS<br>SHIPPING & HANDLING<br>THANK YOU | | |
| BALANCE DUE — TOTAL | 190.75 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 179928 TOT: $190.75
INVOICE #: 164707EDC
DATE: 03/30/07

Dickstein Shapiro
Attn: Barry Wm. Levine, Esq.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# Dickstein Shapiro LLP Voucher Sheet



Print Date 4/18/2007

Approval

**Voucher Due Date:**
**3/30/07**

Voucher Number 362090

AP Batch #: 041807YGD

**Invoice** **164707EDC**

Invoice Date 3/30/07

Voucher Date 3/30/07

Due Date 3/30/07

1099? Y

Fed ID # 22-3779684

**Voucher Amt:** **190.75**

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**

**P.O. BOX 785751**

**PHILADELPHIA PA 19178-5751**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 201.72 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164707EDC Date: 03/30/07 -- Payment of Mattia deposition exhibits fees (03/30/07) |
| 0124100 | 2000000 | DC Sales & Excise Tax | -10.97 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164707EDC Date: 03/30/07 -- Payment of Mattia deposition exhibits fees (03/30/07) |
| | | | **190.75** | |

**Client Cost Allocation** **Cost Batch** **841891**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 4/18/07 | 52 Depo/Transcripts | $201.72 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 164707EDC Date: 03/30/07 -- Payment of Mattia deposition exhibits fees (03/30/07) |
| | | | | **$201.72** | |

## Invoice Comments

- Inv# 164707EDC Date: 03/30/07 -- Payment of Mattia deposition exhibits fees (03/30/07)

# TAB 19

**Dickstein Shapiro LLP**

Page 12

Print Date 3/19/2007

Approval

**Voucher Due Date: 3/6/07**

## Voucher Sheet

Voucher Number 358289

AP Batch #: 031307YGD

**Invoice** **164054EDC**

**Voucher Amt: 1,283.18**

Invoice Date 3/6/07

Voucher Date 3/6/07

Due Date 3/6/07

1099? Y

Fed ID # 22-3779684

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**

**P.O. BOX 785751**

**PHILADELPHIA PA 19178-5751**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 1,356.97 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164054EDC Date: 03/06/07 - (Henry Oheim on 02/22/07) |
| 0124100 | 2000000 | DC Sales & Excise Tax | -73.79 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164054EDC Date: 03/06/07 - (Henry Oheim on 02/22/07) |
| | | | **1,283.18** | |

**Client Cost Allocation** **Cost Batch** **824596**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 3/13/07 | 52 Depo/Transcripts | $1,356.97 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 164054EDC Date: 03/06/07 - (Henry Oheim on 02/22/07) |
| | | | | **$1,356.97** | |

**Invoice Comments**

- Inv# 164054EDC Date: 03/06/07 - (Henry Oheim on 02/22/07)

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

#358289

**DATE PREPARED:** March 12, 2007

**PAYEE:** Esquire Deposition Services, LLC — 10287

**ADDRESS:** P.O. Box 785751
Philadelphia, PA 19178-5751

**PURPOSE:** Payment of Invoice 164054EDC (Henry Oheim on 2/22/07)

**DATE NEEDED:**

**REQUESTED BY:** Lisa M. Barbas **PHONE EXTENSION:** 12710

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel Litigation/Joint Rep. | | $1,283.18 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | Subtotal | $1,283.18 | | |

0• *
1,283•18 x
5•75 %
73•79 *
1,356•97+%

**FIRM CHARGES**

**ed for Travel, Meals or Entertainment**

| ACCOL | :SCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | Subtotal | $ 0.00 | | |
| | Total | $1,283.18 | | |

**DISTRIBUTION OF COPIES:** [X] ACCOUNTING [ ] BILLING ATTY. [ ] PERSONAL FILE

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

179443 ESQUD45

| INVOICE NUMBER | DATE |
|---|---|
| 164054EDC | 03/06/07 |

To:

Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006

ATTN : LISA BARBAS, ESQ.

**Due Upon Receipt**

| | AMOUNT DUE | ENCL. |
|---|---|---|
| **YOUR REFERENCE NUMBER:**<br><br>**CAPTION:**<br>BOSTON EDISON V. US<br><br>SERVICES PROVIDED ON 02/22/07:<br>HENRY V. OHEIM 1- 198 198 PGS<br><br>5 DAY EXPEDITED - COPY<br>ROUGH ASCII DISK<br>CONDENSED TRANSCRIPT-NO CHARGE<br>CD/ASCII DISK<br>READ & SIGN<br>SHIPPING & HANDLING<br>THANK YOU | | 1CC |
| BALANCE DUE **TOTAL** | 1,283.18 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

**Please detach and send with payment**

# TAB 20

# TAB 21

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 6/20/07

**PAYEE:** Esquire Deposition Services, LLC

**ADDRESS:** 1020 19th Street, N.W., Suite 620
Washington, D.C. 20036

1057

**PURPOSE:** Payment for services for deposition transcript and exhibits of Thomas LaGuardia (05/16/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuels | | 95.25 | FML | |
| S6780.0000 | Spent Nuclear Fuels | | 863.75 | FML | |
| | | | | | |
| | | | | | |
| | | **Subtotal** | **959.00** | | |

**FIRM CHARGES**
**Not to be used for Travel, Meals or Entertainment**

| ACCOUNT NO. | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **Subtotal** | | | |
| | **Total** | **959.00** | | |

1700661 v1; 10G8L01!.DOC

2246016.04

# Dickstein Shapiro LLP Voucher Sheet

**Voucher Due Date:**
**6/4/07**

Page 3
Print Date 6/25/2007
Approval

Voucher Number 370066
AP Batch #: 062507JCFVEN

**Invoice** **166196EDC**
Invoice Date 6/4/07
Voucher Date 6/4/07
Due Date 6/4/07

1099? Y
Fed ID # 22-3779684

**Voucher Amt:** **95.25**

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**

**PHILADELPHIA PA 19178-5751**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0124100 | 2000000 | DC Sales & Excise Tax | -5.48 | ESQUIRE DEPOSITION SERVICES LLC- Payment for services deposition transcript and exhibits of Thomas LaGuardia (05/16/07) Inv# 166196EDC |
| 0113205 | 1000000 | DC Client Cost Clearing | 100.73 | ESQUIRE DEPOSITION SERVICES LLC |
| | | | **95.25** | |

**Client Cost Allocation** **Cost Batch** **881376**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 52 Depo/Transcripts | $100.73 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC Payment for services for deposition transcript and exhibits of Thomas LaGuardia (05/16/07) Inv# 166196EDC |
| | | | **$100.73** | |

**Invoice Comments**

Payment for services for deposition transcript and exhibits of Thomas LaGuardia (05/16/07) Inv# 166196EDC

ESQUIRE
DEPOSITION SERVICES®

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

180960 ESQUD45

To:
Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006

| INVOICE NUMBER | DATE |
|---|---|
| 166196EDC | 06/04/07 |

ATTN : Richard J. Conway, Esq.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER:<br>CAPTION: BOSTON EDISON V. US<br>SERVICES PROVIDED ON 05/16/07:<br>DEPOSITION OF THOMAS LAGUARDIA<br>EXHIBITS & TABS<br>SHIPPING & HANDLING<br>THANK YOU | | |
| TOTAL | 95.25 | *Thank You!* |

BALANCE DU

Any amounts not paid within 30 days of the invo
due and a late charge will accrue on any unpaid
one and one-half percent (1.5%) per month or the
Contact us immediately with questions or correct
No adjustments or refunds will be made after 120

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 180960 TOT: $95.25
INVOICE #: 166196EDC
DATE: 06/04/07

Dickstein Shapiro
Attn: Richard J. Conway, Esq.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE
DEPOSITION SERVICES®

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# Dickstein Shapiro LLP Voucher Sheet



**Voucher Due Date:**
**5/31/07**

Print Date 6/25/2007
Approval

Voucher Number 370067
AP Batch #: 062507JCFVEN

**Invoice** **166160EDC**
**Voucher Amt:** **863.75**

Invoice Date 5/31/07
Voucher Date 5/31/07
Due Date 5/31/07

1099? Y
Fed ID # 22-3779684

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**

**PHILADELPHIA PA 19178-5751**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0124100 | 2000000 | DC Sales & Excise Tax | -49.67 | ESQUIRE DEPOSITION SERVICES LLC- Payment for services deposition transcript and exhibits of Thomas LaGuardia (05/16/07) Inv# 166160EDC |
| 0113205 | 1000000 | DC Client Cost Clearing | 913.42 | ESQUIRE DEPOSITION SERVICES LLC |
| | | | **863.75** | |

**Client Cost Allocation** **Cost Batch** **881376**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 52 Depo/Transcripts | $913.42 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC Payment for services for deposition transcript and exhibits of Thomas LaGuardia (05/16/07) Inv# 166160EDC |
| | | | **$913.42** | |

**Invoice Comments**

Payment for services for
deposition transcript and
exhibits of Thomas LaGuardia
(05/16/07) Inv# 166160EDC

ESQUIRE DEPOSITION SERVICES®

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

180960 ESQUD45

To: Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006

| INVOICE NUMBER | DATE |
|---|---|
| 166160EDC | 05/31/07 |

ATTN : Richard J. Conway, Esq.

Due Upon Receipt

YOUR REFERENCE NUMBER:

CAPTION: BOSTON EDISON V. US

| | | AMOUNT DUE | ENCL. |
|---|---|---|---|
| SERVICES PROVIDED ON 05/16/07: | | | |
| THOMAS LAGUARDIA | 1- 170 170 PGS | | 1CC |
| ROUGH ASCII DISK | | | |
| EXPERT/MEDICAL/TECHNICAL-COPY | | | |
| CONDENSED TRANSCRIPT-NO CHARGE | | | |
| CD/ASCII DISK | | | |
| READ & SIGN | | | |
| JOB SITE: DANBURY, CT | | | |
| SHIPPING & HANDLING - UPS | | | |
| THANK YOU | | | |
| | TOTAL | 863.75 | *Thank You!* |

BALANCE I

Any amounts not paid within 30 days of the i
due and a late charge will accrue on any unp
one and one-half percent (1.5%) per month o
Contact us immediately with questions or co
No adjustments or refunds will be made afte

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

Please detach and send with payment

Remit To:

Esquire Deposition Services, LLC
P.O Box 785751
Philadelphia, PA 19178-5751
Tax ID # 22-3779684

...180960 TOT: $863.75
INVOICE #: 166160EDC
DATE: 05/31/07

Dickstein Shapiro
Attn: Richard J. Conway, Esq.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE DEPOSITION SERVICES®

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# TAB 22

ESQUIRE
DEPOSITION SERVICES

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

177381 ESQUD10

To:
Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006

| INVOICE NUMBER | DATE |
|---|---|
| 161437EDC | 11/09/06 |

03/11/08

ATTN : James Wines, Esq.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: | | |
| CAPTION: BOSTON EDISON V. US | | |
| SERVICES PROVIDED ON 10/25/06: | | |
| CHARLES PATRICK LEWIS 1- 279 279 PGS | | 1CC |
| EXHIBITS & TABS | | |
| CONDENSED TRANSCRIPT-NO CHARGE | | |
| CD/ASCII DISK | | |
| E-TRANSCRIPT | | |
| JOB SITE: PHILADELPHIA, PA | | |
| SHIPPING & HANDLING - UPS | | |
| THANK YOU | | |
| PAYMENTS RECEIVED | 1,255.55 | |
| BALANCE DUE TOTAL | 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 177381 TOT: $0.00
INVOICE #: 161437EDC
DATE: 03/11/08

Dickstein Shapiro
Attn: James Wines, Esq.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE
DEPOSITION SERVICES

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# TAB 23

# Dickstein Shapiro LLP Voucher Sheet

Page 8
Print Date 6/29/2007
Approval

**Voucher Due Date:**
**2/23/07**

Voucher Number 371057
AP Batch #: 062907YGD

**Voucher Amt: 298.75**

| | |
|---|---|
| **Invoice** | **163769EDC** |
| Invoice Date | 2/23/07 |
| Voucher Date | 2/23/07 |
| Due Date | 2/23/07 |
| 1099? | Y |
| Fed ID # | 22-3779684 |

Vendor Number 10257

Mailing Address

ESQUIRE DEPOSITION SERVICE LLC
P.O. BOX 785751
PHILADELPHIA PA 19178-5751

## General Ledger Allocation

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 315.93 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 163769EDC Date: 02/23/07 - Reimbursement for deposition exhibits re: Manion (02/06 and 2/07/07) |
| 0124100 | 2000000 | DC Sales & Excise Tax | -17.18 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 163769EDC Date: 02/23/07 - Reimbursement for deposition exhibits re: Manion (02/06 and 2/07/07) |
| | | | **298.75** | |

## Client Cost Allocation

**Cost Batch 881802**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 6/26/07 | 52 Depo/Transcripts | $315.93 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 163769EDC Date: 02/23/07 - Reimbursement for deposition exhibits re: Manion (02/06 and 2/07/07) |
| | | | | **$315.93** | |

## Invoice Comments

- Inv# 163769EDC Date: 02/23/07 - Reimbursement for deposition exhibits re: Manion (02/06 and 2/07/07)

# CHECK REQUEST # 37157

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 6/27/07

**PAYEE:** Esquire Deposition Services – 10257

**ADDRESS:** 1020 19th Street, N.W., Suite 620
Washington, DC 20006

**PURPOSE:** Reimbursement for deposition exhibits re Manion (02/06 and 02/07/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuels | | 298.75 | FML | |
| S6780.0000 | Spent Nuclear Fuels | | 85.25 | FML | |
| | | Subtotal | 384.00 | | |

**ARGES**
**Meals or Entertainment**

| ACCOUNT NO. | | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | Subtotal | | | |
| | Total | 384.00 | | |

ESQUIRE
DEPOSITION SERVICES®

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

179066 RUSSB01

To:

Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006

| INVOICE NUMBER | DATE |
|---|---|
| 163769EDC | 02/23/07 |

06/01/07

ATTN : BRADLEY D. WINE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| **YOUR REFERENCE NUMBER:**<br>**CAPTION:**<br>BOSTON EDISON V. US<br>SERVICES PROVIDED ON 02/06/07:<br>DEPOSITION OF WILLIAM MANION<br>EXHIBITS & TABS<br>SHIPPING & HANDLING<br>THANK YOU | | |
| BALANCE DUE **TOTAL** | 298.75 | *Thank You!* |

PAY THIS AMOUNT: 298.75

For Invoice Questions,
Please Call
(800) 441-3376

**Please detach and send with payment**

---

**Remit To:**

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 179066 TOT: $298.75
INVOICE #: 163769EDC
DATE: 06/01/07

Dickstein Shapiro
Attn: BRADLEY D. WINE, ESQ.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE
DEPOSITION SERVICES®

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# CHECK REQUEST #356983

**Original Receipts MUST be ATTACHED!**
**ℷLL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 27/07

**PAYEE:** ʂquire Deposition Services, LLC

**ADDRESS:** ɉ20 19th Street, N.W., Suite 620
⁄ashington, D.C. 20036

**PURPOSE:** ayment of Manion deposition transcript fees (02/20/07)

**DATE NEEDED:**

**REQUESTED BY:** ɛggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | ʃpent Nuclear Fuel (BECO) | | 2275.41 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | Subtotal | 2275.41 | | |

**FIRM CHARGES**
**ɪe used for Travel, Meals or Entertainment**

| ACC | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Subtotal | | | |
| | Total | 2275.41 | | |

[signature]

Voucher Due Date: **2/20/07**

**Dickstein Shapiro LLP**
**Accounts Payable Voucher**

Page 24
Print Date 3/1/2007
Approval

Voucher Number 356983
AP Batch #: 030107YGD

**Invoice** **163702E**
Invoice Date 2/20/07
Voucher Date 2/20/07
Due Date 2/20/07

1099? Y
Fed ID # 22-3779

**Voucher Amt:** **2,275.41**

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**

**PHILADELPHIA PA 19178-5751**

**General Ledger Alloca**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 2,406.25 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 163702EDC Da 02/20/07 -- Payment of Manion deposition transcript fees. |
| 0124100 | 2000000 | DC Sales & Excise Tax | -130.84 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 163702EDC Da 02/20/07 -- Payment of Manion deposition transcript fees. |
| | | | **2,275.41** | |

**Client Cost Allocation** **Cost Batch** **818650**

| Matter No./BATY | Client | tter Name | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent I Joint R | ear Fuel Litigation sentation | 52 Depo/Transcripts | $2,406.25 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 163702EDC Date: 02/20/07 -- Payment of Manion deposition transcript fees. |
| | | | | **$2,406.25** | |

**Invoice Comments**

- Inv# 163702EDC Date: 02/20/07 -- Payment of Ma n deposition transcript fees.

ESQUIRI
DEPOSITION SERVI S
A HOBART WEST COMPAN

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

179067 RUSSB01

| INVOICE NUMBER | DATE |
|---|---|
| 163702EDC | 02/20/07 |

To:

Dickstein ! apiro Morin & Oshinsky
1825 Eye St eet, NW
Washington DC 20006

02/22/07

ATTN : BRAI EY D. WINE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBEI<br>CAPTION:<br>BOSTON DISON V. US<br>SERVICES PR IDED ON 02/07/07:<br>WILLIAM MAN N 1- 358 358 PGS<br>ROUGH ASCII ISK<br>5 day deliv y - copy<br>EXPERT/MEDI L/TECHNICAL-COPY<br>CONDENSED T NSCRIPT-NO CHARGE<br>CD/ASCII DI<br>SHIPPING & NDLING<br>THANK YOU | | 1CC |
| BALANCE DUE TOTAL | 2,275.41 | *Thank You!* |

Any amounts not pai ithin 30 days of the invoice will be considered past due and a late char will accrue on any unpaid balance at the lesser of one and one-half pe nt (1.5%) per month or the maximum rate allowed by law. Contact us immediat with questions or corrections regarding billing or payment. No adjustments or r nds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

Please detach and send with pa nt

Remit To:

**Esquir Deposition Services, LLC**
P.O Bo 785751
Philad phia,PA 19178-5751
Tax ID 22-3779684

JOB: 179067 TOT: $2275.41
INVOICE #: 163702EDC
DATE: 02/22/07

Dickst n Shapiro Morin & Oshinsky
Attn: ADLEY D. WINE, ESQ.
1825 E Street, NW
Washin on, DC 20006

ESQUIRE™
DEPOSITION SERVICES
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# TAB 24

# CHECK REQUEST #357345

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 3/1/07

**PAYEE:** Esquire Deposition Services, LLC — 10287

**ADDRESS:** 1020 19th Street, N.W., Suite 620
Washington, D.C. 20036

**PURPOSE:** Payment of Manion deposition transcript fees (02/06/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (BECO) | | 2254.07 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Subtotal | 2254.07 | | |

## FIRM CHARGES

ıed for Travel, Meals or Entertainment

| ACCOUI | ƐCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Subtotal | | | |
| | Total | 2254.07 | | |

Acct.

ESQUIRE DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

179066 RUSSB01

| INVOICE NUMBER | DATE |
|---|---|
| 163636EDC | 02/15/07 |

To:

Dickstein Shapiro Morin & Oshinsky
1825 Eye Street, NW
Washington, DC 20006

ATTN : BRADLEY D. WINE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER<br><br>CAPTION:<br>BOSTON EDISON V. US<br><br>SERVICES PROVIDED ON 02/06/07:<br>WILLIAM MANION 1- 341 341 PGS<br><br>ROUGH ASCII DISK<br>5 DAY EXPEDITED - COPY<br>EXPERT/MEDICAL/TECHNICAL-COPY<br>CONDENSED TRANSCRIPT-NO CHARGE<br>CD/ASCII DISK<br>READ & SIGN<br>SHIPPING & HANDLING - UPS<br>THANK YOU | | 1CC |
| BALANCE DUE TOTAL | 2,254.07 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 179066 TOT: $2254.07
INVOICE #: 163636EDC
DATE: 02/15/07

Dickstein Shapiro Morin & Oshinsky
Attn: BRADLEY D. WINE, ESQ.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# Dickstein Shapiro LLP Voucher Sheet

Page 9
Print Date 6/29/2007
Approval

**Voucher Due Date:**
**2/23/07**

Voucher Number 371059
AP Batch #: 062907YGD

**Invoice** **163742EDC**
Invoice Date 2/23/07
Voucher Date 2/23/07
Due Date 2/23/07

**Voucher Amt:** **85.25**

Vendor Number 10257
Mailing Address
**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**
**PHILADELPHIA PA 19178-5751**

1099? Y
Fed ID # 22-3779684

## General Ledger Allocation

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 90.16 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 163742EDC Date: 02/23/07 - Reimbursement for deposition exhibits re: Manion (02/06 and 2/07/07) |
| 0124100 | 2000000 | DC Sales & Excise Tax | -4.91 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 163742EDC Date: 02/23/07 - Reimbursement for deposition exhibits re: Manion (02/06 and 2/07/07) |
| | | | **85.25** | |

## Client Cost Allocation

**Cost Batch** **881802**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 6/26/07 | 52 Depo/Transcripts | $90.16 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 163742EDC Date: 02/23/07 - Reimbursement for deposition exhibits re: Manion (02/06 and 2/07/07) |
| | | | | **$90.16** | |

## Invoice Comments

- Inv# 163742EDC Date: 02/23/07 - Reimbursement for deposition exhibits re: Manion (02/06 and 2/07/07)

ESQUIRE
DEPOSITION SERVICES®

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684 179067 RUSSB01
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

To:
Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006

| INVOICE NUMBER | DATE |
|---|---|
| 163742EDC | 02/23/07 |

06/01/07

ATTN : BRADLEY D. WINE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER:<br><br>CAPTION:<br>BOSTON EDISON V. US<br><br>SERVICES PROVIDED ON 02/07/07:<br><br>DEPOSITION OF WILLIAN MANION<br>EXHIBITS & TABS<br>SHIPPING & HANDLING<br>THANK YOU | | |

DUPLICATE

BALANCE DUE TOTAL 85.25 *Thank You!*

PAY THIS AMOUNT: 85.25

For Invoice Questions,
Please Call
(800) 441-3376

Please detach and send with payment

---

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 179067 TOT: $85.25
INVOICE #: 163742EDC
DATE: 06/01/07

Dickstein Shapiro
Attn: BRADLEY D. WINE, ESQ.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE
DEPOSITION SERVICES®

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# TAB 25

Voucher Due Date: 12/14/06

Dickstein Shapiro LLP
Accounts Payable Voucher

Page 22
Print Date 1/4/2007
Approval

Voucher Number 351201
AP Batch #: 010407YGD

**Invoice** **162268EDC**
**Voucher Amt:** **1,591.06**

Invoice Date 12/14/06
Voucher Date 12/14/06
Due Date 12/14/06

1099? Y
Fed ID # 22-3779684

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**

**PHILADELPHIA PA 19178-5751**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 1,682.55 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 162268EDC Da 12/14/06 -- Payment of Denton deposition transcript fees. (12/06/06) |
| 0124100 | 2000000 | DC Sales & Excise Taxes | -91.49 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 162268EDC Da 12/14/06 -- Payment of Denton deposition transcript fees. (12/06/06) |
| | | | **1,591.06** | |

**Client Cost Allocation** **Cost Batch** 788882

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 52 Depo/Transcripts | $1,682.55 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 162268EDC Date: 12/14/06 -- Payment of Denton deposition transcript fees. (12/06/06) |
| | | | **$1,682.55** | |

**Invoice Comments**

- Inv# 162268EDC Date: 12/14/06 -- Payment of Denton deposition transcript fees. (12/06/06)

# CHECK REQUEST

#351201

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 1/3/07

**PAYEE:** Esquire Deposition Services, LLC

**ADDRESS:** 1020 19th Street, N.W., Suite 620
Washington, D.C. 20036

**PURPOSE:** Payment of Denton deposition transcript fees (12/06/06)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (Con Ed) | | 1591.06 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **Subtotal** | **1591.06** | | |

**I CHARGES**
**avel, Meals or Entertainment**

| ACCOUNT NO. | ON | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **Subtotal** | | | |
| | **Total** | **1591.06** | | |

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

178035 RUSSB01

To:

Dickstein Shapiro Morin & Oshinsky
1825 Eye Street, NW
Washington, DC 20006

| INVOICE NUMBER | DATE |
|---|---|
| 162268EDC | 12/14/06 |

ATTN : BRADLEY D. WINE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: | | |
| CAPTION: BOSTON EDISON V. US | | |
| SERVICES PROVIDED ON 12/06/06: | | |
| ROBERT DENTON 1- 262 262 PGS | | 1CC |
| 5 DAY EXPEDITED - COPY | | |
| EXPERT/MEDICAL/TECHNICAL-COPY | | |
| EXHIBITS & TABS | | |
| CONDENSED TRANSCRIPT-NO CHARGE | | |
| CD/ASCII DISK | | |
| READ & SIGN | | |
| SHIPPING & HANDLING | | |
| THANK YOU | | |
| BALANCE DUE — TOTAL | 1,591.06 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

**Please detach and send with payment**

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 1/3/07

**PAYEE:** Esquire Deposition Services, LLC

**ADDRESS:** 1020 19th Street, N.W., Suite 620
Washington, D.C. 20036

**PURPOSE:** Payment of Denton deposition transcript fees (12/06/06)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (Con Ed) | | 1591.06 | FML | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Subtotal | 1591.06 | | |

## FIRM CHARGES

Not to be used for Travel, Meals or Entertainment

| ACCOUNT NO. | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Subtotal | | | |
| | Total | 1591.06 | | |

ESQUIRE DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

178035 RUSSB01

To:

Dickstein Shapiro Morin & Oshinsky
1825 Eye Street, NW
Washington, DC 20006

| INVOICE NUMBER | DATE |
|---|---|
| 162268EDC | 12/14/06 |

ATTN : BRADLEY D. WINE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: | | |
| CAPTION: BOSTON EDISON V. US | | |
| SERVICES PROVIDED ON 12/06/06: | | |
| ROBERT DENTON 1- 262 262 PGS | | 1CC |
| 5 DAY EXPEDITED - COPY | | |
| EXPERT/MEDICAL/TECHNICAL-COPY | | |
| EXHIBITS & TABS | | |
| CONDENSED TRANSCRIPT-NO CHARGE | | |
| CD/ASCII DISK | | |
| READ & SIGN | | |
| SHIPPING & HANDLING | | |
| THANK YOU | | |
| BALANCE DUE — TOTAL | 1,591.06 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 178035 TOT: $1591.06
INVOICE #: 162268EDC
DATE: 12/14/06

Dickstein Shapiro Morin & Oshinsky
Attn: BRADLEY D. WINE, ESQ.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY