# TAB 26

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

35780

**DATE PREPARED:** March 8, 2007

**PAYEE:** Ace-Federal Reporters, Inc.

**ADDRESS:** 1120 G Street, N.W., Suite 500
Washington, D.C. 20005

1013

**PURPOSE:** Payment for attendance and transcription of deposition of Charles Benjamin Franklin, including hard copy transcripts, exhibits and electronic transcripts.

**DATE NEEDED:** Upon Receipt

**REQUESTED BY:** Carla Gales **PHONE EXTENSION:** 13368

**SPECIAL INSTRUCTIONS:** Please return check to Carla Gales (03E207) for mailing purposes. If any questions, please contact me on x-13368.

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel Litigation | | 2,604.64 | FML | [signature] |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | Subtotal | $2,604.64 | | |

ES
s or Entertainment

```
2,604.64 x
    5.75 %
  149.76 *

2,754.40+%

2,604.64 *
```

| ACCOUNT NO. | | | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|---|
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | Subtotal | $ 0.00 | | |
| | | Total | $2,604.64 | | |

**DISTRIBUTION OF COPIES:** ☒ ACCOUNTING ☐ BILLING ATTY. ☐ PERSONAL FILE

DSMDB-2225817v01

ACE·FEDERAL

Court Reporters & Legal Videographers

1120 G Street, N.W.
Washington, D.C. 20005
202.347.3700 Fax 202.737.3638
www.acefederal.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127415 | 02/20/2007 | 01-23131 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/03/2007 | DAVISR | |

**CASE CAPTION**

Boston Edison v. US

**TERMS**

Due upon receipt

Bernard F. Sheehan, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

5 DAY DELIVERY - ORIGINAL AND 1 CERTIFIED TRANSCRIPT COPY OF:

| | | | |
|---|---|---|---|
| Charles Benjamin Franklin | 325 Pages @ | 5.75/Page | 1,868.75 |
| EXHIBITS | 689 Pages @ | .25/Page | 172.25 |
| ASCII Disk - No Charge | | | n/c |
| Compressed Transc - N/C | | | n/c |
| Rough ASCII | 325.00 Pages @ | 1.25/Page | 406.25 |
| Attendance Fee | | | 130.00 |
| Postage/Delivery | | | 25.90 |
| SALES TAX | | | 1.49 |

**TOTAL DUE >>>> 2,604.64**

AFTER 03/22/2007 PAY 2,643.69

TAX ID NO.: 53-0261591 (202) 420-2200 Fax (202) 420-2201

*Please detach bottom portion and return with payment.*

Past due accounts will be subject to a service charge of 1-1/2% per month from due date, or the highest amount allowed by law.

Bernard F. Sheehan, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

Invoice No.: 127415
Date : 02/20/2007
**TOTAL DUE : 2,604.64**
AFTER 3/22/2007 PAY : 2,643.69

Job No. : 01-23131
Case No. :
Boston Edison v. US

Remit To: **Ace-Federal Reporters, Inc.**
**1120 G Street, N.W., Suite 500**
**Washington, DC 20005**

We Accept VISA and Mastercard #________ ________ ________ ________ Exp. ________

Signature____________________________

Voucher Due Date: 1/26/07

**Dickstein Shapiro LLP**
**Voucher Sheet**

Page 6
Print Date 3/1/2007
Approval

Voucher Number 357007
AP Batch #: 030107JCFVEN

**Invoice** **127500**
Invoice Date 1/26/07
Voucher Date 1/26/07
Due Date 1/26/07

1099? N
Fed ID # 53-0261591

**Voucher Amt:** **1,513.74**

Vendor Number 10113

Mailing Address

**ACE-FEDERAL REPORTERS, INC.**
**1120 G STREET, NW., SUITE 500**
**WASHINGTON D.C. 20005**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0124100 | 2000000 | DC Sales & Excise Tax | -87.04 | ACE-FEDERAL REPORTERS, INC. - Payment of Cassidy depositio transcript fees (01/11/07); Inv# 127500 |
| 0113205 | 1000000 | DC Client Cost Clearing | 1,600.78 | ACE-FEDERAL REPORTERS, INC. |
| | | | **1,513.74** | |

**Client Cost Allocation** **Cost Batch** **818545**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 2/28/07 | 52 Depo/Transcripts | $1,600.78 | Depo/Transcripts - Vendor: ACE-FEDERAL REPORTERS, INC. Payment of Cassidy deposition transcript fees (01/11/07); Inv# 127500 |
| | | | | **$1,600.78** | |

**Invoice Comments**

Payment of Cassidy deposition
transcript fees (01/11/07);
Inv# 127500

# TAB 27

**Voucher Due Date:**
**1/16/07**

**Dickstein Shapiro LLP**
**Accounts Payable Voucher**

Page 65
Print Date 1/26/2007
Approval

Voucher Number 353304
AP Batch #: 012507JCFVEN

**Invoice** **127254**
Invoice Date 1/16/07
Voucher Date 1/16/07
Due Date 1/16/07

1099? N
Fed ID # 53-0261591

**Voucher Amt:** **2,384.39**

Vendor Number 10113

Mailing Address

**ACE-FEDERAL REPORTERS, INC.**
**1120 G STREET, NW., SUITE 500**

**WASHINGTON D.C. 20005**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 2,384.39 | ACE-FEDERAL REPORTERS, INC. |
| | | | **2,384.39** | |

**Client Cost Allocation** **Cost Batch** **801092**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 52 Depo/Transcripts | $2,384.39 | Depo/Transcripts - Vendor: ACE-FEDERAL REPORTERS, INC. Payment of Inv# 127254 for Transcript |
| | | | **$2,384.39** | |

**Invoice Comments**

Payment of Inv# 127254 for Transcript

# CHECK REQUEST

25230

Original Receipts MUST be ATTACHED!
ALL receipts MUST BE TAPED to a letter sized attachment sheet.

**DATE PREPARED:** January 23, 2007

**PAYEE:** Ace-Federal Reporters, Inc.

**ADDRESS:** 1120 G Street, N.W., Suite 500
Washington, DC 20005

10113

**PURPOSE:** Payment of Invoice 127254 for Transcript.

**DATE NEEDED:**

**REQUESTED BY:** Nicholas W. Mattia, Jr. **PHONE EXTENSION:** 13035

**SPECIAL INSTRUCTIONS:**

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel Litigation/Joint Rep. | | $2,384.39 | | [signature] |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | Subtotal | $2,384.39 | | |

## FIRM CHARGES

Not to be used for Travel, Meals or Entertainment

| ACCOUNT NO. | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | Subtotal | $ 0.00 | | |
| | Total | $2,384.39 | | |

**DISTRIBUTION OF COPIES:** ☒ ACCOUNTING ☐ BILLING ATTY. ☐ PERSONAL FILE

ACE-FEDERAL
Court Reporters & Legal Videographers
1120 G Street, N.W.
Washington, D.C. 20005
202.347.3700 Fax 202.737.3638
www.acefederal.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127254 | 01/16/2007 | 01-22989 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/11/2006 | MUSE | |

**CASE CAPTION**

Boston Edison v. US

**TERMS**

Due upon receipt

Nicholas W. Mattia, Jr., Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

10 DAY DELIVERY - ORIGINAL & 1 CERTIFIED TRANSCRIPT COPY OF:

| Item | Quantity | | Rate | Amount |
|---|---|---|---|---|
| Don Hintz | 283 Pages | @ | 4.25/Page | 1,202.75 |
| EXHIBITS | 1,233 Pages | @ | .25/Page | 308.25 |
| ASCII Disk - No Charge | | | | n/c |
| Rough ASCII | 283.00 Pages | @ | 2.00/Page | 566.00 |
| Condensed Transcript | | | | n/c |
| Attendance Fee | 8.00 | @ | 35.00 | 280.00 |
| Postage/Delivery | | | | 25.90 |
| SALES TAX | | | | 1.49 |

TOTAL DUE >>>> **2,384.39**

AFTER 02/15/2007 PAY 2,420.13

TAX ID NO.: 53-0261591

(202) 420-2200 Fax (202) 420-2201

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127254 | 01/16/2007 | 01-22989 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/11/2006 | MUSE | |

**CASE CAPTION**

Boston Edison v. US

**TERMS**

Due upon receipt

Nicholas W. Mattia, Jr., Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

10 DAY DELIVERY - ORIGINAL & 1 CERTIFIED TRANSCRIPT COPY OF:
Don Hintz

| | | | |
|---|---|---|---|
| EXHIBITS | 283 Pages @ | 4.25/Page | 1,202.75 |
| ASCII Disk - No Charge | 1,233 Pages @ | .25/Page | 308.25 |
| Rough ASCII | | | n/c |
| Condensed Transcript | 283.00 Pages @ | 2.00/Page | 566.00 |
| Attendance Fee | | | n/c |
| Postage/Delivery | 8.00 @ | 35.00 | 280.00 |
| SALES TAX | | | 25.90 |
| | | | 1.49 |

TOTAL DUE >>>> 2,384.39

AFTER 02/15/2007 PAY 2,420.13

TAX ID NO.: 53-0261591

(202) 420-2200 Fax (202) 420-2201

*Please detach bottom portion and return with payment.*

Nicholas W. Mattia, Jr., Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

Invoice No.: 127254
Date : 01/16/2007
TOTAL DUE : 2,384.39
AFTER 2/15/2007 PAY : 2,420.13

Job No. : 01-22989
Case No. :
Boston Edison v. US

Remit To: Ace-Federal Reporters, Inc.
1401 New York Avenue, NW
Suite 1230
Washington, DC 20005

# TAB 28

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

#36838

**DATE PREPARED:** 4/2/07

**PAYEE:** Ace-Federal Reporters – 1013

**ADDRESS:** 1120 G Street, N.W., Suite 500
Washington, D.C. 20005

**PURPOSE:** Payment of Brewer deposition transcript fees (03/02/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (BECO) | | ~~1107.89~~ | FML $1091.54 | [signature] |
| | | | | | |
| | | Subtotal | ~~1107.89~~ | | |

0. *
1,091.54 x
5.75 %
62.77 *
1,154.31 + %
0. *
0. *
0. *

## FIRM CHARGES

…e used for Travel, Meals or Entertainment

| AC | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Subtotal | | | |
| | Total | ~~1107.89~~ $1,091.54 | | |

Acct

1700661 v1; 10G8L01!.DOC

ACE·FEDERAL
Court Reporters & Legal Videographers
1120 G Street, N.W.
Washington, D.C. 20005
202.347.3700 Fax 202.737.3638
www.acefederal.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127999 | 03/21/2007 | 01-23531 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/02/2007 | WICKSA | |

| CASE CAPTION |
|---|
| Boston Edison v. US |

| TERMS |
|---|
| Due upon receipt |

**Bradley D. Wine, Esq.**
**Dickstein Shapiro Morin & Oshinsky, LLP**
**1825 Eye Street, NW**
**Washington, DC 20006-5403**

| | | | |
|---|---|---|---|
| 10 DAY DELIVERY - ORIGINAL & 1 CERTIFIED TRANSCRIPT COPY OF: | | | |
| Warren K. Brewer | 271 Pages @ | 3.40/Page | 921.40 |
| EXHIBITS | 571 Pages @ | .25/Page | 142.75 |
| Etrans ==>Email | | | n/c |
| ASCII Disk - No Charge | | | n/c |
| Compressed Transc - N/C | | | n/c |
| Postage/Delivery | | | 25.90 |
| SALES TAX | | | 1.49 |
| | **TOTAL DUE >>>>** | | **1,091.54** |
| | AFTER 04/20/2007 PAY | | 1,107.89 |

**TAX ID NO.:** 53-0261591 (202) 420-2200 Fax (202) 420-2201

*Please detach bottom portion and return with payment.*

Past due accounts will be subject to a service charge of 1-1/2% per month from due date, or the highest amount allowed by law.

Bradley D. Wine, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

Invoice No.: 127999
Date : 03/21/2007
**TOTAL DUE : 1,091.54**
AFTER 4/20/2007 PAY : 1,107.89

Job No. : 01-23531
Case No. :
Boston Edison v. US

Remit To: **Ace-Federal Reporters, Inc.**
**1120 G Street, N.W., Suite 500**
**Washington, DC 20005**

We Accept VISA and Mastercard #________ ________ ________ ________ Exp. ________

Signature________________________

# Dickstein Shapiro LLP Voucher Sheet



**Voucher Due Date:**
**3/21/07**

Print Date 4/6/2007
Approval

Voucher Number 360838
AP Batch #: 040607YGD

**Invoice** **127999** ✓

**Voucher Amt:** **1,091.54**

Invoice Date 3/21/07
Voucher Date 3/21/07
Due Date 3/21/07

1099? N
Fed ID # 53-0261591

Vendor Number 10113

Mailing Address

**ACE-FEDERAL COURT REPORTERS**
**1120 G STREET NW**

**WASHINGTON DC 20005**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 1,154.31 | ACE-FEDERAL REPORTERS, INC. - Inv# 127999 Date: 03/21/( -- payment of Brewer deposition transcript fees. (03/02/07) |
| 0124100 | 2000000 | DC Sales & Excise Tax | -62.77 | ACE-FEDERAL REPORTERS, INC. - Inv# 127999 Date: 03/21/( -- payment of Brewer deposition transcript fees. (03/02/07) |
| | | | **1,091.54** | |

**Client Cost Allocation** **Cost Batch** **839153**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 52 Depo/Transcripts | $1,154.31 | Depo/Transcripts - Vendor: ACE-FEDERAL REPORTERS, INC. - Inv# 127999 Date: 03/21/07 -- payment of Brewer deposition transcript fees. (03/02/07) |
| | | | **$1,154.31** | |

## Invoice Comments

- Inv# 127999 Date: 03/21/07
-- payment of Brewer
deposition transcript fees.
(03/02/07)

# TAB 29

# Dickstein Shapiro LLP Voucher Sheet



Print Date 5/9/2007

Approval

**Voucher Due Date:**
**4/26/07**

Voucher Number 364551

AP Batch #: 050907YGD

**Invoice** **165250EDC**

Invoice Date 4/26/07

Voucher Date 4/26/07

Due Date 4/26/07

1099? Y

Fed ID # 22-3779684

**Voucher Amt:** **1,841.66**

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**
**PHILADELPHIA PA 19178-5751**

SCANNED

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 1,947.56 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 165250EDC Date: 04/26/07 - Payment for services for deposition transcript of Donald Denton 03/23/07 |
| 0124100 | 2000000 | DC Sales & Excise Tax | -105.90 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 165250EDC Date: 04/26/07 - Payment for services for deposition transcript of Donald Denton 03/23/07 |
| | | | **1,841.66** | |

**Client Cost Allocation** **Cost Batch** **857657**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 5/8/07 | 52 Depo/Transcripts | $1,947.56 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 165250EDC Date: 04/26/07 - Payment for services for deposition transcript of Donald Denton 03/23/07 |
| | | | | **$1,947.56** | |

## Invoice Comments

- Inv# 165250EDC Date: 04/26/07 - Payment for services for deposition transcript of Donald Denton 03/23/07

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

# 364551

**DATE PREPARED:** 5/7/07

**PAYEE:** Esquire Deposition Services — 10257

**ADDRESS:** 1020 19th Street, N.W, Suite 620
Washington, DC 20036

**PURPOSE:** Payment for services for deposition transcript of Donald Denton (03/23/07

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuels | | 1841.66 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **Subtotal** | **1841.66** | | |

0. *
0. *

**FIRM CHARGES**
**For Travel, Meals or Entertainment**

1,841.56 ×
5.75 %
105.90 *
1,947.56 +%

| ACCOUNT NO. | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

0. *

| | |
|---|---|
| **Subtotal** | |
| **Total** | **1841.66** |

Acct.

1700561 v1; 10G8L01!.DOC

2246016.04

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

179995 BAY 02

To:
Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006

| INVOICE NUMBER | DATE |
| --- | --- |
| 165250EDC | 04/26/07 |

04/26/07

ATTN : BRADLEY D. WINE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
| --- | --- | --- |
| YOUR REFERENCE NUMBER: | | |
| CAPTION: BOSTON EDISON V. US | | |
| SERVICES PROVIDED ON 03/23/07: | | |
| DONALD R. DENTON 1- 217 217 PGS | | O+1 |
| 5 DAY TURNAROUND | | |
| ROUGH ASCII DISK | | |
| CONDENSED TRANSCRIPT-NO CHARGE | | |
| CD/ASCII DISK | | |
| ARCHIVING FEE | | |
| JOB SITE: JACKSON, MS | | |
| SHIPPING & HANDLING | | |
| THANK YOU | | |
| BALANCE DUE TOTAL | 1,841.66 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 179995 TOT: $1841.66
INVOICE #: 165250EDC
DATE: 04/26/07

Dickstein Shapiro
Attn: BRADLEY D. WINE, ESQ.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# TAB 30

# CHECK REQUEST

PRIORITY

**Original Receipts MUST be ATTACHED!**
**receipts MUST BE TAPED to a letter sized attachment sheet.**

356828

**DATE PREPARED:** 07

**PAYEE:** Federal Reporters

**ADDRESS:** G Street, N.W., Suite 500
ıington, D.C. 20005

10113

**PURPOSE:** ıent of Rives deposition transcript fees (12/21/06)

**DATE NEEDED:**

**REQUESTED BY:** ƴ King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | ıt Nuclear Fuel (BECO) | | ~~2477.87~~ $2441.25 | FML | |
| | | Subtotal | ~~2477.87~~ | | |

ˉˉS

ƨ or Entertainment

2,441•25 x
5•75 %
140•37 *

2,581•62+%

0• *

| ACCOUNT NO. | | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | Subtotal | | | |
| | Total | ~~2477.87~~ $2,441.25 | | |

Acct.

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 2/21/07

**PAYEE:** Ace-Federal Reporters

**ADDRESS:** 1120 G Street, N.W., Suite 500
Washington, D.C. 20005

**PURPOSE:** Payment of Rives deposition transcript fees (12/21/06)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (BECO) | | 2477.87 | FML | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **Subtotal** | **2477.87** | | |

## FIRM CHARGES

**Not to be used for Travel, Meals or Entertainment**

| ACCOUNT NO. | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL: INITIALS | CERTIFICATION AS TO BUDGET AND APPROVAL: SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **Subtotal** | | | |
| | **Total** | **2477.87** | | |

1700661 v1; 10G8L01!.DOC

1700661.04

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127736 | 02/02/2007 | 01-23076 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/21/2006 | DAVISR | |

| CASE CAPTION |
|---|
| Boston Edison v. US |

| TERMS |
|---|
| Due upon receipt |

**Bradley D. Win**
**Dickstein Shapi** **ı & Oshinsky, LLP**
**1825 Eye Street,**
**Washington, DC** **5403**

2 DAY DELIVERY IGINAL AND 1 CERTIFIED TRANSCRIPT COPY OF:
Frank Rive 315 Pages @ 7.75/Page 2,441.25

TOTAL DUE >>>> 2,441.25

AFTER 03/04/2007 PAY 2,477.87

**TAX ID NO.:** 53-02615

(202) 420-2200 Fax (202) 420-2201

*Please detach bottom portion and return with payment.*

Bradley D. Wine, Es
Dickstein Shapiro M Oshinsky, LLP
1825 Eye Street, NV
Washington, DC 20( 3

Invoice No.: 127736
Date : 02/02/2007
**TOTAL DUE : 2,441.25**
AFTER 3/4/2007 PAY : 2,477.87

Job No. : 01-23076
Case No. :
Boston Edison v. US

Remit To: **Ace-Fed ɔorters, Inc.**
**1120 G S I.W., Suite 500**
**Washing ⁊ 20005**

Page 33
Print Date 2/28/2007
Approval

**Voucher Due Date:**
**2/2/07**

ıstein Shapiro LLP
ɔunts Payable Voucher

cher Number 356828
Batch #: 022807JCFVEN

**Invoice** 127736
Invoice Date 2/2/07
Voucher Date 2/2/07
Due Date 2/2/07

1099? N
Fed ID # 53-02615!

**Voucher Amt: 2,441.25**

Vendor Number 10113

Mailing Address

**ACE-FEDERAL REPORTERS, INC.**
**1120 G STREET, NW., SUITE 500**

**WASHINGTON D.C. 20005**

**General Ledger Allocati**

| Account | | Account Description | Amount | Description |
|---|---|---|---|---|
| 0124100 | 2000000 | ;ales & Excise Tax | -140.37 | ACE-FEDERAL REPORTERS, INC. - Payment of Rives depositi transcript fees (12/21/06) |
| 0113205 | 1000000 | ;lient Cost Clearing | 2,581.62 | ACE-FEDERAL REPORTERS, INC. |
| | | | **2,441.25** | |

**Client Cost Allocation**

**Cost Batch** 817748

| Matter No./BATY | Client/N | Name | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nu Joint Rep | ıel Litigation tion | 52 Depo/Transcripts | $2,581.62 | Depo/Transcripts - Vendor: ACE-FEDERAL REPORTERS, INC. Payment of Rives deposition transcript fees (12/21/06) |
| | | | | **$2,581.62** | |

**Invoice Comments**

Payment of Rives depositioı
transcript fees (12/21/06)

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127736 | 02/02/2007 | 01-23076 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/21/2006 | DAVISR | |
| **CASE CAPTION** | | |
| Boston Edison v. US | | |
| **TERMS** | | |
| Due upon receipt | | |

Bradley D. Wine, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

| | | | |
|---|---|---|---|
| 2 DAY DELIVERY - ORIGINAL AND 1 CERTIFIED TRANSCRIPT COPY OF: | | | |
| Frank Rives | 315 Pages @ | 7.75/Page | 2,441.25 |
| | **TOTAL DUE >>>>** | | **2,441.25** |
| | AFTER 03/04/2007 PAY | | 2,477.87 |

TAX ID NO. : 53-0261591 (202) 420-2200 Fax (202) 420-2201

*Please detach bottom portion and return with payment.*

Bradley D. Wine, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

Invoice No.: 127736
Date : 02/02/2007
**TOTAL DUE : 2,441.25**
AFTER 3/4/2007 PAY : 2,477.87

Job No. : 01-23076
Case No. :
Boston Edison v. US

Remit To: **Ace-Federal Reporters, Inc.**
**1120 G Street, N.W., Suite 500**
**Washington, DC 20005**

# CHECK REQUEST

PRIORITY

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

DATE PREPARED: 2/21/07 #356567

PAYEE: Ace-Federal Reporters - 10113

ADDRESS: 1120 G Street, N.W., Suite 500
Washington, D.C. 20005

PURPOSE: Payment of Rives deposition exhibit fees (12/21/06)

DATE NEEDED:

REQUESTED BY: Peggy King PHONE EXTENSION: 4803

SPECIAL INSTRUCTIONS:

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (BECO) | | ~~585.77~~ | FML | [signature] |
| | | | | | |
| | | | | | |
| | | | 577.14 | | |
| | | Subtotal | ~~585.77~~ | | |

## FIRM CHARGES

oe used for Travel, Meals or Entertainment

0• *
577•14 x
5•75 %
33•18 *
33•18 +
610•32 *
000••••••••••••
0•00 *

| AC | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Subtotal | | | |
| | Total | ~~585.77~~ $577.14 | | |

1700661 v1; 10G8L01!.DOC

1700661.04

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127737 | 02/02/2007 | 01-23076 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/21/2006 | DAVISR | |

| CASE CAPTION |
|---|
| Boston Edison v. US |

| TERMS |
|---|
| Due upon receipt |

Bradley D. Wine, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

1 CERTIFIED COPY OF TRANSCRIPT OF:
Frank Rives

| | | | |
|---|---|---|---|
| EXHIBITS | 1,719 Pages @ | .25/Page | 429.75 |
| ASCII Disk - No Charge | | | n/c |
| Compressed Transc - N/C | | | n/c |
| Attendance Fee | | | 120.00 |
| Postage/Delivery | | | 25.90 |
| SALES TAX | | | 1.49 |

TOTAL DUE >>>> 577.14

AFTER 03/04/2007 PAY 585.77

TAX ID NO.: 53-0261591

(202) 420-2200 Fax (202) 420-2201

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 2/21/07

**PAYEE:** Ace-Federal Reporters

**ADDRESS:** 1120 G Street, N.W., Suite 500
Washington, D.C. 20005

**PURPOSE:** Payment of Rives deposition exhibit fees (12/21/06)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (BECO) | | 585.77 | FML | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Subtotal | 585.77 | | |

## FIRM CHARGES

Not to be used for Travel, Meals or Entertainment

| ACCOUNT NO. | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Subtotal | | | |
| | Total | 585.77 | | |

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
| --- | --- | --- |
| 127737 | 02/02/2007 | 01-23076 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/21/2006 | DAVISR | |
| **CASE CAPTION** | | |
| Boston Edison v. US | | |
| **TERMS** | | |
| Due upon receipt | | |

Bradley D. Wine, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

| | | | |
| --- | --- | --- | --- |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Frank Rives | | | |
| EXHIBITS | 1,719 Pages @ | .25/Page | 429.75 |
| ASCII Disk - No Charge | | | n/c |
| Compressed Transc - N/C | | | n/c |
| Attendance Fee | | | 120.00 |
| Postage/Delivery | | | 25.90 |
| SALES TAX | | | 1.49 |
| | **TOTAL DUE >>>>** | | **577.14** |
| | AFTER 03/04/2007 PAY | | 585.77 |

TAX ID NO.: 53-0261591 (202) 420-2200 Fax (202) 420-2201

*Please detach bottom portion and return with payment.*

Bradley D. Wine, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

Invoice No.: 127737
Date : 02/02/2007
**TOTAL DUE : 577.14**
AFTER 3/4/2007 PAY : 585.77

Job No. : 01-23076
Case No. :
Boston Edison v. US

Remit To: **Ace-Federal Reporters, Inc.**
**1120 G Street, N.W., Suite 500**
**Washington, DC 20005**

# TAB 31

# CHECK REQUEST

#355885

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** February 16, 2007

**PAYEE:** Esquire Deposition Services — 10257

**ADDRESS:** P.O. Box 785751
Philadelphia, PA 19178-5751

**PURPOSE:** Attend and transcribe deposition of Jack Harrington taken on 1/31/07 and deliver transcript of same, including exhibits and electronic transcripts.

**DATE NEEDED:** Upon Receipt

**REQUESTED BY:** Bernard F. Sheehan **PHONE EXTENSION:** 2594

**SPECIAL INSTRUCTIONS:** Please deliver check to Carla Gales, 3rd Floor (03E307) for mailing purposes. Thanks.

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel Litigation | | 1,616.68 | FML | [signature] |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | Subtotal | $1,616.68 | | |

## FIRM CHARGES

ised for Travel, Meals or Entertainment

| ACCOI | ESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | Subtotal | $ 0.00 | | |
| | Total | $1,616.68 | | |

**DISTRIBUTION OF COPIES:** [X] ACCOUNTING [ ] BILLING ATTY. [ ] PERSONAL FILE

DSMDB-2215473v01

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

178970 RUSSB01

| INVOICE NUMBER | DATE |
|---|---|
| 163522EDC | 02/09/07 |

To:

Dickstein Shapiro Morin & Oshinsky
1825 Eye Street, NW
Washington, DC 20006

ATTN : BERNARD F. SHEEHAN, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER:<br><br>CAPTION:<br>BOSTON EDISON V. US<br><br>SERVICES PROVIDED ON 01/31/07:<br>JACK HARRINGTON 1- 223 223 PGS<br><br>ROUGH ASCII DISK<br>5 DAY EXPEDITED - COPY<br>EXHIBITS & TABS<br>CONDENSED TRANSCRIPT-NO CHARGE<br>CD/ASCII DISK<br>READ & SIGN<br>SHIPPING & HANDLING<br>THANK YOU | | 1CC |
| BALANCE DUE — TOTAL | 1,616.68 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

**Please detach and send with payment**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Remit To:**

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 178970 TOT: $1616.68
INVOICE #: 163522EDC
DATE: 02/09/07

Dickstein Shapiro Morin & Oshinsky
Attn: BERNARD F. SHEEHAN, ESQ.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

Voucher Due Date: 2/9/07

**Dickstein Shapiro LLP**
**Voucher Sheet**

Voucher Number 355885
AP Batch #: 022007YGDE

**Invoice** **163522EDC**
Invoice Date 2/9/07
Voucher Date 2/9/07
Due Date 2/9/07

1099? Y
Fed ID # 22-3779684

**Voucher Amt:** **1,616.68**

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**

**PHILADELPHIA PA 19178-5751**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 1,709.64 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 163522EDC Date: 02/09/07 -- Attend and transcribe deposition of Jack Harrington taken on 01/31/07 and deliver transcript of same, including exhibits and electronic transcripts. |
| 0124100 | 2000000 | DC Sales & Excise Taxes | -92.96 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 163522EDC Date: 02/09/07 -- Attend and transcribe deposition of Jack Harrington taken on 01/31/07 and deliver transcript of same, including exhibits and electronic transcripts. |
| | | | **1,616.68** | |

**Client Cost Allocation** **Cost Batch** **812578**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 2/16/07 | 52 Depo/Transcripts | $1,709.64 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 163522EDC Date: 02/09/07 -- Attend and transcribe deposition of Jack Harrington taken on 01/31/07 and deliver transcript of same, including exhibits and electronic transcripts. |
| | | | | **$1,709.64** | |

## Invoice Comments

- Inv# 163522EDC Date: 02/09/07 -- Attend and transcribe deposition of Jack Harrington taken on 01/31/07 and deliver transcript of same, including exhibits and electronic transcripts.

# CHECK REQUEST #35586

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** February 16, 2007

**PAYEE:** Esquire Deposition Services

**ADDRESS:** P.O. Box 785751
Philadelphia, PA 19178-5751

**PURPOSE:** Attend and transcribe deposition of Jack Harrington taken on 1/30/07 and deliver transcript of same, including exhibits and electronic transcripts.

**DATE NEEDED:** Upon Receipt

**REQUESTED BY:** Bernard F. Sheehan **PHONE EXTENSION:** 2594

**SPECIAL INSTRUCTIONS:** Please deliver check to Carla Gales, 3rd Floor (03E307) for mailing purposes. Thanks.

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel Litigation | | 1,919.96 | FML | [signature] |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | Subtotal | $1,919.96 | | |

## FIRM CHARGES

ısed for Travel, Meals or Entertainment

| ACCOI | ESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | Subtotal | $ 0.00 | | |
| | Total | $1,919.96 | | |

**DISTRIBUTION OF COPIES:** ☒ ACCOUNTING ☐ BILLING ATTY. ☐ PERSONAL FILE

DSMDB-2215472v01

ESQUIRE DEPOSITION SERVICES® A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

178160 RUSSB01

To:

Dickstein Shapiro Morin & Oshinsky
1825 Eye Street, NW
Washington, DC 20006

| INVOICE NUMBER | DATE |
|---|---|
| 163525EDC | 02/09/07 |

ATTN : BERNARD F. SHEEHAN, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: | | |
| CAPTION: BOSTON EDISON V. US | | |
| SERVICES PROVIDED ON 01/30/07: | | |
| JACK HARRINGTON 1- 277 277 PGS | | 1CC |
| ROUGH ASCII DISK | | |
| 5 DAY EXPEDITED - COPY | | |
| EXHIBITS & TABS | | |
| CONDENSED TRANSCRIPT-NO CHARGE | | |
| CD/ASCII DISK | | |
| READ & SIGN | | |
| SHIPPING & HANDLING | | |
| THANK YOU | | |
| BALANCE DUE TOTAL | 1,919.96 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 178160 TOT: $1919.96
INVOICE #: 163525EDC
DATE: 02/09/07

Dickstein Shapiro Morin & Oshinsky
Attn: BERNARD F. SHEEHAN, ESQ.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE DEPOSITION SERVICES® A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

**Voucher Due Date: 2/9/07**

# Dickstein Shapiro LLP Voucher Sheet

Page 9
Print Date 2/20/2007
Approval

Voucher Number 355886
AP Batch #: 022007YGDE

**Invoice** **163525EDC**
Invoice Date 2/9/07
Voucher Date 2/9/07
Due Date 2/9/07

1099? Y
Fed ID # 22-3779684

**Voucher Amt: 1,919.96**

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**
**PHILADELPHIA PA 19178-5751**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 2,030.36 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 163525EDC Date: 02/09/07 -- Attend and transcribe deposition of Jack Harrington taken on 01/30/07 and deliver transcript of same, including exhibits and electronic transcripts. |
| 0124100 | 2000000 | DC Sales & Excise Taxes | -110.40 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 163525EDC Date: 02/09/07 -- Attend and transcribe deposition of Jack Harrington taken on 01/30/07 and deliver transcript of same, including exhibits and electronic transcripts. |
| | | | **1,919.96** | |

**Client Cost Allocation** **Cost Batch** **812578**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 2/16/07 | 52 Depo/Transcripts | $2,030.36 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 163525EDC Date: 02/09/07 -- Attend and transcribe deposition of Jack Harrington taken on 01/30/07 and deliver transcript of same, including exhibits and electronic transcripts. |
| | | | | **$2,030.36** | |

## Invoice Comments

- Inv# 163525EDC Date: 02/09/07 -- Attend and transcribe deposition of Jack Harrington taken on 01/30/07 and deliver transcript of same, including exhibits and electronic transcripts.

# TAB 32

**Voucher Due Date:** 12/19/06

**Dickstein Shapiro LLP**
**Accounts Payable Voucher**

Page 19
Print Date 1/4/2007
Approval ________

Voucher Number 351225
AP Batch #: 010407JCFVEN

**Invoice** **162303EDC** **Voucher Amt:** **1,631.81**
Invoice Date 12/19/06
Voucher Date 12/19/06
Due Date 12/19/06

1099? Y
Fed ID # 22-3779684

Vendor Number 10257
Mailing Address
**ESQUIRE DEPOSITION SERVICES, LLC**
[redacted]

[redacted]

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0124100 | 2000000 | DC Sales & Excise Taxes | -93.83 | ESQUIRE DEPOSITION SERVICES LLC - Payment of depositio transcript fees; Inv# 162303EDC; 12/19/06 |
| 0113205 | 1000000 | DC Client Cost Clearing | 1,725.64 | ESQUIRE DEPOSITION SERVICES LLC |
| | | | **1,631.81** | |

**Client Cost Allocation** **Cost Batch** 788831

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 52 Depo/Transcripts | $1,725.64 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC Payment of deposition transcript fees; Inv# 162303EDC; 12/19/06 |
| | | | **$1,725.64** | |

**Invoice Comments**

Payment of deposition transcript fees; Inv# 162303EDC; 12/19/06

ESQUIRE DEPOSITION SERVICES® A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

178146 ESQUD45

To:
Dickstein Shapiro Morin & Oshinsky
1825 Eye Street, NW
Washington, DC 20006

| INVOICE NUMBER | DATE |
|---|---|
| 162303EDC | 12/19/06 |

ATTN : BRADLEY D. WINE, ESQ.

| Due Upon Receipt | | AMOUNT DUE | ENCL. |
|---|---|---|---|
| **YOUR REFERENCE NUMBER:** | | | |
| **CAPTION:** BOSTON EDISON V. US | | | |
| SERVICES PROVIDED ON 12/07/06: | | | |
| CHARLES MINOTT | 1- 258 258 PGS | | 1CC |
| ROUGH ASCII DISK | | | |
| 5 DAY EXPEDITED - COPY | | | |
| CONDENSED TRANSCRIPT-NO CHARGE | | | |
| CD/ASCII DISK | | | |
| E-TRANSCRIPT | | | |
| JOB SITE: BOSTON, MA | | | |
| SHIPPING & HANDLING - UPS | | | |
| THANK YOU | | | |
| BALANCE DUE | **TOTAL** | 1,631.81 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 178146 TOT: $1631.81
INVOICE #: 162303EDC
DATE: 12/19/06

Dickstein Shapiro Morin & Oshinsky
Attn: BRADLEY D. WINE, ESQ.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE DEPOSITION SERVICES® A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# Dickstein Shapiro LLP

Page 25

Print Date 3/13/2007

Approval

**Voucher Due Date: 1/29/07**

## Voucher Sheet

Voucher Number 358290

AP Batch #: 031307YGD

**Invoice** **127741**

**Voucher Amt:** **1,223.84**

Invoice Date 1/29/07

Voucher Date 1/29/07

Due Date 1/29/07

1099? N

Fed ID # 53-0261591

Vendor Number 10113

Mailing Address

**ACE-FEDERAL REPORTERS, INC.**

**1120 G STREET, NW., SUITE 500**

**WASHINGTON D.C. 20005**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 1,294.21 | ACE-FEDERAL REPORTERS, INC. - Inv# 127741 Date: 01/29/07 -- payment of Minott deposition exhibits fees (01/29/07) |
| 0124100 | 2000000 | DC Sales & Excise Tax | -70.37 | ACE-FEDERAL REPORTERS, INC. - Inv# 127741 Date: 01/29/07 -- payment of Minott deposition exhibits fees (01/29/07) |
| | | | **1,223.84** | |

**Client Cost Allocation** **Cost Batch** **824596**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 3/13/07 | 52 Depo/Transcripts | $1,294.21 | Depo/Transcripts - Vendor: ACE-FEDERAL REPORTERS, INC. - Inv# 127741 Date: 01/29/07 -- payment of Minott deposition exhibits fees (01/29/07) |
| | | | | **$1,294.21** | |

## Invoice Comments

- Inv# 127741 Date: 01/29/07
-- payment of Minott
deposition exhibits fees
(01/29/07)

# CHECK REQUEST

#358290

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 3/8/07

**PAYEE:** Ace-Federal Reporters

**ADDRESS:** 1120 G Street, N.W., Suite 500
Washington, D.C. 20005

**PURPOSE:** Payment of Minott deposition exhibit fees (01/29/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (BECO) | | ~~1242.18~~ 1223.84 | EML | [signature] |
| | | | | | |
| | | | | | |
| | | Subtotal | 1242.18 | | |

## FIRM CHARGES

ed for Travel, Meals or Entertainment

0• *
0• *
1,223•84 ×
5•75 %
70•37 *
1,294•21 +%
0• *

| ACCOU | SCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Subtotal | | | |
| | Total | ~~1242.18~~ 1223.84 | | |

Acct

1700661 v1; 10G8L01!.DOC

1700661.04

ACE·FEDERAL
Court Reporters & Legal Videographers
1120 G Street, N.W.
Washington, D.C. 20005
202.347.3700 Fax 202.737.3638
www.acefederal.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127741 | 03/02/2007 | 01-23231 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/29/2007 | OBRIEN | |
| **CASE CAPTION** | | |
| Boston Edison v. US | | |
| **TERMS** | | |
| Due upon receipt | | |

**Bradley D. Wine, Esq.**
**Dickstein Shapiro Morin & Oshinsky, LLP**
**1825 Eye Street, NW**
**Washington, DC 20006-5403**

5 DAY DELIVERY - ORIGINAL AND 1 CERTIFIED TRANSCRIPT COPY OF:

| | | | |
|---|---|---|---|
| Charles Minott - Confidential | 213 Pages @ | 5.40/Page | 1,150.20 |
| EXHIBITS | 185 Pages @ | .25/Page | 46.25 |
| ASCII Disk - No Charge | | | n/c |
| Compressed Transc - N/C | | | n/c |
| Postage/Delivery | | | 25.90 |
| SALES TAX | | | 1.49 |

**TOTAL DUE >>>>** 1,223.84

AFTER 04/01/2007 PAY 1,242.18

**TAX ID NO.:** 53-0261591 (202) 420-2200 Fax (202) 420-2201

*Please detach bottom portion and return with payment.*

Past due accounts will be subject to a service charge of 1-1/2% per month from due date, or the highest amount allowed by law.

Bradley D. Wine, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

Invoice No.: 127741
Date : 03/02/2007
**TOTAL DUE : 1,223.84**
AFTER 4/1/2007 PAY : 1,242.18

Job No. : 01-23231
Case No. :
Boston Edison v. US

Remit To: **Ace-Federal Reporters, Inc.**
**1120 G Street, N.W., Suite 500**
**Washington, DC 20005**

We Accept VISA and Mastercard #________ ________ ________ ________ Exp. ________

Signature____________________________

# TAB 33

# Dickstein Shapiro LLP Voucher Sheet

Page 1
Print Date 6/11/2007
Approval

**Voucher Due Date:**
**5/8/07**

Voucher Number 367330
AP Batch #: 060507YGD

| | | | |
|---|---|---|---|
| **Invoice** | **128212** | **Voucher Amt:** | **1,992.14** |
| Invoice Date | 5/8/07 | | |
| Voucher Date | 5/8/07 | | |
| Due Date | 5/8/07 | | |
| 1099? | N | | |
| Fed ID # | 53-0261591 | | |

Vendor Number 10113

Mailing Address

**ACE-FEDERAL REPORTERS, INC.**
**1401 NEW YORK AVENUE - SUITE 1230**

**WASHINGTON D.C. 20005**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 2,106.69 | ACE-FEDERAL REPORTERS, INC. - Inv# 128212 Date: 05/08/07 - Payment for services for deposition transcript and exhibits of David Harlan (03/19/07) |
| 0124100 | 2000000 | DC Sales & Excise Tax | -114.55 | ACE-FEDERAL REPORTERS, INC. - Inv# 128212 Date: 05/08/07 - Payment for services for deposition transcript and exhibits of David Harlan (03/19/07) |
| | | | **1,992.14** | |

**Client Cost Allocation** **Cost Batch** **871750**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| 56780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 6/5/07 | 52 Depo/Transcripts | $2,106.69 | Depo/Transcripts - Vendor: ACE-FEDERAL REPORTERS, INC. - Inv# 128212 Date: 05/08/07 - Payment for services for deposition transcript and exhibits of David Harlan (03/19/07) |
| | | | | **$2,106.69** | |

## Invoice Comments

- Inv# 128212 Date: 05/08/07
- Payment for services for deposition transcript and exhibits of David Harlan (03/19/07)

# CHECK REQUEST # 367 C

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

DATE PREPARED: 5/28/07

PAYEE: Ace Federal Reporters, Inc. — 10113

ADDRESS: 1401 New York Ave., Suite 1230
Washington, D.C. 20005

PURPOSE: Payment for services for deposition transcript and exhibits of David Harlan (03/19/07

DATE NEEDED:

REQUESTED BY: Peggy King PHONE EXTENSION: 4803

SPECIAL INSTRUCTIONS:

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuels | | ~~2022.00~~ $1992.14 | FML | [signature] |
| | | Subtotal | ~~2022.00~~ | | |

## FIRM CHARGES

be used for Travel, Meals or Entertainment

| A( | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |

Subtotal $1992.14
Total ~~2022.00~~

Acct.

1700661 v1; 10G8L01!.DOC

2246016.04

Ace-Federal Reporters, Inc.
1401 New York Avenue
Suite 1230
Washington, DC 20005
(202) 347-3700 Fax (202) 737-3638

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 128212 | 05/08/2007 | 01-23568 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/19/2007 | AFFI | |

**CASE CAPTION**

Boston Edison v. US

**TERMS**

Due upon receipt

Bernard F. Sheehan, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

5 DAY DELIVERY - ORIGINAL AND 1 CERTIFIED TRANSCRIPT COPY OF:

| | | | |
|---|---|---|---|
| David Harlan | 281 Pages @ | 5.25/Page | 1,475.25 |
| EXHIBITS | 553 Pages @ | .25/Page | 138.25 |
| ASCII Disk - No Charge | | | n/c |
| Compressed Transc - N/C | | | n/c |
| Rough ASCII | 281.00 Pages @ | 1.25/Page | 351.25 |
| Postage/Delivery | | | 25.90 |
| SALES TAX | | | 1.49 |

**TOTAL DUE >>>>** 1,992.14

AFTER 06/07/2007 PAY 2,022.00

**TAX ID NO.:** 53-0261591 (202) 420-2200 Fax (202) 420-2201

*Please detach bottom portion and return with payment.*

Bernard F. Sheehan, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

Invoice No.: 128212
Date : 05/08/2007
**TOTAL DUE : 1,992.14**
AFTER 6/7/2007 PAY : 2,022.00

Job No. : 01-23568
Case No. :
Boston Edison v. US

Remit To: **Ace-Federal Reporters, Inc.**
**1401 New York Avenue**
**Suite 1230**
**Washington, DC 20005**

# TAB 34

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

# 360587

**DATE PREPARED:** 4/2/07

**PAYEE:** Ace-Federal Reporters – 10113

**ADDRESS:** 1120 G Street, N.W., Suite 500
Washington, D.C. 20005

**PURPOSE:** Payment of Brewer deposition transcript fees (03/01/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (BECO) | | ~~2212.09~~ $2,179.43 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | Subtotal | ~~2212.09~~ | | |

0. *
0. *
2,179.43 x
5.75 %
125.32 *
2,304.75 +%
0. *
0. *

**FIRM CHARGES**
**or Travel, Meals or Entertainment**

| ACCOUNT N | PTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Subtotal | | | |
| | Total | ~~2212.09~~ $2,179.43 | | |

[signature]

1700661 v1; 10G8L01!.DOC

1700661.04

ACE·FEDERAL
Court Reporters & Legal Videographers
1120 G Street, N.W.
Washington, D.C. 20005
202.347.3700 Fax 202.737.3638
www.acefederal.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 128001 | 03/22/2007 | 01-23496 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/01/2007 | WICKSA | |

| CASE CAPTION |
|---|
| Boston Edison v. US |
| **TERMS** |
| Due upon receipt |

**Bradley D. Wine, Esq.**
**Dickstein Shapiro Morin & Oshinsky, LLP**
**1825 Eye Street, NW**
**Washington, DC 20006-5403**

10 DAY DELIVERY - ORIGINAL & 1 CERTIFIED TRANSCRIPT COPY OF:

| | | | |
|---|---|---|---|
| Warren K. Brewer | 434 Pages @ | 3.40/Page | 1,475.60 |
| EXHIBITS | 915 Pages @ | .25/Page | 228.75 |
| Etrans ==>Email | | | n/c |
| ASCII Disk - No Charge | | | n/c |
| Compressed Transc - N/C | | | n/c |
| Rough ASCII | 434.00 Pages @ | 1.00/Page | 434.00 |
| Postage/Delivery | | | 25.90 |
| Postage/Delivery | | | 12.95 |
| SALES TAX | | | 2.23 |

TOTAL DUE >>>> ~~2,179.43~~

AFTER 04/21/2007 PAY 2,212.09

**TAX ID NO.:** 53-0261591 (202) 420-2200 Fax (202) 420-2201

*Please detach bottom portion and return with payment.*

Past due accounts will be subject to a service charge of 1-1/2% per month from due date, or the highest amount allowed by law.

Bradley D. Wine, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

Invoice No.: 128001
Date : 03/22/2007
**TOTAL DUE : 2,179.43**
AFTER 4/21/2007 PAY : 2,212.09

Job No. : 01-23496
Case No. :
Boston Edison v. US

Remit To: **Ace-Federal Reporters, Inc.**
**1120 G Street, N.W., Suite 500**
**Washington, DC 20005**

We Accept VISA and Mastercard #________ ________ ________ ________ Exp. ________

Signature____________________________

# Dickstein Shapiro LLP Voucher Sheet

Page 8

Print Date 4/6/2007

Approval

**Voucher Due Date:**
**3/22/07**

Voucher Number 360887

AP Batch #: 040607YGD

**Invoice** **128001**

Invoice Date 3/22/07

Voucher Date 3/22/07

Due Date 3/22/07

1099? N

Fed ID # 53-0261591

**Voucher Amt:** **2,179.43**

Vendor Number 10113

Mailing Address

**ACE-FEDERAL REPORTERS, INC.**

**1120 G STREET, NW., SUITE 500**

**WASHINGTON D.C. 20005**

## General Ledger Allocation

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 2,304.75 | ACE-FEDERAL REPORTERS, INC. - Inv# 128001 Date: 03/22/07 - Payment of Brewer deposition transcript fees (03/01/07) |
| 0124100 | 2000000 | DC Sales & Excise Tax | -125.32 | ACE-FEDERAL REPORTERS, INC. - Inv# 128001 Date: 03/22/07 - Payment of Brewer deposition transcript fees (03/01/07) |
| | | | **2,179.43** | |

## Client Cost Allocation

**Cost Batch** **839153**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 4/5/07 | 52 Depo/Transcripts | $2,304.75 | Depo/Transcripts - Vendor: ACE-FEDERAL REPORTERS, INC. - Inv# 128001 Date: 03/22/07 - Payment of Brewer deposition transcript fees (03/01/07) |
| | | | | **$2,304.75** | |

## Invoice Comments

- Inv# 128001 Date: 03/22/07
- Payment of Brewer deposition transcript fees (03/01/07)

# TAB 35

# CHECK REQUEST # 358811

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 3/16/07

**PAYEE:** Ace-Federal Reporters – 10113

**ADDRESS:** 1120 G Street, N.W., Suite 500
Washington, D.C. 20005

**PURPOSE:** Payment of Neuberger deposition transcript fees (02/27/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (BECO) | | ~~1434.57~~ $1413.39 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Subtotal | 1434.57 | | |

0• *

0• *

1,413•39 x
5•75 %
81•27 *

1,494•66+%

**FIRM CHARGES**
**for Travel, Meals or Entertainment**

| ACCOUNT | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Subtotal
Total ~~1434.57~~ 1,413.39

Acct

1700661 v1; 10G8L01!.DOC

1700661.04

Dickstein Shapiro LLP

Page 16

Print Date 3/20/2007

Approval

**Voucher Due Date: 3/9/07**

# Voucher Sheet

Voucher Number 358811

AP Batch #: 031907YGD

**Invoice 128018** ✓

Invoice Date 3/9/07

Voucher Date 3/9/07

Due Date 3/9/07

1099? N

Fed ID # 53-0261591

**Voucher Amt: 1,413.39**

Vendor Number 10113

Mailing Address

**ACE-FEDERAL REPORTERS, INC.**

**1120 G STREET, NW., SUITE 500**

**WASHINGTON D.C. 20005**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 1,494.66 | ACE-FEDERAL REPORTERS, INC. - Inv# 128018 Date: 03/09/07 -- payment of Neuberger deposition transcript fees (02/27/07) |
| 0124100 | 2000000 | DC Sales & Excise Tax | -81.27 | ACE-FEDERAL REPORTERS, INC. - Inv# 128018 Date: 03/09/07 -- payment of Neuberger deposition transcript fees (02/27/07) |
| | | | **1,413.39** | |

**Client Cost Allocation** **Cost Batch 824596**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 3/19/07 | 52 Depo/Transcripts | $1,494.66 | Depo/Transcripts - Vendor: ACE-FEDERAL REPORTERS, INC. - Inv# 128018 Date: 03/09/07 -- payment of Neuberger deposition transcript fees (02/27/07) |
| | | | | **$1,494.66** | |

**Invoice Comments**

- Inv# 128018 Date: 03/09/07
-- payment of Neuberger
deposition transcript fees
(02/27/07)

ACE·FEDERAL

Court Reporters & Legal Videographers

1120 G Street, N.W.
Washington, D.C. 20005
202.347.3700 Fax 202.737.3638
www.acefederal.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 128018 | 03/09/2007 | 01-23495 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/27/2007 | THACDO | |

**CASE CAPTION**

Boston Edison v. US

**TERMS**

Due upon receipt

**Richard J. Conway, Esq.**
**Dickstein Shapiro Morin & Oshinsky, LLP**
**1825 Eye Street, NW**
**Washington, DC 20006-5403**

| | | | |
|---|---|---|---|
| 10 DAY DELIVERY - ORIGINAL & 1 CERTIFIED TRANSCRIPT COPY OF: | | | |
| Jonathan Neuberger, Ph.D., CONFIDENTIAL | 315 Pages @ | 3.40/Page | 1,071.00 |
| ASCII Disk - No Charge | | | n/c |
| Compressed Transc - N/C | | | n/c |
| Rough ASCII | 315.00 Pages @ | 1.00/Page | 315.00 |
| Postage/Delivery | | | 25.90 |
| SALES TAX | | | 1.49 |
| | **TOTAL DUE >>>>** | | 1,413.39 |
| | AFTER 04/08/2007 PAY | | 1,434.57 |

**TAX ID NO.:** 53-0261591

(202) 420-2200 Fax (202) 420-2201

*Please detach bottom portion and return with payment.*

Past due accounts will be subject to a service charge of 1-1/2% per month from due date, or the highest amount allowed by law.

Richard J. Conway, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

Invoice No.: 128018
Date : 03/09/2007
**TOTAL DUE : 1,413.39**
AFTER 4/8/2007 PAY : 1,434.57

Job No. : 01-23495
Case No. :
Boston Edison v. US

Remit To: **Ace-Federal Reporters, Inc.**
**1120 G Street, N.W., Suite 500**
**Washington, DC 20005**

We Accept VISA and Mastercard #________ ________ ________ ________ Exp. ________

Signature______________________________

# TAB 36

# Dickstein Shapiro LLP Voucher Sheet

Page 7
Print Date 4/6/2007
Approval

**Voucher Due Date:**
**3/22/07**

Voucher Number 360886
AP Batch #: 040607YGD

**Invoice** **128007**
Invoice Date 3/22/07
Voucher Date 3/22/07
Due Date 3/22/07

1099? N
Fed ID # 53-0261591

**Voucher Amt: 1,200.23**

Vendor Number 10113

Mailing Address

**ACE-FEDERAL REPORTERS, INC.**
**1120 G STREET, NW., SUITE 500**

**WASHINGTON D.C. 20005**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 1,269.25 | ACE-FEDERAL REPORTERS, INC. - Inv# 128007 Date: 03/22/07 -- Payment of Neuberger deposition transcript fees (02/28/07) |
| 0124100 | 2000000 | DC Sales & Excise Tax | -69.02 | ACE-FEDERAL REPORTERS, INC. - Inv# 128007 Date: 03/22/07 -- Payment of Neuberger deposition transcript fees (02/28/07) |
| | | | **1,200.23** | |

**Client Cost Allocation** **Cost Batch** **839153**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 4/5/07 | 52 Depo/Transcripts | $1,269.25 | Depo/Transcripts - Vendor: ACE-FEDERAL REPORTERS, INC. - Inv# 128007 Date: 03/22/07 -- Payment of Neuberger deposition transcript fees (02/28/07) |
| | | | | **$1,269.25** | |

**Invoice Comments**

- Inv# 128007 Date: 03/22/07
-- Payment of Neuberger deposition transcript fees (02/28/07)

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

# 360886

**DATE PREPARED:** 4/2/07

**PAYEE:** Ace-Federal Reporters – 10113

**ADDRESS:** 1120 G Street, N.W., Suite 500
Washington, D.C. 20005

**PURPOSE:** Payment of Neuberger deposition transcript fees (02/28/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (BECO) | | ~~1218.25~~ $1200.23 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Subtotal | ~~1218.25~~ | | |

0• *

**FIRM CHARGES**

0• *

**ised for Travel, Meals or Entertainment**

1,200•23 x
5•75 %
69•02 *
1,269•25+%
0• *

| ACC | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Subtotal | | | |
| | Total | ~~1218.25~~ | | |

Acct

ACE-FEDERAL
Court Reporters & Legal Videographers
1120 G Street, N.W.
Washington, D.C. 20005
202.347.3700 Fax 202.737.3638
www.acefederal.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 128007 | 03/22/2007 | 01-23530 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/28/2007 | THACDO | |

| CASE CAPTION |
|---|
| Boston Edison v. US |
| **TERMS** |
| Due upon receipt |

**Richard J. Conway, Esq.**
**Dickstein Shapiro Morin & Oshinsky, LLP**
**1825 Eye Street, NW**
**Washington, DC 20006-5403**

| | | | |
|---|---|---|---|
| 10 DAY DELIVERY - ORIGINAL & 1 CERTIFIED TRANSCRIPT COPY OF: | | | |
| Jonathan Neuberger | 256 Pages @ | 3.40/Page | 870.40 |
| EXHIBITS | 1,155 Pages @ | .25/Page | 288.75 |
| ASCII Disk - No Charge | | | n/c |
| Compressed Transc - N/C | | | n/c |
| Postage/Delivery | | | 25.90 |
| Postage/Delivery | | | 12.95 |
| SALES TAX | | | 2.23 |
| | TOTAL DUE >>>> | | 1,200.23 |
| | AFTER 04/21/2007 PAY | | 1,218.20 |

**TAX ID NO.:** 53-0261591 (202) 420-2200 Fax (202) 420-2201

*Please detach bottom portion and return with payment.*

Past due accounts will be subject to a service charge of 1-1/2% per month from due date, or the highest amount allowed by law.

Richard J. Conway, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

Invoice No.: 128007
Date : 03/22/2007
**TOTAL DUE** : 1,200.23
AFTER 4/21/2007 PAY : 1,218.20

Job No. : 01-23530
Case No. :
Boston Edison v. US

Remit To: **Ace-Federal Reporters, Inc.**
**1120 G Street, N.W., Suite 500**
**Washington, DC 20005**

We Accept VISA and Mastercard #__________ __________ __

Signature______________________________

# TAB 37

# Dickstein Shapiro LLP Voucher Sheet

Page 15
Print Date 5/9/2007
Approval

**Voucher Due Date:**
**4/19/07**

Voucher Number 364545
AP Batch #: 050907YGD

**Invoice** **165111EDC**
Invoice Date 4/19/07
Voucher Date 4/19/07
Due Date 4/19/07

1099? Y
Fed ID # 22-3779684

**Voucher Amt:** **52.00**

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**

**PHILADELPHIA PA 19178-5751**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 54.99 | ESQUIRE DEPOSITION SERVICES LLC - - Inv# 165111EDC Date 04/19/07 -- Payment for services for deposition exhibits Timothy Newhard. |
| 0124100 | 2000000 | DC Sales & Excise Tax | -2.99 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 165111EDC Date: 04/19/07 -- Payment for services for deposition exhibits Timothy Newhard. |
| | | | **52.00** | |

SCANNED

**Client Cost Allocation** **Cost Batch** **857657**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 5/8/07 | 52 Depo/Transcripts | $54.99 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 165111EDC Date: 04/19/07 -- Payment for services for deposition exhibits Timothy Newhard. |
| | | | | **$54.99** | |

**Invoice Comments**

- Inv# 165111EDC Date: 04/19/07 -- Payment for services for deposition exhibits Timothy Newhard.

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

179989 ESQUD45

| INVOICE NUMBER | DATE |
|---|---|
| 165111EDC | 04/19/07 |

To:
Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006

ATTN : Richard J. Conway, Esq.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER:<br>CAPTION: BOSTON EDISON V. US<br>SERVICES PROVIDED ON 03/23/07:<br>DEPOSITION OF<br>TIMOTHY NEWHARD<br>EXHIBITS & TABS<br>THANK YOU | | |
| BALANCE DUE — TOTAL | 52.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 179989 TOT: $52.00
INVOICE #: 165111EDC
DATE: 04/19/07

Dickstein Shapiro
Attn: Richard J. Conway, Esq.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# TAB 38

# CHECK REQUEST # 360884

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 4/2/07

**PAYEE:** Esquire Deposition Services, LLC – 10257

**ADDRESS:** 1020 19th Street, N.W., Suite 620
Washington, D.C. 20036

**PURPOSE:** Payment of Wood deposition transcript fees (03/13/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (BECO) | | 1940.11 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **Subtotal** | **1940.11** | | |

0• *
0• *
1,940•11 ×
5•75 %
111•56 *
2,051•67+%
0• *

**FIRM CHARGES**
**l for Travel, Meals or Entertainment**

| ACCOUN' | :RIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **Subtotal** | | | |
| | **Total** | **1940.11** | | |

Acct.

1700661 v1; 10G8L01!.DOC

1700661.01

# Dickstein Shapiro LLP Voucher Sheet



Print Date 4/6/2007

Approval

**Voucher Due Date:**
**3/21/07**

Voucher Number 360884

AP Batch #: 040607YGD

**Invoice** **164468EDC** ✓

**Voucher Amt:** **1,940.11**

Invoice Date 3/21/07
Voucher Date 3/21/07
Due Date 3/21/07

1099? Y
Fed ID # 22-3779684

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**

**PHILADELPHIA PA 19178-5751**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 2,051.67 | ESQUIRE DEPOSITION SERVICES LLCInv# 164468EDC Date: 03/21/07 -- Payment of Wood deposition transcript fees (03/13/07) |
| 0124100 | 2000000 | DC Sales & Excise Tax | -111.56 | ESQUIRE DEPOSITION SERVICES LLCInv# 164468EDC Date: 03/21/07 -- Payment of Wood deposition transcript fees (03/13/07) |
| | | | **1,940.11** | |

**Client Cost Allocation** **Cost Batch** **839153**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 4/5/07 | 52 Depo/Transcripts | $2,051.67 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC Inv# 164468EDC Date: 03/21/07 -- Payment of Wood deposition transcript fees (03/13/07) |
| | | | | **$2,051.67** | |

**Invoice Comments**

Inv# 164468EDC Date: 03/21/07
-- Payment of Wood deposition
transcript fees (03/13/07)

ESQUIRE DEPOSITION SERVICES® A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

179444 RUSSB01

To:

Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006

| INVOICE NUMBER | DATE |
|---|---|
| 164468EDC | 03/21/07 |

ATTN : BRADLEY D. WINE, ESQ.

**Due Upon Receipt**

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER:<br><br>CAPTION:<br>BOSTON EDISON V. US<br><br>SERVICES PROVIDED ON 03/13/07:<br>ROBERT WOOD 1- 298 298 PGS<br><br>5 day delivery - copy<br>ROUGH ASCII DISK<br>EXHIBITS & TABS<br>CONDENSED TRANSCRIPT-NO CHARGE<br>CD/ASCII DISK<br>SHIPPING & HANDLING<br>THANK YOU | | 1CC |
| BALANCE DUE — TOTAL | 1,940.11 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

**Please detach and send with payment**

---

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 179444 TOT: $1940.11
INVOICE #: 164468EDC
DATE: 03/21/07

Dickstein Shapiro
Attn: BRADLEY D. WINE, ESQ.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE DEPOSITION SERVICES® A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# TAB 39

# CHECK REQUEST #354719

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** February 6, 2007

**PAYEE:** Davis Court Reporting, LLC – 21816

**ADDRESS:** P.O. Box 16147
Jackson, MS 39236-6147

**PURPOSE:** Attend and transcribe deposition and deliver a copy of the transcript for the continuation of the deposition of Carolyn Shanks taken on 1-24-07

**DATE NEEDED:** Upon Receipt

**REQUESTED BY:** Carla Gales **PHONE EXTENSION:** 3368

**SPECIAL INSTRUCTIONS:** Please deliver check to Carla Gales on 3rd Floor (03E307) for mailing purposes. Thanks!

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel Litigation | | 411.00 | FML | [signature] |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | Subtotal | $ 411.00 | | |

**IARGES**
**, Meals or Entertainment**

| ACCOUNT NO. | | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | Subtotal | $ 0.00 | | |
| | Total | $ 411.00 | | |

**DISTRIBUTION OF COPIES:** ☑ ACCOUNTING ☐ BILLING ATTY. ☐ PERSONAL FILE

DSMDB-2210791v01

Page 21
Print Date 2/8/2007
Approval

**Voucher Due Date:**
**1/30/07**

## Dickstein Shapiro LLP
## Accounts Payable Voucher

Voucher Number 354719
AP Batch #: 020807YGD

**Invoice** **1876** **Voucher Amt:** **411.00**

Invoice Date 1/30/07
Voucher Date 1/30/07
Due Date 1/30/07

1099? Y
Fed ID # 20-2619762

Vendor Number 21816

Mailing Address

**DAVIS COURT REPORTING, LLC**
**P.O. BOX 16147**

**JACKSON MS 39236**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 434.64 | DAVIS COURT REPORTING, LLC - Inv# 1876 Date: 01/30/07 Attend and transcribe deposition and deliver a copy of the transcript for the continuation of the deposition of Carolyn Shanks taken on 01/24/07. |
| 0124100 | 2000000 | DC Sales & Excise Taxes | -23.64 | DAVIS COURT REPORTING, LLC - Inv# 1876 Date: 01/30/07 Attend and transcribe deposition and deliver a copy of the transcript for the continuation of the deposition of Carolyn Shanks taken on 01/24/07. |
| | | | **411.00** | |

**Client Cost Allocation** **Cost Batch** **809220**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 52 Depo/Transcripts | $434.64 | Depo/Transcripts - Vendor: DAVIS COURT REPORTING, LLC - Inv# 1876 Date: 01/30/07 -- Attend and transcribe deposition and deliver a copy of the transcript for the continuation of the deposition of Carolyn Shanks taken on 01/24/07. |
| | | | **$434.64** | |

**Invoice Comments**

- Inv# 1876 Date: 01/30/07 -- Attend and transcribe deposition and deliver a copy of the transcript for the continuation of the deposition of Carolyn Shanks taken on 01/24/07.

**DAVIS COURT REPORTING, LLC**
P.O. Box 16147
Jackson, MS 39236-6147
601-991-0079
Tax ID: 20-2619762

# Invoice

| Invoice # | 1876 |
|---|---|
| Invoice Date | 1/30/2007 |

| Bill To |
|---|
| Bernard Sheehan, Esq.<br>Dickstein Shapiro<br>1825 Eye Street NW<br>Washington, DC 2006-5403 |

| Style of Case |
|---|
| Boston Edison<br>vs.<br>USA, etc. |

| Court Reporter | T. Davis |
|---|---|

| Item | Description | Amount |
|---|---|---|
| Copy Transcript | Continuation of Carolyn Shanks<br>01-24-07 | 411.00 |
| | Total | $411.00 |

# TAB 40

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

355801

**DATE PREPARED:** January 19, 2007

**PAYEE:** Ace-Federal Reporters, Inc.

1013

**ADDRESS:** 1120 G Street, N.W., Suite 500
Washington, D.C. 20005

**PURPOSE:** Payment for attendance and transcription of deposition of Carolyn Shanks, including hard copy transcripts, exhibits and electronic transcripts.

**DATE NEEDED:** Upon Receipt

**REQUESTED BY:** Carla Gales **PHONE EXTENSION:**

**SPECIAL INSTRUCTIONS:** Please return check to Carla Gales (03E207) for mailing purposes. If any questions, please reach me on x-13368.

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel Litigation | | 1,955.14 | FML | [signature] |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | Subtotal | $1,955.14 | | |

**FIRM CHARGES**

1,955.14 ×
5.75 %
112.42 ÷
001
112.42 *

**…e used for Travel, Meals or Entertainment**

| ACC… | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | Subtotal | $ 0.00 | | |
| | Total | $1,955.14 | | |

**DISTRIBUTION OF …** **…CCOUNTING** ☐ **BILLING ATTY.** ☐ **PERSONAL FILE**

DSMDB-2202066v01

**Voucher Due Date:**
**1/16/07**

# Dickstein Shapiro LLP
# Accounts Payable Voucher

Voucher Number 353367
AP Batch #: 012607JCFVEN

**Voucher Amt: 1,955.14**

**Invoice 127270**
Invoice Date 1/16/07
Voucher Date 1/16/07
Due Date 1/16/07

1099? N
Fed ID # 53-0261591

Vendor Number 10113

Mailing Address

**ACE-FEDERAL REPORTERS, INC.**
**1120 G STREET, NW., SUITE 500**

**WASHINGTON D.C. 20005**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0124100 | 2000000 | DC Sales & Excise Taxes | -112.42 | ACE-FEDERAL REPORTERS, INC. - Payment for attendance ar transcription of deposition of Carolyn Shanks, including hard copy transcripts, exhibits and electronic transcripts; In# 127270 |
| 0113205 | 1000000 | DC Client Cost Clearing | 2,067.56 | ACE-FEDERAL REPORTERS, INC. |
| | | | **1,955.14** | |

**Client Cost Allocation** **Cost Batch** **801092**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 52 Depo/Transcripts | $2,067.56 | Depo/Transcripts - Vendor: ACE-FEDERAL REPORTERS, INC. Payment for attendance and transcription of deposition of Carolyn Shanks, including hard copy transcripts, exhibits and electronic transcripts; In# 127270 |
| | | | **$2,067.56** | |

## Invoice Comments

Payment for attendance and transcription of deposition of Carolyn Shanks, including hard copy transcripts, exhibits and electronic transcripts; In# 127270

ACE FEDERAL
Court Reporters & Legal Videographers
1120 G Street, N.W.
Washington, D.C. 20005
202.347.3700 Fax 202.737.3638
www.acefederal.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
| --- | --- | --- |
| 127270 | 01/16/2007 | 01-22946 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/14/2006 | DAVISR | |

**CASE CAPTION**

Boston Edison v. US

**TERMS**

Due upon receipt

Bernard F. Sheehan, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

5 DAY DELIVERY - ORIGINAL AND 1 CERTIFIED TRANSCRIPT COPY OF:

| | | | |
| --- | --- | --- | --- |
| Carolyn Shanks | 259 Pages @ | 5.25/Page | 1,359.75 |
| EXHIBITS | 497 Pages @ | .25/Page | 124.25 |
| Rough ASCII | 259.00 Pages @ | 1.25/Page | 323.75 |
| ASCII Disk - No Charge | | | n/c |
| Compressed Transc - N/C | | | n/c |
| Attendance Fee | | | 120.00 |
| Postage/Delivery | | | 25.90 |
| SALES TAX | | | 1.49 |
| TOTAL DUE >>>> | | | 1,955.14 |
| AFTER 02/15/2007 PAY | | | 1,984.44 |

TAX ID NO.: 53-0261591

(202) 420-2200 Fax (202) 420-2201

# TAB 41

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet**

358869

PRIORI

**DATE PREPARED:** /21/07

**PAYEE:** squire Deposition Services, LLC

**ADDRESS:** )20 19th Street, N.W., Suite 620
/ashington, D.C. 20036

10257

**PURPOSE:** ayment of Supko deposition transcript fees (01/17/07)

**DATE NEEDED:**

**REQUESTED BY:** eggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (BECO) | | 1960.40 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | total | 1960.40 | | |

1,960·40 x
5·75 %
112·72 *

2,073·12+%

0· *

Not ntertainment

| ACCOUNT NO. | | | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | ..otal | | | |
| | | Total | 1960.40 | | |

Acct

**Voucher Due Date:**
**1/29/07**

ckstein Shapiro LLP
:counts Payable Voucher

Page 42
Print Date 2/28/2007
Approval

'oucher Number 356869
P Batch #: 022807JCFVEN

| | |
|---|---|
| **Invoice** | **163152EI** |
| Invoice Date | 1/29/07 |
| Voucher Date | 1/29/07 |
| Due Date | 1/29/07 |
| 1099? | Y |
| Fed ID # | 22-37796 |

**Voucher Amt: 1,960.40**

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**

**PHILADELPHIA PA 19178-5751**

**General Ledger Allocati**

| Account | | L Account Description | Amount | Description |
|---|---|---|---|---|
| 0124100 | 2000000 | : Sales & Excise Tax | -112.72 | ESQUIRE DEPOSITION SERVICES LLC - Payment of Supko deposition transcript fees (01/17/07) Inv# 163152EDC) |
| 0113205 | 1000000 | : Client Cost Clearing | 2,073.12 | ESQUIRE DEPOSITION SERVICES LLC |
| | | | **1,960.40** | |

**Client Cost Allocation** **Cost Batch 817748**

| Matter No./BATY | Client/I | er Name | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nı Joint Re| | r Fuel Litigation ntation | 52 Depo/Transcripts | $2,073.12 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC Payment of Supko deposition transcript fees (01/17/07) Inv# 163152EDC) |
| | | | | **$2,073.12** | |

**Invoice Comments**

Payment of Supko depositic
transcript fees (01/17/07)
Inv# 163152EDC)

ESQUIR DEPOSITION SERV ES®
A HOBART WEST COMPA

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

178115 RUSSB01

| INVOICE NUMBER | DATE |
|---|---|
| 163152EDC | 01/29/07 |

To:

Dickstein S piro Morin & Oshinsky
1825 Eye St et, NW
Washington, C 20006

ATTN : BRAD Y D. WINE, ESQ.

Due Upon Receipt

| YOUR REFERENCE NUMBE | | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: BOSTON ISON V. US | | | |
| SERVICES PRO DED ON 01/17/07: | | | |
| EILEEN SUPKO | 1- 279 279 PGS | | 1CC |
| 5 DAY EXPEDI D - COPY | | | |
| ROUGH ASCII SK | | | |
| EXPERT/MEDIC /TECHNICAL-COPY | | | |
| EXHIBITS & T S | | | |
| CONDENSED TR SCRIPT-NO CHARGE | | | |
| CD/ASCII DIS | | | |
| READ & SIGN | | | |
| SHIPPING & H DLING | | | |
| THANK YOU | | | |
| BALANCE DUE | TOTAL | 1,960.40 | *Thank You!* |

Any amounts not paid thin 30 days of the invoice will be considered past due and a late charg ill accrue on any unpaid balance at the lesser of one and one-half per t (1.5%) per month or the maximum rate allowed by law. Contact us immediate with questions or corrections regarding billing or payment. No adjustments or re ds will be made after 120 days from date of payment.
**Please detach and send with pa ht**

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire leposition Services, LLC**
P.O Box 85751
Philade hia, PA 19178-5751
Tax ID 22-3779684

JOB: 178115 TOT: $1960.40
INVOICE #: 163152EDC
DATE: 01/29/07

Dickste Shapiro Morin & Oshinsky
Attn: I DLEY D. WINE, ESQ.
1825 Ey Street, NW
Washinc n, DC 20006

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# TAB 42

ESQUIRE
DEPOSITION SERVICES®

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
1020 19th Street, N.W., Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

177990 RUSSB01

To:
Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006

| INVOICE NUMBER | DATE |
|---|---|
| 162153EDC | 12/12/06 |

03/11/08

ATTN : BRADLEY D. WINE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: | | |
| CAPTION: BOSTON EDISON V. US | | |
| SERVICES PROVIDED ON 11/30/06: | | |
| DREW B. FETTERS 1- 395 395 PGS | | 0+1 |
| 5 DAY EXPEDITED - COPY | | |
| CONDENSED TRANSCRIPT-NO CHARGE | | |
| CD/ASCII DISK | | |
| E-TRANSCRIPT | | |
| READ & SIGN | | |
| SHIPPING & HANDLING | | |
| THANK YOU | | |
| PAYMENTS RECEIVED | -2,404.15 | |
| BALANCE DUE — TOTAL | 0.00 | Thank You! |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

Please detach and send with payment

Remit To:

Esquire Deposition Services, LLC
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 177990 TOT: $0.00
INVOICE #: 162153EDC
DATE: 03/11/08

Dickstein Shapiro
Attn: BRADLEY D. WINE, ESQ.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE
DEPOSITION SERVICES®

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# TAB 43

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 5/10/07 # 364844

**PAYEE:** Esquire Deposition Services — 10257

**ADDRESS:** 1020 19th Street, N.W, Suite 620
Washington, DC 20036

**PURPOSE:** Payment for services for deposition transcript of David Zabransky (04/05/07

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER N | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuels | | 2140.02 | FML | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Subtotal | 2140.02 | | |

0 *
0 *
2140.02 x
.75 %
1605.06 *
2675.08 +%
0 *

**FIRM CHARGES**
**r Travel, Meals or Entertainment**

| ACCOUNT N | PTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| Subtotal | |
| Total | 2140.02 |

1700661 v1; 10G8L01!.DO

2246016.04

## Dickstein Shapiro LLP Voucher Sheet

Page 9
Print Date 5/16/2007
Approval

**Voucher Due Date:**
**4/16/07**

Voucher Number 364844
AP Batch #: 051407YGD

**Voucher Amt: 2,140.02**

| | |
|---|---|
| **Invoice** | **164949EDC** |
| Invoice Date | 4/16/07 |
| Voucher Date | 4/16/07 |
| Due Date | 4/16/07 |
| 1099? | Y |
| Fed ID # | 22-377[illegible]84 |

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**

**PHILADELPHIA PA 19178-5751**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 2,263.08 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164949EDC Date: 04/16/07 -- Payment for services for deposition transcript of David Zabransky (04/05/07) |
| 0124100 | 2000000 | DC Sales & Excise Tax | -123.06 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164949EDC Date: 04/16/07 -- Payment for services for deposition transcript of David Zabransky (04/05/07) |
| | | | **2,140.02** | |

**Client Cost Allocation** **Cost Batch 858528**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 5/14/07 | 52 Depo/Transcripts | $2,263.08 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 164949EDC Date: 04/16/07 -- Payment for services for deposition transcript of David Zabransky (04/05/07) |
| | | | | **$2,263.08** | |

**Invoice Comments**

- Inv# 164949EDC Date: 04/16/07 -- Payment for services for deposition transcript of David Zabransky (04/05/07)

ATLANTA FORMS & SYSTEMS CO. - (770) 237-2992

**DATATRAC FORM #504**

| DATE | TIME | CONTROL NO. | P/U TIME | DEL. TIME | SERVICE TYPE | PCS | ORDER TAKEN BY |
|---|---|---|---|---|---|---|---|
| 4/10/07 | 09:44 | 14000384 | 07:00 | 08:00 | ACSSED | | JXL |

| CHARGE CUSTOMER | ORDERED BY | FROM | TO |
|---|---|---|---|
| DICKSTEIN SHAPIRO LLP | LUW PAPER | 54 | 30 |

PICK UP

LOS ANGELES INT. AIRPORT
FL#1481 FR UNITED AIRLINES
LUW PAPER
LOS ANGELES

DELIVERY

DICKSTEIN SHAPIRO LLP
2049 CENTURY PARK EAST 700
CENTURY CITY

DESCRIPTION OF OTHER CHARGES

1 PASSENGER

SIGNED FOR BY:

COMPLETED

| CUSTOMER JOB NUMBER | CUST. NO. | |
|---|---|---|
| NONE PROVIDED | 14027 | 1 / 1 |

| CHARGES | |
|---|---|
| BASE CHG. | 65.00 |
| WAIT TIME | |
| WEIGHT | |
| RETURN | |
| PAY-OUT | |
| OTHER | 6.50 |
| TOTAL | |

ESQUIRE DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

180239 RUSSB01

| INVOICE NUMBER | DATE |
|---|---|
| 164949EDC | 04/16/07 |

To:
Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006

ATTN : BRADLEY D. WINE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| **YOUR REFERENCE NUMBER:** | | |
| **CAPTION:** BOSTON EDISON V. US | | |
| SERVICES PROVIDED ON 04/05/07: | | |
| DAVID ZABRANSKY 1- 249 249 PGS | | O+1 |
| 5 DAY TURNAROUND | | |
| ROUGH ASCII DISK | | |
| CONDENSED TRANSCRIPT-NO CHARGE | | |
| CD/ASCII DISK | | |
| E-TRANSCRIPT | | |
| ARCHIVING FEE | | |
| SHIPPING & HANDLING - UPS | | |
| THANK YOU | | |
| BALANCE DUE **TOTAL** | 2,140.02 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

**Please detach and send with payment**

---

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 180239 TOT: $2140.02
INVOICE #: 164949EDC
DATE: 04/16/07

Dickstein Shapiro
Attn: BRADLEY D. WINE, ESQ.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# TAB 44

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

# 364552

**DATE PREPARED:** 5/7/07

**PAYEE:** Esquire Deposition Services— 10257

**ADDRESS:** 1020 19th Street, N.W, Suite 620
Washington, DC 20036

**PURPOSE:** Payment for services for deposition exhibits of David Zabranaky (04/05/07

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuels | | 55.00 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Subtotal | 55.00 | | |

0• *

0• *

·5•00 ×
·•75 %
3•17 *

58•17+%

0• *

**FIRM CHARGES**
**Travel, Meals or Entertainment**

| ACCOUNT NO | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Subtotal | | | |
| | Total | 55.00 | | |

Acct

# Dickstein Shapiro LLP Voucher Sheet



Print Date 5/16/2007

Approval

**Voucher Due Date:**
**4/16/07**

Voucher Number 364552

AP Batch #: 050907YGD

**Voucher Amt: 55.00**

| | |
|---|---|
| **Invoice** | **164986EDC** |
| Invoice Date | 4/16/07 |
| Voucher Date | 4/16/07 |
| Due Date | 4/16/07 |
| 1099? | Y |
| Fed ID # | 22-3779684 |

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**
**PHILADELPHIA PA 19178-5751**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 58.17 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164986EDC Date: 04/26/07 - Payment for services for deposition transcript of David Zabranaky 04/05/07 |
| 0124100 | 2000000 | DC Sales & Excise Tax | -3.17 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164986EDC Date: 04/26/07 - Payment for services for deposition transcript of David Zabranaky 04/05/07 |
| | | | **55.00** | |

**Client Cost Allocation** **Cost Batch** **857657**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 5/8/07 | 52 Depo/Transcripts | $58.17 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 164986EDC Date: 04/16/07 - Payment for services for deposition exhibits of David Zabranaky 04/05/07 |
| | | | | **$58.17** | |

## Invoice Comments

- Inv# 164986EDC Date: 04/26/07 - Payment for services for deposition exhibits of David Zabranaky 04/05/07

ESQUIRE DEPOSITION SERVICES® A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

180239 RUSSB01

To:
Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006

| INVOICE NUMBER | DATE |
|---|---|
| 164986EDC | 04/16/07 |

ATTN : BRADLEY D. WINE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER:<br><br>CAPTION: BOSTON EDISON V. US<br><br>SERVICES PROVIDED ON 04/05/07:<br><br>DEPOSITION OF<br>DAVID ZABRANSKY<br>EXHIBITS & TABS<br>THANK YOU | | |
| BALANCE DUE — TOTAL | 55.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 180239 TOT: $55.00
INVOICE #: 164986EDC
DATE: 04/16/07

Dickstein Shapiro
Attn: BRADLEY D. WINE, ESQ.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE DEPOSITION SERVICES℠ A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# TAB 45

# Dickstein Shapiro LLP Voucher Sheet

Page 5
Print Date 4/18/2007
Approval

**Voucher Due Date:**
**1/9/07**

Voucher Number 362085
AP Batch #: 041807YGD

| | | | |
|---|---|---|---|
| **Invoice** | **162781EDC** | **Voucher Amt:** | **2,922.39** |
| Invoice Date | 1/9/07 | | |
| Voucher Date | 1/9/07 | | |
| Due Date | 1/9/07 | | |
| 1099? | Y | | |
| Fed ID # | 22-3779684 | | |

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**

**PHILADELPHIA PA 19178-5751**

## General Ledger Allocation

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 3,090.43 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 162781EDC Date: 01/09/07 -- Payment of Hevert deposition transcript fees (12/28/06) |
| 0124100 | 2000000 | DC Sales & Excise Tax | -168.04 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 162781EDC Date: 01/09/07 -- Payment of Hevert deposition transcript fees (12/28/06) |
| | | | **2,922.39** | |

## Client Cost Allocation

**Cost Batch 841891**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 4/18/07 | 52 Depo/Transcripts | $3,090.43 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 162781EDC Date: 01/09/07 -- Payment of Hevert deposition transcript fees (12/28/06) |
| | | | | **$3,090.43** | |

## Invoice Comments

- Inv# 162781EDC Date: 01/09/07 -- Payment of Hevert deposition transcript fees (12/28/06)

# CHECK REQUEST # 362085

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 4/17/07

**PAYEE:** Esquire Deposition Services, LLC -10257

**ADDRESS:** 1020 19th Street, N.W., Suite 620
Washington, D.C. 20036

**PURPOSE:** Payment of Hevert deposition transcript fees (12/28/06)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuels (BECO) | | 2922.39 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Subtotal | 2922.39 | | |

0• *

HARGES

I, Meals or Entertainment

2,922•39 x
5•75 %
168•04 *

3,090•43+%

| ACCOUNT NO. | | | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Subtotal | | | |
| | | Total | 2922.39 | | |

Acct.

1700661 v1; 10G8L01!.DOC

1700661.01

ESQUIRE
DEPOSITION SERVICES®

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

178116 RUSSB01

To:

Dickstein Shapiro Morin & Oshinsky
1825 Eye Street, NW
Washington, DC 20006

| INVOICE NUMBER | DATE |
|---|---|
| 162781EDC | 01/09/07 |

03/01/07

ATTN : BRADLEY D. WINE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER:<br><br>CAPTION:<br>BOSTON EDISON V. US<br><br>SERVICES PROVIDED ON 12/28/06:<br>ROBERT HEVERT 1- 452 452 PGS<br><br>ROUGH ASCII DISK<br>5 DAY EXPEDITED - COPY<br>CONDENSED TRANSCRIPT-NO CHARGE<br>CD/ASCII DISK<br>E-TRANSCRIPT<br>READ & SIGN<br>SHIPPING & HANDLING<br>THANK YOU | | 1CC |
| BALANCE DUE TOTAL | 2,922.39 | *Thank You!* |

PAY THIS AMOUNT: 2,922.39

For Invoice Questions,
Please Call
(800) 441-3376

**Please detach and send with payment**

---

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 178116 TOT: $2922.39
INVOICE #: 162781EDC
DATE: 03/01/07

Dickstein Shapiro Morin & Oshinsky
Attn: BRADLEY D. WINE, ESQ.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE
DEPOSITION SERVICES®

LINKING TESTIMONY, TRADITION AND TECHNOLOGY