# TAB 46

# Dickstein Shapiro LLP Voucher Sheet

Voucher Due Date:
1/9/07

Page 9
Print Date 4/18/2007
Approval

Voucher Number 362097
AP Batch #: 041807YGD

**Invoice** **162776EDC** **Voucher Amt:** **2,955.06**
Invoice Date 1/9/07
Voucher Date 1/9/07
Due Date 1/9/07

1099? Y
Fed ID # 22-3779684

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**

**PHILADELPHIA PA 19178-5751**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 3,124.98 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 162776EDC Date: 01/09/07 -- Payment of Hevert deposition transcript fees (12/29/06) |
| 0124100 | 2000000 | DC Sales & Excise Tax | -169.92 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 162776EDC Date: 01/09/07 -- Payment of Hevert deposition transcript fees (12/29/06) |
| | | | **2,955.06** | |

**Client Cost Allocation** **Cost Batch** **841891**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 4/18/07 | 52 Depo/Transcripts | $3,124.98 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 162776EDC Date: 01/09/07 -- Payment of Hevert deposition transcript fees (12/29/06) |
| | | | | **$3,124.98** | |

**Invoice Comments**

- Inv# 162776EDC Date: 01/09/07 -- Payment of Hevert deposition transcript fees (12/29/06)

# CHECK REQUEST # 362097

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 4/17/07

**PAYEE:** Esquire Deposition Services, LLC – 10257

**ADDRESS:** 1020 19th Street, N.W., Suite 620
Washington, D.C. 20036

**PURPOSE:** Payment of Hevert deposition transcript fees (12/29/06)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuels (BECO) | | 2955.06 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Subtotal | 2955.06 | | |

0• *
0• *
2,955•06 x
5•75 %
16[illegible]•92 *
3,124•98+%
0• *
0• *
0• *

**GES**
**als or Entertainment**

| ACCOUNT NO. | | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Subtotal | | | |
| | Total | 2955.06 | | |

[signature]

QUIRE
TION SERVICES®

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

178546 RUSSB01

To:

Dickstein Shapiro Morin & Oshinsky
1825 Eye Street, NW
Washington, DC 20006

| INVOICE NUMBER | DATE |
|---|---|
| 162776EDC | 01/09/07 |

03/01/07

ATTN : BRADLEY D. WINE, ESQ.

| Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER:<br><br>CAPTION:<br>BOSTON EDISON V. US<br><br>SERVICES PROVIDED ON 12/29/06:<br>ROBERT HEVERT 1- 457 457 PGS<br><br>ROUGH ASCII DISK<br>5 DAY EXPEDITED - COPY<br>E-TRANSCRIPT<br>CONDENSED TRANSCRIPT-NO CHARGE<br>CD/ASCII DISK<br>READ & SIGN<br>SHIPPING & HANDLING<br>THANK YOU | | 1CC |
| BALANCE DUE TOTAL | 2,955.06 | *Thank You!* |

PAY THIS AMOUNT: 2,955.06

For Invoice Questions,
Please Call
(800) 441-3376

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 178546 TOT: $2955.06
INVOICE #: 162776EDC
DATE: 03/01/07

Dickstein Shapiro Morin & Oshinsky
Attn: BRADLEY D. WINE, ESQ.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE
DEPOSITION SERVICES®

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# TAB 47

# Dickstein Shapiro LLP Voucher Sheet

Page 2
Print Date 4/6/2007
Approval

**Voucher Due Date:**
**3/28/07**

Voucher Number 360881
AP Batch #: 040607YGD

**Invoice** **164621EDC**✓
Invoice Date 3/28/07
Voucher Date 3/28/07
Due Date 3/28/07

1099? Y
Fed ID # 22-3779684

**Voucher Amt:** **1,133.09**

Vendor Number 10257

Mailing Address

**ESQUIRE DEPOSITION SERVICE LLC**
**P.O. BOX 785751**

**PHILADELPHIA PA 19178-5751**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 1,198.25 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164621EDC Date: 03/28/07 -- Payment for Mattia deposition transcript fees (03/20/07) |
| 0124100 | 2000000 | DC Sales & Excise Tax | -65.16 | ESQUIRE DEPOSITION SERVICES LLC - Inv# 164621EDC Date: 03/28/07 -- Payment for Mattia deposition transcript fees (03/20/07) |
| | | | **1,133.09** | |

**Client Cost Allocation** **Cost Batch** **839153**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 4/5/07 | 52 Depo/Transcripts | $1,198.25 | Depo/Transcripts - Vendor: ESQUIRE DEPOSITION SERVICES LLC - Inv# 164621EDC Date: 03/28/07 -- Payment for Mattia deposition transcript fees (03/20/07) |
| | | | | **$1,198.25** | |

## Invoice Comments

- Inv# 164621EDC Date: 03/28/07 -- Payment for Mattia deposition transcript fees (03/20/07)

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 4/2/07

**PAYEE:** Esquire Deposition Services, LLC – 10257 #360881

**ADDRESS:** 1020 19th Street, N.W., Suite 620
Washington, D.C. 20036

**PURPOSE:** Payment of Mattia deposition transcript fees (03/20/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (BECO) | | 1133.09 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **Subtotal** | **1133.09** | | |

0• *
0•; ÷*
1,133•09 ×
5•75 %
65•16 *
1,198•25 +%
0• *

**FIRM CHARGES**
**for Travel, Meals or Entertainment**

| ACCOUNT | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **Subtotal** | | | |
| | **Total** | **1133.09** | | |

Acct

1700651 v1; 10G8L01!.DOC

1700661.01

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

179928 RUSSB01

| INVOICE NUMBER | DATE |
|---|---|
| 164621EDC | 03/28/07 |

To:

Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006

ATTN : BRADLEY D. WINE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| **YOUR REFERENCE NUMBER:**<br>**CAPTION:**<br>BOSTON EDISON V. US<br>SERVICES PROVIDED ON 03/20/07:<br>NICHOLAS MATTIA, JR. 1- 237 237 PGS<br>5 DAY EXPEDITED - COPY<br>CONDENSED TRANSCRIPT-NO CHARGE<br>CD/ASCII DISK<br>E-TRANSCRIPT<br>READ & SIGN<br>HAND DELIVERED<br>THANK YOU | | 1CC |
| **TOTAL** | 1,133.09 | *Thank You!* |

BALANCE DUE

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

**Please detach and send with payment**

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

---

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 179928 TOT: $1133.09
INVOICE #: 164621EDC
DATE: 03/28/07

Dickstein Shapiro
Attn: BRADLEY D. WINE, ESQ.
1825 Eye Street, NW
Washington, DC 20006

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# TAB 48

**Voucher Due Date:**
**2/20/07**

**Dickstein Shapiro LLP**
**Accounts Payable Voucher**

Page 7
Print Date 3/9/2007
Approval

Voucher Number 357880
AP Batch #: 030907JCFVEN

**Invoice** **127415**
Invoice Date 2/20/07
Voucher Date 2/20/07
Due Date 2/20/07

1099? N
Fed ID # 53-0261591

**Voucher Amt:** **2,604.64**

Vendor Number 10113

Mailing Address

**ACE-FEDERAL COURT REPORTERS**
**1120 G STREET NW**

**WASHINGTON DC 20005**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0124100 | 2000000 | DC Sales & Excise Tax | -149.76 | ACE-FEDERAL REPORTERS, INC. - Payment for attendance ar transcription of deposition of Charles Benjamin Franklin, including hard copy transcript, exhibits and electronic transcripts. Inv# 127415; 02/20/07 |
| 0113205 | 1000000 | DC Client Cost Clearing | 2,754.40 | ACE-FEDERAL REPORTERS, INC. |
| | | | **2,604.64** | |

**Client Cost Allocation** **Cost Batch** **823813**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 52 Depo/Transcripts | $2,754.40 | Depo/Transcripts - Vendor: ACE-FEDERAL REPORTERS, INC. Payment for attendance and transcription of deposition of Charles Benjamin Franklin, including hard copy transcript, exhibits and electronic transcripts. Inv# 127415; 02/20/07 |
| | | | **$2,754.40** | |

**Invoice Comments**

Payment for attendance and transcription of deposition of Charles Benjamin Franklin, including hard copy transcript, exhibits and electronic transcripts. Inv# 127415; 02/20/07

# TAB 49

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

35700
21696

**DATE PREPARED:** 1/10/07

**PAYEE:** EYAD Court Reporting

**ADDRESS:** 4 Funeuii Hall Marketplace, South Building
4th floor, Boston, MA 02109

**PURPOSE:** Payment of Potkin deposition transcript fees (10/12/06)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (Con Ed) | | 690.25 | FML | |
| | | | | | |
| | | Subtotal | 690.25 | | |

CHARGES
vel, Meals or Entertainment

690·25 ×
5·75 %
39·69 +
729·94+%

| ACCOUNT NO | N | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |

000

0·00 *

Subtotal
Total 690.25

Acct

1700661 v1; 10G8L01!.DOC

1700661.03

01/10/2007 12:31 FAX 6179654784 EYAL COURT REPORTING ☒001

**EYAL**
*Court Reporting*
4 Faneuil Hall Marketplace
South Bldg. - 4th Floor, Boston, MA 02109
www.deposerve.com
*Toll Free: (800) 332-3925*
*Local: (617) 723-9432*

**FAX**
To: Margaret King
Fax No: 202-420-2201
From: Margie / Jeff
Date: 1/10/07 Pages: 1

***"Depositions Since 1971"***
Realtime/Daily/Expedited
Video/Telephonic/Internet
E-Transcript/Condensed
ASCII and other formats
Two conference rooms

*E-mail: schedule@deposerve.com*
*Fax: 617-965-4784*

BRADLEY D. WINE, ESQ.
DICKSTEIN, SHAPIRO, LLP
1825 EYE STREET - NW
WASHINGTON, DC 20006
202-420-2235

January 10, 2007

**Invoice# SL10126B**

**Balance: $690.25**

**Re:** BOSTON EDISON/ENTERGY NUCLEAR V. USA
99-447C & 03-262C
*on* 10/12/06 *by* SUSAN LOZZI, CSR/RPR
**Billed:** 10/27/06 **<-- 73 Days Old!**

| Charge Description | Amount |
|---|---|
| 141 PGS. REPORTED/TRANSCRIBED IN THE DEPOSITION OF MARC L. POTKIN, HELD AT THE PILGRIM NUCLEAR POWER STATION, ROCKY HILL ROAD, PLYMOUTH, MA. TAKEN ON 10/12/06 | 387.75 |
| ASCII DISK FORMAT ENCLOSED | 35.00 |
| E-TRANSCRIPT/WORD INDEXING ENCLOSED | 76.45 |
| 148 PGS. OF EXHIBITS COPYING/COLLATING/INDEXING | 125.80 |
| PROCESSING/HANDLING/DELIVERY VIA FEDEX | 45.00 |
| THANK YOU. WE APPRECIATE YOUR BUSINESS | |
| 1.50% per month on unpaid balance | 20.25 |

**P l e a s e R e m i t ---> Total Due: $690.25**

**This invoice is 73 days past due, Please Remit - Thank You!**
**********************************************************************

EYAL Court Reporting, Inc Invoice# SL10126B

Balance$ 690.25

*Tax ID: 04-3292656*

*Professional Court Reporters*
*Quality Assurance • Members: NCRA/MCRA*
*Listed Martindale - Hubbell*

**Voucher Due Date:**
**1/10/06**

# Dickstein Shapiro LLP
# Voucher Sheet

Page 1
Print Date 1/12/2007
Approval

| | |
|---|---|
| Voucher Number | 352160 |
| AP Batch #: | 011107JCFRUS |

**Invoice** **SL10126B**

**Voucher Amt:** **690.25**

| | |
|---|---|
| Invoice Date | 1/10/06 |
| Voucher Date | 1/10/06 |
| Due Date | 1/10/06 |
| 1099? | N |
| Fed ID # | 04-329[illegible]656 |

Vendor Number 21696

Mailing Address

**EYAL COURT REPORTING, INC.**
**4 FANEUIL HALL MARKETPLACE**
**SOUTH BLDG. - 4TH FLOOR**
**BOSTON MA 02109**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0124100 | 2000000 | DC Sales & Excise Taxes | -39.69 | EYAL COURT REPORTING, INC. - Payment of Potkin deposition transcript fees (10/12/06) Inv# SL10126B |
| 0113205 | 1000000 | DC Client Cost Clearing | 729.94 | EYAL COURT REPORTING, INC. |
| | | | **690.25** | |

**Client Cost Allocation** **Cost Batch** **795561**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 1/12/07 | 52 Depo/Transcripts | $729.94 | Depo/Transcripts - Vendor: EYAL COURT REPORTING, INC. Payment of Potkin deposition transcript fees (10/12/06) Inv# SL10126B |
| | | | | **$729.94** | |

**Invoice Comments**

Payment of Potkin deposition transcript fees (10/12/06) Inv# SL10126B

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

DATE PREPARED: 1/10/07

PAYEE: EYAD Court Reporting

ADDRESS: 4 Funeuii Hall Marketplace, South Building
4th floor, Boston, MA 02109

PURPOSE: Payment of Potkin deposition transcript fees (10/12/06)

DATE NEEDED:

REQUESTED BY: Peggy King PHONE EXTENSION: 4803

SPECIAL INSTRUCTIONS:

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (Con Ed) | | 690.25 | FML | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Subtotal | 690.25 | | |

## FIRM CHARGES

Not to be used for Travel, Meals or Entertainment

| ACCOUNT NO. | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Subtotal | | | |
| | Total | 690.25 | | |

**EYAL**
*Court Reporting*
4 Faneuil Hall Marketplace
South Bldg. - 4th Floor, Boston, MA 02109
www.deposerve.com

*Toll Free: (800) 322-3925*
*Local: (617) 723-9432*

**FAX**
To: Margaret King
Fax No: 202-420-2201
From: Margie / Jeff
Date: 1/10/07 Pages: 1

*"Depositions Since 1971"*
Realtime/Daily/Expedited
Video/Telephonic/Internet
E-Transcript/Condensed
ASCII and other formats
Two conference rooms

*E-mail: schedule@deposerve.com*
*Fax: 617-965-4784*

BRADLEY D. WINE, ESQ.
DICKSTEIN, SHAPIRO, LLP
1825 EYE STREET - NW
WASHINGTON, DC 20006
202-420-2235

January 10, 2007

Invoice# SL10126B

Balance: $690.25

Re: BOSTON EDISON/ENTERGY NUCLEAR V. USA
99-447C & 03-262C
on 10/12/06 by SUSAN LOZZI, CSR/RPR
Billed: 10/27/06 <-- 73 Days Old!

| Charge Description | Amount |
|---|---|
| 141 PGS. REPORTED/TRANSCRIBED IN THE DEPOSITION OF MARC L. POTKIN, HELD AT THE PILGRIM NUCLEAR POWER STATION, ROCKY HILL ROAD, PLYMOUTH, MA. TAKEN ON 10/12/06 | 387.75 |
| ASCII DISK FORMAT ENCLOSED | 35.00 |
| E-TRANSCRIPT/WORD INDEXING ENCLOSED | 76.45 |
| 148 PGS. OF EXHIBITS COPYING/COLLATING/INDEXING | 125.80 |
| PROCESSING/HANDLING/DELIVERY VIA FEDEX | 45.00 |
| THANK YOU. WE APPRECIATE YOUR BUSINESS | |
| 1.50% per month on unpaid balance | 20.25 |

P l e a s e R e m i t ---> Total Due: $690.25

This invoice is 73 days past due, Please Remit - Thank You!
*****************************************************************

EYAL Court Reporting, Inc Invoice# SL10126B

Balance$ 690.25

Tax ID: 04-3292656

*Professional Court Reporters*
*Quality Assurance • Members: NCRA/MCRA*
*Listed Martindale - Hubbell*

# TAB 50

# CHECK REQUEST # 354730

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** February 6, 2007

**PAYEE:** Davis Court Reporting, LLC

**ADDRESS:** P.O. Box 16147
Jackson, MS 39236-6147

**PURPOSE:** Attend and transcribe deposition and deliver a copy of the transcript for the continuation of the deposition of Connie Wells taken on 1-25-07

**DATE NEEDED:** Upon Receipt

**REQUESTED BY:** Carla Gales **PHONE EXTENSION:** 3368

**SPECIAL INSTRUCTIONS:** Please deliver check to Carla Gales on 3rd Floor (03E307) for mailing purposes. Thanks!

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel Litigation | | 895.00 | FML | [signature] |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | :otal | **$ 895.00** | | |

**Not** **ntertainment**

| ACCOUNT NO. | | | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|---|
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | **Subtotal** | **$ 0.00** | | |
| | | **Total** | **$ 895.00** | | |

**DISTRIBUTION OF COPIES:** ☒ ACCOUNTING ☐ BILLING ATTY. ☐ PERSONAL FILE

DSMDB-2210788v01

**Voucher Due Date: 2/8/07**

**Dickstein Shapiro LLP**
**Voucher Sheet**

Page 1
Print Date 2/13/2007
Approval

Voucher Number 354913
AP Batch #: 021207YGDE

**Invoice** **CT020807**
**Voucher Amt:** **221.40**
Vendor Number 18104

Invoice Date 2/8/07
Voucher Date 2/8/07
Due Date 2/8/07

# ACH VENDOR

Mailing Address
**LISA BARBAS**
**DSMO**

1099? N
Fed ID #

021300019

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 221.40 | LISA BARBAS - Attendance at deposition (Connie Wells) Date: 01/24/07 - 01/25/07 |
| | | | **221.40** | |

**Client Cost Allocation** **Cost Batch** **809492**

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 2/12/07 | 52 Depo/Transcripts | $221.40 | Depo/Transcripts - Vendor: LISA BARBAS - Attendance at deposition (Connie Wells) Date: 01/24/07 - 01/25/07 |
| | | | | **$221.40** | |

**Invoice Comments**

- Attendance at deposition
(Connie Wells) Date: 01/24/07
- 01/25/07

# CLIENT TRAVEL AND MEALS CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

*Special Instructions:* #354413

**DATE PREPARED:** February 8, 2007 **TRAVEL TO:** Jackson, Mississippi

**PAYEE/TRAVELER:** Lisa M. Barbas – 18104 **DEPARTURE DATE:** 01/24/2007 **RETURN DATE:** 01/25/2007

**1. CLIENT NAME:** Spent Nuclear Fuel Litigation/Joint Rep **CLIENT NUMBER:** S6780.0000 **BILLING ATTORNEY:** F. Lowther
**PURPOSE FOR TRIP/EXPENSE:** Attendance at deposition (Connie Wells)

**2. CLIENT NAME:** **CLIENT NUMBER:** **BILLING ATTORNEY:**
**PURPOSE FOR TRIP/EXPENSE:**

**3. CLIENT NAME:** **CLIENT NUMBER:** **BILLING ATTORNEY:**
**PURPOSE FOR TRIP/EXPENSE:**

| | |
|---|---|
| **MEALS** (All meals including those on hotel bill) : | |
| **TOTAL MEALS:** | $ 0.00 |
| **TRANSPORTATION:** Southwest (B. Sheehan) | $221.40 |
| **HOTEL** (Exclude all meals): | |
| **OTHER:** | |
| **TOTALTHIS SECTION:** | $ 221.40 |
| **AMOUNT TO BE REIMBURSED:** | $ 221.40 |

| | |
|---|---|
| **CLIENT 1: $** | $221.40 |
| **BILLING ATTY APPROVAL** | [signature] |
| **CLIENT 2: $** | |
| **BILLING ATTY APPROVAL** | |
| **CLIENT 3: $** | |
| **BILLING ATTY APPROVAL** | |
| **TOTAL: $** | $ 221.40 |

**REQUESTER'S NAME AND PHONE EXTENSION:** Lisa M. Barbas X2710

**DISTRIBUTION OF COPIES:** ☐ ACCOUNTING ☐ BILLING ATTY. ☐ PERSONAL FILE

ISSUED BY AND VALID ONLY ON
**SOUTHWEST AIRLINES**

I ACKNOWLEDGE RECEIPT OF TICKET(S) AND/OR COUPONS FOR PRINTED CHARGES DESCRIBED HEREON. PAYMENT IN FULL TO BE MADE WHEN BILLED OR IN EXTENDED PAYMENTS IN ACCORDANCE WITH STANDARD POLICY OF COMPANY ISSUING CARD.

NO REFUND ON LOST TICKETS

X______________________________
SIGNATURE OF CARDHOLDER

**PASSENGER TICKET AND BAGGAGE CHECK**
SUBJECT TO CONDITIONS OF CONTRACT ON REVERSE SIDE

PASSENGER RECEIPT

FLIGHT COUPON: X X X
TOUR CODE
ISO CODE FCI: 11S
DATE OF ISSUE: 25JAN07
PLACE OF ISSUE: JANATO

NAME OF PASSENGER: SHEEHAN / BERNARD
NOT TRANSFERABLE
PNR/CARRIER CODE: 59G36H /WN
AGENT CODE: 003

FROM: JACKSON MS
TO: BALTIMORE WASHNTN

CARRIER / FLIGHT / CLASS / DATE / TIME / STATUS: NOT VALID FOR TRAVEL
ISSUING AGENT ID: WALTER
FARE BASIS/TICKET DESIGNATOR
NOT VALID BEFORE
NOT VALID AFTER
ISSUED IN EXCHANGE FOR
CONJUNCTION TICKETS
ENDORSEMENTS/RESTRICTIONS

FP AX XXXXXXXXXX34009 BARBAS/LM CC AUTH. CODE: 594979 EXT FC JANBW 196.28YL END ZPJAN
XFJAN4.5 AY2.5

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FARE | $0196.28 | MISC. $0000.00 | EQUIV. FARE PD. | | ALLOW | PCS | WT | UNCKD |
| TAX | $0018.12 | STOCK CONTROL NO. TX 526 / CK | CPN | DOCUMENT NUMBER | CK | | | |
| TAX | xt $0007.00 | 04338034794 | 0 | WN5400303525 | 1 | | | |
| TOTAL | $0221.40 | | | | | | | |

ISSUED BY AND VALID ONLY ON
**SOUTHWEST AIRLINES**

NAME OF PASSENGER: SHEEHAN / BERNARD

ITINERARY
JANBWIWN109 Y25JAN

IT IS UNLAWFUL TO PURCHASE OR RESELL THIS TICKET FROM/TO ANY ENTITY OTHER THAN THE ISSUING CARRIER OR ITS AUTHORIZED AGENTS.

NOT VALID FOR TRAVEL
0 WN5400303525 1

**Voucher Due Date:** 1/30/07

# Dickstein Shapiro LLP
## Accounts Payable Voucher

Page 23
Print Date 2/8/2007
Approval

Voucher Number 354720
AP Batch #: 020807YGD

**Invoice** **1879** **Voucher Amt:** **895.00**
Invoice Date 1/30/07
Voucher Date 1/30/07
Due Date 1/30/07

1099? Y
Fed ID # 20-2619762

Vendor Number 21816

Mailing Address

**DAVIS COURT REPORTING, LLC**
**P.O. BOX 16147**

**JACKSON MS 39236**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 946.47 | DAVIS COURT REPORTING, LLC - Inv# 1879 Date: 01/30/07 -- Attend and transcribe deposition and deliver a copy of the transcript for the continuation of the deposition of Connie Wells taken on 01/25/07. |
| 0124100 | 2000000 | DC Sales & Excise Taxes | -51.47 | DAVIS COURT REPORTING, LLC - Inv# 1879 Date: 01/30/07 -- Attend and transcribe deposition and deliver a copy of the transcript for the continuation of the deposition of Connie Wells taken on 01/25/07. |
| | | | **895.00** | |

**Client Cost Allocation** **Cost Batch** **809220**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 52 Depo/Transcripts | $946.47 | Depo/Transcripts - Vendor: DAVIS COURT REPORTING, LLC - Inv# 1879 Date: 01/30/07 -- Attend and transcribe deposition and deliver a copy of the transcript for the continuation of the deposition of Connie Wells taken on 01/25/07. |
| | | | **$946.47** | |

## Invoice Comments

- Inv# 1879 Date: 01/30/07 -- Attend and transcribe deposition and deliver a copy of the transcript for the continuation of the deposition of Connie Wells taken on 01/25/07.

**DAVIS COURT REPORTING, LLC**

P.O. Box 16147
Jackson, MS 39236-6147
601-991-0079
Tax ID: 20-2619762

# Invoice

| | |
|---|---|
| **Invoice #** | 1879 |
| **Invoice Date** | 1/30/2007 |

| **Bill To** |
|---|
| Bernard Sheehan, Esq.<br>Dickstein Shapiro<br>1825 Eye Street NW<br>Washington, DC 2006-5403 |

| **Style of Case** |
|---|
| Boston Edison<br>vs.<br>USA, etc |

| | |
|---|---|
| **Court Reporter** | **T. Davis** |

| Item | Description | Amount |
|---|---|---|
| Original Transcript | Continuation of Connie Wells<br>01-25-07 | 895.00 |
| | **Total** | $895.00 |

# TAB 51

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

#360888

**DATE PREPARED:** 4/2/07

**PAYEE:** Ace-Federal Reporters — 10113

**ADDRESS:** 1120 G Street, N.W., Suite 500
Washington, D.C. 20005

**PURPOSE:** Payment of Williford deposition transcript fees (03/06/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (BECO) | | ~~1172.09~~ 1154.79 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | Subtotal | ~~1172.09~~ | | |

## FIRM CHARGES

**[Use]d for Travel, Meals or Entertainment**

| ACCOUN[T] | [DES]CRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Subtotal | | | |
| | Total | ~~1172.09~~ $1,154.79 | | |

0• *
0• *
1,154•79 ×
5•75 %
66•40 *
1,221•19+%
0• *

Acct.

# Dickstein Shapiro LLP Voucher Sheet



Print Date 4/6/2007

Approval

**Voucher Due Date:**
**3/21/07**

Voucher Number 360888

AP Batch #: 040607YGD

| | | | |
|---|---|---|---|
| **Invoice** | **128102** | **Voucher Amt:** | **1,154.79** |
| Invoice Date | 3/21/07 | Vendor Number | 10113 |
| Voucher Date | 3/21/07 | | |
| Due Date | 3/21/07 | | |
| 1099? | N | | |
| Fed ID # | 53-0261591 | | |

Mailing Address

**ACE-FEDERAL REPORTERS, INC.**
**1120 G STREET, NW., SUITE 500**

**WASHINGTON D.C. 20005**

## General Ledger Allocation

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 1,221.19 | ACE-FEDERAL REPORTERS, INC. - Inv# 128102 Date: 03/21/07 - Payment of Williford deposition transcript fees (03/06/07) |
| 0124100 | 2000000 | DC Sales & Excise Tax | -66.40 | ACE-FEDERAL REPORTERS, INC. - Inv# 128102 Date: 03/21/07 - Payment of Williford deposition transcript fees (03/06/07) |
| | | | **1,154.79** | |

## Client Cost Allocation

**Cost Batch** 839153

| Client/Matter Name | | Date | Code | Amount | Description |
|---|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 4/5/07 | 52 Depo/Transcripts | $1,221.19 | Depo/Transcripts - Vendor: ACE-FEDERAL REPORTERS, INC. - Inv# 128102 Date: 03/21/07 - Payment of Williford deposition transcript fees (03/06/07) |
| | | | | **$1,221.19** | |

## Invoice Comments

- Inv# 128102 Date: 03/21/07
- Payment of Williford deposition transcript fees (03/06/07)

ACE·FEDERAL
Court Reporters & Legal Videographers
1120 G Street, N.W.
Washington, D.C. 20005
202.347.3700 Fax 202.737.3638
www.acefederal.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 128102 | 03/21/2007 | 01-23556 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/06/2007 | AFFI | |

| CASE CAPTION |
|---|
| Boston Edison v. US |
| **TERMS** |
| Due upon receipt |

**Bernard F. Sheehan, Esq.**
**Dickstein Shapiro Morin & Oshinsky, LLP**
**1825 Eye Street, NW**
**Washington, DC 20006-5403**

| | | | |
|---|---|---|---|
| 5 DAY DELIVERY - ORIGINAL AND 1 CERTIFIED TRANSCRIPT COPY OF: | | | |
| Frank Williford | 174 Pages @ | 4.60/Page | 800.40 |
| EXHIBITS | 438 Pages @ | .25/Page | 109.50 |
| Compressed Transc - N/C | | | n/c |
| ASCII Disk - No Charge | | | n/c |
| Rough ASCII | 174.00 Pages @ | 1.25/Page | 217.50 |
| Postage/Delivery | | | 25.90 |
| SALES TAX | | | 1.49 |
| | | **TOTAL DUE >>>>** | **1,154.79** |
| | | AFTER 04/20/2007 PAY | 1,172.09 |

**TAX ID NO.:** 53-0261591 (202) 420-2200 Fax (202) 420-2201

*Please detach bottom portion and return with payment.*

Past due accounts will be subject to a service charge of 1-1/2% per month from due date, or the highest amount allowed by law.

Bernard F. Sheehan, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

Invoice No.: 128102
Date : 03/21/2007
**TOTAL DUE : 1,154.79**
AFTER 4/20/2007 PAY : 1,172.09

Job No. : 01-23556
Case No. :
Boston Edison v. US

Remit To: **Ace-Federal Reporters, Inc.**
**1120 G Street, N.W., Suite 500**
**Washington, DC 20005**

We Accept VISA and Mastercard #________ ________ ________ ________ Exp. ________

Signature________________________________

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 4/2/07

**PAYEE:** Ace-Federal Reporters

**ADDRESS:** 1120 G Street, N.W., Suite 500
Washington, D.C. 20005

**PURPOSE:** Payment of Williford deposition transcript fees (03/06/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (BECO) | | 1172.09 | FML | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Subtotal | 1172.09 | | |

## FIRM CHARGES

**Not to be used for Travel, Meals or Entertainment**

| ACCOUNT NO. | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Subtotal | | | |
| | Total | 1172.09 | | |

ACE·FEDERAL
Court Reporters & Legal Videographers
1120 G Street, N.W.
Washington, D.C. 20005
202.347.3700 Fax 202.737.3638
www.acefederal.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 128102 | 03/21/2007 | 01-23556 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/06/2007 | AFFI | |
| **CASE CAPTION** | | |
| Boston Edison v. US | | |
| **TERMS** | | |
| Due upon receipt | | |

Bernard F. Sheehan, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

| | | | |
|---|---|---|---|
| 5 DAY DELIVERY - ORIGINAL AND 1 CERTIFIED TRANSCRIPT COPY OF: | | | |
| Frank Williford | 174 Pages @ | 4.60/Page | 800.40 |
| EXHIBITS | 438 Pages @ | .25/Page | 109.50 |
| Compressed Transc - N/C | | | n/c |
| ASCII Disk - No Charge | | | n/c |
| Rough ASCII | 174.00 Pages @ | 1.25/Page | 217.50 |
| Postage/Delivery | | | 25.90 |
| SALES TAX | | | 1.49 |
| | TOTAL DUE >>>> | | 1,154.79 |
| | AFTER 04/20/2007 PAY | | 1,172.09 |

TAX ID NO.: 53-0261591 (202) 420-2200 Fax (202) 420-2201

*Please detach bottom portion and return with payment.*

Past due accounts will be subject to a service charge of 1-1/2% per month from due date, or the highest amount allowed by law.

Bernard F. Sheehan, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

Invoice No.: 128102
Date : 03/21/2007
TOTAL DUE : 1,154.79
AFTER 4/20/2007 PAY : 1,172.09

Job No. : 01-23556
Case No. :
Boston Edison v. US

Remit To: **Ace-Federal Reporters, Inc.**
**1120 G Street, N.W., Suite 500**
**Washington, DC 20005**

We Accept VISA and Mastercard #______ ______ ______ ______ Exp. ______

Signature____________________

# TAB 52

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 2/27/07 381087

**PAYEE:** Ace-Federal Reporters

**ADDRESS:** 1120 G Street, N.W., Suite 500
Washington, D.C. 20005

10113

**PURPOSE:** Payment of Cassidydeposition transcript fees (01/11/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel (Ace/Delmvarva) | | 1536.42 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **Subtotal** | **1536.42** | | |

**›r Entertainment**

1,513·74 x
5·75 %
87·04 *
1,600·78+%
0· *

| ACCOUNT NO. | | | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **Subtotal** | | | |
| | | **Total** | **1536.42** | | |

Acct.

1700661 v1; 10G8L01!.DOC

1700661.04

ACE·FEDERAL
Court Reporters & Legal Videographers
1120 G Street, N.W.
Washington, D.C. 20005
202.347.3700 Fax 202.737.3638
www.acefederal.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127500 | 01/26/2007 | 01-23176 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/11/2007 | DOERN | 04-0034C |

**CASE CAPTION**

Delmarva Power & Light Company v. US

**TERMS**

Due upon receipt

**Bernard F. Sheehan, Esq.**
**Dickstein Shapiro Morin & Oshinsky, LLP**
**1825 Eye Street, NW**
**Washington, DC 20006-5403**

DAILY DELIVERY - ORIGINAL AND 1 CERTIFIED TRANSCRIPT COPY OF:

| | | | |
|---|---|---|---|
| Frank Cassidy | 152 Pages @ | 7.30/Page | 1,109.60 |
| EXHIBITS | 467 Pages @ | .25/Page | 116.75 |
| Rough ASCII | 152.00 Pages @ | 1.25/Page | 190.00 |
| ASCII Disk - No Charge | | | n/c |
| Condensed Trans/4-Pg-N/C | | | n/c |
| Attendance Fee | | | 70.00 |
| Postage/Delivery | | | 25.90 |
| SALES TAX | | | 1.49 |
| | **TOTAL DUE >>>>** | | **1,513.74** |
| | AFTER 02/25/2007 PAY | | 1,536.42 |

**TAX ID NO.:** 53-0261591 (202) 420-2200 Fax (202) 420-2201

*Please detach bottom portion and return with payment.*

Past due accounts will be subject to a service charge of 1-1/2% per month from due date, or the highest amount allowed by law.

Bernard F. Sheehan, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

Invoice No.: 127500
Date : 01/26/2007
**TOTAL DUE : 1,513.74**
AFTER 2/25/2007 PAY : 1,536.42

Job No. : 01-23176
Case No. : 04-0034C
Delmarva Power & Light Company v. US

Remit To: **Ace-Federal Reporters, Inc.**
**1120 G Street, N.W., Suite 500**
**Washington, DC 20005**

We Accept VISA and Mastercard #________ ________ ________ ________ Exp. ________

Signature______________________________

# TAB 53

# CHECK REQUEST

Original Receipts MUST be ATTACHED!
ALL receipts MUST BE TAPED to a letter sized attachment sheet.

NOV 03 2003

DATE PREPARED: 10/28/03

# 244974

PAYEE: Pacer Service Center – 10984

ADDRESS: PO Box 277773
Atlanta, GA 30384-7773

PURPOSE: SNF Dockets

DATE NEEDED: ASAP

REQUESTED BY: Keith Smiley PHONE EXTENSION: 4408

SPECIAL INSTRUCTIONS:

CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | SNF | 1 | 296.38 | | FL [signature] |
| | | 1 | 0 | | |
| | | 1 | 0 | | |
| | | 1 | 0 | | |
| | | 1 | 0 | | |
| | | Subtotal | | | |

FIRM CHARGES
Not to be used for Travel, Meals or Entertainment

| ACCOUNT NO. | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | Subtotal | | | |
| | Total | | | |

DISTRIBUTION OF COPIES: ☐ ACCOUNTING ☐ BILLING ATTY. ☐ PERSONAL FILE

**Voucher Due Date:** 10/28/03

# Dickstein Shapiro Morin & Oshinsky LLP
## Accounts Payable Voucher

Page 2
Print Date 11/3/2003
Approval

7

Voucher Number 244974
AP Batch #: 102003YGD

Ck - 263685

**Voucher Amt: 296.38**

| | |
|---|---|
| **Invoice** | **CR102803** |
| Invoice Date | 10/28/03 |
| Voucher Date | 10/28/03 |
| Due Date | 10/28/03 |
| 1099? | N |
| Fed ID # | 74-2747938 |

Vendor Number 10984

Mailing Address

**PACER SERVICE CENTER**
**P.O. BOX 277773**

**ATLANTA GA 30384-7773**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | Client Cost Clearing | 296.38 | PACER SERVICE CENTER - SNF Dockets - Customer ID# DS142: |
| | | | **296.38** | |

**Client Cost Allocation** **Cost Batch** **288324**

| Matter No. | Client/Matter Name | Code/Baty | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 84 Professional Service | $296.38 | Professional Service - Vendor:PACER SERVICE CENTER - SNF Dockets - Customer ID# DS1423 |
| | | | **$296.38** | |

**Invoice Comments**

- SNF Dockets - Customer ID# DS1423

# PACER SERVICE CENTER

U.S. COURTS - PACER • P.O. BOX 277773 • ATLANTA, GA 30384-7773

| | | |
|---|---|---|
| CUSTOMER NUMBER: | DS1423 | Keith Smiley |
| BILLING DATE: | 10/08/2003 | Dickstein, Shapiro, Morin & Oshinsky |
| BILLING CYCLE: | 07/01/03 to 09/30/03 | 202-777-4408 |
| PAGE: | 1 | |

## PAYMENT INSTRUCTIONS

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the customer number on your check. For your information, the Pacer Service Center's Federal tax identification number is **74−2747938.** To make payment by credit card, change account information, or view transaction details for this statement, visit the 'Account Information' Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P.O. Box 277773, Atlanta, GA 30384. All credit requests must be submitted in writing. You may fax your request to the Pacer Service Center at (210)301−6441. In your correspondence provide us with your name, account number, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the Pacer Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than **11/12/2003**. If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. If you have any questions regarding this statement, you may contact the PACER Service Center at *(800)676−6856* or *(210)301−6440.*

## ACCOUNT SUMMARY

| | |
|---|---|
| Number of Dial-Up PACER Transactions: | 0 |
| Dial-Up PACER Billing Rate: | $.60 / Minute |
| Dial-Up PACER Total Time: | 00:00:00 |
| *Dial-Up PACER Charges:* | *$0.00* |
| Number of PACER-Net Transactions : | 496 |
| PACER-Net Billing Rate: | $.07 / Page |
| PACER-Net Total Web Pages: | 4234 |
| *PACER-Net Charges:* | *$296.38* |

| | |
|---|---|
| **Previous Balance:** | **$0.00** |
| **Current Charges:** | **$296.38** |
| **Total Amount Due:** | **$296.38** |

*Please detach this portion and return with your payment.*
*Thank you!*

| CUSTOMER NUMBER | DUE DATE |
|---|---|
| *DS1423* | **11/12/2003** |

| AMOUNT DUE |
|---|
| **$296.38** |

**PACER**

Public Access to Court Electronic Records

Keith Smiley
Dickstein, Shapiro, Morin & Oshinsky
2101 L Street Nw Suite 7-302

Washington, DC 20037-

**Mail Payment to :**

PACER Service Center
P.O. Box 277773
Atlanta, GA 30384-7773

56780.0000

28995

**PUBLIC ACCESS TO COURT ELECTRONIC RECORDS**

# TAB 54

AUG 29 PM4:59

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

DATE PREPARED: August 29, 2007 # 577518

PAYEE: Encore Legal Solutions – 20895

ADDRESS: PO Box 4842
Houston, TX 77210-4842

PURPOSE: Prepare binders of trial exhibits.
Invoices # 60570; #60849; #60850; #60851

DATE NEEDED: September 4,2007

REQUESTED BY: Tasha M. Bates (Khara Connor, x3434) PHONE EXTENSION: 2257

SPECIAL INSTRUCTIONS: Please pay vendor directly.

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel Litigation | | $1,877.74 | FML | [signature] |
| S6780.0000 | Spent Nuclear Fuel Litigation | | $1,877.67 | FML | |
| S6780.0000 | Spent Nuclear Fuel Litigation | | $1,877.52 | FML | |
| S6780.0000 | Spent Nuclear Fuel Litigation | | $1,877.37 | FML | |
| | | | 0 | | |
| | | Subtotal | $7,510.30 | | |

## FIRM CHARGES

Not to be used for Travel, Meals or Entertainment

| ACCOUNT NO. | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | Subtotal | | | |
| | Total | $7,510.30 | | |

DISTRIBUTION OF COPIES: ☐ ACCOUNTING ☐ BILLING ATTY. ☐ PERSONAL FILE

DSMDB-2310963v01

ENCORE LEGAL SOLUTIONS™
Because Winning Matters

Tax ID # 20-0392563

**Your Service Center**
Encore Legal Solutions
Washington, DC 20005
(202) 783-6440

# INVOICE

| | |
|---|---|
| Invoice #: | [redacted] |
| Invoice Date | 8/29/2007 |
| Terms | Net 30 |
| Due Date | |
| Amt Due | $1877.52 |

Your complete satisfaction is very important to us. If you have any questions or concerns with your order, please contact either your Sales Consultant or Project Manager at your earliest convenience so that we may resolve the matter quickly.

| Bill To | Ship To |
|---|---|
| Tasha Bates<br>Dickstein Shapiro LLP WDC<br>1825 Eye Street, NW<br>Washington DC 20006<br>United States | Tasha Bates<br>Dickstein Shapiro LLP WDC<br>1825 Eye Street, NW<br>Washington DC 20006<br>United States |

| Requested By | Client Matter# | Client Case Name | Shipped | Ship Via |
|---|---|---|---|---|
| Tasha Bates | [redacted] | Boston Edison | 8/29/2007 | Local |

| Sales Consultant | Project Manager | Tracking Numbers |
|---|---|---|
| Skencar, Jim (WDC) | Hedges, Kerri Ann (WDC) | |

| Product or Service | Qty Billed | Price | Units | Amount | Tax |
|---|---|---|---|---|---|
| Job A04_070 Boston Edison Phase02 | | | | | |
| Scan, PDF Creation, CD | | | | | |
| Imaging - B&W - Medium Litigation | 7752 | 0.15 | Pg. | 1,162.80 | |
| Create Original CD — Vol Name: BostonEdison01 | 1 | 25.00 | ea | 25.00 | Yes |
| Create Archive CD | 1 | 15.00 | ea | 15.00 | Yes |
| Blowbacks - B&W (4 sets) | 31011 | 0.06 | Pg. | 1,860.66 | Yes |
| Document Break Sheets (4 sets) | 354 | 0.03 | Doc. | 10.62 | Yes |
| Binders 4" | 36 | 15.00 | | 540.00 | Yes |

**PLEASE REMIT PAYMENT TO:**
Encore Legal Solutions
PO Box 4842
Houston, Tx 77210-4842

**Customer Service:**
(888) 389-1658

| | |
|---|---|
| Subtotal | 3,614.08 |
| Discount (Preferred Customer Discount) | -1,807.04 |
| Shipping (Local) | 0.00 |
| Tax (SalesTax: District of Columbia 5.75%) | 70.48 |
| Invoice Total | 1,877.52 |
| AMOUNT DUE | [redacted] |

*Received by:* ____________ *Date:* ________

*Print Name:* ____________ *Time:* ________

*Invoice# 60850 from Encore Legal Solutions*

# Dickstein Shapiro LLP Voucher Sheet

Page 11
Print Date 8/30/2007
Approval

**Voucher Due Date:**
**9/28/07**

Voucher Number 377518
AP Batch #: 083007YGD

**Invoice** **60850**
Invoice Date 8/29/07
Voucher Date 8/29/07
Due Date 9/28/07

1099? Y
Fed ID # 20-0392563

**Voucher Amt:** **1,877.52**

Vendor Number 20895

Mailing Address
**ENCORE LEGAL SOLUTIONS**
**P.O. BOX 4842**

**HOUSTON TX 77210-4842**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 1,877.52 | ENCORE LEGAL SOLUTIONS - Inv# 60850 Prepare binders of trial exhibits. |
| | | | **1,877.52** | |

**Client Cost Allocation** **Cost Batch** **916709**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 48 Document Service | $1,877.52 | Document Service - Vendor: ENCORE LEGAL SOLUTIONS - Inv# 60850 Prepare binders of trial exhibits. |
| | | | **$1,877.52** | |

**Invoice Comments**

- Inv# 60850 Prepare binders of trial exhibits.

# TAB 55

AUG 29 PM 4:59

# CHECK REQUEST #377517

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

DATE PREPARED: August 29, 2007

PAYEE: Encore Legal Solutions — 20896

ADDRESS: PO Box 4842
Houston, TX 77210-4842

PURPOSE: Prepare binders of trial exhibits.
Invoices # 60570; #60849; #60850; #60851

DATE NEEDED: September 4,2007

REQUESTED BY: Tasha M. Bates (Khara Connor, x3434) PHONE EXTENSION: 2257

SPECIAL INSTRUCTIONS: Please pay vendor directly.

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel Litigation | | $1,877.74 | FML | [signature] |
| S6780.0000 | Spent Nuclear Fuel Litigation | | $1,877.67 | FML | |
| S6780.0000 | Spent Nuclear Fuel Litigation | | $1,877.52 | FML | |
| S6780.0000 | Spent Nuclear Fuel Litigation | | $1,877.37 | FML | |
| | | | 0 | | |
| | | Subtotal | $7,510.30 | | |

## FIRM CHARGES

Not to be used for Travel, Meals or Entertainment

| ACCOUNT NO. | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | Subtotal | | | |
| | Total | $7,510.30 | | |

DISTRIBUTION OF COPIES: ☐ ACCOUNTING ☐ BILLING ATTY. ☐ PERSONAL FILE

DSMDB-2310963v01

ENCORE LEGAL SOLUTIONS™

Because Winning Matters

Tax ID # 20-0392563

**Your Service Center**

Encore Legal Solutions
Washington, DC 20005
(202) 783-6440

# INVOICE

| | |
|---|---|
| Invoice #: | [redacted] |
| Invoice Date | 8/29/2007 |
| Terms | Net 30 |
| Due Date | |
| Amt Due | $1877.67 |

Your complete satisfaction is very important to us. If you have any questions or concerns with your order, please contact either your Sales Consultant or Project Manager at your earliest convenience so that we may resolve the matter quickly.

| Bill To | Ship To |
|---|---|
| Tasha Bates<br>Dickstein Shapiro LLP WDC<br>1825 Eye Street, NW<br>Washington DC 20006<br>United States | Tasha Bates<br>Dickstein Shapiro LLP WDC<br>1825 Eye Street, NW<br>Washington DC 20006<br>United States |

| Requested By | Client Matter# | Client Case Name | Shipped | Ship Via |
|---|---|---|---|---|
| Tasha Bates | [redacted] | Boston Edison | 8/29/2007 | Local |

| Sales Consultant | Project Manager | Tracking Numbers |
|---|---|---|
| Skiencar, Jim (WDC) | Hedges, Kerri Ann (WDC) | |

| Product or Service | Qty Billed | Price | Units | Amount | Tax |
|---|---|---|---|---|---|
| Job A04_070 Boston Edison Phase02 | | | | | |
| Scan, PDF Creation, CD | | | | | |
| Imaging - B&W - Medium Litigation | 7754 | 0.15 | Pg. | 1,163.10 | |
| Create Original CD — Vol Name: BostonEdison01 | 1 | 25.00 | ea | 25.00 | Yes |
| Create Archive CD | 1 | 15.00 | ea | 15.00 | Yes |
| Blowbacks - B&W (4 sets) | 31011 | 0.06 | Pg. | 1,860.66 | Yes |
| Document Break Sheets (4 sets) | 354 | 0.03 | Doc. | 10.62 | Yes |
| Binders 4" | 36 | 15.00 | | 540.00 | Yes |

**PLEASE REMIT PAYMENT TO:**
Encore Legal Solutions
PO Box 4842
Houston, Tx 77210-4842

**Customer Service:**
(888) 389-1658

| | |
|---|---|
| Subtotal | 3,614.38 |
| Discount (Preferred Customer Discount) | -1,807.19 |
| Shipping (Local) | 0.00 |
| Tax (SalesTax: District of Columbia 5.75%) | 70.48 |
| Invoice Total | 1,877.67 |
| AMOUNT DUE | [redacted] |

*Received by:* ______________ *Date:* ________

*Print Name:* ______________ *Time:* ________

*Invoice# 60849 from Encore Legal Solutions*

# Dickstein Shapiro LLP Voucher Sheet

Page 10

Print Date 8/30/2007

Approval

**Voucher Due Date: 9/28/07**

Voucher Number 377517

AP Batch #: 083007YGD

**Voucher Amt: 1,877.67**

| | |
|---|---|
| **Invoice** | **60849** |
| Invoice Date | 8/29/07 |
| Voucher Date | 8/29/07 |
| Due Date | 9/28/07 |
| 1099? | Y |
| Fed ID # | 20-0392563 |

Vendor Number 20895

Mailing Address
**ENCORE LEGAL SOLUTIONS**
**P.O. BOX 4842**

**HOUSTON TX 77210-4842**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 1,877.67 | ENCORE LEGAL SOLUTIONS - Inv# 60849 Prepare binders of trial exhibits. |
| | | | **1,877.67** | |

**Client Cost Allocation** **Cost Batch** **916709**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 48 Document Service | $1,877.67 | Document Service - Vendor: ENCORE LEGAL SOLUTIONS - Inv# 60849 Prepare binders of trial exhibits. |
| | | | **$1,877.67** | |

**Invoice Comments**

- Inv# 60849 Prepare binders of trial exhibits.

# TAB 56

AUG 29 PM 4:59

# CHECK REQUEST

Original Receipts MUST be ATTACHED!
ALL receipts MUST BE TAPED to a letter sized attachment sheet.

#377519

DATE PREPARED: August 29, 2007

PAYEE: Encore Legal Solutions – 20895

ADDRESS: PO Box 4842
Houston, TX 77210-4842

PURPOSE: Prepare binders of trial exhibits.
Invoices # 60570; #60849; #60850; #60851

DATE NEEDED: September 4,2007

REQUESTED BY: Tasha M. Bates (Khara Connor, x3434) PHONE EXTENSION: 2257

SPECIAL INSTRUCTIONS: Please pay vendor directly.

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel Litigation | | $1,877.74 | FML | [signature] |
| S6780.0000 | Spent Nuclear Fuel Litigation | | $1,877.67 | FML | |
| S6780.0000 | Spent Nuclear Fuel Litigation | | $1,877.52 | FML | |
| S6780.0000 | Spent Nuclear Fuel Litigation | | $1,877.37 | FML | |
| | | | 0 | | |
| | | Subtotal | $7,510.30 | | |

## FIRM CHARGES

Not to be used for Travel, Meals or Entertainment

| ACCOUNT NO. | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | Subtotal | | | |
| | Total | $7,510.30 | | |

DISTRIBUTION OF COPIES: ☐ ACCOUNTING ☐ BILLING ATTY. ☐ PERSONAL FILE

DSMDB-2310963v01

**ENCORE** LEGAL SOLUTIONS™
Because Winning Matters

Tax ID # 20-0392563

**Your Service Center**
Encore Legal Solutions
Washington, DC 20005
(202) 783-6440

# INVOICE

| | |
|---|---|
| Invoice #: | [redacted] |
| Invoice Date | 8/29/2007 |
| Terms | Net 30 |
| Due Date | |
| Amt Due | $1877.37 |

Your complete satisfaction is very important to us. If you have any questions or concerns with your order, please contact either your Sales Consultant or Project Manager at your earliest convenience so that we may resolve the matter quickly.

| Bill To | Ship To |
|---|---|
| Tasha Bates<br>Dickstein Shapiro LLP WDC<br>1825 Eye Street, NW<br>Washington DC 20006<br>United States | Tasha Bates<br>Dickstein Shapiro LLP WDC<br>1825 Eye Street, NW<br>Washington DC 20006<br>United States |

| Requested By | Client Matter# | Client Case Name | Shipped | Ship Via |
|---|---|---|---|---|
| Tasha Bates | [redacted] | Boston Edison | 8/29/2007 | Local |

| Sales Consultant | Project Manager | Tracking Numbers |
|---|---|---|
| Skiencar, Jim (WDC) | Hedges, Kerri Ann (WDC) | |

| Product or Service | Qty Billed | Price | Units | Amount | Tax |
|---|---|---|---|---|---|
| Job A04_070 Boston Edison Phase02 | | | | | |
| Scan, PDF Creation, CD | | | | | |
| Imaging - B&W - Medium Litigation | 7750 | 0.15 | Pg. | 1,162.50 | |
| Create Original CD — Vol Name: BostonEdison01 | 1 | 25.00 | ea | 25.00 | Yes |
| Create Archive CD | 1 | 15.00 | ea | 15.00 | Yes |
| Blowbacks - B&W (4 sets) | 31011 | 0.06 | Pg. | 1,860.66 | Yes |
| Document Break Sheets (4 sets) | 354 | 0.03 | Doc. | 10.62 | Yes |
| Binders 4" | 36 | 15.00 | | 540.00 | Yes |

**PLEASE REMIT PAYMENT TO:**
**Encore Legal Solutions**
**PO Box 4842**
**Houston, Tx 77210-4842**

**Customer Service:**
**(888) 389-1658**

| | |
|---|---|
| Subtotal | 3,613.78 |
| Discount (Preferred Customer Discount) | -1,806.89 |
| Shipping (Local) | 0.00 |
| Tax (SalesTax: District of Columbia 5.75%) | 70.48 |
| Invoice Total | 1,877.37 |
| AMOUNT DUE | [redacted] |

*Received by:* ____________ *Date:* ________

*Print Name:* ____________ *Time:* ________

*Invoice# 60851 from Encore Legal Solutions*

**Dickstein Shapiro LLP Voucher Sheet**



**Voucher Due Date: 9/28/07**

Print Date 8/30/2007
Approval

Voucher Number 377519
AP Batch #: 083007YGD

| | | | |
|---|---|---|---|
| **Invoice** | **60851** ✓ | **Voucher Amt:** | **1,877.37** |
| Invoice Date | 8/29/07 | Vendor Number | 20895 |
| Voucher Date | 8/29/07 | | |
| Due Date | 9/28/07 | | |
| 1099? | Y | | |
| Fed ID # | 20-0392563 | | |

Mailing Address
**ENCORE LEGAL SOLUTIONS**
**P.O. BOX 4842**

**HOUSTON TX 77210-4842**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 1,877.37 | ENCORE LEGAL SOLUTIONS - Inv# 60851 Prepare binders of trial exhibits. |
| | | | **1,877.37** | |

**Client Cost Allocation** **Cost Batch** **916709**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 48 Document Service | $1,877.37 | Document Service - Vendor: ENCORE LEGAL SOLUTIONS - Inv# 60851 Prepare binders of trial exhibits. |
| | | | **$1,877.37** | |

**Invoice Comments**

- Inv# 60851 Prepare binders of trial exhibits.

✓

# TAB 57

AUG 29 PM4:59

# CHECK REQUEST

# 377 516

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** August 29, 2007

**PAYEE:** Encore Legal Solutions — 20895

**ADDRESS:** PO Box 4842
Houston, TX 77210-4842

**PURPOSE:** Prepare binders of trial exhibits.
Invoices # 60570; #60849; #60850; #60851

**DATE NEEDED:** September 4,2007

**REQUESTED BY:** Tasha M. Bates (Khara Connor, x3434) **PHONE EXTENSION:** 2257

**SPECIAL INSTRUCTIONS:** Please pay vendor directly.

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel Litigation | | $1,877.74 | FML | [signature] |
| S6780.0000 | Spent Nuclear Fuel Litigation | | $1,877.67 | FML | |
| S6780.0000 | Spent Nuclear Fuel Litigation | | $1,877.52 | FML | |
| S6780.0000 | Spent Nuclear Fuel Litigation | | $1,877.37 | FML | |
| | | | 0 | | |
| | | Subtotal | $7,510.30 | | |

## FIRM CHARGES

**Not to be used for Travel, Meals or Entertainment**

| ACCOUNT NO. | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | Subtotal | | | |
| | Total | $7,510.30 | | |

**DISTRIBUTION OF COPIES:** ☐ [redacted] ☐ BILLING ATTY. ☐ PERSONAL FILE

DSMDB-2310963v01

# Dickstein Shapiro LLP Voucher Sheet



Print Date 8/30/2007
Approval

**Voucher Due Date: 9/28/07**

Voucher Number 377516
AP Batch #: 083007YGD

**Invoice** **60570** ✓
Invoice Date 8/29/07
Voucher Date 8/29/07
Due Date 9/28/07

1099? Y
Fed ID # 20-0392563

**Voucher Amt: 1,877.74**

Vendor Number 20895

Mailing Address
**ENCORE LEGAL SOLUTIONS**
**P.O. BOX 4842**

**HOUSTON TX 77210-4842**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 1,877.74 | ENCORE LEGAL SOLUTIONS - Inv# 60570 Prepare binders of trial exhibits. |
| | | | **1,877.74** | |

**Client Cost Allocation** **Cost Batch** **916709**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780 0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 48 Document Service | $1,877.74 | Document Service - Vendor: ENCORE LEGAL SOLUTIONS - Inv# 60570 Prepare binders of trial exhibits. |
| | | | **$1,877.74** | |

**Invoice Comments**

- Inv# 60570 Prepare binders of trial exhibits. ✓

**ENCORE** LEGAL SOLUTIONS™
Because Winning Matters

Tax ID # 20-0392563

**Your Service Center**

Encore Legal Solutions
Washington, DC 20005
(202) 783-6440

# INVOICE

| | |
|---|---|
| **Invoice #:** | [redacted] |
| **Invoice Date** | 8/29/2007 |
| **Terms** | Net 30 |
| **Due Date** | **9/28/2007** |
| **Amt Due** | [redacted] |

Your complete satisfaction is very important to us. If you have any questions or concerns with your order, please contact either your Sales Consultant or Project Manager at your earliest convenience so that we may resolve the matter quickly.

| **Bill To** | **Ship To** |
|---|---|
| Tasha Bates<br>Dickstein Shapiro LLP WDC<br>1825 Eye Street, NW<br>Washington DC 20006<br>United States | Tasha Bates<br>Dickstein Shapiro LLP WDC<br>1825 Eye Street, NW<br>Washington DC 20006<br>United States |

| Requested By | Client Matter# | Client Case Name | Shipped | Ship Via |
|---|---|---|---|---|
| Tasha Bates | [redacted] | Boston Edison | 8/20/2007 | Local |

| Sales Consultant | Project Manager | Tracking Numbers |
|---|---|---|
| Sklencar, Jim (WDC) | Hedges, Kerri Ann (WDC) | |

| Product or Service | Qty Billed | Price | Units | Amount | Tax |
|---|---|---|---|---|---|
| Job A04_070 Boston Edison Phase02 | | | | | |
| Scan, PDF Creation, CD | | | | | |
| Imaging - B&W - Medium Litigation | 7755 | 0.15 | Pg. | 1,163.25 | |
| Create Original CD — Vol Name: BostonEdison01 | 1 | 25.00 | ea | 25.00 | Yes |
| Create Archive CD | 1 | 15.00 | ea | 15.00 | Yes |
| Blowbacks - B&W (4 sets) | 31011 | 0.06 | Pg. | 1,860.66 | Yes |
| Document Break Sheets (4 sets) | 354 | 0.03 | Doc. | 10.62 | Yes |
| Binders 4" | 36 | 15.00 | | 540.00 | Yes |

**PLEASE REMIT PAYMENT TO:**
**Encore Legal Solutions**
**PO Box 4842**
**Houston, Tx 77210-4842**

**Customer Service:**
**(888) 389-1658**

| | |
|---|---|
| **Subtotal** | 3,614.53 |
| **Discount (Preferred Customer Discount)** | -1,807.27 |
| **Shipping (Local)** | 0.00 |
| **Tax (SalesTax: District of Columbia 5.75%)** | 70.48 |
| **Invoice Total** | 1,877.74 |
| **AMOUNT DUE** | [redacted] |

*Received by:* ____________________ *Date:* __________

*Print Name:* ____________________ *Time:* __________

***Invoice# 60570 from Encore Legal Solutions***

# TAB 58

SEP 12 AM 11:02

378650

# CHECK REQUEST

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** 9/7/07

**PAYEE:** Barrister Digital Solutions 15405

**ADDRESS:** 1090 Vermont Avenue, N.W., Suite 1250
Washington, D.C. 20005

**PURPOSE:** Payment for color copying services during BECO trial (06/11/07)

**DATE NEEDED:**

**REQUESTED BY:** Peggy King **PHONE EXTENSION:** 4803

**SPECIAL INSTRUCTIONS:**

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuels | | 569.46 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Subtotal | 569.46 | | |

## FIRM CHARGES

**Not to be used for Travel, Meals or Entertainment**

| ACCOUNT NO. | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Subtotal | | | |
| | Total | 569.46 | | |

Acct.

1700661 v1; 10G8L01!.DOC

2246016.06

BDS
BARRISTER DIGITAL SOLUTIONS

Barrister Digital Solutions
1090 Vermont Ave., NW, Suite 1250
Washington, DC 20005
202.289.7279
EIN 54-2037890

# Invoice

| Date | Invoice # |
|---|---|
| 6/11/2007 | 14067 |

**Bill To**

Dickstein, Shapiro, Morin & Oshinsky
2101 L Street, NW
Washington, DC 20037

Justin Chiarodo

Contact Name
Maureen Awitty [redacted]

**Ship To**

Dickstein, Shapiro, Morin & Oshinsky
2101 L Street, NW
Washington, DC 20037

| Client - Matter # | Case Name | Job No. | Terms | Rep | Ship Date | Due Date |
|---|---|---|---|---|---|---|
| S6780.0000 | | 0607DC082 | Net 30 | JC | 6/11/2007 | 7/11/2007 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Color Oversize Copy Color for Color (Per Sq. Ft.) | 30 | 10.00 | 300.00T |
| Per Sq Ft. | 30 | 7.95 | 238.50T |
| Description: oversize color | | | |

| | |
|---|---|
| **Subtotal** | $538.50 |
| **Sales Tax (5.75%)** | $30.96 |
| **Total** | $569.46 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $569.46 |

Signature

**Dickstein Shapiro LLP Voucher Sheet** Page 3

**Voucher Due Date:**
**7/11/07**

Print Date 9/12/2007
Approval

Voucher Number 378650
AP Batch #: 091207RP

**Invoice** **14067**
Invoice Date 6/11/07
Voucher Date 6/11/07
Due Date 7/11/07

1099? Y
Fed ID # 54-2037890

**Voucher Amt:** **569.46**

Vendor Number 15405

Mailing Address
**BARRISTER DIGITAL SOLUTIONS**
**1090 VERMONT AVENUE, N.W.**

**WASHINGTON DC 20005**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 569.46 | BARRISTER DIGITAL SOLUTIONS Payment for color copying services during BECO trial (06/11/07) |
| | | | **569.46** | |

**Client Cost Allocation** **Cost Batch** **923766**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 48 Document Service | $569.46 | Document Service - Vendor: BARRISTER DIGITAL SOLUTIONS Payment for color copying services during BECO trial (06/11/07) |
| | | | **$569.46** | |

**Invoice Comments**

Payment for color copying services during BECO trial (06/11/07)

# TAB 59

# Dickstein Shapiro LLP Voucher Sheet



**Voucher Due Date:**
**6/17/07**

Print Date 11/16/2007
Approval

Voucher Number 384961
AP Batch #: 111607YGD

**Invoice** **13633** ✓

**Voucher Amt:** **267.98**

Invoice Date 5/18/07
Voucher Date 5/18/07
Due Date 6/17/07

1099? N
Fed ID # 54-1968415

Vendor Number 20555

Mailing Address
**PRO-LEGAL SERVICES INC.**
**1700 N. MOORE STREET**
**SUITE C3** ✓
**ARLINGTON VA 22209**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 267.98 | PRO-LEGAL SERVICES INC. - Inv# 13633 Date: 05/18/07 -- Scan and OCR documents. |
| | | | **267.98** | |

**Client Cost Allocation** **Cost Batch** **956839**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 48 Document Service | $267.98 | Document Service - Vendor: PRO-LEGAL SERVICES INC. - Inv# 13633 Date: 05/18/07 -- Scan and OCR documents. |
| | | | **$267.98** | |

**Invoice Comments**

- Inv# 13633 Date: 05/18/07
-- Scan and OCR documents. ✓

DICKSTEINSHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

May 16, 2007

**Please Note:** All invoices must contain vendor's Federal ID number, the relevant reference number that appears below and a notation indicating whether the invoice represents the entire charge for the work performed under this work order or only a portion thereof. Charges must separately list the volume and unit pricing for each function performed. Any invoices that do not conform to these requirements cannot be processed for payment and will need to be resubmitted. Please put the reference number on all CDs/DVDs produced for this work order. No work may be subcontracted without prior written permission.

**WORK ORDER**

| | |
|---|---|
| **Reference:** | S6780.0000 |
| **Vendor:** | ProLegal<br>1700 N. Moore Street, Suite C-3<br>Arlington, VA 22209<br>Attn: Anna Copeland 703.861.8191 |
| **Due:** | May 17, 2007 |
| **Materials:** | Box of hard copy documents in redwelds |
| **Goal:** | Scan to PDF with OCR<br><br>Image names should correspond to list in front of each redweld. Do Not Scan the lists, the tabs, or the blue separator sheets. (The only thing to scan is each document itself)<br><br>Do not number or endorse. |
| **Contact:** | Any questions please contact Drema Moore 202.420.3475 |

NOV 15 2007 5:07

# CHECK REQUEST# 384961

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

**DATE PREPARED:** November 15, 2007

**PAYEE:** Pro-Legal Services, Inc.— 20555

**ADDRESS:** 1700 N. Moore Street
Suite C-3
Arlington, VA 22209

**PURPOSE:** Scan and OCR documents.
Invoice# 13633

**DATE NEEDED:** November 22, 2207

**REQUESTED BY:** Tasha M. Bates (Khara Connor, x3434) **PHONE EXTENSION:** 3383

**SPECIAL INSTRUCTIONS:** Please pay vendor directly. Thank you!

**CLIENT CHARGES**

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel Litigation | | $267.98 | FML | [signature] |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | Subtotal | $ 267.98 | | |

**FIRM CHARGES**
**Not to be used for Travel, Meals or Entertainment**

| ACCOUNT NO. | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | Subtotal | | | |
| | Total | $ 267.98 | | |

**DISTRIBUTION OF COPIES:** ☐ ACCOUNTING ☐ BILLING ATTY. ☐ PERSONAL FILE

DSMDB-2353337v1A

**PRO-LEGAL SERVICES, INC.**
1700 N. Moore Street, Suite C-3
Arlington, VA 22209
Tel: (703) 524-6162 Fax:(703)524-4253
FED ID 54-1968415

**Invoice**

| DATE | INVOICE # |
|---|---|
| 5/18/2007 | 13633 |

Tasha Bates

Bill To:

Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006-5403

Attn: Drema Moore

| Client Matter# | Terms | Rep |
|---|---|---|
| S6780.0000 | Net 30 | CA |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1,354 | Scanning Medium Litigation (per page) | 0.13 | 176.02T |
| 1,354 | Optical Character Recognition | 0.035 | 47.39T |
| 1 | Master CD/DVD Creation (per disk) | 30.00 | 30.00T |
| | 5/16/2007. 1 Box, Scan to PDF & OCR. | | |
| | DC TAX | 5.75% | 14.57 |
| | **Total** | | $267.98 |

NOV 15 2007

# TAB 60

Dickstein Shapiro LLP Voucher Sheet

Page 39

Print Date 9/17/2007

Approval

**Voucher Due Date:**
**5/30/07**

Voucher Number 379012

AP Batch #: 091707YGD

**Invoice** **56455**

Invoice Date 4/30/07

Voucher Date 4/30/07

Due Date 5/30/07

1099? Y

Fed ID # 20-0392563

**Voucher Amt:** **93.59**

Vendor Number 20895

Mailing Address

**ENCORE LEGAL SOLUTIONS**

**P.O. BOX 4842**

**HOUSTON TX 77210-4842**

**General Ledger Allocation**

| Account | | G/L Account Description | Amount | Description |
|---|---|---|---|---|
| 0113205 | 1000000 | DC Client Cost Clearing | 93.59 | ENCORE LEGAL SOLUTIONS - Inv# 56455 Date: 04/30/07 -- Exhibit labeling. |
| | | | **93.59** | |

**Client Cost Allocation** **Cost Batch** **924122**

| Matter No./BATY | Client/Matter Name | Code | Amount | Description |
|---|---|---|---|---|
| S6780.0000 Lowther | Spent Nuclear Fuel Litigation Joint Representation | 48 Document Service | $93.59 | Document Service - Vendor: ENCORE LEGAL SOLUTIONS |
| | | | **$93.59** | |

**Invoice Comments**

- Inv# 56455 Date: 04/30/07
-- Exhibit labeling.

SEP 14 PM4:25

# CHECK REQUEST # 379012

**Original Receipts MUST be ATTACHED!**
**ALL receipts MUST BE TAPED to a letter sized attachment sheet.**

DATE PREPARED: September 14, 2007

PAYEE: Encore Legal Solutions – 20895

ADDRESS: PO Box 4842
Houston, TX 77210-4842

PURPOSE: Exhibit labeling.
Invoice# 56455

DATE NEEDED: September 21,2007

REQUESTED BY: Tasha M. Bates (Khara Connor, x3434) PHONE EXTENSION: 2257

SPECIAL INSTRUCTIONS: Please pay vendor directly.

## CLIENT CHARGES

| CLIENT/MATTER NO. | CLIENT NAME | DISBUR. CODE | AMOUNT | BILLING ATTY INITIALS | BILLING ATTY APPROVAL |
|---|---|---|---|---|---|
| S6780.0000 | Spent Nuclear Fuel Litigation | | $93.59 | FML | [signature] |
| | | | | | |
| | | | | | |
| | | | 0 | | |
| | | Subtotal | $ 93.59 | | |

## FIRM CHARGES

**Not to be used for Travel, Meals or Entertainment**

| ACCOUNT NO. | DESCRIPTION | AMOUNT | CERTIFICATION AS TO BUDGET AND APPROVAL INITIALS | SIGNATURE |
|---|---|---|---|---|
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | Subtotal | | | |
| | Total | $ 93.59 | | |

DISTRIBUTION OF COPIES: ☐ [redacted] ☐ BILLING ATTY. ☐ PERSONAL FILE

DSMDB-2319089v01

# INVOICE

**ENCORE**
LEGAL SOLUTIONS
Because Winning Matters

Tax ID # 20-0392563

**Your Service Center**
Encore Legal Solutions
Washington, DC 20005
(202) 783-6440

| | |
|---|---|
| Invoice #: | [redacted] |
| Invoice Date | 4/30/2007 |
| Terms | Net 30 |
| Due Date | 5/30/2007 |
| Amt Due | $93.59 |

Your complete satisfaction is very important to us. If you have any questions or concerns with your order, please contact either your Sales Consultant or Project Manager at your earliest convenience so that we may resolve the matter quickly.

| Bill To | Ship To |
|---|---|
| Tasha Bates<br>Dickstein Shapiro LLP WDC<br>1825 Eye Street, NW<br>Washington DC 20006<br>United States | Tasha Bates<br>Dickstein Shapiro LLP WDC<br>1825 Eye Street, NW<br>Washington DC 20006<br>United States |

| Requested By | Client Matter# | Client Case Name | Shipped | Ship Via |
|---|---|---|---|---|
| Tasha Bates | [redacted] | Job #04096 | 4/30/2007 | Local |

| Sales Consultant | Project Manager | Tracking Numbers |
|---|---|---|
| Sklencar, Jim (WDC) | Hedges, Kerri Ann (WDC) | |

| Product or Service | Qty Billed | Price | Units | Amount | Tax |
|---|---|---|---|---|---|
| Job #04096<br>Exhibit Labeling<br>Exhibit Labeling | 354 | 0.25 | | 88.50 | Yes |

| | |
|---|---|
| Subtotal | 88.50 |
| Shipping (Local) | 0.00 |
| Tax (SalesTax: District of Columbia 5.75%) | 5.09 |
| Invoice Total | 93.59 |
| AMOUNT DUE | [redacted] |

**PLEASE REMIT PAYMENT TO:**
Encore Legal Solutions
PO Box 4842
Houston, Tx 77210-4842

**Customer Service:**
(888) 389-1658

*Received by:* ______________________ *Date:* __________

*Print Name:* ______________________ *Time:* __________

*Invoice# 56455 from Encore Legal Solutions*