IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: April 4, 2008)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the joint motion of plaintiff Boston Edison Company and the defendant for an enlargement of time for defendant to respond to Boston Edison Company's bill of costs. The parties request an enlargement of 28 days after the date on which final judgment in this case becomes no longer appealable or susceptible to review for the defendant to respond. The motion, filed on April 3, 2008, is not opposed by plaintiff Entergy Nuclear Generation Company.

Good cause having been shown, the joint motion is GRANTED. Defendant shall have until May 13, 2008, to file its response to Boston Edison Company's bill of costs.

s/ Charles F. Lettow
Judge