IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C
No. 03-2626C (partially consolidated)

(Filed: April 14, 2008)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the unopposed motion of defendant for clarification of the order issued by the court on April 4, 2008, granting an enlargement of time for defendant to respond to Boston Edison Company's bill of costs. The court granted an enlargement of time to and until May 13, 2008, which would not be appropriate if an appeal were to be taken from the judgment issued on February 15, 2008. The judgment remains appealable until April 15, 2008.

Good cause having been shown, defendant's unopposed motion is GRANTED. Defendant shall have until 28 days after the date on which final judgment in this case becomes no longer appealable or susceptible to review to file its response to Boston Edison Company's bill of costs.

s/ Charles F. Lettow
Judge