IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
APR 24 2008
U.S. COURT OF FEDERAL CLAIMS

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ENTERGY NUCLEAR GENERATION CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 99-447C
No. 03-2626C
(Judge Lettow)

NOTICE OF APPEAL

Notice is hereby given that Entergy Nuclear Generation Company in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on February 15, 2008.

L. Jager Smith, Jr., Esq.
Wise Carter Child & Caraway, P.A.
1340 Echelon Parkway
Jackson, Mississippi 39213-0651
(601) 368-5572

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on this 23rd day of April, 2008, I caused to be delivered by first-class mail (postage prepaid) copies of the foregoing "NOTICE OF APPEAL," addressed as follows:

RICHARD J. CONWAY
Dickstein Shapiro, LLP
1825 Eye Street, NW
Washington, DC 20006-5403

ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L. Street, N.W.
Washington, DC 20530

THIS, the 23rd day of April, 2008.

L. JAGER SMITH JR.