IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 99-447C

(Filed: July 3, 2008)

BOSTON EDISON COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER DIRECTING ENTRY OF FINAL JUDGMENT PURSUANT TO RULE 54(b) OF THE RULES OF THE COURT OF FEDERAL CLAIMS

The clerk having entered final judgment at the court's direction on February 15, 2008 in favor of Boston Edison Company on all of its claims against the United States, in the amount of $40,030,000 plus costs of suit, and the court having concluded that allowing an appeal of that judgment at this juncture will serve the interests of sound judicial administration and efficiency, the court has determined and hereby certifies pursuant to Rule 54(b) of the Rules of the Court of Federal Claims ("RCFC") that there is no just reason for delay.

The clerk accordingly is directed to enter the judgment dated February 15, 2008 forthwith as a final judgment nunc pro tunc, effective as of February 15, 2008, pursuant to RCFC 54(b).

IT IS SO ORDERED.

s/ Charles F. Lettow
Judge