# In the United States Court of Federal Claims

**No. 99-447 C**

**BOSTON EDISON CO.,**

**AMENDED JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Opinion and Order, filed February 15, 2008, and the court's July 3, 2008 Order Directing Entry of Final Judgment Pursuant to Rule 54(b) of the Rules of the Court of Federal Claims, stating that there is no just reason for delay,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff, Boston Edison, recover of and from the United States damages in the sum of $40,030,000.00. Boston Edison is awarded costs of suit. This judgment shall be effective nunc pro tunc as of February 15, 2008.

John S. Buckley
Acting Clerk of Court

**July 7, 2008** By: s/Lisa L. Reyes

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $455.00.