United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

COPY

July 16, 2008

Layton Jager Smith, Esq.

Wise, Carter, et al.

1340 Echelon Parkway

Jackson, MS 39213

In re: Boston Edison Co. v. The United States, No. 99-447 C

Dear Mr. Smith:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated July 7, 2008, in favor of plaintiff, Boston Edison.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: Alan J. Lo Re, Esq., Dept. Of Justice